# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GERALD PAUL HERSHFELDT,
Plaintiff,
v. Civil Action No. ___________

CARLEEN JOHNSTON, et al.,
Defendants.

EXHIBIT A

ICON REGISTER OF ACTIONS
Case No. 2015DR000229

Larimer County District Court

I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K   (I C O N)

```
Status:                CLSD                District Court, Larimer County
Case #: 2015 DR 000229      Div/Room: 1B     Type:  Dissolution of Marriage
             HERSHFELDT, BROOKE ERIN and HERSHFELDT, GERALD PAUL

                                                              DV STATUS:
Case File Date:  3/04/2015   Case Close Date:  6/10/2015   Appealed: N
                             Confidential Intermediary.............:

                     Bar #   Name
    Judicial Off...: 034913  JEFFREY MARTIN SCHWARTZ
    Alt Jud Officer: 000000
                     Description                    Stat Date        Time    Appear Rm/
    Trial..........:                                                  0:00
    Next Schd Event:                                                  0:00
    Last Schd Event: Review                         IRVH 10/21/2025   7:00 A
    Last Event.....: Motion                         n/a  11/12/2025

    Attorney(s)....: Y  +

    Decree.............: DC    Decree                         Date:  6/10/2015
    Child Support Order: SUP1  Support Order -1st             Date:  6/02/2022
    Maintenance Order..:                                      Date:
    Paid Through.......:
    Mediation..........: N
    Response Filed.....:                                      Date:
    Service............:                                      Date:
    Waiver.............:                                      Date:
    IV-D Case..........: N

    Children...........: Y

                              ----- PARTIES -----
PARTY  ROL STS    NAME                           ATTORNEY                    ROL
CPT  1 OBR        HERSHFELDT, GERALD PAUL
           Date of Birth...........:  8/18/1976
           Cell Phone..............: (720) 378-8474
           Home Address............: 3652 LIPAN ST
                                   : DENVER, CO  80211
INV  1            LCDSS                         SPICCIATI, ARTHUR JULIAN et CNA
PET  1 OBE        HERSHFELDT, BROOKE ERIN
           Date of Birth...........:  6/23/1980
           Cell Phone..............: (970) 690-9618
           Home Address............: 1708 WALNUT ST
                                   : YANKTON, SD  57078-2131
                            ----- OTHER PEOPLE -----
ROLE       NAME
IMP  1 CHI        HERSHFELDT, ROBERT J
IMP  2 CHI        HERSHFELDT, EMMA O
FILE DATE   EVENT DESCRIPTION
 3/04/2015  Petn for Diss w/ Children        Event ID: 000001   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
            PET/    HERSHFELDT, BROOKE ERIN
Petition - Dissolution w/Children
 3/04/2015  Info Sheet - Domestic Case       Event ID: 000002   E-Filed: J
```

```
FILE DATE    EVENT DESCRIPTION
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
Domestic Relations Information Sheet
 3/04/2015  Order-Case Management              Event ID: 000003   E-Filed: J
Order - Case Management
 3/04/2015  Separation Agreement               Event ID: 000004   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
Separation Agreement
 3/04/2015  Filing Other                       Event ID: 000005   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
maintenance worksheet
            Related Event  SEPR Separation Agreement                  3/04/2015
 3/04/2015  Sworn Financial Statement          Event ID: 000006   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
Sworn Financial Statement
 3/04/2015  Sworn Financial Statement          Event ID: 000007   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
Sworn Financial Statement
 3/04/2015  Filing Other                       Event ID: 000009   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
child support worksheet
 3/04/2015  Cert Mandatory Fin Disclosure      Event ID: 000010   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
Cert of Compliance w/CRCP 16.2
 3/04/2015  Cert Mandatory Fin Disclosure      Event ID: 000011   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
Cert of Compliance w/CRCP 16.2
 3/05/2015  Notice Filed                       Event ID: 000008   E-Filed: J
Notice OF INITIAL STATUS CONFERENCE
 3/18/2015  Order                              Event ID: 000012   E-Filed: J
Order Setting DRNC
FILE DATE    SCHEDULED EVENT DESCRIPTION     SCHD DATE    TIME      ROOM  APPEAR
 3/18/2015  Initial Conference Appearance     3/20/2015  08:00 AM  5E
      Officer: ANDREA SHAHMARDIAN                  Length:  1.00 Hour(s)
      Status.: VACT-Vacated
 6/08/2015  Certificate Filed                  Event ID: 000013   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
Certificate of Completion of Parents Working Together Class
 6/09/2015  Minute Order (print)               Event ID: 000014   E-Filed: N
LKC/TH                            DIGITAL 11:00              DRNC
PET APPEARING PRO SE
RSP APPEARING PRO SE
