# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GERALD PAUL HERSHFELDT,
Plaintiff,
v. Civil Action No. ___________

CARLEEN JOHNSTON, et al.,
Defendants.

EXHIBIT C

CREDIT REPORTS
Experian, Equifax, and TransUnion

Showing False Debt Reporting Since June 2015

experian.

# Notifications

Preferences

## Filter

Reset Filters

CATEGORY

- [ ] Credit score and rating
- [ ] Identity and fraud protection
- [ ] Connected accounts
- [ ] Experian Boost®

STATUS

- [ ] Archived

Your FICO® Score has decreased by 15 points.

JUL 08, 2025

CO DIVISION OF CHILD S has reported Positive Activity: Account 60 Days Late.

JUN 12, 2025

Well done! You're on the right path regarding your account status. It was previously reported as 90-180 Days Late. You're well on your way to improving your credit health.

**Source:**
Experian

**Company:**
CO DIVISION OF CHILD S

**Address:**
1575 N Sherman St, Denver, CO 80203-1702

**Phone:**
(303) 866-4300

**Previous Status:**
90-180 DAYS LATE

**Current Status:**
ACCOUNT 60 DAYS LATE

**Balance:**
$15,564.00

**WHAT NOW?**

If you haven't already, try instantly raising your FICO® Score for free with Experian Boost™.

Try Experian Boost™

Why am I receiving this?

You are receiving this alert because your membership includes Experian credit monitoring & alerts. We'll notify you of any changes to your Experian credit file. Changes could affect your score, score rating and ability to receive and use credit.

Check out your credit overview

Good news: Your FICO® Score has increased by 15 points!

JUN 07, 2025

Good news: Your FICO® Score has increased by 4 points!

JUN 01, 2025

CO DIVISION OF CHILD S has reported Positive Activity: Account 90 Days Late.

MAY 14, 2025

Your FICO® Score has decreased by 8 points.

MAY 10, 2025

Good news: Your FICO® Score has increased by 8 points!

APR 07, 2025

Your Dispute Results are ready.

APR 07, 2025

Your Account Dispute has been updated.

APR 07, 2025

Good news: Your FICO® Score has increased by 5 points!

APR 05, 2025

< 1 ... 8 ... 26 >

Services

Tools

Support

Get the free Experian app:

Download on the App Store GET IT ON Google Play

Follow us:

Contact Us

Terms & Conditions

Privacy Policy

© 2026 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners.

Marketplace Licenses and Disclosures

Insurance State Licenses

TrustedSite® CERTIFIED SECURE

CHOICE SCREENING got a copy of your TransUnion Credit Report.

SEP 15, 2021

Good news: Your FICO® Score has increased by 2 points!

SEP 12, 2021

DEPT OF SOCIAL SVCS reported a new account on your TransUnion Credit Report.

SEP 09, 2021

DEPT OF SOCIAL SVCS reported a New Account to your TransUnion credit file.

**Source:**
TransUnion

**Company:**
DEPT OF SOCIAL SVCS

**Address:**
700 Governors Dr, Pierre, SD 57501

**Business Type:**
VZ

**Balance:**
$0.00

**NOT YOU?**

If anything is incorrect, please dispute with TransUnion®.

Why am I receiving this?

You are receiving this alert because your membership includes 3-bureau credit monitoring & alerts. We'll notify you of any changes to your Experian, Equifax and TransUnion credit files. Changes could affect your score, score rating and ability to receive and use credit.

Check out your credit overview

Ran info against the USPS database

SEP 01, 2021

Ran SSN against credit report data

AUG 31, 2021

Scanned neighborhood for sex offenders

AUG 31, 2021

Ran info against the dark web

AUG 31, 2021

< 1 ... 22 ... 26 >

Services

Tools

Support

Get the free Experian app:

Download on the App Store

GET IT ON Google Play

Follow us:

Contact Us

Terms & Conditions

Your Account Dispute has been updated.

