# EXHIBIT E

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

GERALD PAUL HERSHFELDT,

Plaintiff,

v. Civil Action No. ___________

CARLEEN JOHNSTON, et al.,

Defendants.

EXHIBIT E

LARRY BOYD EMAIL

South Dakota Division of Child Support

Admission of Informal UIFSA Bypass Arrangement

jerry.hershfeldt@gmail.com Sign Out ?

# RE: [EXT] Subject: Follow-Up and Request for Clarification on Enforcement Authority – Hershfeldt Case

BL

Boyd, Larry <Larry.Boyd@state.sd.us>
6/4/2025 1:01:31 PM

To: jerry.hershfeldt@gmail.com

Reply All

Encrypt: This message is encrypted. Recipients can't remove encryption.

Good morning Jerry.

See my responses to your questions below in red……………

Larry

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Friday, May 30, 2025 4:03 PM
**To:** Boyd, Larry <Larry.Boyd@state.sd.us>
**Subject:** [EXT] Subject: Follow-Up and Request for Clarification on Enforcement Authority – Hershfeldt Case

**Subject:** Follow-Up and Request for Clarification on Enforcement Authority – Hershfeldt Case

Thank you for your previous response confirming that South Dakota opened a child support case in February outgoing to Colorado for enforcement. I'd like to follow up for clarification on the specific enforcement role Sc maintained.

Attached to this message is a letter dated **January 13, 2025**, from your office (signed by Jane Rodig), addres my Colorado employer. It requests wage and employment verification under **SDCL 25-7A-56.5**. This appears **enforcement action initiated by South Dakota**.

Given your earlier statement that South Dakota sent the case to Colorado for enforcement, I'd appreciate you the following point:

> Is South Dakota serving only as the initiating state while Colorado enforces the order, or is South Dakc asserting enforcement authority, including initiating wage garnishments?

The attached document is not a wage garnishment. It is an inquiry to gain information, to see if you are worl etc. if we gain any information, we share that with Colorado so they can enforce.

This distinction matters significantly under **UIFSA §205(c)**, which prohibits any other state from enforcing or r support order when the issuing state retains continuing, exclusive jurisdiction—and I have remained a Colora times.

To ensure I fully understand the legal basis for this enforcement, I am also formally requesting the following f file:

1. A copy of the *Request for Child Support Services* (DSS-SE-408) submitted by Brooke Hershfeldt that l February 2021 reopening.

This information may contain Personal information about others, that due to confidentiality, we cannot share provided case balances, aware of the court order, etc so had all of the information that pertains to you.

Any information that is not directly your information cannot be shared.

2. Any submissions she made reporting changes in:
    - Custody or residence of Robert or Emma Hershfeldt,

- Receipt of direct child support payments,
- Public assistance applications, or
- The June 2022 modified Colorado court order.

I assume that you already have a copy of this Colorado court order, but if you need a copy, I would be happy to you.

3. Any records of notice or service to me concerning registration or contest rights under UIFSA.

I look forward to your response and appreciate your assistance in providing clarity and records related to this

Sincerely,
**Jerry Hershfeldt**

Message Encryption by Microsoft Office 365