# EXHIBIT G

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

GERALD PAUL HERSHFELDT,

Plaintiff,

v. Civil Action No. ___________

CARLEEN JOHNSTON, et al.,

Defendants.

EXHIBIT G

LARIMER COUNTY CHILD SUPPORT ENFORCEMENT LEDGER

Household No. 35-227339-45-0-A

Showing May 2017 UIFSA Initiation and Manufactured Arrears

**THE LARIMER COUNTY DEPARTMENT OF HUMAN SERVICES**
**CHILD SUPPORT ENFORCEMENT ACCOUNTING UNIT**

**HOUSEHOLD NUMBER: 35-227339-45-0A**

**DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO**
**LEDGER NUMBER: 08069-1-2015DR-000229**

| OBLIGOR: | OBLIGEE: |
|---|---|
| GERALD P. HERSHFELDT | BROOKE HERSHFELDT |

| CHILDREN: | DATE OF BIRTH: | EMANCIPATION: |
|---|---|---|
| ROBERT | 03/04/03 | 03/04/22 |
| EMMA | 09/08/06 | 09/08/25 |

**ORDER DATED 06/09/2015: OBLIGOR TO PAY CHILD SUPPORT OF $1128 PER MONTH, COMMENCING 07/01/2015. OBLIGOR TO PROVIDE MEDICAL INSURANCE FOR THE CHILDREN.**

**UIFSA FROM SOUTH DAKOTA TO ENFORCE OUR ORDER BEGINNING MAY 2017 FORWARD.**

*****CASE CLOSED SEPTEMBER 2019 PER SOUTH DAKOTA/OBLIGEE REQUEST*****

**UIFSA FROM SOUTH DAKATA TO ENFORCE OUR ORDER BEGINNING FEBRUARY 2021 FORWARD. EMAIL FROM SD CONFIRMING TWO DIRECT PAYMENTS OF $600 EACH MADE IN MAY 2021 THAT WERE NOT NOTED ON THE AREARS AFFIDAVIT.**

**6/2/2022 ORDER MODIFYING CHILD SUPPORT: OBLIGOR TO PAY CHILD SUPPORT OF $622.00 PER MONTH COMMENCING 6/5/22. EITHER PARTY TO PROVIDE MEDICAL INSURANCE FOR THE (CHILD)REN.**

**LAST CHILD MOVED OUT OF HOME 9/2024, CASE IS ARREARS AS OF 10/2024**

| Month Child Support Due | Child Support Due | Child Support Paid | Child Support Due to Obligee | Total Arrears Due |
|---|---|---|---|---|
| May-17 | $1,128.00 | $0.00 | $1,128.00 | $1,128.00 |
| Jun-17 | $1,128.00 | $0.00 | $1,128.00 | $2,256.00 |
| Jul-17 | $1,128.00 | $0.00 | $1,128.00 | $3,384.00 |
| Aug-17 | $1,128.00 | $0.00 | $1,128.00 | $4,512.00 |
| Sep-17 | $1,128.00 | $0.00 | $1,128.00 | $5,640.00 |
| Oct-17 | $1,128.00 | $0.00 | $1,128.00 | $6,768.00 |
| Nov-17 | $1,128.00 | $0.00 | $1,128.00 | $7,896.00 |
| Dec-17 | $1,128.00 | $0.00 | $1,128.00 | $9,024.00 |
| Jan-18 | $1,128.00 | $0.00 | $1,128.00 | $10,152.00 |
| Feb-18 | $1,128.00 | $0.00 | $1,128.00 | $11,280.00 |
| Mar-18 | $1,128.00 | $0.00 | $1,128.00 | $12,408.00 |
| Apr-18 | $1,128.00 | $0.00 | $1,128.00 | $13,536.00 |
| May-18 | $1,128.00 | $0.00 | $1,128.00 | $14,664.00 |
| Jun-18 | $1,128.00 | $0.00 | $1,128.00 | $15,792.00 |
| Jul-18 | $1,128.00 | $624.93 | $503.07 | $16,295.07 |
| Aug-18 | $1,128.00 | $1,874.79 | -$746.79 | $15,548.28 |
| Sep-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,426.42 |
| Oct-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,304.56 |
| Nov-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,182.70 |
| Dec-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,060.84 |

