IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00342-RTG
(**The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, in her individual and official capacities,
JENNIFER BRANT, in her individual and official capacities,
TIMOTHY J. JASHINSKY, in his individual and official capacities,
CINDY LUCERO, in her individual and official capacities,
WENDY BATTS, in her individual and official capacities,
ARTHUR J. SPICCIATI, in his individual and official capacities,
LARRY BOYD, in his individual and official capacities,
JANE RODIG, in her individual and official capacities,
HEATHER O'HAYRE, in her official capacities,
MICHELLE BARNES, in her official capacities,
LAURIE GILL, in her official capacities, and
LARIMER COUNTY, COLORADO,

Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff Gerald Paul Hershfeldt resides in Denver, Colorado. He has submitted to the Court *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2). The clerk of the court opened a new civil action.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that one of the submitted documents is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue claims in this action.

Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:

(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing if filing a § 1983 action
(4) __ is missing a certified account statement showing the current balance in Plaintiff's prison account
(5) __ is missing required financial information
(6) __ is signed but not dated by the prisoner
(7) X is not on proper form (Plaintiff must submit an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) __ is missing a signed authorization to allow agency to disburse funds from inmate account if filing a § 1983 action
(10) X other: In the alternative, Plaintiff may prepay the $405 filing fee.

**Complaint, Petition or Application**:

(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ other:

Plaintiff is informed that he may choose to contact the Federal Pro Se Clinic at (303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the current Court-approved form

for filing an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) from the Court's website at www.cod.uscourts.gov. Plaintiff shall complete the form in full and submit it to the Court to cure the filing deficiency or pay the $405.00 filing fee. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency by the deadline this action may be dismissed without further notice.

DATED January 28, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge