IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00342-RTG

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, in her individual and official capacities,
JENNIFER BRANT, in her individual and official capacities,
TIMOTHY J. JASHINSKY, in his individual and official capacities,
CINDY LUCERO, in her individual and official capacities,
WENDY BATTS, in her individual and official capacities,
ARTHUR J. SPICCIATI, in his individual and official capacities,
LARRY BOYD, in his individual and official capacities,
JANE RODIG, in her individual and official capacities,
HEATHER O'HAYRE, in her official capacities,
MICHELLE BARNES, in her official capacities,
LAURIE GILL, in her official capacities, and
LARIMER COUNTY, COLORADO,

Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

Plaintiff has filed an Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 6). The information provided by Plaintiff regarding his "average monthly income amount during the past 12 months" is confusing. Plaintiff states that he is receiving income from "employment" ($3,250.00), unemployment benefits ($501.00), and public assistance ($163.92), totaling $3.914.92. (*Id.* at 1). However, under "employment history," he states that he has not been employed since July 2025 but was earning $4,583.00 a month prior to that date. (*Id.* at 2). Plaintiff shall file an amended Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Long Form) clarifying his current monthly income **within 30 days from the date of this minute order**.

Dated: February 10, 2026

---