# Minute Orders

**Case Numberxxxxxxx**0229
**Case Type:**Dissolution of Marriage
**Case Caption:**Hershfeldt, Bxxxxx Xxxxx and Hershfeldt, Gerald Paul

**Division:** 1B
**Judicial Officer:**Jeffrey Martin Schwartz
**Court Location:**Larimer County

---

Order Date: 06/10/2015

UNABLE TO ENTER SUPPORT ORDERS AS WE ARE MISSING SSN FOR CHILDREN; REQUESTED OF PARTIES IN COURT ON 6/9/15 /TPH

# Minute Orders

**Case Number:** 2015DR000229
**Case Type:** Dissolution of Marriage
**Case Caption:** **Hershfeldt, Bxxxxx Xxxxx and Hershfeldt, Gerald Paul**

**Division:** 1B
**Judicial Officer:** Jeffrey Martin Schwartz
**Court Location:** Larimer County

---

Order Date: 06/09/2015

LKC/TH DIGITAL 11:00 DRNC PET APPEARING PRO SE RSP APPEARING PRO SE S/T OF BOTH PARTIES; COURT REVIEWS AND ADOPTS SEPARATION AGREEMENT, PARENTING PLAN, AND CHILD SUPPORT IN THE AMOUNT OF $1,028/MO, RSP PAYING PET DIRECTLY; COURT ENTERS DECREE OF DISSOLUTION OF MARRIAGE; PARTIES CLARIFY THE CORRECT SPELLING OF THEIR LAST NAME: HERSHFELDT; PARTIES WILL PROVIDE SSN FOR ALL MEMBERS OF THE FAMILY /TPH