IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00342-RTG

GERALD HERSHFELDT,
Plaintiff,
v.
CARLEEN JOHNSTON, et al.,
Defendants.

# EXHIBIT 2

COURT RECORDS DEPARTMENT WRITTEN ADMISSION
January 13, 2026 — Larimer County Combined Courts
Official Confirmation: 2015 Child Support Order "Does Not Exist" in Court File

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

## Re: Child Support

**Jerry Hershfeldt** <jerry.hershfeldt@gmail.com> To: Cindy Lucero <luceroca@co.larimer.co.us> Cc: JANE.RODIG@state.sd.us, Jennifer Brant <brantjr@co.larimer.co.us>, Carleen Johnston <johnstce@co.larimer.co.us>, "Boyd, Larry" <Larry.Boyd@state.sd.us>

Fri, Oct 10, 2025 at 8:01 AM

The parenting plan says shared custody $1,128.

The minute order I forwarded you showed $1,028.

I started looking for the actual child support order to see what the discrepancy was, but I have a feeling you all know what I found, I found nothing, because there was never a child support order entered into this case- as is clearly stated in the minute order on July 10th 2015.

The wrong worksheet was used, the custodial did not disclose the adoption subsidy on any of her financial affidavits, Colorado law states that support orders must be capped and cannot be more than the adoption subsidy.
For any of that to really matter, you have to have a court order as I have been told 20 million times by the Colorado office- you must have a court order to do anything- and none of you have had a court order to collect child support. Every dime was collected illegally without a court order.

But you all know this. This was my first divorce. Cindy sending that separation agreement thinking I wasn't going to figure it out or the judge wasn't going to figure it out? Carlene's non-existent verification that my credit reports weren't being damaged by South dakota? All that did was add another 2 years of double state enforcement. You all knew!!! You all participated in an attempted cover-up!!!! Larry Boyd, is not the only criminal!!! You can blame a former employee all you want, but Jennifer supervised every bit of it!!!

EH is homeless and was homeless on her 19th birthday the day of her emancipation as Colorado law states. You are all supposed to be protecting Colorado's children. Jane and larry, I worked at the social services center in Yankton for years, there are amazing people in the state of South Dakota who are trying to protect their most vulnerable, and you too sure as hell are not two of them!!
Shame on each and every one of you!! How can you do this to children?? How do you all sleep at night? I am absolutely heartbroken for my kids, and none of you give a damn about either of them. Their life has been such a struggle already, and you have all impacted that and there are lost to stop you from doing it and you did it anyway!!! You can forward every angry email I have sent over the last few years, I don't care, let the judge see how angry I am! I did not deserve this, my kids did not deserve this! How could you???

I don't know who needs to call me I doubt it will be any of you cowards, if it's your attorney if it's whoever the hell I need to talk to I need to make sure that you are not going to suspend my license again because I miss one damn payment! I was done paying in 2016 when you do the math! I don't know how much tax for your money was spent enforcing a non-existent order, but Federal oversight needs to be demanded at every level. And no I will not call South Dakota on my own cej means exactly what it is, I have never left the state, not only did they illegally register an order, they never had a order to register legally in the first place- I'm wasting my time telling you all a story that you are are all aware of, you just hope I would never find out.

[REDACTED]

On Wed, Oct 8, 2025, 3:30 PM Cindy Lucero <luceroca@co.larimer.co.us> wrote:

> Hello Jerry,
> Attached is the Separation Agreement and Parenting Plan along with the Decree of Dissolution of Marriage. Child Support is $1,128.00 per month.
> Thank you!

**Cindy Lucero**
ChildSupportSpecialist II

Department of Human Services - Child Support
1501 Blue Spruce Dr, Fort Collins, CO 80524
W: (970) 498-7749 | M: (970) 498-7600
clucero@larimer.org | www.larimer.org
My Work hours are Tuesday - Friday, 7:00 am - 5:30 pm

On Wed, Oct 8, 2025 at 12:56 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

Here's a copy of my Experian credit report in which it shows two states enforcing my order. From January of 2022 to July of 2023, Bxxxxx had zero children living in her care, and the state of South Dakota was paying for EH's treatment. The catalyst for EH's treatment was the same catalyst that US district 13 and Logan County victim Advocate services have been paying for my therapist since September of 2020. When I talk about shocks the conscience behavior that you have all committed, he was shocked, and he's been documenting every bit of it. It's a pretty cruel timeline that you've all enforced. For reference I've also attached the email from Larry Boyd that shows he's an absolute criminal, trying to explain enforcement actions when instead he explained in illegal enforcement scheme that you all participated in. I've also attached the email from Carlene in which she assured me that South Dakota was not illegally reporting to my credit report, which she clearly did not do. And finally the infamous worksheet a that I thought estate agent had made a mistake on, much to my surprise, but yet not yet not surprised one bit- that worksheet was submitted by Bxxxxx herself. Anywho, let me know when you can find that court order that shows I was supposed to pay $1,128 from the very beginning, even though these documents are all I need to prove that this order and the order that it was modified are going to be no and void, and every enforcement action will be considered a violation of my constitutional rights. In which none of you are protected immunity from. Cindy put herself on the list with everyone else this morning. Cheers-

PDF **Experian 2023**

PDF **Larry Boyd 2.pdf**

PDF **Charlene**

On Wed, Oct 8, 2025, 10:45 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

On Tue, Oct 7, 2025, 12:47 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

My unemployment was exhausted this week. There will be no more payments to child support. The attached Motions were filed last week. The outline the illegal interstate enforcement scheme that you are all a part of. Larry Boyd is nothing short of a criminal. Carleen- my credit report shows [redacted] Colorado suspended my license in July, Colorado reinstated it in August, with no due process hearing. South Dakota then charged the account off as a collection in both September and October of 2023, months after an unemployed homeless man had his only means of income taking away. If any of you can provide a court order that shows I was ever supposed to pay $1128 that would be just magical, because one just simply does not exist. Federal oversight is needed and has been requested Cindy, since you're newer to the case, you're the only one who I am not going to be joining in the lawsuit. Everyone else is personally liable and has no immunity due to the violation of my 14th amendment rights.

Cheers -
Jerry