Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# Re: Payment

1 message

**Carleen Johnston** <johnstce@co.larimer.co.us> Tue, Dec 2, 2025 at 4:30 PM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

If you are feeling overwhelmed and suicidal please reach out and call 988. Here's a link for resources: https://cseap.colorado.gov/resources/mental-health-and-wellness-resources.

Take care.

LARIMER COUNTY

**Carleen Johnston**
Child Support Manager

Larimer County Department of Human Services
1501 Blue Spruce Dr., Fort Collins, CO 80524
Phone: (970) 498-7748 | Fax: (970) 498-7605
Cjohnston@larimer.org | www.larimer.org

The information contained in or attached to this e-mail message is intended only for the **CONFIDENTIAL** use of the individual or entity to which it is addressed. If you are not the named recipient or an agent responsible for delivering it to the named recipient, you are hereby notified that you have received this e-mail message and any attachments in error and that review, dissemination, distribution or copying of this e-mail message and any attachments is prohibited. It contains information which may be protected by the work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. The incorrect delivery of this communication does not constitute waiver of any applicable privilege. If you have received this e-mail message and any attachment in error, please notify the sender immediately by reply e-mail or telephone 970-498-7748, and then delete the e-mail message and any attachments from your computer and/or network. Thank you.

[Prior email chain omitted · available for in camera review upon Court request]