myEquifax™

# Your Equifax credit report

As of **February 25, 2026**

Credit Report date

Equifax - February 25, 2026

< Back

## STATE OF COLORADO CHILD

Report Date: Feb 25, 2026

If you find information in your credit report that you believe is incomplete or inaccurate, you can **file a dispute**.

**Details** | Payments | 24 Month History

### OVERVIEW

| | |
|---|---|
| **Account Number** | xxxxxxxx 0002 |
| **Account Status** | OVER_120_DAYS_PAST_DUE |
| **Owner** | INDIVIDUAL |
| **Account Type** | OPEN |
| **Creditor Classification** | - |
| **Loan Type** | CHILD_SUPPORT |
| **Original Creditor Name** | - |
| **Months Reviewed** | 51 |
| **Activity Designator** | - |
| **Terms Frequency** | MONTHLY |
| **Term Duration** | - |
| **Purchased From** | - |
| **Sold To** | - |

### BALANCE AND AMOUNTS

| | |
|---|---|
| **Balance** | $15,049 |
| **Credit Limit** | - |
| **High Credit** | - |
| **Available Credit** | - |

| | |
|---|---|
| **Date Opened** | Jun 09, 2015 |
| **Date Reported** | Jan 31, 2026 |
| **Date of Last Activity** | - |
| **Date of First Delinquency** | Jan 31, 2026 |

## COMMENTS AND CONTACT

CHILD/FAMILY SUPPORT

180 DAYS OR MORE PAST DUE

For questions regarding this account please contact:

**STATE OF COLORADO CHILD**
Support Enf 1575 Sherman St 2nd Fl
Denver, CO 80203-1702
(303) 866-5994

## Disputes

If you find information in your credit report that you believe is incomplete or inaccurate, click FILE A DISPUTE.

FILE A DISPUTE



Copyright 2026 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

powering the world with knowledge™

myEquifax™ 3

# Your Equifax credit report

As of **February 25, 2026**

Credit Report date

Equifax - February 25, 2026

< Back

# STATE OF COLORADO CHILD

Report Date: Feb 25, 2026

Details | Payments | **24 Month History**

## 24 MONTH HISTORY

The table below shows up to 24 months of historical data. If the table is blank, this data was not provided to Equifax.

| |
|---|
| **01/26** |
| **12/25** |
| **11/25** |
| **10/25** |
| **09/25** |
| **08/25** |
| **07/25** |
| **06/25** |
| **05/25** |
| **04/25** |
| **03/25** |
| **02/25** |

< | 1 **2** | >

**Narrative code description:**

192 — Child/Family Support

264 — 180 Days or More Past Due

263 — 150 Days Past Due

myEquifax™

3

Privacy Policy Terms of Use Ad Choices

Equifax Consumer Services LLC
Licenses and Disclosures

EFX

Copyright 2026 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

powering the world with knowledge™

myEquifax™ 3

# Your Equifax credit report

As of **February 25, 2026**

Credit Report date

Equifax - February 25, 2026

< Back

## STATE OF COLORADO CHILD

Report Date: Feb 25, 2026

Details | Payments | **24 Month History**

### 24 MONTH HISTORY

The table below shows up to 24 months of historical data. If the table is blank, this data was not provided to Equifax.

| |
|---|
| 01/26 |
| 12/25 |
| 11/25 |
| 10/25 |
| 09/25 |
| 08/25 |
| 07/25 |
| 06/25 |
| 05/25 |
| 04/25 |
| 03/25 |
| 02/25 |

< | 1 2 | >

**Narrative code description:**

192 — Child/Family Support

264 — 180 Days or More Past Due

263 — 150 Days Past Due

myEquifax™

3

Privacy Policy    Terms of Use    Ad Choices

Equifax Consumer Services LLC
Licenses and Disclosures

EFX®

Copyright 2026 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

powering the world with knowledge™