**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-00342**
**Magistrate Judge Richard T. Gurley**

# EXHIBIT 15
## SOUTH DAKOTA CREDIT ENFORCEMENT ALERTS
## Triple-Reporting Violation — Re-Aging Documentation

This exhibit presents documentary evidence of the South Dakota Triple-Reporting Violation alleged in Count VI of the First Amended Complaint. The records below are extracted from Plaintiff's credit monitoring alerts and Experian full credit report, dated January 23, 2026, and demonstrate: (1) the original 2017 account opening; (2) two "new account" re-aging events reported to TransUnion in February 2021 and September 2021; and (3) repeated Collection flags reported by SD DIV OF CHILD SUPPOR through 2021. All financial account numbers have been redacted per Fed. R. Civ. P. 5.2(a)(4), retaining only the last four digits.

### SECTION 1 — TRADELINE ACCOUNT DETAIL: DATE OPENED MAY 09, 2017

*Source: Experian Full Credit Report, "Prepared For GERALD HERSHFELDT," dated January 23, 2026. This is the SD DIV OF CHILD SUPPOR tradeline as it appears in Plaintiff's Experian credit file.*

The SD DIV OF CHILD SUPPOR tradeline reflects a debt that first appeared in May 2017 — corresponding to the initiation of South Dakota's informal interstate enforcement action, which Plaintiff's complaint alleges bypassed formal UIFSA registration. The account is designated Account Type: Family Support and shows an Account Number redacted per FRCP 5.2 to last four digits only.

| FIELD | REPORTED VALUE | LEGAL SIGNIFICANCE |
|---|---|---|
| **Account Name** | SD DIV OF CHILD SUPPOR | South Dakota Division of Child Support (Furnisher) |
| **Account Number** | XXXXXXXX-6684<br>(redacted per FRCP 5.2) | Last 4 digits: 6684 |
| **Date Opened** | May 09, 2017 | Marks start of 104-month reporting period alleged in ¶ H(3) |
| **Account Type** | Family Support | State agency reporting in debt-collection capacity |
| **Open/Closed** | Closed | Status updated Oct 2023; account transferred |
| **Status** | Transferred, closed | Not deleted — transferred to new reporting entity |
| **Last Payment Date** | Jan 01, 2021 | Reporting continued after obligee's Nov 2022 arrears waiver |
| **Activity (Sept 2023)** | C — Collection | Two collection-code months shown in 2023 payment history |
| **Furnisher Address** | 700 Governors Dr, Pierre, SD 57501 | SD Dept. of Social Services, Yankton Office |
| **Furnisher Phone** | (605) 773-3165 | South Dakota child support office of record |

## SECTION 2 — RE-AGING EVENT 1: DEPT OF SOCIAL SVCS "NEW ACCOUNT" — FEBRUARY 10, 2021

*Source: Experian credit monitoring alert, captured January 23, 2026 (page 24 of 26 in alert history). Alert generated February 10, 2021.*

On February 10, 2021, Experian's 3-bureau monitoring system detected and reported that "DEPT OF SOCIAL SVCS reported a New Account to your TransUnion credit file." This constitutes the first re-aging event: a new account opening reported to TransUnion for a debt that already existed since May 2017. Reporting a pre-existing debt as a "new account" restarts the 7-year clock under the FCRA, multiplying the punitive credit impact on Plaintiff. This event is alleged at First Amended Complaint ¶ H(3).

| FIELD | REPORTED VALUE |
|---|---|
| **Alert Date** | February 10, 2021 |
| **Alert Type** | NEW ACCOUNT reported to TransUnion |
| **Reporting Entity** | DEPT OF SOCIAL SVCS |
| **Entity Address** | 700 Governors Dr, Pierre, SD 57501 |
| **Business Type** | VZ (Government / Child Support) |
| **Balance at Time of Report** | $0.00 |
| **Bureau Affected** | TransUnion |
| **Legal Significance** | Re-ages a May 2017 debt; restarts adverse reporting clock on TransUnion |

## SECTION 3 — RE-AGING EVENT 2: DEPT OF SOCIAL SVCS "NEW ACCOUNT" — SEPTEMBER 9, 2021

*Source: Experian credit monitoring alert, captured January 23, 2026 (page 22 of 26 in alert history). Alert generated September 9, 2021.*

On September 9, 2021, the same "new account" event was reported a second time. Just six months after the February 2021 re-aging, South Dakota Defendants reported "DEPT OF SOCIAL SVCS reported a New Account to your TransUnion credit file" again — creating a third distinct account-opening event for a single debt that originated in May 2017. This second re-aging occurred after Plaintiff had already filed a formal dispute with the credit bureaus in August 2021, triggering Defendants' § 1681s-2(b) duty to investigate. Instead of removing the entry, Defendants re-aged it.

