IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00342-RTG

GERALD PAUL HERSHFELDT,
Plaintiff,

v.

CARLEEN JOHNSTON, et al.,
Defendants.

PLAINTIFF'S MOTION TO SEAL ORIGINAL FILINGS
AND SUBSTITUTE RULE 5.2–COMPLIANT VERSIONS PURSUANT TO FED. R. CIV. P. 5.2 AND D.C.COLO.LCivR 7.2

Plaintiff Gerald Paul Hershfeldt, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 5.2 and D.C.COLO.LCivR 7.2 to restrict public access to the original versions of his Complaint and related exhibit filings and to substitute on the public docket the Rule 5.2–compliant versions filed concurrently herewith. In support of this motion, Plaintiff states as follows:

1. Plaintiff has prepared and filed a First Amended Complaint and corrected exhibit package that have been formatted and redacted to comply with the privacy-protection requirements of Fed. R. Civ. P. 5.2, including truncation of personal identifiers and the use of initials for minor children.
2. The newly filed pleadings and exhibits contain the same substantive allegations and documentary support as the prior filings, with revisions directed to formatting, organization, and presentation in order to conform to the Court's deficiency order and to the privacy protections required by Rule 5.2 and applicable local rules.
3. To maintain a consistent, privacy-compliant public record, Plaintiff respectfully requests that the Court direct the Clerk of Court to designate the newly filed First Amended Complaint and corrected exhibit package as the operative, publicly available pleadings in this action.
4. Plaintiff further requests that the Court restrict public access to the original versions of the Complaint and associated exhibits and maintain them under seal or restricted access, while preserving access for the Court and the parties for case administration and evidentiary purposes as needed.
5. The relief requested is narrowly tailored. Plaintiff does not seek to limit public access to the nature or substance of his claims, but only to ensure that the publicly available docket reflects the versions of his pleadings and exhibits that

have been prepared in accordance with Fed. R. Civ. P. 5.2 and this Court's local rules governing restricted access and sealing.

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Order that the original versions of the Complaint and associated exhibits be placed under seal or restricted access in accordance with Fed. R. Civ. P. 5.2 and D.C.COLO.LCivR 7.2;
2. Direct the Clerk of Court to substitute on the public docket the First Amended Complaint and corrected exhibit package filed concurrently with this motion as the publicly available versions of Plaintiff's pleadings and exhibits;
3. Permit the Court and the parties, as needed, to access the sealed original filings for case administration and evidentiary purposes; and
4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Gerald Paul Hershfeldt
GERALD PAUL HERSHFELDT
Pro Se Plaintiff
Denver, CO 80203

jerry.hershfeldt@gmail.com

(720) 378-8474

Dated: February 26, 2026