IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00342-RTG

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, in her individual and official capacities,
JENNIFER BRANT, in her individual and official capacities,
TIMOTHY J. JASHINSKY, in his individual and official capacities,
CINDY LUCERO, in her individual and official capacities,
WENDY BATTS, in her individual and official capacities,
ARTHUR J. SPICCIATI, in his individual and official capacities,
LARRY BOYD, in his individual and official capacities,
JANE RODIG, in her individual and official capacities,
HEATHER O'HAYRE, in her official capacities,
MICHELLE BARNES, in her official capacities,
LAURIE GILL, in her official capacities, and
LARIMER COUNTY, COLORADO,

Defendants.

---

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

---

Plaintiff Gerald Paul Hershfeldt resides in Denver, Colorado. Plaintiff has filed *pro se* an amended Complaint (ECF No. 9) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 8). Plaintiff will be granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.

Accordingly, it is

ORDERED the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 8) is GRANTED. It is

FURTHER ORDERED that the Clerk of Court shall not issue process at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge and/or a magistrate judge under D.C.COLO.LCivR 8.1(c). It is

FURTHER ORDERED that the Application for Leave to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No 2) is DENIED WITHOUT PREJUDICE as filed on the incorrect form. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 6) is DENIED AS MOOT.

DATED March 2, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge