IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00342-RTG

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, in her individual and official capacities,
JENNIFER BRANT, in her individual and official capacities,
TIMOTHY J. JASHINSKY, in his individual and official capacities,
CINDY LUCERO, in her individual and official capacities,
WENDY BATTS, in her individual and official capacities,
ARTHUR J. SPICCIATI, in his individual and official capacities,
LARRY BOYD, in his individual and official capacities,
JANE RODIG, in her individual and official capacities,
HEATHER O'HAYRE, in her official capacities,
MICHELLE BARNES, in her official capacities,
LAURIE GILL, in her official capacities, and
LARIMER COUNTY, COLORADO,

Defendants.

---

**ORDER DRAWING CASE**

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case be DRAWN to a presiding judge and, if applicable, to a magistrate judge.

DATED March 5, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge