IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00342-NYW-CYC

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, in her individual and official capacities,
JENNIFER BRANT, in her individual and official capacities,
TIMOTHY J. JASHINSKY, in his individual and official capacities,
CINDY LUCERO, in her individual and official capacities,
WENDY BATTS, in her individual and official capacities,
ARTHUR J. SPICCIATI, in his individual and official capacities,
LARRY BOYD, in his individual and official capacities,
JANE RODIG, in her individual and official capacities,
HEATHER O'HAYRE, in her official capacities,
MICHELLE BARNES, in her official capacities,
LAURIE GILL, in her official capacities, and
LARIMER COUNTY, COLORADO,

Defendants.

---

CERTIFICATE OF SERVICE

---

I certify that I have mailed a copy of this Certificate of Service to the named individual below, and the following forms to the United States Marshals Service for service of process on Carleen Johnston, in her Individual and Official Capacities, Jennifer Brant, in her Individual and Official Capacities, Timothy J. Jashinsky, in his Individual and Official Capacities, Cindy Lucero, in her Individual and Official Capacities, Wendy Batts, in her Individual and Official Capacities, Arthur J. Spicciati, in his Individual and Official Capacities, Larry Boyd, in his Individual and Official Capacities, Jane Rodig, in her Individual and Official Capacities, Heather O'Hayre, in her Official Capacities, Michelle Barnes, in her Official Capacities, Laurie Gill, in her Official Capacities, and Larimer County, Colorado: Amended Complaint filed 2/26/2026; Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed 3/2/2026, Magistrate Judge Consent Form filed 3/5/2026, and Summons filed on March 9, 2026.

Gerald Paul Hershfeldt
429 East 14th Avenue
Apartment 107
Denver, CO 80203
US Marshals Service

Service Clerk
Service forms for: Carleen Johnston, in her Individual and Official Capacities, Jennifer Brant, in her Individual and Official Capacities, Timothy J. Jashinsky, in his Individual and Official Capacities, Cindy Lucero, in her Individual and Official Capacities, Wendy Batts, in her Individual and Official Capacities, Arthur J. Spicciati, in his Individual and Official Capacities, Larry Boyd, in his Individual and Official Capacities, Jane Rodig, in her Individual and Official Capacities, Heather O'Hayre, in her Official Capacities, Michelle Barnes, in her Official Capacities, Laurie Gill, in her Official Capacities, and Larimer County, Colorado

s/G. Gillen
*Deputy Clerk*