# UNITED STATES DISTRICT COURT

for the

District of Colorado

GERALD PAUL HERSHFELDT,

*Plaintiff(s)*

v.

CARLEEN JOHNSTON, in her individual and official capacities, JENNIFER BRANT, in her individual and official capacities, TIMOTHY J. JASHINSKY, in his individual and official capacities, CINDY LUCERO, in her individual and official capacities, WENDY BATTS, in her individual and official capacities, ARTHUR J. SPICCIATI, in his individual and official capacities, LARRY BOYD, in his individual and official capacities, JANE RODIG, in her individual and official capacities, HEATHER O'HAYRE, in her official capacities, MICHELLE BARNES, in her official capacities, LAURIE GILL, in her official capacities, and LARIMER COUNTY, COLORADO,

*Defendant(s)*

Civil Action No. 26-cv-00342-NYW-CYC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wendy Batts, in her Individual and Official Capacities,
1501 Blue Spruce Drive
Fort Collins, CO 80524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Paul Hershfeldt
429 East 14th Avenue
Apartment 107
Denver, CO 80203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/09/2026

s/G. Gillen

*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-00342-NYW-CYC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
______________________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: