Case No. 1:26-cv-00342-NYW-CYC Document 18-22 filed 03/09/26 USDC Colorado pg 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2026 MAR 19 AM 10: 32
JEFFREY P. COLWELL
CLERK
BY ________ DEP. CLK

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Gerald Paul Hershfeldt | COURT CASE NUMBER<br>26-cv-00342-NYW-CYC |
| DEFENDANT<br>Laurie Gill, in her Official Capacity | TYPE OF PROCESS<br>S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Laurie Gill, in her Official Capacity
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
700 Governors Drive, Piere, SD 57501

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br><br>Gerald Paul Hershfeldt<br>429 East 14th Avenue<br>Apartment 107<br>Denver, CO 80203 | Number of process to be served with this Form 285: 12<br>Number of parties to be served in this case: 12<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/G. Gillen, Deputy Clerk | ☒ PLAINTIFF<br>☐ DEFENDANT | 303-844-3433 | 3/9/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 12 | No 313 | No 073 | [signature] McNeill | 3/11/2026 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| Laurie Gill | 3-17-26 | 11:15 ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| 925 E Sioux Ave, Pierre, SD | [signature] 33627 |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

2026 MAR 11 A 9 32

1:2026-CV-00342 Capture ✓

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-00342-NYW-CYC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Laurie Gill

was received by me on *(date)* 3/11/26 .

☒ I personally served the summons on the individual at *(place)*

925 E Sioux Ave, Pierre, SD on *(date)* 3-17-26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______

______, a person of suitable age and discretion who resides there,

on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is

designated by law to accept service of process on behalf of *(name of organization)* ______

______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ 1.45 for travel and $ 65.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-17-26

[signature]
*Server's signature*

Dustin Mayer - DUSM
*Printed name and title*

225 S. Pierre ST, Pierre, SD
*Server's address*

Additional information regarding attempted service, etc:

2 miles roundtrip

AO 440 (Rev 06 12) Summons in a Civil Action

2026 MAR 11 PM 2:46

RECEIVED
U.S. MARSHAL
PIERRE, SD

# UNITED STATES DISTRICT COURT

for the

District of Colorado

GERALD PAUL HERSHFELDT,

*Plaintiff(s)*

v.

CARLEEN JOHNSTON in her individual and official capacities, JENNIFER BRANT in her individual and official capacities, TIMOTHY J JASHINSKY in his individual and official capacities, CINDY LUCERO in her individual and official capacities WENDY BATTS in her individual and official capacities ARTHUR J SPICCIATI in his individual and official capacities LARRY BOYD, in his individual and official capacities JANE RODIG, in her individual and official capacities, HEATHER O HAYRE in her official capacities MICHELLE BARNES, in her official capacities LAURIE GILL in her official capacities and LARIMER COUNTY COLORADO

*Defendant(s)*

Civil Action No. 26-cv-00342-NYW-CYC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Laurie Gill, in her Official Capacity
700 Governors Drive
Pierre, SD 57501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gerald Paul Hershfeldt
429 East 14th Avenue
Apartment 107
Denver, CO 80203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/09/2026

s/G. Gillen
*Signature of Clerk or Deputy Clerk*