Case No. 1:26-cv-00342-NYW-CYC Document 18-18 filed 03/09/26 USDC Colorado pg 1 of 1

**U.S. Department of Justice**
United States Marshals Service

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2026 MAR 18 AM 10: 32
JEFFREY P. COLWELL
CLERK
DEP. CLK

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Gerald Paul Hershfeldt | COURT CASE NUMBER<br>26-cv-00342-NYW-CYC |
| DEFENDANT<br>Heather O'Hayre, in her Official Capacity | TYPE OF PROCESS<br>S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Heather O'Hayre, in her Official Capacity
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 1501 Blue Spruce Drive, Fort Collins, CO 80524

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Gerald Paul Hershfeldt<br>429 East 14th Avenue<br>Apartment 107<br>Denver, CO 80203 | Number of process to be served with this Form 285: 12<br>Number of parties to be served in this case: 12<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/G. Gillen, Deputy Clerk | ☒ PLAINTIFF<br>☐ DEFENDANT | 303-844-3433 | 3/9/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 12 | No. 013 | No. 013 | Yvina McNeil | 3/11/2026 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Rita Henning Rita Henning | 3/17/25 | 1:30 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| 224 Canyon Ave #200<br>Fort Collins, CO | [signature] |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

Travel - $94.25
Fee - $195.00
Total - $289.25

1:2026-cv-00342

2026 MAR 11 A 9:29

Captured

Form USM-285
Rev. 01/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-00342-NYW-CYC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Heather O'Hayre was received by me on *(date)* 03-12-26.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rita Henning , who is designated by law to accept service of process on behalf of *(name of organization)* Heather O'Hayre on *(date)* 3-17-26 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ 94.25 for travel and $ 195.00 for services, for a total of $ ~~0.00~~ $289.25 .

I declare under penalty of perjury that this information is true.

Date: 03-17-26

[signature]
*Server's signature*

DUSM Luke R. Visconti
*Printed name and title*

901 19th St. Denver, Co 80294
*Server's address*

Additional information regarding attempted service, etc: