Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# Re: [EXTERNAL] Re: [EXTERNAL] Research Request - Larimer County

1 message

**Jerry Hershfeldt** <jerry.hershfeldt@gmail.com> Thu, Jan 15, 2026 at 4:11 PM
To: 08RecordRequest <08RecordRequest@judicial.state.co.us>

Dear Records Department,

Thank you for your response to my December request for "all child support orders dated June 9, 2015."

You stated it was a misfortune of an inbox error, I see it differently. Considering the delay and the timeliness of your reply came on the very morning that Judge Blanco's game of “procedure over prudence”, became relevant…As Alanis Morissette once said-

“Isn't it ironic? Don't you think?”

My only state option to correct the record is to file a complaint. And who does that complaint go to? It goes to the problem itself. Therefore I have exhausted all remedies to resolve this through the state.

FOR THE RECORD: After 34 days, you produced only the 2022 modification order. No signed 2015 mandate or enforceable support order was provided.

I understand your difficult position- do you send me the evidence that there was no 2015 enforceable order while Judge Blanco is waiting out the timeline to perform judicial duties?

My opinion is that Judge Blanco's ruling, or lack there of and the timing along with it is a travesty of Justice to the children she claims to protect. She is- absolutely shameful.

Per the Chief Judge, I have no state appeal grounds. Any state complaint returns to her.

My only remedy: a federal civil rights complaint. Your Jan 13 response becomes my Exhibit K proving systemic due process failure.

My only question (s) that I expect to go unanswered is this- was there a judicial conference prior to sending me that reply? How many other children's lives are being destroyed by the same procedural roadblocks? Perhaps the federal government will help me get those answers, in the meantime thank you for your service and difficult circumstances.

BLESS YOUR HEARTS,
Gerald Hershfeldt

On Tue, Jan 13, 2026, 8:23 AM 08RecordRequest <08RecordRequest@judicial.state.co.us> wrote:

> Apologies, Jerry,

We have a variety of duties in our department, and it appears that this has been missed in our inbox.

Attached is your Child Support Order.

Thank you,


**Brigette**

Records/Front Counter

Larimer County Combined Courts

201 Laporte Ave

Fort Collins, CO 80521

(970)-494-3509


*Judicial recognizes the need for digital document accessibility. If you experience inaccessible content and require assistance, please contact us by replying to this email.*

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Friday, January 9, 2026 11:15 AM
**To:** 08RecordRequest <08RecordRequest@judicial.state.co.us>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Research Request - Larimer County

**EXTERNAL EMAIL:** This email originated from outside of the Judicial Department. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello!

It has been over a month since I have requested a copy of **Event ID 000031 (6/02/2022): Child Support Order-1st-**

**Can you please provide a copy of the 1st Child Support Order as listed in the ROA? Or, please provide an explanation as to why you can not?**

Thank you,

Jerry

On Thu, Dec 11, 2025 at 8:15 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

> Hi Brigette,
>
> Thank you for providing the Register of Actions for case 2015DR000229.
>
> I am requesting a copy of the following document referenced in the Register:
>
> **Event ID 000031 (6/02/2022): Child Support Order-1st**
>
> Please email the copy to jerry.hershfeldt@gmail.com.
>
> Thank you for your assistance.
>
> Sincerely,
> Gerald Hershfeldt
> (720) 378-8474
>
> On Fri, Dec 5, 2025 at 11:53 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>
>> Also- if there is no valid, legally enforceable order from 2015, it's okay to say it. I know. I have known.
>>
>> The Modified Order you sent is 'impossible'. What order did it modify? If it was the 'Child Support 1st" option - consider it, and then report the suspected felony you are now aware of. Because creating a false document in the public record, is multiple felonies.
>>
>> Thankful for your service -
>>
>> Jerry

On Fri, Dec 5, 2025, 8:50 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

> Hi Bridgette,
>
> My apologies- I meant to request the original 2015 Support order, the one that the 2022 Order Modified.
>
> Do I need to re-submit the request?
>
> Thanks so much!
>
> Jerry
>
> On Fri, Dec 5, 2025 at 8:15 AM 08RecordRequest <08RecordRequest@judicial.state.co.us> wrote:
>
>> Good morning,
>>
>> Your record request has been completed. Please see the attached documents. We have waived the fee for copies, please keep in mind that you may be charged $0.25 per page for future requests.
>>
>> Thank you,
>>
>> **Brigette**
>>
>> Records/Front Counter
>>
>> Larimer County Combined Courts
>>
>> 201 Laporte Ave
>>
>> Fort Collins, CO 80521
>>
>> (970)-494-3509
>>
>> *Judicial recognizes the need for digital document accessibility. If you experience inaccessible content and require assistance, please contact us by replying to this email.*

**From:** Colorado Judicial Branch <donotreply@judicial.state.co.us>
**Sent:** Monday, December 1, 2025 1:40 AM
**To:** 08RecordRequest <08RecordRequest@judicial.state.co.us>
**Subject:** [EXTERNAL] Research Request - Larimer County

**EXTERNAL EMAIL:** This email originated from outside of the Judicial Department. Do not click links or open attachments unless you recognize the sender and know the content is safe.

## Colorado Judicial Branch

**Submitted on:** Mon, 12/01/2025 - 01:39

You have just received a research request from Gerald Hershfeldt at jerry.hershfeldt@gmail.com

Regards,

The Judicial Branch Web Team

View Request

**Submission Data**

## Your Contact Information

**First Name**
Gerald

**Last Name**
Hershfeldt

**Email**
jerry.hershfeldt@gmail.com

**Phone Number**
(720) 378-8474

**Address Line 1 (required)**
3652 Lipan Street

**State (required)**
Colorado

**City (required)**
Denver

**Zip code (required)**
80211

## Request Information

**Case Type**
Divorce

**Year case was filed**
Thu, 01/01/2015 - 00:00

**County / location of Record(s)**
Larimer County

**Date Of Birth**
08/18/1976

**Party Information (Name(s) on case) (required)**
Gerald Hershfeldt Brooke Hershfeldt

## Family Matters (JV and DR)

**Family Matters (JV and DR)**
Support Order

**Register of Action/ROA (a brief explanation of the case including but not limited to; charges, sentences and minute orders)**
Yes

**Requested documents/information need to be certified/exemplified.**
No

*Do not reply directly to this email. If you believe you have received this email in error, please contact Judicial Customer Support.*

*Colorado Judicial Branch 1300 Broadway Ste 1200 Denver, CO 80203*