Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# Re: Referral

**Jerry Hershfeldt** <jerry.hershfeldt@gmail.com> Sun, Mar 1, 2026 at 2:45 AM
To: DASHR Org <dashrorg@gmail.com>

Couch surfing when I can. I've made it through a few nights outside.

On Fri, Feb 27, 2026 at 1:30 PM DASHR Org <dashrorg@gmail.com> wrote:

> Hey Jerry, what is your current situation? Where are you staying right now?
>
> On Thu, Feb 12, 2026 at 7:20 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>
>> Hi Vinnie- I just wanted to touch base. I guess I'm not really sure what I need to be doing other than look for whatever I can. I'm not expecting any relief from the lawsuit for a few years. I will look into applying for disablity - Let me know if you need anything from me.
>>
>> On Sat, Jan 24, 2026 at 6:10 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>>
>>> I did- and its a daily beg someone to let me stay with them. I have a few things I needed help getting out- she did serve a demand to vacate on the 19th that gave me 10 more days but she's been sending me texts such as this-
>>>
>>> "You do not have permission to be in the property and are trespassing. I don't care about the money at this point. Please I am begging you please leave, I have to sell the property because I can no longer afford it after this past year. You continue to lie and take advantage of me, this has severely impacted my mental health. Please Jerry please. This has been an absolute nightmare for me. I have also received complaints against my property from the county for drug use and disruptive behavior reported by numerous neighbors. You need to leave, it is in your interest before the courts and potentially law enforcement are involved."
>>>
>>> As for the complaints- The neighbors are former friends of mine. One offered to pay for a month at a hotel- I accepted thinking she knew about the plan- then I got an angry note on my door from the OTHER teling me I was taking advantage of them- so I refused. Drug use and disruptive behavior are simply out of line. If anything, recreational weed, which i have no money for. I worry about what she wold make up to the police and didn't know if she was trying to set me up for faster eviction. (This was last month) But between her admitted instability and the neighbor's harassment, I honestly didn't feel safe there, and I do truly feel bad for the position she's in, it doesn't sound like she was any more prepared to be a property manager as I was to be a tenant.
>>>
>>> I'm still scrambing to find something as I'd rather not go back to Rapid City but I don't know what options I have, and I don't even have a way to get there.
>>>
>>> Thanks
>>>
>>> On Sat, Jan 24, 2026 at 2:31 PM DASHR Org <dashrorg@gmail.com> wrote:
>>>
>>>> Hey Jerry, I just saw rhis email. How is everything going? Did you end up leaving?
>>>>
>>>> On Jan 22, 2026, at 12:12 PM, Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>>>>
>>>> Hey Vinnie, I just wanted to touch base, I'm moving out of my place today. Not so much because I was serving eviction but I told her I was going to because I had plans to move in with a friend who decided she was worried about our dogs getting along. The very little stuff I do have is going to stay at a friends but I have a couple nights I can stay with someone but other than that I think I'm going to have to stay with a friend in South Dakota and I'm just arranging to get there either this weekend or the weekend after. The rest of this week I'm going to go to any retail places even

Goodwill to see if I can just pick something up but until the lawsuit progresses my credit report isn't going to get me into a traditional lease I'm afraid.
I did ask for the Fair credit reporting act damages of the lawsuit to be paid prior to the rest of the litigation being finalized, but that's rare.

Anyway I just wanted to throw the hail Mary and see if you could catch it LOL.

Appreciate the help-
Jerry

On Fri, Jan 16, 2026, 2:12 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

Hi! Thanks for the follow up. I thought I had a place to move to on Sunday- but they backed out yesterday. I told the landlord i'd be out by Monday and so I really have to be—even if its "temporary until the next temporary" Anyway- freaking out a bit, but "Okay"

The Judge denied my reconsideration motion a few days ago and was diligent to make sure it was unappealable—which works out even better as I need to exhaust all state options before going to Federal Court. I should have it filed by the end of the day and can forward it so you understand its short-term goals.

