# DRIVER'S LICENSE SUSPENSION
## NOTICE OF NONCOMPLIANCE WITH A CHILD SUPPORT ORDER
## SECTIONS 26-13-123,C.R.S. AND 42-2-127.5,C.R.S., AS AMENDED

DATE OF NOTICE: 11/18/2022

GERALD P HERSHFELDT
2508 E 11TH AVE APT 504
DENVER, CO 80206-3236

REF NUMBER: 97924526
DOB: 08/18/1976

FSR Account Number: 14352017 Court Order: 08069-1-15DR-000229

Your County Child Support Enforcement technician is:

MARTENS, SUSAN
LARIMER COUNTY DSS - CSE UNIT
1501 BLUE SPRUCE DR
FORT COLLINS, CO., 80524-2000

(970) 305-1873

READ THIS NOTICE. IT EXPLAINS YOUR OPTIONS TO AVOID SUSPENSION OF YOUR COLORADO DRIVER'S LICENSE.

### Why Your License Will Be Suspended

Our child support enforcement records show the following:
- You owe child support on the above-listed child support order;
- You have not made an agreement to pay overdue child support; or
- You are not paying as ordered or as agreed to in a past agreement.

### How You Can Comply

To avoid having your name sent to the Colorado Department of Revenue, Division of Motor Vehicles to request that your Colorado driver's license be suspended, you must do one of the following within thirty (30) days of this notice: 1) begin paying the monthly payment due (listed on page two), 2) contact the County Child Support Enforcement (CSE) Unit (listed above) to negotiate a payment plan and pay as agreed, or 3) pay the current balance (listed on page two).