**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00342-NYW-CYC

**GERALD PAUL HERSHFELDT,**

Plaintiff,

v.

**CARLEEN JOHNSTON, individually and in her official capacity; and**
**JENNIFER BRANT, individually and in her official capacity; and**
**TIMOTHY J. JASHINSKY, individually and in his official capacity; and**
**CINDY LUCERO, individually and in her official capacity; and**
**WENDY BATTS, individually and in her official capacity; and**
**ARTHUR J. SPICCIATI, individually and in his official capacity; and**
**LARRY BOYD, individually and in his official capacity; and**
**MICHELLE BARNES, in her official capacity; and**
**LAURIE GILL, in her official capacity; and**
**LARIMER COUNTY, COLORADO,**

Defendants.

---

## ENTRY OF APPEARANCE

---

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Michelle Barnes, in her official capacity as Executive Director of the Colorado Department of Human Services.

Respectfully submitted this 6th day of April, 2026.

*s/ Rachel E. Ollis*
Rachel E. Ollis
CO Bar No. #56553
Colorado Attorney General's Office
1300 Broadway, 6th Floor

Denver, Colorado 80203
Telephone: (720) 508-6201
Email: rachel.ollis@coag.gov
*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services.*
*Counsel of Record

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Gerald Paul Hershfeldt
429 East 14th Ave.
Apartment 107
Denver, CO 80203
Telephone: (720) 378-8474
Email: jerry.hershfeldt@gmail.com
*Pro Se Plaintiff*

Michael Turner Lowe
Bruno Colin Goddard & Lowe, PC
Suite 1606
Denver, CO 80203
Telephone: (303) 831-1088
Email: mlowe@brunolawyers.com
*Attorney for Defendants, Carleen Johnston, Jennifer Brant, Timothy J. Jashinsky, Cindy Lucero, Wendy Batts, Heather O'Hayre, Arthur J. Spicciati, and Larimer County, Colorado*

Nicholas C. Poppe
Nathan Dumm & Mayer P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 69103737
*Attorney for Defendant Laurie Gill*

*s/ Rachel E. Ollis*
Rachel E. Ollis
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 50-6201
Email: rachel.ollis@coag.gov

*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services.*