**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-00342-NYW-CYC

GERALD PAUL HERSHFELDT,
Plaintiff,

v.

CARLEEN JOHNSTON, individually and in her official capacity;
JENNIFER BRANT, individually and in her official capacity;
TIMOTHY J. JASHINSKY, individually and in his official capacity;
CINDY LUCERO, individually and in her official capacity;
WENDY BATTS, individually and in her official capacity;
ARTHUR J. SPICCIATI, individually and in his official capacity;
LARRY BOYD, individually and in his official capacity;
JANE RODIG, individually and in her official capacity;
HEATHER O'HAYRE, in her official capacity;
MICHELLE BARNES, in her official capacity;
LAURIE GILL, in her official capacity;
LARIMER COUNTY, COLORADO,
Defendants.

---

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

---

Defendants Carleen Johnston, Jennifer Brant, Timothy J. Jashinsky, Cindy Lucero, Wendy Batts, Arthur J. Spicciati, Heather O'Hayre, and Larimer County, Colorado ("Larimer County Defendants"), by and through their undersigned counsel of record, hereby submit their Motion for an enlargement of time to submit their Answer or otherwise respond to Plaintiff's Amended Complaint [ECF 9], and for good cause state as follows:

Duty to Confer pursuant to D.C.COLO.LCivR. 7.1(a)**.** Counsel for Larimer Defendants has conferred with Plaintiff, who indicated the requested extension is opposed.

1. Plaintiff filed his Initial Complaint on January 27, 2026. [ECF 1]. And his Amended Complaint, which is the operative Complaint, on February 26, 2026. [ECF 9].

2. Plaintiff's Amended Complaint was personally served on the Larimer County Defendants on March 17, 2026, making the current deadline for Larimer County Defendants to answer or otherwise respond on or before April 7, 2026.[1]

3. Bruno, Colin, Goddard & Lowe, P.C. was retained on March 18, 2026, to represent the above-named Larimer County Defendants in this matter, and entered their appearance on March 20, 2026. [ECF 28]. Defense counsel is diligently working to schedule meetings with the Defendants to discuss Plaintiff's Amended Complaint, draft the appropriate responsive pleadings to Plaintiff's interim filings, as well as receive and review documents stretching back some five years and involving the eight Larimer County Defendants listed in Plaintiff's Complaint.

4. Undersigned counsel is also in the process of obtaining the case file and background documents regarding the incident forming the basis of this lawsuit. However, additional time is needed to obtain the case documents, review the same, and consult with the Larimer County Defendants in this matter.

5. Based on the foregoing, there is good cause to grant the relief requested herein. Accordingly, Larimer County Defendants seek an additional thirty (30) days, up to and including Thursday, May 7, 2026, to respond to Plaintiff's Complaint.

---

[1] Pursuant to Fed. R. Civ. P. 4(d)(3), in a normal course of litigation, the Larimer County Defendants would have been provided the opportunity to waive personal service, which would have then set the deadline to answer or otherwise respond sixty (60) days from the date of waiver.

6. As this case is still in its infancy, no party will be prejudiced should the Court grant this request for an extension. At this time there have been no hearings, conferences or other appearances scheduled. In addition, this is the first motion for extension sought by any party to this matter.

7. Undersigned counsel hereby certifies that a copy of this Motion has been served on their clients in compliance with D.C.COLO.LCivR 6.1.

WHEREFORE, for reasons more fully stated above, Larimer County Defendants request that the Court enter an order extending the deadline for Larimer County Defendants to answer or otherwise respond to Plaintiff's Amended Complaint for an additional thirty (30) days, up to and including May 7, 2026, and such other relief as this Court may deem appropriate.

** Attorney Michael Lowe certifies that he did not use generative artificial intelligence to draft this pleading.

Dated this 7th day of April, 2026.

*s/Michael T. Lowe*
Michael T. Lowe
Bruno, Colin, Goddard & Lowe, P.C.
1120 Lincoln Street, Suite 1606
Denver, CO 80203
Telephone: (303) 831-1099
mlowe@brunolawyers.com
*Counsel for Larimer County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2026, a true and correct copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT** was electronically filed with service as follows:

Gerald Paul Hershfeldt
429 East 14th Avenue, #107
Denver, CO 80203
Jerry.hershfeldt@gmail.com

Nicholas C. Poppe
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
*Attorney for Defendant Gill*

Rachel E. Ollis
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
rachel.ollis@coag.gov
*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services.*

Pursuant to D.C.COLO.LCivR 7.1(e), any unpublished citations identified in the above Motion will be provided to *pro se* Plaintiff, electronically and via U.S. Mail on _______, postage prepaid to the address indicated above.

*s/ Julie Bozeman*
Julie Bozeman, Paralegal
Bruno, Colin, Goddard & Lowe, P.C.