**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-00342-NYW-CYC

GERALD PAUL HERSHFELDT,
Plaintiff,

v.

CARLEEN JOHNSTON, individually and in her official capacity;
JENNIFER BRANT, individually and in her official capacity;
TIMOTHY J. JASHINSKY, individually and in his official capacity;
CINDY LUCERO, individually and in her official capacity;
WENDY BATTS, individually and in her official capacity;
ARTHUR J. SPICCIATI, individually and in his official capacity;
LARRY BOYD, individually and in his official capacity;
JANE RODIG, individually and in her official capacity;
HEATHER O'HAYRE, in her official capacity;
MICHELLE BARNES, in her official capacity;
LAURIE GILL, in her official capacity;
LARIMER COUNTY, COLORADO,
Defendants.

---

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S OBJECTION TO RECOMMENDATON OF UNITED STATES MAGISTRATE JUDGE**

---

Defendants Carleen Johnston, Jennifer Brant, Timothy J. Jashinsky, Cindy Lucero, Wendy Batts, Arthur J. Spicciati, Heather O'Hayre, and Larimer County, Colorado ("Larimer County Defendants"), and Michelle Barnes, by and through their respective counsel of record, hereby submit their Motion for an enlargement of time to respond to Plaintiff's Objection to Recommendation of United States Magistrate Judge [ECF 30], and for good cause state as follows:

Duty to Confer pursuant to D.C.COLO.LCivR. 7.1(a)**.** Counsel for Larimer Defendants has conferred with Plaintiff, who indicated the requested extension is opposed.

1. Plaintiff filed his Initial Complaint on January 27, 2026. [ECF 1]. And his Amended Complaint, which is the operative Complaint, on February 26, 2026. [ECF 9].

2. On February 26, 2026 Plaintiff filed his Motion for Temporary Restraining Order and Preliminary Injunction Pursuant to Fed. R. Civ. P. 65. [ECF 11]. This was referred to Magistrate Judge Cyrus Y. Chung for review on March 5, 2026. [ECF 17].

3. On March 10, 2026, Magistrate Judge Chung recommended that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injection be denied. [ECF 19].

4. Plaintiff filed his Objection to Recommendation of United States Magistrate Judge on March 24, 2026 [ECF 30]. Pursuant to Fed. R. Civ. P. 72(b)(2), the current deadline for Defendants to submit a Response to Plaintiff's Objection is now April 7, 2026. Defendants seek an additional fourteen (14) days, up to and including April 21, 2026 to file their Response to Plaintiff's Objections.

5. Bruno, Colin, Goddard & Lowe, P.C. was retained on March 18, 2026, to represent the above-named Larimer County Defendants in this matter, and entered their appearance on March 20, 2026. [ECF 28]. Defense counsel is diligently working to schedule meetings with the Defendants to discuss Plaintiff's Amended Complaint, Plaintiff's Motion for a Temporary Restraining Order, the Recommendation of the United States Magistrate Judge, and draft the appropriate responsive pleadings to Plaintiff's interim filings, as well as receive and review documents stretching back some five years and involving the eight Larimer County Defendants listed in Plaintiff's Complaint.

6. Defendant Barnes was served with the operative Complaint on March 25, 2026, approximately one month after the filing of Plaintiff's Motion for Temporary Restraining Order

and Preliminary Injunction. [ECF 11, 31]. Assistant Attorney General Rachel Ollis was assigned the case this past Thursday, April 2, 2026. Because Plaintiff only served Defendant Barnes with the Complaint and its exhibits, and no other case filings, Assistant Attorney General Rachel Ollis only learned of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and related Magistrate's Report and Recommendation on April 3, 2026, upon pulling the docket to file an entry of appearance. Defendants therefore wish additional time to coordinate their response to the objections, in the interest of judicial economy and litigation efficiency.

7. Undersigned counsel for the Larimer County Defendants is also in the process of obtaining the case file and background documents regarding the incident forming the basis of this lawsuit. However, additional time is needed to obtain the case documents, review the same, and consult with the Larimer County Defendants in this matter.

8. Based on the foregoing, there is good cause to grant the relief requested herein. Accordingly, Defendant Barnes and the Larimer County Defendants seek an additional fourteen (14) days, up to and including Tuesday, April 21, 2026, to respond to Plaintiff's Objection to Recommendation of United States Magistrate Judge.

9. As this case is still in its infancy, no party will be prejudiced should the Court grant this request for an extension. At this time there have been no hearings, conferences or other appearances scheduled. Moreover, this is the first request for extension of time.

10. Undersigned counsel hereby certify that a copy of this Motion has been served on their clients in compliance with D.C.COLO.LCivR 6.1.

WHEREFORE, for reasons more fully stated above, Defendant Barnes and the Larimer County Defendants request that the Court enter an order extending the deadline for these

Defendants to respond to Plaintiff's Objection to Recommendation of United States Magistrate Judge by an additional fourteen (14) days, up to and including April 21, 2026, and such other relief as this Court may deem appropriate.

Dated this 7th day of April, 2026.

**Attorneys Rachel Ollis and Michael Lowe certify they did not use generative artificial intelligence to draft this filing.

*s/Michael T. Lowe*
Michael T. Lowe
Bruno, Colin, Goddard & Lowe, P.C.
1120 Lincoln Street, Suite 1606
Denver, CO 80203
Telephone: (303) 831-1099
mlowe@brunolawyers.com
*Counsel for Larimer County Defendants*

*s/ Rachel E. Ollis*
Rachel E. Ollis
CO Bar No. #56553
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6201
Email: rachel.ollis@coag.gov
*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services.*
*Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2026, a true and correct copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S OBJECTION TO RECOMMENDATON OF UNITED STATES MAGISTRATE JUDGE** was electronically filed with service as follows:

Gerald Paul Hershfeldt
429 East 14th Avenue, #107
Denver, CO 80203
Jerry.hershfeldt@gmail.com

Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
NPoppe@ndm-law.com
*Counsel for Defendant Gill*

Rachel E. Ollis
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
rachel.ollis@coag.gov
*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services.*

*s/ Julie Bozeman*
Julie Bozeman, Paralegal
Bruno, Colin, Goddard & Lowe, P.C.