**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00342-NYW-CYC

GERALD PAUL HERSHFELDT,
Plaintiff,

v.

CARLEEN JOHNSTON, individually and in her official capacity;
JENNIFER BRANT, individually and in her official capacity;
TIMOTHY J. JASHINSKY, individually and in his official capacity;
CINDY LUCERO, individually and in her official capacity;
WENDY BATTS, individually and in her official capacity;
ARTHUR J. SPICCIATI, individually and in his official capacity;
LARRY BOYD, individually and in his official capacity;
JANE RODIG, individually and in her official capacity;
HEATHER O'HAYRE, in her official capacity;
MICHELLE BARNES, in her official capacity;
LAURIE GILL, in her official capacity;
LARIMER COUNTY, COLORADO,
Defendants.

---

**DEFENDANT MICHELLE BARNES, IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF HUMAN SERVICES, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND**

---

Defendant, Michelle Barnes, in her official capacity as Executive Director of the Colorado Department of Human Services ("Director Barnes"), by and through counsel of record, hereby submits the Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint and Jury Demand [ECF 9], and for good cause state as follows:

<u>Duty to Confer pursuant to D.C.COLO.LCivR. 7.1(a)</u>. Undersigned counsel conferred with Plaintiff by email on April 3, 2026, who indicated the requested extension is unopposed. On April 3, 2026, undersigned counsel conferred with Attorney Michael Lowe, for Larimer County Defendants, via telephone, who indicated the requested extension is unopposed. On April 7, 2026, undersigned counsel conferred with Attorney Nicholas Poppe, for Laurie Gill, via email, who indicated the requested extension is unopposed.

1. Plaintiff filed his Initial Complaint on January 27, 2026. [ECF 1]. Plaintiff filed his Amended Complaint on February 26, 2026. [ECF 9].

2. Defendant Barnes was served with the Amended Complaint on March 25, 2026. [ECF 31].

3. The operative Complaint and its exhibits total approximately 90 pages and seemingly assert multiple claims. As such, undersigned counsel requires additional time to review the lengthy Complaint and its exhibits and review related records to prepare a responsive pleading.

4. Good cause exists to grant this Motion. The request is not made with the purpose of undue delay. Rather, it seeks additional time to review and lengthy Complaint and its attached exhibits and assess claims and defenses. No party will be prejudiced by granting this request. At this time there have not been hearings, conferences, or other appearances scheduled. Moreover, no party opposes this request. This is Director Barnes' second request for an extension of time. Of note, the

first request was a joint motion for extension of time to respond to the Magistrate's Report and Recommendation regarding a Motion for Temporary Restraining Order and Preliminary Injunction that was never served on Director Barnes. [ECF 37]. This Court granted the previous time extension. [ECF 40].

5. Based on the foregoing, there is good cause to grant the relief requested herein. Accordingly, Defendant Barnes seeks an additional twenty-one (21) days, up to and including Wednesday, May 6, 2026, to respond to Plaintiff's Complaint.

6. Undersigned counsel hereby certifies that a copy of this Motion has been served on their clients in compliance with D.C.COLO.LCivR 6.1.

WHEREFORE, for reasons more fully stated above, Defendant Barnes requests that the Court enter an order extending the deadline to respond to Plaintiff's operative Complaint by an additional twenty-one (21) days, up to and including May 6, 2026, and such other relief as this Court may deem appropriate.

Dated this 8th day of April, 2026.

Undersigned certifies she did not use generative artificial intelligence to draft this filing.

*s/Rachel E. Ollis*
Rachel E. Ollis, *Reg.* #56553
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6201
Email: rachel.ollis@coag.gov

*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services.*
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2026, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** was electronically filed with service as follows:

Gerald Paul Hershfeldt
429 East 14th Avenue, #107
Denver, CO 80203
Jerry.hershfeldt@gmail.com
*Pro Se*

Michael T. Lowe
Bruno, Colin, Goddard & Lowe, P.C.
1120 Lincoln Street, Suite 1606
Denver, CO 80203
Telephone: (303) 831-1099
mlowe@brunolawyers.com
*Counsel for Larimer County Defendants*

Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
NPoppe@ndm-law.com
*Counsel for Defendant Gill*

*s/ Rachel E. Ollis*
Rachel E. Ollis
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 50-6201
Email: rachel.ollis@coag.gov
*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services*