IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00342-NYW-CYC

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, *individually and in her official capacity*;
JENNIFER BRANT, *individually and in her official capacity*;
TIMOTHY J. JASHINSKY, *individually and in his official capacity*;
CINDY LUCERO, *individually and in her official capacity*;
WENDY BATTS, *individually and in her official capacity*;
ARTHUR J. SPICCIATI, *individually and in his official capacity*;
LARRY BOYD, *individually and in his official capacity*;
JANE RODIG, *individually and in her official capacity*;
HEATHER O'HAYRE, *in her official capacity*;
MICHELLE BARNES, *in her official capacity*;
LAURIE GILL, *in her official capacity; and*
LARIMER COUNTY, COLORADO.

Defendants.

---

# CERTIFICATE OF SERVICE

---

I certify that I have mailed a copy of this Certificate of Service to the named individual below, and the following forms to the United States Marshals Service for service of process on Jane Rodig: FIRST AMENDED COMPLAINT and Jury Demand filed on 02/26/2026, SUMMONS, and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE on May 6th, 2026.

Gerald Paul Hershfeldt
429 East 14th Avenue
Apartment 107
Denver, CO 80203

US Marshals Service
Service Clerk
Service forms for: Jane Rodig

s/ A.G. Ryan
*Deputy Clerk*