**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-00342-NYW-CYC

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, individually and in her official capacity;
JENNIFER BRANT, individually and in her official capacity;
TIMOTHY J. JASHINSKY, individually and in his official capacity;
CINDY LUCERO, individually and in her official capacity;
WENDY BATTS, individually and in her official capacity;
ARTHUR J. SPICCIATI, individually and in his official capacity;
LARRY BOYD, individually and in his official capacity;
JANE RODIG, individually and in her official capacity;
HEATHER O'HAYRE, in her official capacity;
MICHELLE BARNES, in her official capacity;
LAURIE GILL, in her official capacity;
LARIMER COUNTY, COLORADO,

Defendants.

---

**LARIMER COUNTY DEFENDANTS MOTION TO STAY DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT**

---

Defendants Carleen Johnston, Jennifer Brant, Timothy J. Jashinsky, Cindy Lucero, Wendy Batts, Arthur J. Spicciati, Heather O'Hayre, and Larimer County, Colorado ("Larimer County Defendants"), by and through their undersigned counsel of record, hereby move this Court for an order to stay their deadline to respond to Plaintiff's First Amended Complaint [ECF 9], pending resolution of Plaintiff's Moton for Leave to Amend the First Amended Complaint, and for good cause state as follows:

<u>Duty to Confer</u>: Pursuant to D.C.COLO.LCivR. 7.1(a), counsel for the Larimer County Defendants attempted to confer with all parties regarding the relief requested herein via email on May 5, 2026. Counsel for co-Defendants responded with no objection. Undersigned counsel again sought conferral with Plaintiff on May 6, 2026. No response was received from Plaintiff. It is therefore unknown whether Plaintiff objects to the relief sought herein. However, undersigned counsel would note that counsel for Defendant Barnes sought conferral on a motion seeking substantially similar relief as that presented here on April 30, 2026. Plaintiff responded to that conferral email the same day, with no objection.

Of important note, just prior to filing the instant motion, the Court granted, in part, Ms. Barnes's motion seeking substantial similar relief. *See* [ECF 60; ECF 62]. Respectfully, the Larimer County Defendants hereby seek the identical relief provided to Defendant Barnes pursuant to [ECF 62].

1. Plaintiff filed his Initial Complaint on January 27, 2026. [ECF 1]. Plaintiff filed his First Amended Complaint on February 25, 2026. [ECF 9]. Plaintiff's First Amended Complaint is the current operative Complaint.

2. Larimer County Defendants moved this Court for an enlargement of time to respond to Plaintiff's First Amended Complaint on April 7, 2026. [ECF 36]. This was granted, and Larimer County Defendants' current deadline to respond to Plaintiff's First Amended Complaint is May 7, 2026. [ECF 39].

3. On April 16, 2026, via email, Plaintiff conferred with counsel on a Motion for Leave to Amend his First Amended Complaint. On April 29, 2026, also via email, Plaintiff

updated his conferral and expanded his purpose for seeking an amendment, which necessitated a new conferral. In that second conferral, Plaintiff advised he would file his Motion for Leave to Amend after May 1, 2026. As such, undersigned counsel anticipates Plaintiff will be filing a Motion for Leave to Amend his First Amended Complaint imminently.

4. Consistent with this Court's order at [ECF 62], undersigned counsel seeks an extension of the deadline to respond to Plaintiff's First Amended Complaint on or before June 26, 2026, in order to accommodate the anticipated filing of a motion to amend by Plaintiff without indefinitely extending the deadline to respond. Should the Court grant Plaintiff's anticipated Motion for Leave to Amend, then the First Amended Complaint will be moot, and the Larimer Defendants will respond to Plaintiff's newly Amended Complaint pursuant to deadlines established by D.C.COLO.LCiv.R. 15.1. However, if the Court denies Plaintiff's Motion for Leave to Amend, then Larimer County Defendants will respond to the First Amended Complaint by June 26, 2026.

5. A Status Conference is currently scheduled for May 27, 2026.

6. Granting the relief requested herein will serve the best interests of all parties and the judicial efficiency of the Court, as it will bring the litigation into date alignment. Further, as the case is in its infancy, no party will be prejudiced.

7. As stated above, this is Larimer Defendants second request to extend the deadline to respond to Plaintiff's Amended Complaint.

7. Undersigned counsel hereby certifies that a copy of this Motion has been served on their clients in compliance with D.C.COLO.LCivR 6.1.

WHEREFORE, for reasons more fully stated above, Larimer County Defendants request an extension of time up to and including June 26, 2026 to respond to Plaintiff's First Amended Complaint, to accommodate the anticipated filing of a motion to amend by Plaintiff, and such other relief as this Court may deem appropriate.

**Undersigned counsel certifies he did not use generative artificial intelligence to draft this pleading.

Respectfully submitted this 6th day of May, 2026.

*s/Michael T. Lowe*
Michael T. Lowe
Bruno, Colin, Goddard & Lowe, P.C.
1120 Lincoln Street, Suite 1606
Denver, CO 80203
Telephone: (303) 831-1099
mlowe@brunolawyers.com
*Counsel for Larimer County Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2026, a true and correct copy of the foregoing **LARIMER COUNTY DEFENDANTS MOTION TO STAY DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** was electronically filed with service as follows:

Gerald Paul Hershfeldt
429 East 14th Avenue, #107
Denver, CO 80203
Jerry.hershfeldt@gmail.com
*Pro se Plaintiff*

Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
NPoppe@ndm-law.com
*Counsel for Defendant Gill*

Rachel E. Ollis
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
rachel.ollis@coag.gov
*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services.*

Pursuant to D.C.COLO.LCivR 7.1(e), any unpublished citations identified in the above Motion will be provided to *pro se* Plaintiff, electronically and via U.S. Mail on ________, postage prepaid to the address indicated above.

*s/ Julie Bozeman*
Julie Bozeman, Paralegal
Bruno, Colin, Goddard & Lowe, P.C.