Case No. 1:26-cv-00342-NYW-CYC Document 63-1 filed 05/06/26 USDC Colorado pg 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2026 MAY 22 AM 10: 40
JEFFREY P. COLWELL
CLERK

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>GERALD PAUL HERSHFELDT | COURT CASE NUMBER<br>26-cv-00342-NYW-CYC |
| DEFENDANT<br>JOHNSTON ET AL | TYPE OF PROCESS<br>S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jane Rodig
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
South Dakota Division of Child Support, 3113 Spruce, Suite 200 Yankton, SD 57078

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285: 1 |
| Gerald Paul Hershfeldt<br>429 East 14th Avenue<br>Apartment 107 | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/ A.G. Ryan | ☒ PLAINTIFF ☐ DEFENDANT | 303-844-3433 | 5/6/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 313 | No. 073 | [signature] McNeill | 5/8/2026 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 5/20/2026 | 1:30 ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | Jay Ferguson |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

1:2026-cv-00342

captured ✓

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00342-NYW-CYC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jane Rodig
was received by me on *(date)* 5/14/2026 .

☒ I personally served the summons on the individual at *(place)*
3113 Spruce St, Suite 200, Yankton, SD 57078 on *(date)* 5/20/2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________
________, a person of suitable age and discretion who resides there,
on *(date)* ________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________, who is
designated by law to accept service of process on behalf of *(name of organization)* ________
________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ 111.65 for travel and $ 195.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/20/2026

Jay Ferguson
*Server's signature*

Jay Ferguson Deputy Marshal
*Printed name and title*

400 S. Phillips Ave, Sioux Falls, SD 57104
*Server's address*

Additional information regarding attempted service, etc:

3 DUSM hrs / 154 total miles

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| Gerald P Hershfeldt<br>*Plaintiff(s)*<br>v.<br>: Carleen Johnston, Jennifer Brant, Timothy J. Jashinsky, Cindy Lucero, Wendy Batts, Arthur J. Spicciati, Larry Boyd, Jane Rodig, Heather O'Hayre, Michelle Barnes, Laurie Gill, and Larimer County, Colorado<br>*Defendant(s)* | Civil Action No. 1:26-cv-00342-NYW-CYC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jane Rodig
South Dakota Division of Child Support
3113 Spruce, Suite 200
Yankton, SD 57078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald Hershfeldt
429 E14th Ave
Apt 107
Denver CO
80203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/24/2026

s/ Jeffrey P. Colwell, Clerk of Court
*Signature of Clerk or Deputy Clerk*