**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-CV-00342-NYW-CYC

GERALD PAUL HERSHFELDT

Plaintiff,

v.

CARLEEN JOHNSTON, individually and in her official capacity;
JENNIFER BRANT, individually and in her official capacity;
TIMOTHY J. JASHINSKY, individually and in his official capacity;
CINDY LUCERO, individually and in her official capacity;
WENDY BATTS, individually and in her official capacity;
ARTHUR J. SPICCIATI, individually and in his official capacity;
LARRY BOYD, individually and in his official capacity;
JANE RODIG, individually and in her official capacity;
HEATHER O'HAYRE, in her official capacity;
MICHELLE BARNES, in her official capacity;
LAURIE GILL, in her official capacity;
LARIMER COUNTY, COLORADO

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

COMES NOW, Nicholas C. Poppe of Nathan Dumm & Mayer P.C., an attorney duly licensed to appear before this Court and hereby enters his appearance as counsel on behalf of Defendant Jane Rodig.

DATED this 27th day of May, 2026.

*s/Nick Poppe*
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600

Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ATTORNEY FOR DEFENDANTS GILL AND RODIG

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2026 I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** using the CM/ECF system which will send notification of such filing to the following:

Gerald Paul Hershfeldt
429 E. 14th Ave. Apt. 107
Denver, CO 80203
Phone: (720) 378-8474
Email: jerry.hershfeldt@gmail.com
Pro Se Plaintiff

Michael Turner Lowe
Bruno Colin Goddard & Lowe, PC
1120 Lincoln Street
Suite 1606
Denver, CO 80203
Phone: (303) 831-1099
Email: mlowe@brunolawyers.com
Attorneys for Defendants

Rachel E. Ollis
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, CO 80204
Phone: (720) 508-6201
Email: Rachel.ollis@coag.gov
Attorney for Defendant Barnes

.

*s/Nick Poppe* ______________________________
Nicholas C. Poppe
Attorney for Defendants
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
NPoppe@ndm-law.com