IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

Civil Action No: 26-cv-00342-NYW-CYC
Courtroom Deputy: Stephanie Price

Date: May 27, 2026
FTR: Courtroom C201

| *Parties:* | *Counsel:* |
| --- | --- |
| GERALD PAUL HERSHFELDT, | Pro Se |
| Plaintiff, | |
| v. | |
| CARLEEN JOHNSTON,<br>JENNIFER BRANT,<br>TIMOTHY J. JASHINSKY,<br>CINDY LUCERO,<br>WENDY BATTS,<br>ARTHUR J. SPICCIATI,<br>HEATHER O'HAYRE,<br>LARIMER COUNTY, COLORADO, | Michael Turner Lowe<br>Heather Kuhlman |
| MICHELLE BARNES, | Rachel Eileen Ollis |
| LAURIE GILL, | Nicholas Christaan Poppe (Phone) |
| LARRY BOYD,<br>JANE RODIG, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**10:51 a.m. Court in session.**

Court calls case. Appearances of counsel. Mr. Hershfeldt appears pro se.

The Court reviews with the plaintiff the Court's letter to pro se litigants and will attach a copy to the minutes of today's proceeding which will be mailed to the plaintiff.

Discussion held on status of case.

Mr. Hershfeldt represents to the Court he intends to file an Amended Complaint by the end of day May 28, 2026. The Court advises the plaintiff that the Amended Complaint must comply with local rules D.C.COLO.LCivR 7.1 (Motions) and D.C.COLO.LCivR 15.1 (Amended Pleading).

**ORDERED:** Mr. Hershfeldt shall send copies of his proposed amended complaint electronically to all defendants by end of day May 27, 2026.

Mr. Lowe shall coordinate a conference call on May 28, 2026 with all defendants and Mr. Hershfeldt. The defendants shall give Mr. Hershfeldt their position on Mr. Hershfeldt's proposed amended complaint.

A Motion Hearing is set for **July 29, 2026 at 2:00 p.m.** in Courtroom C-201, on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado on the plaintiff's forthcoming Motion to Amend Complaint.

The Court will set either a Status Conference or a Scheduling Conference after ruling on the forthcoming Motion to Amend Complaint.

Mr. Poppe represents to the Court that he should be filing a Notice of Appearance for Ms. Rodig by the end of day.

Discussion regarding the deadline for all represented defendants to answer or otherwise respond to the plaintiff's First Amended Complaint and Jury Demand, ECF No. 9. The Court interprets the discussion as an oral motion to extend the deadline to answer or otherwise respond to the plaintiff's First Amended Complaint and Jury Demand, ECF No. 9.

**ORDERED:** The oral motion to extend the answer or otherwise respond to the plaintiff's First Amended Complaint and Jury Demand, ECF No. 9, is **GRANTED.** All represented defendants (including Ms. Rodig) shall answer or otherwise respond to the plaintiff's First Amended Complaint and Jury Demand, ECF No. 9, **on or before August 19, 2026**.

If an amended complaint is permitted to filed after the July 29, 2026 Motion Hearing, the new deadline for response to the amended complaint will be set by local rule.

Discussion regarding service of Larry Boyd. Mr. Hershfeldt represents to the Court he intends to file a new summons request for service by the Marshals.

**11:13 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 0:24

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.