**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00342-NYW-CYC

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, et al.,

Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Gerald Paul Hershfeldt, appearing pro se, respectfully moves the Court under Fed. R. Civ. P. 15(a)(2) for leave to file the Second Amended Complaint attached as Exhibit A. In support, Plaintiff states:

1. Rule 15(a)(2) directs that the Court "should freely give leave when justice so requires." Leave to amend is liberally granted absent undue delay, bad faith, undue prejudice, or futility. Foman v. Davis, 371 U.S. 178, 182 (1962).

2. This Motion is timely. At the Status Conference held May 27, 2026, the Court set a hearing on Plaintiff's forthcoming Motion to Amend for July 29, 2026, and extended all represented

defendants' deadline to respond to the First Amended Complaint to August 19, 2026. No scheduling order deadline for amendment has passed.

3. The proposed Second Amended Complaint does not add new parties beyond substituting the current officeholder for an official-capacity defendant under Fed. R. Civ. P. 25(d). It refines the factual statement, restructures the existing claims for clarity, and conforms the pleading to the documentary record. The amendment is not sought in bad faith or for delay, and no defendant will be unduly prejudiced, as no defendant has yet answered and discovery has not begun.

4. The principal changes from the First Amended Complaint are: (a) clarification of the predicate-order facts concerning the June 9 and June 10, 2015 entries; (b) designation of Heather O'Hayre individually and in her official capacity, Michelle Barnes in her official capacity only, and substitution of Matt Althoff as the official-capacity successor to Laurie Gill under Rule 25(d); (c) restructuring of the Fair Credit Reporting Act claim under 15 U.S.C. § 1681s-2(b); (d) addition of a procedural due process claim concerning modification timeliness; and (e) incorporation of documentary matter post-dating the First Amended Complaint.

**5. CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a):** Plaintiff conferred with counsel for all parties by electronic mail on June 15, 2026 regarding this Motion. [STATE RESULT OF CONFERRAL HERE BEFORE FILING: e.g., "Counsel for the Larimer County Defendants opposes/does not oppose; counsel for Defendants Gill and Rodig opposes/does not oppose; counsel for Defendant Barnes opposes/does not oppose." If positions are not yet received, state: "As of the time of filing, Plaintiff had not received the parties' positions and will promptly notify the Court upon receipt."]

**6. WAIVER OF REDLINE REQUIREMENT UNDER D.C.COLO.LCivR 15.1(b):** Local Rule 15.1(b) ordinarily requires a party seeking leave to amend to attach a redlined copy showing deletions in strikethrough and additions underlined. The proposed Second Amended Complaint is a comprehensive structural reorganization of the First Amended Complaint rather than a series of discrete edits. A conventional redline comparison would be voluminous and would obscure rather than illuminate the changes. Plaintiff therefore respectfully requests that the Court permit Plaintiff to file the Second Amended Complaint without a redlined exhibit. Plaintiff has summarized the substantive changes in Paragraph 4 above and will provide a comparison document to the Court or to counsel upon request.

7. The proposed Second Amended Complaint is a complete pleading that does not incorporate by reference any portion of the First Amended Complaint or its prior exhibits. All exhibits relied upon are attached fresh to the Second Amended Complaint, consistent with the principle that an amended complaint supersedes its predecessor.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Second Amended Complaint, accept it as the operative pleading, and grant such other relief as the Court deems just.

Respectfully submitted this 18th day of June, 2026.

/s/ Gerald Paul Hershfeldt

**Gerald Paul Hershfeldt**

Pro Se Plaintiff

429 E. 14th Ave. #107

Denver, CO 80203

720-378-8474

jerry.hershfeldt@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Gerald Paul Hershfeldt

Gerald Paul Hershfeldt