# EXHIBIT 1

---

## ICON Minute Orders — June 9 and June 10, 2015

*Larimer County District Court, Case No. 2015DR000229. Minute order of June 9, 2015 (Event ID 000014) adopting the Separation Agreement and conditioning entry of support orders on provision of the children's Social Security Numbers; and system entry of June 10, 2015 (Event ID 000020) documenting that the support orders could not be entered for lack of those numbers.*

Relevant to: Counts I, II, VI

# Minute Orders

**Case Numberxxxxxxxx**0229
**Case Type:**Dissolution of Marriage
**Case Caption:**Hershfeldt, Bxxxxx Xxxxx and Hershfeldt, Gerald Paul

**Division:** 1B
**Judicial Officer:**Jeffrey Martin Schwartz
**Court Location:**Larimer County

---

Order Date: 06/10/2015

UNABLE TO ENTER SUPPORT ORDERS AS WE ARE MISSING SSN FOR CHILDREN; REQUESTED OF PARTIES IN COURT ON 6/9/15 /TPH

# Minute Orders

**Case Number:** 2015DR000229
**Case Type:** Dissolution of Marriage
**Case Caption:** **Hershfeldt, Bxxxxx Xxxxx and Hershfeldt, Gerald Paul**

**Division:** 1B
**Judicial Officer:** Jeffrey Martin Schwartz
**Court Location:** Larimer County

---

Order Date: 06/09/2015

LKC/TH DIGITAL 11:00 DRNC PET APPEARING PRO SE RSP APPEARING PRO SE S/T OF BOTH PARTIES; COURT REVIEWS AND ADOPTS SEPARATION AGREEMENT, PARENTING PLAN, AND CHILD SUPPORT IN THE AMOUNT OF $1,028/MO, RSP PAYING PET DIRECTLY; COURT ENTERS DECREE OF DISSOLUTION OF MARRIAGE; PARTIES CLARIFY THE CORRECT SPELLING OF THEIR LAST NAME: HERSHFELDT; PARTIES WILL PROVIDE SSN FOR ALL MEMBERS OF THE FAMILY /TPH