# EXHIBIT 2

---

## ICON Register of Actions — Case No. 2015DR000229

*Complete Register of Actions for the dissolution case, reflecting the absence of any entered child support order prior to June 2, 2022, the June 2, 2022 entry classified as "Child Support Order-1st," and the associated entry metadata.*

Relevant to: Counts II, VIII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K   (I C O N)

Status: CLSD District Court, Larimer County
Case #: 2015 DR 000229 Div/Room: 1B Type: Dissolution of Marriage
HERSHFELDT, BROOKE ERIN and HERSHFELDT, GERALD PAUL

DV STATUS:
Case File Date: 3/04/2015 Case Close Date: 6/10/2015 Appealed: N
Confidential Intermediary.............:

| | Bar # | Name | | | | |
|---|---|---|---|---|---|---|
| Judicial Off...: | 034913 | JEFFREY MARTIN SCHWARTZ | | | | |
| Alt Jud Officer: | 000000 | | | | | |
| | Description | | Stat | Date | Time | Appear Rm/ |
| Trial..........: | | | | | 0:00 | |
| Next Schd Event: | | | | | 0:00 | |
| Last Schd Event: | Review | | IRVH | 10/21/2025 | 7:00 A | |
| Last Event.....: | Motion | | n/a | 11/12/2025 | | |

Attorney(s)....: Y +

| | | | | |
|---|---|---|---|---|
| Decree.............: | DC | Decree | Date: | 6/10/2015 |
| Child Support Order: | SUP1 | Support Order -1st | Date: | 6/02/2022 |
| Maintenance Order..: | | | Date: | |
| Paid Through.......: | | | | |
| Mediation..........: | N | | | |
| Response Filed.....: | | | Date: | |
| Service............: | | | Date: | |
| Waiver.............: | | | Date: | |
| IV-D Case..........: | N | | | |

Children...........: Y

----- PARTIES -----

| PARTY | ROL | STS | NAME | ATTORNEY | ROL |
|---|---|---|---|---|---|
| CPT | 1 | OBR | HERSHFELDT, GERALD PAUL | | |
| | | | Date of Birth...........: | | |
| | | | Cell Phone..............: | | |
| | | | Home Address............: [REDACTED] | | |
| | | | : DENVER, CO 80211 | | |
| INV | 1 | | LCDSS | SPICCIATI, ARTHUR JULIAN et | CNA |
| PET | 1 | OBE | HERSHFELDT, BROOKE ERIN | | |
| | | | Date of Birth...........: | | |
| | | | Cell Phone..............: | | |
| | | | Home Address............: [REDACTED] | | |
| | | | : YANKTON, SD 57078-2131 | | |

----- OTHER PEOPLE -----

| ROLE | | | NAME |
|---|---|---|---|
| IMP | 1 | CHI | |
| IMP | 2 | CHI | E.O.H. (Minor Child) |

