# EXHIBIT 5

---

## Family Support Registry Complete Payment Record

*Self-authenticating payment ledger for the subject account, reflecting total amounts paid, amounts returned, and net amount credited ($37,337.42), the absence of registry enforcement entries before mid-2018, and the garnishment activity during the January 2022 through August 2023 period.*

Relevant to: Counts II, III

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Search | Contact Us | SELECT LANGUAGE

COLORADO
Office of Economic Security
Division of Child Support Services

My Profile Logout

# Account Summary

**Disclaimer**

The balances are provided as a convenience to you. The amounts shown are not a legal notice of the balances on your account. They may not reflect recent modifications to your support order. Per Colorado State statutes, child support arrears may be subject to interest, which may not be included in the balances shown.

If you disagree with the amounts shown, please contact your county child support enforcement unit.

**Want to make your payment online? Please " view options " here.**

## Select Account or Case

GERALD & BROOKE XXXXX17

### Obligor

GERALD HERSHFELDT

### Obligee

BROOKE HERSHFELDT

### FSR Account No.

XXXXX17-01

**Payment History**

CO IV-D Case No. Case Status
35-227339-45-0-A

© 2026 State of Colorado | Transparency Online | Support

COLORADO
Official State Web Portal

### Status 1

| | |
|---|---|
| **Status** | Arrears only |
| **Other Info** | Obligor Employer Located |
| **Dependent Health Insurance** | Both Must Provide |
| **Paternity Establishment** | Unknown |
| **Support Filed Date** | 06/02/2022 |

### Your Case Technician

**CINDY A LUCERO** **Phone Number: (970)498-7749**

**Review and Adjustment:** Review and Adjustment: use this form to request a review of your current child support order. Turn in the completed form, along with any required verification documents, to your child support case worker handling your case.

**Income and Expense Affidavit:** Complete this form and attached it to the completed Review and Adjustment request form. Provide any verification documents for example, 3 most current pay stubs, daycare receipts, proof of medical insurance premium costs.

## Monthly Child Support Due

| | |
|---|---|
| Total Current Monthly Support | $0.00 |
| Monthly Arrears Due | $100.00 |

## Arrears Balance

| | |
|---|---|
| **Total** | $15,049.55 |

## Last Payment Received by FSR

| | |
|---|---|
| Disbursement Method | Electronically |
| Paid Date | 11/25/2025 |
| Amount | $12.00 |

© 2026 State of Colorado | Transparency Online | Support

COLORADO
Official State Web Portal

Coupon

© 2026 State of Colorado | Transparency Online | Support

COLORADO
Official State Web Portal

## Colorado Division of Child Support Services
## Complete Payment Record

**Family Support Registry** Feb 9, 2026
**Automated Child Support Enforcement System** 9:21:00 AM

| | | | |
|---|---|---|---|
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 11/21/2025 | Electronic | $12.00 | | | | Brooke Hershfeldt |
| 09/30/2025 | Electronic | $14.00 | | | | Brooke Hershfeldt |
| 09/23/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 09/23/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 09/18/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 09/09/2025 | Electronic | $46.00 | | | | Brooke Hershfeldt |
| 08/26/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 08/19/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 08/11/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 08/05/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 08/04/2025 | Electronic | $28.00 | | | | Brooke Hershfeldt |
| 08/04/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 06/30/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 06/23/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 06/16/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 06/09/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 06/02/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 05/27/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
## Complete Payment Record

| Family Support Registry<br>Automated Child Support Enforcement System | | | Feb 9, 2026<br>9:21:00 AM |
|---|---|---|---|
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 05/19/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 05/12/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 05/05/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 04/28/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 04/21/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 04/14/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 04/07/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 01/24/2025 | 00000001 | $156.00 | | | | Brooke Hershfeldt |
| 05/09/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 05/02/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 04/25/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 04/21/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 04/11/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 04/04/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 04/03/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 03/23/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 03/14/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 03/09/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
# Complete Payment Record

| Family Support Registry<br>Automated Child Support Enforcement System | | | Feb 9, 2026<br>9:21:00 AM |
|---|---|---|---|
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 02/28/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 02/22/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 02/15/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 02/07/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 01/31/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 01/24/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 01/18/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 01/10/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 01/04/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 12/28/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 12/21/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 12/14/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 11/29/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 11/29/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 11/29/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 11/29/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 09/20/2022 | Electronic | $336.00 | | | | Brooke Hershfeldt |
| 09/08/2022 | Electronic | $336.00 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
# Complete Payment Record

| | | | |
|---|---|---|---|
| **Family Support Registry**<br>**Automated Child Support Enforcement System** | | | Feb 9, 2026<br>9:21:00 AM |
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 08/23/2022 | Electronic | $336.00 | | | | Brooke Hershfeldt |
| 08/08/2022 | Electronic | $252.50 | | | | Brooke Hershfeldt |
| 07/25/2022 | Electronic | $336.00 | | | | Brooke Hershfeldt |
| 07/08/2022 | Electronic | $336.00 | | | | Brooke Hershfeldt |
| 06/24/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 06/09/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 05/24/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 05/10/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 04/26/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 04/11/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 03/24/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 03/09/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 02/24/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 02/09/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 01/25/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 01/11/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 12/24/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 12/09/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
## Complete Payment Record

