# EXHIBIT 8

---

## Adoption Subsidy Designation and Placement Correspondence

*South Dakota records designating Plaintiff as the adoption-subsidy payee (custodial resource) for E.H., together with correspondence concerning E.H.'s residential placement and discharge, evidencing the contradictory custodial designations across state lines.*

Relevant to: Count III

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Gmail **Jerry Hershfeldt <jerry.hershfeldt@gmail.com>**

# RE: Supplemental Check

1 message

**Holen, Hannah** <Hannah.Holen@state.sd.us> Tue, Apr 25, 2023 at 10:13 AM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

I am glad E[redacted] has a supportive parent who is willing to do what is right for her. Please keep me updated and I will also do the same if I hear back from her!

Hannah Holen

Adoption Program Specialist

SD Department of Social Services

Division of Child Protection Services

1310 Main Ave S Ste 101 Brookings, SD 57006

Office: 605-688-4330 ext 6000232

Cell: 605-295-2817

Fax: 605-688-4339

South Dakota Department of Social Services

This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.

The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Tuesday, April 25, 2023 10:01 AM
**To:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** Re: [EXT] Supplemental Check

I really appreciate your explanation; that really does help.

E[redacted] has been in inpatient treatment at Our Home in Parkston, South Dakota since Dec 2021. Anticipated discharge will be July. E[redacted] will be 17 in september, she is of age to choose where she lives, and most certainly chooses to live with me. Our doctor, placement worker, case manager will all give statements if needed the E[redacted] will be living with me.

Two years ago after she kicked R[redacted] out, she enforced the original child support order and in order for me to change it I had to have my current taxes up to date, but Brooke said she did not claim R[redacted] on her 2021 taxes, the IRS said otherwise, I finally had to give up and it was a $3,000 difference, and I continued paying child support while he was still living with me for over a year. She can be rather unscrupulous and definitely will not do what's in the child's best interest. If she finds this, I have more than enough evidence to simply have her parental rights terminated- which would be a relief to E[redacted] anyway.

Again, I appreciate your help.

Jerry

On Tue, Apr 25, 2023, 8:44 AM Holen, Hannah <Hannah.Holen@state.sd.us> wrote:

> This is a new process we put in place. It isn't a requirement to have her sign it, but it is helpful in these situations so we don't later have a parent say this was done without their consent. It can at times get messy in divorce/custody situations so this is to ensure we don't have those issues.
>
> Yes I will let you know if she contacts me, and if she doesn't contact me, I can still change this as long as I have verification that E[redacted] is going with you. Is E[redacted] already living with you or has she not transitioned yet?
>
> Hannah Holen
>
> Adoption Program Specialist
>
> SD Department of Social Services
>
> Division of Child Protection Services
>
> 1310 Main Ave S Ste 101 Brookings, SD 57006
>
> Office: 605-688-4330 ext 6000232
>
> Cell: 605-295-2817
>
> Fax: 605-688-4339
>
> This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.
>
> The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs,

activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Tuesday, April 25, 2023 9:41 AM
**To:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** Re: [EXT] Supplemental Check

I've contacted her in a separate email, odd though, she's never had me sign anything when it started going to her?

Could you possibly give me a heads up if she does contact you? I wouldn't exactly say she's an agreement, however E[redacted] entire treatment team at Our Home is in agreement that "no one should have to live in that environment, especially a child"

Brooke just said she wasn't going to fight it.

Thanks so much for your help -

Jerry

On Tue, Apr 25, 2023, 7:13 AM Holen, Hannah <Hannah.Holen@state.sd.us> wrote:

> Hello Jerry! In order to change the adoption subsidy from one parent to the other, I will need to verify that the mother is in agreement with this change. She can either complete this form that I have attached or else she can reach out to me at 605-295-2817 and let me know she is okay with this change.
>
> In the event I hear from her and she is okay with this, I have also attached the form to get the direct deposit set up.
>
> Hannah Holen
>
> Adoption Program Specialist
>
> SD Department of Social Services
>
> Division of Child Protection Services
>
> 1310 Main Ave S Ste 101 Brookings, SD 57006
>
> Office: 605-688-4330 ext 6000232
>
> Cell: 605-295-2817
>
> Fax: 605-688-4339
>
> This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.