S/T OF BOTH PARTIES; COURT REVIEWS AND ADOPTS SEPARATION AGREEMENT, PARENTING
PLAN, AND CHILD SUPPORT IN THE AMOUNT OF $1,028/MO, RSP PAYING PET DIRECTLY;
COURT ENTERS DECREE OF DISSOLUTION OF MARRIAGE; PARTIES CLARIFY THE CORRECT
SPELLING OF THEIR LAST NAME: HERSHFELDT; PARTIES WILL PROVIDE SSN FOR ALL
MEMBERS OF THE FAMILY                                                      /TPH
 6/09/2015  Minute Order (print)               Event ID: 000015   E-Filed: J
Minute Order - Print
 6/09/2015  Minute Order (print)               Event ID: 000016   E-Filed: J
Minute Order - Print
 6/09/2015  Minute Order (print)               Event ID: 000017   E-Filed: J
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION     SCHD DATE   TIME       ROOM  APPEAR
Minute Order - Print
 6/09/2015  Non-Contested Hearing          6/09/2015  11:00 AM  1B
     Officer: LINDA KATHLEEN CONNORS             Length:  1.00 Hour(s)
     Status.: HELD-Hearing Held
 6/10/2015  Decree                          Event ID: 000018   E-Filed: J
Decree
 6/10/2015  Case Closed                     Event ID: 000019   E-Filed: N
 6/10/2015  Minute Order (No Print)         Event ID: 000020   E-Filed: N
UNABLE TO ENTER SUPPORT ORDERS AS WE ARE MISSING SSN FOR CHILDREN; REQUESTED
OF PARTIES IN COURT ON 6/9/15                                           /TPH
 5/11/2022  Affidavit Re Financial Affairs  Event ID: 000021   E-Filed: J
            INV/    LCDSS
Affidavit -Petitioner Financial Affairs 33CEFC884782F
 5/11/2022  Entry of Appearance             Event ID: 000022   E-Filed: J
            INV/    LCDSS
Entry of Appearance 33CEFC884782F
 5/11/2022  Proposed Order                  Event ID: 000023   E-Filed: J
            INV/    LCDSS
Proposed Order Modifying Child Support 33CEFC884782F
 5/11/2022  Motion to Modify                Event ID: 000024   E-Filed: J
            INV/    LCDSS
Motion to Modify Child Support 33CEFC884782F
 5/11/2022  Info Sheet - Domestic Case      Event ID: 000025   E-Filed: J
            INV/    LCDSS
Information Sheet - Domestic Case 33CEFC884782F
 5/11/2022  Exhibit-Attach to Pleading/Doc  Event ID: 000026   E-Filed: J
            INV/    LCDSS
Exhibit - Respondent Attach to Pleading/Doc 33CEFC884782F
 5/11/2022  Exhibit-Attach to Pleading/Doc  Event ID: 000027   E-Filed: J
            INV/    LCDSS
Exhibit - Petitioner Attach to Pleading/Doc 33CEFC884782F
 5/11/2022  Child Support Worksheet         Event ID: 000028   E-Filed: J
            INV/    LCDSS
Child Support Worksheet 33CEFC884782F
 5/11/2022  Affidavit Re Financial Affairs  Event ID: 000029   E-Filed: J
            INV/    LCDSS
Affidavit - Respondent Financial Affairs 33CEFC884782F
 6/02/2022  Order                           Event ID: 000030   E-Filed: J
Order Modifying Child Support
 6/02/2022  Child Support Order-1st         Event ID: 000031   E-Filed: N
            Amount ordered.....: $622.00
            Payment frequency..: M1YD
            Arrearage amount...: $0.00
            Commence date......:  6/05/2022
            FSR #..............: 14352017-01
            Medical Coverage...:
            Due day............: 5
            CPT/OBR HERSHFELDT, GERALD PAUL
            IMP/CHI HERSHFELDT, EMMA O
            PET/OBE HERSHFELDT, BROOKE ERIN
 9/18/2025  Ntc Electronic Filing Opt-In    Event ID: 000032   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Notice of Electronic Filing Opt-In C7668F0BAC11A
 9/29/2025  Motion                          Event ID: 000033   E-Filed: J
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION        SCHD DATE   TIME       ROOM  APPEAR
            CPT/    HERSHFELDT, GERALD PAUL
MOTION TO VOID AB INITIO 20BCC1FB85DE2
            Related Event  ORDR Order                                 11/02/2025
 9/29/2025  Motion                         Event ID: 000034   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Motion to join necessary parties 20BCC1FB85DE2
 9/29/2025  Affidavit                      Event ID: 000035   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Affidavit 20BCC1FB85DE2
10/20/2025  Response                       Event ID: 000036   E-Filed: J
            INV/    LCDSS
People's Response Regarding Motions to Join Parties and to Void Order
B6FEE92CC9A64
10/21/2025  Review                       10/21/2025  07:00 AM  1B     N
     Officer: JEFFREY MARTIN SCHWARTZ          Length:  1.00 Hour(s)
     Status.: IRVH-Internal Review Held        Note..:  RESP? 9.29 JOIN
10/21/2025  Review                       10/21/2025  07:00 AM  3A     N
     Officer: SUSAN JASMINE BLANCO             Length:  1.00 Hour(s)
     Status.: IRVH-Internal Review Held        Note..:  RSP 9/29 60 MTN?
11/02/2025  Order                          Event ID: 000037   E-Filed: J
Ruling: DENIED, Document Title: Order:MOTION TO VOID AB INITIO
            Related Event  MOTN Motion                                 9/29/2025
11/12/2025  Motion                         Event ID: 000038   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Motion for Reconsideration of Order Denying Motion to Vid AB Initio
F34E08005A2A5

                End of Case: 2015 DR 000229
```