AUG 23, 2021

SD DIV OF CHILD SUPPOR has flagged your account as Collections.

AUG 07, 2021

SD DIV OF CHILD SUPPOR has flagged your account as Collections on Jul 31, 2021.

**Source:**
Experian

**Company:**
SD DIV OF CHILD SUPPOR

**Address:**
700 Governors Dr, Pierre, SD 57501-2291

**Phone:**
(605) 773-3641

**Activity:**
Grid Code G (Collections)

**Balance Date:**
Jul 31, 2021

**Balance:**
$5,568.00

**WHAT NOW?**

Negative activity can have a significant impact on your credit score and how lenders see you as a borrower, affecting your ability to get credit.

After you've resolved the negative activity, try Experian Boost™ to raise your FICO® Score.

Try Experian Boost™

Not you?

Your Account Dispute has been updated.

AUG 23, 2021

experian

AUG 07, 2021

You have opened an Account Dispute on your Experian credit report.

AUG 03, 2021

SD DIV OF CHILD SUPPOR has flagged your account as Collections.

JUL 08, 2021

SD DIV OF CHILD SUPPOR has flagged your account as Collections on Jun 30, 2021.

**Source:**
Experian

**Company:**
SD DIV OF CHILD SUPPOR

**Address:**
700 Governors Dr, Pierre, SD 57501-2291

**Phone:**
(605) 773-3641

**Activity:**
Grid Code G (Collections)

**Balance Date:**
Jun 30, 2021

**Balance:**
$4,440.00

**WHAT NOW?**

VERIZON WIRELESS has flagged your account as Collections.

APR 09, 2021

experian.

A new sex offender was registered in your area.

FEB 15, 2021

Good news: Your FICO® Score has increased by 16 points!

FEB 13, 2021

DEPT OF SOCIAL SVCS reported a new account on your TransUnion Credit Report.

FEB 10, 2021

DEPT OF SOCIAL SVCS reported a New Account to your TransUnion credit file.

**Source:**
TransUnion

**Company:**
DEPT OF SOCIAL SVCS

**Address:**
700 Governors Dr, Pierre, SD 57501

**Business Type:**
VZ

**Balance:**
$0.00

**NOT YOU?**

If anything is incorrect, please dispute with TransUnion®.

Why am I receiving this?

You are receiving this alert because your membership includes 3-bureau credit monitoring & alerts. We'll notify you of any changes to your Experian, Equifax and TransUnion credit files. Changes could affect your score, score rating and ability to receive and use credit.

Check out your credit overview

A new sex offender was registered in your area.

JAN 15, 2021

Good news: Your Credit Rating has changed from Poor to Fair!

JAN 02, 2021

< 1 ... 24 25 26 >

Services

Tools

Support

Get the free Experian app:

Download on the App Store GET IT ON Google Play

Follow us:

## Notifications

Preferences

experian.

# Filter

Reset Filters

CATEGORY

- [ ] Credit score and rating
- [ ] Identity and fraud protection
- [ ] Connected accounts
- [ ] Experian Boost®

STATUS

- [ ] Archived

SD DIV OF CHILD SUPPOR has flagged your account as Collections.

MAY 08, 2021

SD DIV OF CHILD SUPPOR has flagged your account as Collections on Apr 30, 2021.

**Source:**
Experian

**Company:**
SD DIV OF CHILD SUPPOR

**Address:**
700 Governors Dr, Pierre, SD 57501-2291

Ask EVA

**Phone:**
(605) 773-3641

**Activity:**
Grid Code G (Collections)

**Balance Date:**
Apr 30, 2021

**Balance:**
$2,184.00

**WHAT NOW?**

Negative activity can have a significant impact on your credit score and how lenders see you as a borrower, affecting your ability to get credit.

After you've resolved the negative activity, try Experian Boost™ to raise your FICO® Score.

Try Experian Boost™

Not you?

Why am I receiving this?