| Month Child Support Due | Child Support Due | Child Support Paid | Child Support Due to Obligee | Total Arrears Due |
|---|---|---|---|---|
| Jan-19 | $1,128.00 | $1,874.79 | -$746.79 | $14,314.05 |
| Feb-19 | $1,128.00 | $1,249.86 | -$121.86 | $14,192.19 |
| Mar-19 | $1,128.00 | $1,249.86 | -$121.86 | $14,070.33 |
| Apr-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,948.47 |
| May-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,826.61 |
| Jun-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,704.75 |
| Jul-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,582.89 |
| Aug-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,461.03 |
| Sep-19 | -$13,461.03 | $0.00 | -$13,461.03 | $0.00 |
| Oct-19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nov-19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dec-19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jan-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Feb-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mar-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Apr-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| May-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jun-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jul-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Aug-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sep-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Oct-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nov-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dec-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jan-21 | $0.00 | $0.00 | $0.00 | $0.00 |
| Feb-21 | $1,128.00 | $0.00 | $1,128.00 | $1,128.00 |
| Mar-21 | $1,128.00 | $0.00 | $1,128.00 | $2,256.00 |
| Apr-21 | $1,128.00 | $0.00 | $1,128.00 | $3,384.00 |
| May-21 | $1,128.00 | $1,200.00 | -$72.00 | $3,312.00 |
| Jun-21 | $1,128.00 | $0.00 | $1,128.00 | $4,440.00 |
| Jul-21 | $1,128.00 | $0.00 | $1,128.00 | $5,568.00 |
| Aug-21 | $1,128.00 | $0.00 | $1,128.00 | $6,696.00 |
| Sep-21 | $1,128.00 | $0.00 | $1,128.00 | $7,824.00 |
| Oct-21 | $1,128.00 | $1,354.00 | -$226.00 | $7,598.00 |
| Nov-21 | $1,128.00 | $1,354.00 | -$226.00 | $7,372.00 |
| Dec-21 | $1,128.00 | $1,354.00 | -$226.00 | $7,146.00 |
| Jan-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,920.00 |
| Feb-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,694.00 |
| Mar-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,468.00 |
| Apr-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,242.00 |
| May-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,016.00 |
| Jun-22 | $622.00 | $1,354.00 | -$732.00 | $5,284.00 |
| Jul-22 | $622.00 | $672.00 | -$50.00 | $5,234.00 |
| Aug-22 | $622.00 | $588.50 | $33.50 | $5,267.50 |
| Sep-22 | $622.00 | $672.00 | -$50.00 | $5,217.50 |
| Oct-22 | $622.00 | $0.00 | $622.00 | $5,839.50 |
| Nov-22 | $622.00 | $624.00 | -$2.00 | $5,837.50 |
| Dec-22 | $622.00 | $468.00 | $154.00 | $5,991.50 |
| Jan-23 | $622.00 | $780.00 | -$158.00 | $5,833.50 |
| Feb-23 | $622.00 | $624.00 | -$2.00 | $5,831.50 |
| Mar-23 | $622.00 | $468.00 | $154.00 | $5,985.50 |

| Month Child Support Due | Child Support Due | Child Support Paid | Child Support Due to Obligee | Total Arrears Due |
|---|---|---|---|---|
| Apr-23 | $622.00 | $780.00 | -$158.00 | $5,827.50 |
| May-23 | $622.00 | $312.00 | $310.00 | $6,137.50 |
| Jun-23 | $622.00 | $0.00 | $622.00 | $6,759.50 |
| Jul-23 | $622.00 | $0.00 | $622.00 | $7,381.50 |
| Aug-23 | $622.00 | $0.00 | $622.00 | $8,003.50 |
| Sep-23 | $622.00 | $0.00 | $622.00 | $8,625.50 |
| Oct-23 | $622.00 | $0.00 | $622.00 | $9,247.50 |
| Nov-23 | $622.00 | $0.00 | $622.00 | $9,869.50 |
| Dec-23 | $622.00 | $0.00 | $622.00 | $10,491.50 |
| Jan-24 | $622.00 | $0.00 | $622.00 | $11,113.50 |
| Feb-24 | $622.00 | $0.00 | $622.00 | $11,735.50 |
| Mar-24 | $622.00 | $0.00 | $622.00 | $12,357.50 |
| Apr-24 | $622.00 | $0.00 | $622.00 | $12,979.50 |
| May-24 | $622.00 | $0.00 | $622.00 | $13,601.50 |
| Jun-24 | $622.00 | $0.00 | $622.00 | $14,223.50 |
| Jul-24 | $622.00 | $0.00 | $622.00 | $14,845.50 |
| Aug-24 | $622.00 | $0.00 | $622.00 | $15,467.50 |
| Sep-24 | $622.00 | $0.00 | $622.00 | $16,089.50 |
| Oct-24 | $0.00 | $0.00 | $0.00 | $16,089.50 |
| Nov-24 | $0.00 | $0.00 | $0.00 | $16,089.50 |
| Dec-24 | $0.00 | $0.00 | $0.00 | $16,089.50 |
| Jan-25 | $0.00 | $156.00 | -$156.00 | $15,933.50 |
| Feb-25 | $0.00 | $0.00 | $0.00 | $15,933.50 |
| Mar-25 | $0.00 | $0.00 | $0.00 | $15,933.50 |
| Apr-25 | $0.00 | $184.60 | -$184.60 | $15,748.90 |
| May-25 | $0.00 | $184.60 | -$184.60 | $15,564.30 |
| Jun-25 | $0.00 | $138.45 | -$138.45 | $15,425.85 |
| | $53,586.97 | $38,161.12 | $15,425.85 | |
| TOTAL DUE | | | | $15,425.85 |

6/18/25
PK