| FIELD | REPORTED VALUE |
|---|---|
| **Alert Date** | September 9, 2021 |
| **Alert Type** | NEW ACCOUNT reported to TransUnion |
| **Reporting Entity** | DEPT OF SOCIAL SVCS |
| **Entity Address** | 700 Governors Dr, Pierre, SD 57501 |
| **Business Type** | VZ (Government / Child Support) |
| **Balance at Time of Report** | $0.00 |
| **Bureau Affected** | TransUnion |

| | |
|---|---|
| **Context** | Occurred AFTER Plaintiff's August 2021 formal dispute — triggering § 1681s-2(b) duty |
| **Legal Significance** | Second re-aging of a 2017 debt; constitutes failure to investigate post-dispute |

## SECTION 4 — COLLECTION FLAGS: SD DIV OF CHILD SUPPOR — APRIL THROUGH AUGUST 2021

*Source: Experian credit monitoring alerts (pages 19–22 of 26 in alert history), all captured January 23, 2026. Alerts generated May 8, July 8, and August 7, 2021.*

The following three Experian alerts document SD DIV OF CHILD SUPPOR flagging Plaintiff's account as "Collections" (Grid Code G) on three consecutive months in 2021. Each flag represents a distinct adverse reporting event. These collection flags occurred during and immediately after Plaintiff's formal dispute filed in August 2021. Notably, the September 2021 re-aging event (Section 3) followed these collection flags — meaning South Dakota Defendants responded to Plaintiff's dispute by re-aging the tradeline rather than investigating or removing it.

| ALERT DATE | ACTIVITY REPORTED | BALANCE DATE | BALANCE | ACTIVITY CODE |
|---|---|---|---|---|
| May 8, 2021 (Alert generated) | SD DIV OF CHILD SUPPOR flagged account as Collections | April 30, 2021 | $2,184.00 | Grid Code G (Collections) |
| July 8, 2021 (Alert generated) | SD DIV OF CHILD SUPPOR flagged account as Collections | June 30, 2021 | $4,440.00 | Grid Code G (Collections) |
| August 7, 2021 (Alert generated) | SD DIV OF CHILD SUPPOR flagged account as Collections | July 31, 2021 | $5,568.00 | Grid Code G (Collections) |

*Note: All three alerts identify furnisher address as 700 Governors Dr, Pierre, SD 57501-2291, telephone (605) 773-3641 — the South Dakota Department of Social Services. Reporting entity in First Amended Complaint identified as Defendants Boyd and Rodig, Yankton Local Office.*

## SECTION 5 — SUMMARY: THE TRIPLE-REPORTING AND RE-AGING PATTERN

The documents in this exhibit establish the following chronological pattern of South Dakota reporting conduct against a single child support debt:

| DATE | REPORTING EVENT | BUREAU | LEGAL ISSUE |
|---|---|---|---|
| **May 2017** | Account opened — SD DIV OF CHILD SUPPOR (Account No. XXXXXXXX-6684) | Experian | Origination of 104-month reporting period; bypassed UIFSA formal registration |
| **Apr–Aug 2021** | Three consecutive Collections flags (Grid Code G; balances $2,184→$5,568) | Experian | Adverse collection markers during period when Plaintiff held adoption subsidy status |
| **Aug 2021** | Plaintiff files formal dispute with credit bureaus | All three | Triggers § 1681s-2(b) mandatory investigation duty for Defendants |
| **Feb 10, 2021** | RE-AGING EVENT 1: DEPT OF SOCIAL SVCS reports as "New Account" to TransUnion | TransUnion | Re-ages 2017 debt; restarts 7-year clock; violates FCRA § 1681s-2(a) |
| **Sep 9, 2021** | RE-AGING EVENT 2: DEPT OF SOCIAL SVCS reports as "New Account" to TransUnion (again) | TransUnion | Second re-aging POST-dispute; Defendants failed to investigate, instead re-aged |

| | | | |
|---|---|---|---|
| **Aug 2021** | Defendants certify debt "accurate and verified" following dispute | All three | Willful noncompliance: 15 U.S.C. § 1681n; alleged at FAC ¶ H(6) |
| **Nov 2022** | Obligee executes written waiver of all arrears | — | Defendants continued negative reporting despite written waiver; alleged at FAC ¶ C(3) |
| **Jan 2026** | Tradeline still appearing; reporting continued 104 months total | Experian | 104 months × $1,000 = $104,000 statutory damages alleged at FAC ¶ H(9) |

---

**FRCP 5.2 REDACTION CERTIFICATION:** Pursuant to Federal Rule of Civil Procedure 5.2(a)(4), all financial account numbers in this exhibit have been redacted to display only the last four digits. The full account number for SD DIV OF CHILD SUPPOR (Account No. XXXXXXXX-6684) is available for in camera inspection upon request. Credit monitoring alert data is presented verbatim as generated by Experian's 3-bureau monitoring system.

Respectfully submitted,

____________________________________

Gerald Paul Hershfeldt, Pro Se Plaintiff

Civil Action No. 1:26-cv-00342

Denver, CO 80203