I'll try to keep you updated on Monday (are you open the holiday Monday) as to where I end up over the weekend.
Appreciate your help-
Jerry

On Thu, Jan 15, 2026 at 2:55 PM DASHR Org <dashrorg@gmail.com> wrote:

Hey Jerry, wanted to check in and see how things are going. We are working on employment options and still working on the other items we discussed last week.

On Mon, Jan 5, 2026 at 2:30 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

Resume https://studio--studio-4805458152-d16da.us-central1.hosted.app/

On Mon, Jan 5, 2026, 1:59 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

Running just a bit late. 10 min or do

On Mon, Jan 5, 2026, 12:19 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

2 PM Works for me! Thanks-

Child support overview- https://open.substack.com/pub/jerryhershfeldt/p/federal-lawsuit-alleges-a-decade?utm_campaign=post&utm_medium=email

On Mon, Jan 5, 2026 at 12:13 PM DASHR Org <dashrorg@gmail.com> wrote:

Hey Jerry would 2pm work? Our office is at 1045 Lincoln Street 80203 and when you arrive you can call my number 720[redacted]4 and I'll let you in.

On Jan 5, 2026, at 10:17 AM, Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

Hi Vinnie -

I just wanted to confirm a time this afternoon to meet, and if you could remind me again of the cap Hill location address.

Thanks -
Jerry

On Wed, Dec 31, 2025, 11:14 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

Hi Vinnie - I left a message for you yesterday, could we just set an appointment? Please tell me when you can meet and the address and I'll be there.

Thank you -
Jerry

On Fri, Dec 26, 2025, 11:00 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

> Monday works- I will call to set up a time Monday morning.
>
> Thanks.
> Jerry
>
> On Fri, Dec 26, 2025 at 4:37 PM DASHR Org <dashrorg@gmail.com> wrote:
>
>> Jerry, my apologies, your email got buried in our inbox. I would still like to connect to see how we can support you. Let me know if Monday or another day next week works for you and you can also call me at 720.413.0124 if that's easier.
>>
>> On Dec 18, 2025, at 2:27 PM, Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>>
>> Hello-
>>
>> I am still very much seeking assistance. I'm not sure if there is a wait time and this is standard practice, I was hoping to at least get a time frame so I know what to expect. There is a certain level of accountability on my part and those who are under the impression that I have reached out for help are questioning my claims that I have.
>>
>> Thank you-
>>
>> Jerry
>>
>> On Mon, Dec 15, 2025 at 4:28 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>>
>>> Hi Vinnie,
>>>
>>> I wanted to see if there was time to work on Tuesday.
>>>
>>> Thank you-
>>> Jerry
>>>
>>> On Mon, Dec 15, 2025 at 5:02 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>>>
>>>> Vinnie,
>>>>
>>>> In person would be best for me. Is there a time Monday afternoon that works for you? And what is the address?
>>>>
>>>> Thanks!
>>>> Jerry
>>>>
>>>> On Fri, Dec 12, 2025, 5:30 PM DASHR Org <dashrorg@gmail.com> wrote:
>>>>
>>>>> Hi Jerry thanks for reaching out. I can connect with you on Monday to see how we can support your needs. Would you like to meet in person or over the phone? Either

way I'll be reaching out on Monday to confirm. Thanks again.

- Vinnie Cervantes

> On Dec 12, 2025, at 11:15 AM, Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>
>
> Hello-
>
> I was referred to you after a welfare check on or around the 30th. I received a phone call a few days later and I believe she told me someone would reach out. I have some cognitive gaps and it's difficult to remember things, I'm not sure what the next steps are? I had asked the gal to send me an email so I could remember to follow up but I'm not sure what I need to do. I'm safe and not in any immediate danger and don't plan to put myself in any. I am homeless now, that's the only thing that has changed. I could still use some help possibly, I'm just not sure where to turn.
>
> Thank you,
> Jerry Hershfeldt
> 720-378-8474