FILE DATE EVENT DESCRIPTION
3/04/2015 Petn for Diss w/ Children Event ID: 000001 E-Filed: J
CPT/ HERSHFELDT, GERALD PAUL
PET/ HERSHFELDT, BROOKE ERIN
Petition - Dissolution w/Children
3/04/2015 Info Sheet - Domestic Case Event ID: 000002 E-Filed: J

```
FILE DATE   EVENT DESCRIPTION
            CPT/    HERSHFELDT, GERALD PAUL
            PET/    HERSHFELDT, BROOKE ERIN
Domestic Relations Information Sheet
 3/04/2015  Order-Case Management              Event ID: 000003   E-Filed: J
Order - Case Management
 3/04/2015  Separation Agreement               Event ID: 000004   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
            PET/    HERSHFELDT, BROOKE ERIN
Separation Agreement
 3/04/2015  Filing Other                       Event ID: 000005   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
            PET/    HERSHFELDT, BROOKE ERIN
maintenance worksheet
            Related Event  SEPR Separation Agreement              3/04/2015
 3/04/2015  Sworn Financial Statement          Event ID: 000006   E-Filed: J
            PET/    HERSHFELDT, BROOKE ERIN
Sworn Financial Statement
 3/04/2015  Sworn Financial Statement          Event ID: 000007   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Sworn Financial Statement
 3/04/2015  Filing Other                       Event ID: 000009   E-Filed: J
            PET/    HERSHFELDT, BROOKE ERIN
child support worksheet
 3/04/2015  Cert Mandatory Fin Disclosure      Event ID: 000010   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Cert of Compliance w/CRCP 16.2
 3/04/2015  Cert Mandatory Fin Disclosure      Event ID: 000011   E-Filed: J
            PET/    HERSHFELDT, BROOKE ERIN
Cert of Compliance w/CRCP 16.2
 3/05/2015  Notice Filed                       Event ID: 000008   E-Filed: J
Notice OF INITIAL STATUS CONFERENCE
 3/18/2015  Order                              Event ID: 000012   E-Filed: J
Order Setting DRNC
FILE DATE   SCHEDULED EVENT DESCRIPTION     SCHD DATE   TIME      ROOM  APPEAR
 3/18/2015  Initial Conference Appearance    3/20/2015  08:00 AM  5E
      Officer: ANDREA SHAHMARDIAN                   Length:  1.00 Hour(s)
      Status.: VACT-Vacated
 6/08/2015  Certificate Filed                  Event ID: 000013   E-Filed: J
            PET/    HERSHFELDT, BROOKE ERIN
Certificate of Completion of Parents Working Together Class
 6/09/2015  Minute Order (print)               Event ID: 000014   E-Filed: N
LKC/TH                           DIGITAL 11:00                DRNC
PET APPEARING PRO SE
RSP APPEARING PRO SE
S/T OF BOTH PARTIES; COURT REVIEWS AND ADOPTS SEPARATION AGREEMENT, PARENTING
PLAN, AND CHILD SUPPORT IN THE AMOUNT OF $1,028/MO, RSP PAYING PET DIRECTLY;
COURT ENTERS DECREE OF DISSOLUTION OF MARRIAGE; PARTIES CLARIFY THE CORRECT
SPELLING OF THEIR LAST NAME: HERSHFELDT; PARTIES WILL PROVIDE SSN FOR ALL
MEMBERS OF THE FAMILY                                                     /TPH
 6/09/2015  Minute Order (print)               Event ID: 000015   E-Filed: J
Minute Order - Print
 6/09/2015  Minute Order (print)               Event ID: 000016   E-Filed: J
Minute Order - Print
 6/09/2015  Minute Order (print)               Event ID: 000017   E-Filed: J
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION          SCHD DATE    TIME       ROOM  APPEAR
Minute Order - Print
 6/09/2015  Non-Contested Hearing              6/09/2015  11:00 AM  1B
     Officer: LINDA KATHLEEN CONNORS                Length:  1.00 Hour(s)
     Status.: HELD-Hearing Held
 6/10/2015  Decree                              Event ID: 000018   E-Filed: J
Decree
 6/10/2015  Case Closed                         Event ID: 000019   E-Filed: N
 6/10/2015  Minute Order (No Print)             Event ID: 000020   E-Filed: N
UNABLE TO ENTER SUPPORT ORDERS AS WE ARE MISSING SSN FOR CHILDREN; REQUESTED
OF PARTIES IN COURT ON 6/9/15                                              /TPH
 5/11/2022  Affidavit Re Financial Affairs      Event ID: 000021   E-Filed: J
            INV/    LCDSS
Affidavit -Petitioner Financial Affairs 33CEFC884782F
 5/11/2022  Entry of Appearance                 Event ID: 000022   E-Filed: J
            INV/    LCDSS
Entry of Appearance 33CEFC884782F
 5/11/2022  Proposed Order                      Event ID: 000023   E-Filed: J
            INV/    LCDSS
Proposed Order Modifying Child Support 33CEFC884782F
 5/11/2022  Motion to Modify                    Event ID: 000024   E-Filed: J
            INV/    LCDSS
Motion to Modify Child Support 33CEFC884782F
 5/11/2022  Info Sheet - Domestic Case          Event ID: 000025   E-Filed: J
            INV/    LCDSS
Information Sheet - Domestic Case 33CEFC884782F
 5/11/2022  Exhibit-Attach to Pleading/Doc      Event ID: 000026   E-Filed: J
            INV/    LCDSS
Exhibit - Respondent Attach to Pleading/Doc 33CEFC884782F
 5/11/2022  Exhibit-Attach to Pleading/Doc      Event ID: 000027   E-Filed: J
            INV/    LCDSS
Exhibit - Petitioner Attach to Pleading/Doc 33CEFC884782F
 5/11/2022  Child Support Worksheet             Event ID: 000028   E-Filed: J
            INV/    LCDSS
Child Support Worksheet 33CEFC884782F
 5/11/2022  Affidavit Re Financial Affairs      Event ID: 000029   E-Filed: J
            INV/    LCDSS
Affidavit - Respondent Financial Affairs 33CEFC884782F
 6/02/2022  Order                               Event ID: 000030   E-Filed: J
Order Modifying Child Support
 6/02/2022  Child Support Order-1st             Event ID: 000031   E-Filed: N
            Amount ordered.....: $622.00
            Payment frequency..: M1YD
            Arrearage amount...: $0.00
            Commence date......:  6/05/2022
            FSR #..............: XXXXXX17-01
            Medical Coverage...:
            Due day............: 5
            CPT/OBR HERSHFELDT, GERALD PAUL
            IMP/CHI E.O.H. (Minor Child)
            PET/OBE HERSHFELDT, BROOKE ERIN
 9/18/2025  Ntc Electronic Filing Opt-In        Event ID: 000032   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Notice of Electronic Filing Opt-In C7668F0BAC11A
 9/29/2025  Motion                              Event ID: 000033   E-Filed: J
```