**Family Support Registry** Feb 9, 2026
**Automated Child Support Enforcement System** 9:21:00 AM

| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
|---|---|---|---|
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 11/24/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 11/09/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 10/26/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 10/12/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 11/08/2019 | 00032630 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 10/24/2019 | 00032543 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 10/10/2019 | 00032469 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 09/27/2019 | 00032403 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 09/09/2019 | 00032297 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 08/26/2019 | 00032199 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 08/17/2019 | 00032141 | $624.93 | | | | Brooke Hershfeldt |
| 08/01/2019 | 00032004 | $624.93 | | | | Brooke Hershfeldt |
| 07/18/2019 | 00031906 | $624.93 | | | | Brooke Hershfeldt |
| 07/05/2019 | 00031846 | $624.93 | | | | Brooke Hershfeldt |
| 06/17/2019 | 00031720 | $624.93 | | | | Brooke Hershfeldt |
| 06/03/2019 | 00031609 | $624.93 | | | | Brooke Hershfeldt |
| 05/21/2019 | 00031497 | $624.93 | | | | Brooke Hershfeldt |
| 05/06/2019 | 00031359 | $624.93 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

**Colorado Division of Child Support Services**
**Complete Payment Record**

| **Family Support Registry**<br>**Automated Child Support Enforcement System** | | | Feb 9, 2026<br>9:21:00 AM |
|---|---|---|---|
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 04/22/2019 | 00031242 | $624.93 | | | | Brooke Hershfeldt |
| 04/08/2019 | 00031141 | $624.93 | | | | Brooke Hershfeldt |
| 03/30/2019 | 00031074 | $624.93 | | | | Brooke Hershfeldt |
| 03/16/2019 | 00030970 | $624.93 | | | | Brooke Hershfeldt |
| 02/25/2019 | 00030811 | $624.93 | | | | Brooke Hershfeldt |
| 02/11/2019 | 00030724 | $624.93 | | | | Brooke Hershfeldt |
| 01/28/2019 | 00030631 | $624.93 | | | | Brooke Hershfeldt |
| 01/17/2019 | 00030528 | $624.93 | | | | Brooke Hershfeldt |
| 01/05/2019 | 00030430 | $624.93 | | | | Brooke Hershfeldt |
| 12/17/2018 | 00030362 | $624.93 | | | | Brooke Hershfeldt |
| 12/03/2018 | 00030277 | $624.93 | | | | Brooke Hershfeldt |
| 11/19/2018 | 00030207 | $624.93 | | | | Brooke Hershfeldt |
| 11/08/2018 | 00030127 | $624.93 | | | | Brooke Hershfeldt |
| 10/26/2018 | 00030044 | $624.93 | | | | Brooke Hershfeldt |
| 10/09/2018 | 00016256 | $624.93 | | | | Brooke Hershfeldt |
| 09/27/2018 | 00016183 | $624.93 | | | | Brooke Hershfeldt |
| 09/11/2018 | 00016087 | $624.93 | | | | Brooke Hershfeldt |
| 08/30/2018 | 00015980 | $624.93 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
## Complete Payment Record

| Family Support Registry<br>Automated Child Support Enforcement System | | | Feb 9, 2026<br>9:21:00 AM |
|---|---|---|---|
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 08/17/2018 | 00015959 | $624.93 | | | | Brooke Hershfeldt |
| 08/13/2018 | 00015866 | $624.93 | | | | Brooke Hershfeldt |
| 07/17/2018 | 00015765 | $624.93 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
# Complete Payment Record

| | | | |
|---|---|---|---|
| **Family Support Registry**<br>**Automated Child Support Enforcement System** | | | Feb 9, 2026<br>9:21:00 AM |
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

## Total Amounts

| | |
|---|---|
| Total Amount paid | $41,087.00 |
| Total Credit for Fee retained by Other State | $0.00 |
| Total Amount returned to Obligor | (-) $3,749.58 |
| Total Credited to Account | $37,337.42 |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.