The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Monday, April 24, 2023 8:00 PM
**To:** Reiss, Patricia <Patricia.Reiss@state.sd.us>
**Cc:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** Re: [EXT] Supplemental Check

I appreciate it, thank you both.

Jerry

On Mon, Apr 24, 2023, 5:32 PM Reiss, Patricia <Patricia.Reiss@state.sd.us> wrote:

> Jerry
>
> I am forwarding this email to Hannah Holen. I believe that she can help you with this request.
>
> Patricia Reiss
>
> Adoption Program Specialist
>
> Division of Child Protection Services
>
> Department of Social Services
>
> 700 Governors Drive
>
> Pierre, SD 57501
>
> 605-773-3227
>
> This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 ext. 231 or by reply transmission by e-mail, and delete all copies of the message.
>
> The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this

policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Monday, April 24, 2023 2:49 PM
**To:** Reiss, Patricia <Patricia.Reiss@state.sd.us>
**Subject:** [EXT] Supplemental Check

Hi Patti-

I'm not sure if you are the correct contact, if not- could you please help guide me?

My daughter E[redacted], is going to be living with me and we would like to have the address the supplemental adoption check goes to?

It was going to her mom n Yankton, but needs to start going to

Jerry Hershfeldt

[redacted]

Denver, CO. 80206

I would like to have it direct deposited if I could get that info?

Thank you-

Jerry Hershfeldt

Gmail **Jerry Hershfeldt <jerry.hershfeldt@gmail.com>**

# RE: FW: Adoption Subsidy Check

1 message

**Holen, Hannah** <Hannah.Holen@state.sd.us> Mon, Oct 23, 2023 at 7:29 AM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

I received verification from her previous placement that she was discharged to Brooke and living with her. If this changes and she lives with you please let me know and it can be switched back. As stated in the adoption subsidy, the payment is provided to the caregiver of the youth.

Hannah Holen

Adoption Program Specialist

SD Department of Social Services

Division of Child Protection Services

1310 Main Ave S Ste 101 Brookings, SD 57006

Office: 605-688-4330 ext 6000232

Cell: 605-295-2817

Fax: 605-688-4339

DSS South Dakota Department of Social Services

This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.

The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor’s Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Saturday, October 21, 2023 10:00 AM
**To:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** Re: [EXT] FW: Adoption Subsidy Check

Can you confirm any communication that the check was going to be switched to Brooke? I have to get her to sign documents for me to get it, but she doesn't't? Not so much about the signing of the paperwork it's the cowardness it took to do it behind my back with no communication.

We can talk about it in court

On Tue, Aug 15, 2023, 7:35 AM Holen, Hannah <Hannah.Holen@state.sd.us> wrote:

Do you confirm that E[redacted] is living with her mother currently?

Hannah Holen

Adoption Program Specialist

SD Department of Social Services

Division of Child Protection Services

1310 Main Ave S Ste 101 Brookings, SD 57006

Office: 605-688-4330 ext 6000232

Cell: 605-295-2817

Fax: 605-688-4339

This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.

The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Brooke Hershfeldt <[redacted]
**Sent:** Monday, August 14, 2023 9:58 PM
**To:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** RE: [EXT] Adoption Subsidy Check

She was at our house July 31st.

Sent from Yahoo Mail on Android

On Mon, Aug 14, 2023 at 9:12 AM, Holen, Hannah

<Hannah.Holen@state.sd.us> wrote:

What date did she, or will she be if she isn't already, move back into your home?

Hannah Holen

Adoption Program Specialist

SD Department of Social Services

Division of Child Protection Services

1310 Main Ave S Ste 101 Brookings, SD 57006

Office: 605-688-4330 ext 6000232

Cell: 605-295-2817

Fax: 605-688-4339

This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.

The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Brooke Hershfeldt <[redacted]
**Sent:** Friday, August 11, 2023 6:30 PM
**To:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** [EXT] Adoption Subsidy Check

Hi Hannah,

I was just checking in with you to see if you have received the authorization from Jerry Hershfeldt on the change to E[redacted] H[redacted] adoption subsidy check.

I received the receipt for the check this month, but I'm assuming the check is still being sent to Jerry.

At this time, E[redacted] is enrolled for school here in Yankton and will be living with us until at least Christmas.

Thank you for your time!

Brooke Hershfeldt

Sent from Yahoo Mail on Android