You are receiving this alert because your membership includes Experian credit monitoring & alerts. We'll notify you of any changes to your Experian credit file. Changes could affect your score, score rating and ability to receive and use credit.

Check out your credit overview

Your Credit Rating has changed from Fair to Poor.

APR 25, 2021

Your FICO® Score has decreased by 62 points.

APR 25, 2021

Ask EVA

experian

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

**SD DIV OF CHILD SUPPOR**

Closed

2 potentially negative months

### Account info

| | | | |
|---|---|---|---|
| Account name | **SD DIV OF CHILD SUPPOR** | Balance | - |
| Account number | **326684XXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | - |
| Company sold | - | Monthly payment | - |
| Account type | **Family Support** | Last Payment Date | **Jan 01, 2021** |
| Date opened | **May 09, 2017** | Terms | **1 Month** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Transferred,closed.** | Your statement | - |
| Status updated | **Oct 2023** | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | - | - | - | - | - | - | - | - | C | C | - | - |

C Collection - Data Unavailable

### Contact info

| | |
|---|---|
| Address | **700 GOVERNORS DR<br>PIERRE,<br>SD 57501** |
| Phone number | **(605) 773-3165** |

### Comments

**Account closed due to transfer**

experian

Prepared For

**GERALD HERSHFELDT**

Personal & confidential

**Date generated:** Jan 23, 2026

# At a glance

## FICO® Score 8

**478** FICO SCORE 8
Experian data Jan 23, 2026

300 — 850

Poor

## Account summary

| | |
|---|---|
| Open accounts | 1 |
| Self-reported accounts | 0 |
| Accounts ever late | 6 |
| Closed accounts | 0 |
| Collections | 3 |
| Average account age | 4 yrs 4 mos |
| Oldest account | 8 yrs 8 mos |

## Overall credit usage




Credit used: **$0**

Credit limit: **$0**

## Debt summary

| | |
|---|---|
| Credit card and credit line debt | $0 |
| Self-reported account balance | $0 |
| Loan debt | $0 |
| Collections debt | $2,738 |
| Total debt | $2,738 |

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# Personal information

Name
**GERALD HERSHFELDT**

Also known as
**JERRY HERSHFELDT**

Year of birth
**1976**

Addresses
**3652 LIPAN ST**
**DENVER, CO 80211-3045**

**1254 KALAMATH ST**
**DENVER, CO 80204-3540**

**2508 E 11TH AVE**
**DENVER, CO 80206-3222**

Employers
**UBER**

**DOLLAR LOAN CENTER**

## Personal statements

**No statement(s) present at this time**

experian.

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# Open accounts

**CHIME/STRIDE BANK NA** **$0**

Exceptional payment history

Balance updated **Dec 04, 2025**

### Account info

| | | | |
|---|---|---|---|
| Account name | **CHIME/STRIDE BANK NA** | Balance | **$0** |
| Account number | **237114XX** | Balance updated | **Dec 04, 2025** |
| Original creditor | - | Credit limit | - |
| Company sold | - | Credit usage | - |
| Account type | **Secured Card** | Monthly payment | **$0** |
| Date opened | **Nov 06, 2020** | Last Payment Date | **Oct 31, 2022** |
| Open/closed | **Open** | Highest balance | **$9,806** |
| Status | **Open/Never late.** | Terms | **1 Month** |
| Status updated | **Dec 2025** | Responsibility | **Individual** |
| | | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | - | - | - | - | - | - | - | - | - | - | ✓ |

✓ Current / Terms met - Data Unavailable

### Contact info

| | |
|---|---|
| Address | **101 CALIFORNIA ST STE 50<br>SAN FRANCISCO,<br>CA 94111** |
| Phone number | **(888) 244-6363** |