FILE DATE SCHEDULED EVENT DESCRIPTION SCHD DATE TIME ROOM APPEAR
CPT/ HERSHFELDT, GERALD PAUL
MOTION TO VOID AB INITIO 20BCC1FB85DE2
Related Event ORDR Order 11/02/2025
9/29/2025 Motion Event ID: 000034 E-Filed: J
CPT/ HERSHFELDT, GERALD PAUL
Motion to join necessary parties 20BCC1FB85DE2
9/29/2025 Affidavit Event ID: 000035 E-Filed: J
CPT/ HERSHFELDT, GERALD PAUL
Affidavit 20BCC1FB85DE2
10/20/2025 Response Event ID: 000036 E-Filed: J
INV/ LCDSS
People's Response Regarding Motions to Join Parties and to Void Order
B6FEE92CC9A64
10/21/2025 Review 10/21/2025 07:00 AM 1B N
Officer: JEFFREY MARTIN SCHWARTZ Length: 1.00 Hour(s)
Status.: IRVH-Internal Review Held Note..: RESP? 9.29 JOIN
10/21/2025 Review 10/21/2025 07:00 AM 3A N
Officer: SUSAN JASMINE BLANCO Length: 1.00 Hour(s)
Status.: IRVH-Internal Review Held Note..: RSP 9/29 60 MTN?
11/02/2025 Order Event ID: 000037 E-Filed: J
Ruling: DENIED, Document Title: Order:MOTION TO VOID AB INITIO
Related Event MOTN Motion 9/29/2025
11/12/2025 Motion Event ID: 000038 E-Filed: J
CPT/ HERSHFELDT, GERALD PAUL
Motion for Reconsideration of Order Denying Motion to Vid AB Initio
F34E08005A2A5

End of Case: 2015 DR 000229