### Comments

-

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# Closed accounts

**CANVAS CREDIT UNION** $25

23 potentially negative months Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **CANVAS CREDIT UNION** | Balance | **$25** |
| Account number | **100000XXXXXXXXXXX** | Balance updated | **Dec 31, 2025** |
| Original creditor | - | Original balance | **$30** |
| Company sold | - | Monthly payment | - |
| Account type | **Deposit** | Past due amount | **$25** |
| Date opened | **Oct 26, 2022** | Terms | **1 Month** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Account charged off. $25 written off. $25 past due as of Dec 2025.** | Your statement | - |
| Status updated | **Feb 2024** | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | - | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

CO Charge off - Data Unavailable

### Contact info

| | |
|---|---|
| Address | **7055 E EVANS AVE DENVER, CO 80224** |
| Phone number | **(303) 691-2345** |

### Comments

**Account closed at credit grantor's request**

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

**CANVAS CREDIT UNION** $806

25 potentially negative months Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | CANVAS CREDIT UNION | Balance | $806 |
| Account number | 100000XXXXXXXXXXX | Balance updated | Dec 31, 2025 |
| Original creditor | - | Original balance | $25 |
| Company sold | - | Monthly payment | - |
| Account type | Deposit | Past due amount | $806 |
| Date opened | Oct 26, 2022 | Terms | 1 Month |
| Open/closed | Closed | Responsibility | Individual |
| Status | Account charged off. $806 written off. $806 past due as of Dec 2025. | Your statement | - |
| Status updated | Dec 2023 | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | - | - | - | - | - | - | - | - | - | - | - | CO |

CO Charge off - Data Unavailable

### Contact info

| | |
|---|---|
| Address | 7055 E EVANS AVE DENVER, CO 80224 |
| Phone number | (303) 691-2345 |

### Comments

Account closed at credit grantor's request

experian.

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

**GREEN DOT BANK** $703

5 potentially negative months Closed

### Account info

| | |
|---|---|
| Account name | **GREEN DOT BANK** |
| Account number | **712345XXXXXX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Secured Card** |
| Date opened | **Nov 23, 2024** |
| Open/closed | **Closed** |
| Status | **Account charged off. $703 written off. $703 past due as of Jan 2026.** |
| Status updated | **Jan 2026** |
| Balance | **$703** |
| Balance updated | **Jan 05, 2026** |
| Credit limit | **$500** |
| Monthly payment | - |
| Last Payment Date | **May 20, 2025** |
| Past due amount | **$703** |
| Highest balance | **$703** |
| Terms | - |
| Responsibility | **Individual** |
| Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | - | - | - | - | - | - | - | - | - | - | - |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 |
| 2024 | - | - | - | - | - | - | - | - | - | - | - | ✓ |

✓ Current / Terms met
30 Past due 30 days
60 Past due 60 days
90 Past due 90 days
120 Past due 120 days
150 Past due 150 days
CO Charge off
- Data Unavailable

### Contact info

| | |
|---|---|
| Address | **1675 N 200 W PROVO, UT 84604** |
| Phone number | **(855) 459-1334** |

### Comments

-

experian

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

**SD DIV OF CHILD SUPPOR** Closed

2 potentially negative months

**Account info**

| | | | |
|---|---|---|---|
| Account name | **SD DIV OF CHILD SUPPOR** | Balance | - |
| Account number | **326684XXXXXX** | Balance updated | - |
| Original creditor | - | Original balance | - |
| Company sold | - | Monthly payment | - |
| Account type | **Family Support** | Last Payment Date | **Jan 01, 2021** |
| Date opened | **May 09, 2017** | Terms | **1 Month** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Transferred,closed.** | Your statement | - |
| Status updated | **Oct 2023** | | |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | - | - | - | - | - | - | - | - | C | C | - | - |

C Collection - Data Unavailable

**Contact info**

Address **700 GOVERNORS DR**
**PIERRE,**
**SD 57501**

Phone number **(605) 773-3165**

**Comments**

**Account closed due to transfer**

experian

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# Collection accounts

**JEFFERSON CAPITAL SYST** **$1,585**

Original creditor: **VERIZON WIRELESS**

### Account info

| | | | |
|---|---|---|---|
| Account name | **JEFFERSON CAPITAL SYST** | Balance | **$1,585** |
| Account number | **371309XXXX** | Balance updated | **Nov 29, 2025** |
| Original creditor | **VERIZON WIRELESS** | Original balance | **$1,585** |
| Company sold | - | Monthly payment | - |
| Account type | **Debt Buyer** | Past due amount | **$1,585** |
| Date opened | **Jun 20, 2023** | Terms | **1 Month** |
| Status | **Collection account. $1,585 past due as of Nov 2025.** | Responsibility | **Individual** |
| Status updated | **Jun 2023** | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | - | C | C | C | C | C | C | C | C | C | C | - |

C Collection - Data Unavailable

### Contact info

Address **200 14TH AVE E SARTELL, MN 56377**

Phone number **(866) 219-0725**

### Comments

-

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

**PORTFOLIO RECOV ASSOC** **$309**

Original creditor: **CAPITAL ONE N.A.**

**Account info**

| | | | |
|---|---|---|---|
| Account name | **PORTFOLIO RECOV ASSOC** | Balance | **$309** |
| Account number | **517805XXXXXXXXXX** | Balance updated | **Jan 02, 2026** |
| Original creditor | **CAPITAL ONE N.A.** | Original balance | **$309** |
| Company sold | - | Monthly payment | - |
| Account type | **Debt Buyer** | Past due amount | **$309** |
| Date opened | **Sep 20, 2024** | Terms | **1 Month** |
| Status | **Collection account. $309 past due as of Jan 2026.** | Responsibility | **Individual** |
| | | Your statement | - |
| Status updated | **Sep 2024** | | |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | C | - | - | - | - | - | - | - | - | - | - | - |
| 2025 | C | C | C | C | C | C | C | C | C | C | C | C |

C Collection - Data Unavailable

**Contact info**

Address **120 CORPORATE DRIVE**
**NORFOLK,**
**VA 23513**

Phone number **(757) 519-9300**

**Comments**

-

experian

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

**SECURITY CREDIT SERVIC** **$844**

Original creditor: **SMARTPAY LEASING LLC**

### Account info

| | | | |
|---|---|---|---|
| Account name | **SECURITY CREDIT SERVIC** | Balance | **$844** |
| Account number | **488009X** | Balance updated | **Jan 12, 2026** |
| Original creditor | **SMARTPAY LEASING LLC** | Original balance | **$844** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Collection** | Past due amount | **$844** |
| Date opened | **Feb 24, 2023** | Terms | **1 Month** |
| Status | **Collection account. $844 past due as of Jan 2026.** | Responsibility | **Individual** |
| | | Your statement | **-** |
| Status updated | **Feb 2023** | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | C | - | - | - | - | - | - | - | - | - | - | - |
| 2025 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | - | - | - | C | C | C | C | C | C | C | C | C |

C Collection - Data Unavailable

### Contact info

| | |
|---|---|
| Address | **2653 W OXFORD LOOP OXFORD, MS 38655** |
| Phone number | - |

### Comments

-

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# Public records

**No public records reported.**

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# Inquiries

**No inquiries reported.**

experian.

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# Credit scores

## FICO® Score 8




FICO SCORE 8
Experian data 1/23/2026

Your score is well below the average score of U.S. consumers and demonstrates to lenders that you are a risky borrower.

## What's hurting

### – Negative items

- You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.
- Number of your accounts that were ever 60 days late or worse or have a derogatory indicator: 3 accounts
- Virtually no FICO High Achievers have a 60 days late payment or worse listed on their credit report.
- Number of collections on your credit report: 3 collections
- Virtually no FICO High Achievers have a public record or collection listed on their credit report.
- The presence of a serious delinquency or derogatory indicator and a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. However, newer versions of the score including FICO® Score 9, FICO® Score 10, and FICO® Score 10 T only consider unpaid collections. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer. As these items age, they may have less impact on the FICO® Score. Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

### – Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.
- Number of your accounts with a missed payment or derogatory indicator: 3 accounts
- About 99% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened more than 4 years ago, on average.
- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

### – High credit usage

- You've made heavy use of your available revolving credit.
- Ratio of your revolving balances to your credit limits: 141%
- For FICO High Achievers, the average ratio of the revolving account balances to credit limits is 6%.
- The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

### – Few accounts paid on time

- You have an insufficient number of accounts that are currently paid as agreed.
- Number of your accounts currently being paid as agreed: 1 account
- FICO High Achievers have an average of 6 accounts currently being paid as agreed.
- The FICO® Score considers the number of accounts showing on time payments. Generally, the higher the number reported the lower the risk. Compared to other people with a similar age of credit history, the number of accounts you have that are currently paid as agreed is low.

experian

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# FICO® Score 2




This is a previous FICO® Score version used primarily in mortgages lending. It may also be used by some lenders for other credit product application evaluations (such as credit cards, personal loans, retail credit, student loans, etc.).

## What's hurting

### – Negative items

- You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.
- The presence of a serious delinquency or derogatory indicator and a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. However, newer versions of the score including FICO® Score 9, FICO® Score 10, and FICO® Score 10 T only consider unpaid collections. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer. As these items age, they may have less impact on the FICO® Score. Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

### – Recent missed payment

- You recently missed a payment or had a derogatory indicator reported on your credit report.
- The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

### – Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.
- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

### – High credit usage

- You've made heavy use of your available revolving credit.
- The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# FICO® Score 3




This is a previous FICO® Score version used primarily in credit card lending. It may also be used by some lenders for other credit product application evaluations (such as credit cards, personal loans, retail credit, student loans, etc.).

## What's hurting

### – Negative items

- You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.
- The presence of a serious delinquency or derogatory indicator and a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. However, newer versions of the score including FICO® Score 9, FICO® Score 10, and FICO® Score 10 T only consider unpaid collections. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer. As these items age, they may have less impact on the FICO® Score. Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

### – High credit usage

- You've made heavy use of your available revolving credit.
- The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

### – Recent missed payment

- You recently missed a payment or had a derogatory indicator reported on your credit report.
- The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

### – Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.
- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

experian.

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# FICO® Bankcard Score 2




This is a previous FICO® Score version that is customized for credit card lending. Many credit card issuers use this version when pulling your credit report based on Experian data.

## What's hurting

### – Negative items

- You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.
- The presence of a serious delinquency or derogatory indicator and a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. However, newer versions of the score including FICO® Score 9, FICO® Score 10, and FICO® Score 10 T only consider unpaid collections. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer. As these items age, they may have less impact on the FICO® Score. Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

### – High credit usage

- You've made heavy use of your available revolving credit.
- The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

### – Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.
- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

### – Recent missed payment

- You recently missed a payment or had a derogatory indicator reported on your credit report.
- The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

experian

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# FICO® Bankcard Score 8




This is a FICO® Score version that is customized for credit card lending. Many credit card issuers use this version when pulling your credit report based on Experian data.

## What's hurting

### – Negative items

- You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.
- The presence of a serious delinquency or derogatory indicator and a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. However, newer versions of the score including FICO® Score 9, FICO® Score 10, and FICO® Score 10 T only consider unpaid collections. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer. As these items age, they may have less impact on the FICO® Score. Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

### – Recent missed payment

- You recently missed a payment or had a derogatory indicator reported on your credit report.
- The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

### – High credit usage

- You've made heavy use of your available revolving credit.
- The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

### – Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.
- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

experian.

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# FICO® Auto Score 2




This is a previous FICO® Score version customized for auto lending. Many banks, auto dealers and other lenders use this version when pulling your credit report based on Experian data.

## What's hurting

### – Negative items

- You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.
- The presence of a serious delinquency or derogatory indicator and a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. However, newer versions of the score including FICO® Score 9, FICO® Score 10, and FICO® Score 10 T only consider unpaid collections. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer. As these items age, they may have less impact on the FICO® Score. Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

### – High credit usage

- You've made heavy use of your available revolving credit.
- The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

### – Recent missed payment

- You recently missed a payment or had a derogatory indicator reported on your credit report.
- The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

### – Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.
- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

experian.

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# FICO® Auto Score 8




FICO® Auto Score 8
Experian data 1/23/2026

This is a FICO® Score version customized for auto lending. Many banks, auto dealers and other lenders use this version when pulling your credit report based on Experian data.

## What's hurting

### – Negative items

- You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.
- The presence of a serious delinquency or derogatory indicator and a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. However, newer versions of the score including FICO® Score 9, FICO® Score 10, and FICO® Score 10 T only consider unpaid collections. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer. As these items age, they may have less impact on the FICO® Score. Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

### – Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.
- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

### – High credit usage

- You've made heavy use of your available revolving credit.
- The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

### – Few accounts paid on time

- You have an insufficient number of accounts that are currently paid as agreed.
- The FICO® Score considers the number of accounts showing on time payments. Generally, the higher the number reported the lower the risk. Compared to other people with a similar age of credit history, the number of accounts you have that are currently paid as agreed is low.

experian.

Prepared For **GERALD HERSHFELDT** **Date generated:** Jan 23, 2026

# Disclaimer

## About your FICO® Score 8 or other FICO® Scores

Your FICO® Score 8 powered by Experian data is formulated using the information in your credit file at the time it is requested. Many but not all lenders use FICO® Score 8. In addition to the FICO® Score 8, we may offer and provide other base or industry-specific FICO® Scores (such as FICO® Auto Scores and FICO® Bankcard Scores). The other FICO® Scores made available are calculated from versions of the base and industry-specific FICO® Score models.

Base FICO® Scores (including the FICO® Score 8) range from 300 to 850. Industry-specific FICO® Scores range from 250-900. Higher scores represent a greater likelihood that you'll pay back your debts so you are viewed as being a lower credit risk to lenders. A lower FICO® Score indicates to lenders that you may be a higher credit risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

## What this means to you:

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. Your lender or insurer may use a different FICO® Score than FICO® Score 8 or other base or industry-specific FICO® Scores provided by us, or different scoring models to determine how you score.

CANVAS CU has flagged your account as Charged off as bad debt.

NOV 12, 2025

GREEN DOT CORPORATION has flagged your account as 120 days past due.

NOV 08, 2025

Good news: Your FICO® Score has increased by 10 points!

NOV 08, 2025

experian.

NOV 07, 2025

GREEN DOT BANK has flagged your account as 120 Days Past Due.

NOV 07, 2025

STATE OF COLORADO CHILD has flagged your account as 120 days past due.

OCT 11, 2025

STATE OF COLORADO CHILD has flagged your account as At least 120 days or more than four payments past due (5).

OCT 10, 2025

STATE OF COLORADO CHILD has flagged your account as At least 120 days or more than four payments past due (5) with Equifax, which may negatively impact your credit score based on Equifax data.

**Source:**
Equifax

**Company:**

STATE OF COLORADO CHILD

**Address:**
Support Enf 1575 Sherman St 2nd Fl, Denver, CO 80203-1702

**Phone:**
(303) 866-5994

**Activity:**
At least 120 days or more than four payments past due (5)

**Balance:**
$15,061.00

**NOT YOU?**

If anything is incorrect, please dispute with Equifax®.

---

Why am I receiving this?

You are receiving this alert because your membership includes 3-bureau credit monitoring & alerts. We'll notify you of any changes to your Experian, Equifax and TransUnion credit files. Changes could affect your score, score rating and ability to receive and use credit.

Check out your credit overview

Your FICO® Score has decreased by 14 points.

OCT 10, 2025

‹ 1 2 3 ... 26 ›

Services

Tools

Support

Get the free Experian app:

See offers

Your FICO® Score has decreased by 14 points.

JAN 17, 2026

## Last 30 days

⚠ STATE OF COLORADO CHILD has flagged your account as 120 days past due.

JAN 10, 2026

STATE OF COLORADO CHILD has flagged your account as 120 days past due with Equifax, which may negatively impact your credit score based on TransUnion data.

**Source:**
TransUnion

**Company:**
STATE OF COLORADO CHILD

**Address:**
1575 Sherman St 5th Floor, Denver, CO 80203

**Activity:**
120 days past due

**NOT YOU?**

If anything is incorrect, please dispute with TransUnion®.

Why am I receiving this?

You are receiving this alert because your membership includes 3-bureau credit monitoring & alerts. We'll notify you of any changes to your Experian, Equifax and TransUnion credit files. Changes could affect your score, score rating and ability to receive and use credit.

Check out your credit overview

Back

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

Paid off -

Balance
$15,049

Balance updated
Nov 30, 2025

Original balance
$0

## Account info

Account number
143520XX

Open/closed
Open

Date opened
Jun 09, 2015

Account type
Open account

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

| | |
|---|---|
| Paid off | - |

## Account info

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

| | |
|---|---|
| Paid off | - |

## Account info

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

Paid off -

## Account info

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

| | |
|---|---|
| Paid off | - |

## Account info

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

| | |
|---|---|
| Paid off | - |

## Account info

Back

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

Paid off -

Balance
$15,049

Balance updated
Nov 30, 2025

Original balance
$0

## Account info

Account number
143520XX

Open/closed
Open

Date opened
Jun 09, 2015

Account type
Open account

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

Paid off -

## Account info

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

| | |
|---|---|
| Paid off | - |

## Account info

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

| | |
|---|---|
| Paid off | - |

## Account info

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

| | |
|---|---|
| Paid off | - |

## Account info

# CO CHILD SUP

29 LATE PAYMENTS

## Balance details

| | |
|---|---|
| Paid off | - |

## Account info

myEquifax™

2

# Your Equifax credit report

As of **January 23, 2026**

Credit Report date

Equifax - July 14, 2025

< Back

# STATE OF COLORADO CHILD

Report Date: Jul 14, 2025

If you find information in your credit report that you believe is incomplete or inaccurate, you can **file a dispute**.

**Details** | Payments | 24 Month History

## OVERVIEW

| | |
|---|---|
| **Account Number** | xxxxxxxx 0002 |
| **Account Status** | NOT_MORE_THAN_THREE_PAYMENT_PAST_DUE |
| **Owner** | INDIVIDUAL |
| **Account Type** | OPEN |
| **Creditor Classification** | - |
| **Loan Type** | - |
| **Original Creditor Name** | - |
| **Months Reviewed** | 44 |
| **Activity Designator** | - |
| **Terms Frequency** | MONTHLY |
| **Term Duration** | - |
| **Purchased From** | - |
| **Sold To** | - |

## BALANCE AND AMOUNTS

| | |
|---|---|
| **Balance** | $15,333 |
| **Credit Limit** | - |
| **High Credit** | - |
| **Available Credit** | - |

myEquifax™

2

| | |
|---|---|
| **Date Opened** | Jun 09, 2015 |
| **Date Reported** | Jun 30, 2025 |
| **Date of Last Activity** | - |
| **Date of First Delinquency** | Jun 30, 2025 |

## COMMENTS AND CONTACT

CHILD/FAMILY SUPPORT

For questions regarding this account please contact:

**STATE OF COLORADO CHILD**
Support Enf 1575 Sherman St 2nd Fl
Denver, CO 80203-1702
(303) 866-5994

## Disputes

If you find information in your credit report that you believe is incomplete or inaccurate, click FILE A DISPUTE.

FILE A DISPUTE

Privacy Policy Terms of Use Ad Choices

Equifax Consumer Services LLC
Licenses and Disclosures

EFX

Copyright 2026 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

powering the world with knowledge™