# EXHIBIT 10

---

## South Dakota Form DSS-SE-466A — January 13, 2025

*Employment-verification demand mailed by Jane Rodig, South Dakota Division of Child Support, to Plaintiff's Colorado employer at 4704 Harlan Street, Suite 220, Denver, Colorado, invoking SDCL 25-7A-56.5.*

Relevant to: Counts III, VII; Personal Jurisdiction

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

DSS-SE-466A (06/2017)
Gerald Hershfeldt
SSN: [redacted]
DCS#: 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A

DEPARTMENT OF SOCIAL SERVICES
DIVISION OF CHILD SUPPORT
3113 Spruce, Suite 200
Yankton SD 57078
PHONE: (605)668-3030
FAX #: (605)668-3014

January 13, 2025

COLORADO BUILDING & CONSTRUCTION TR
4704 HARLAN ST STE 220
DENVER CO 80212-7417

Dear Employer:

Our office is attempting to locate the above individual and/or verify wages in relation to his/her child support responsibilities. I am informed that the above named individual is now, or recently has been, employed by your company.

In accordance with SDCL 25-7A-56.5, please provide this office with the information requested below as soon as possible. Your cooperation in this matter is greatly appreciated.

Last Known: SSN: ____________ Phone #: ____________
Address: ____________
City: ____________ State: ____________ Zip: ____________
Country: ____________

Check the statement that applies: ☐ Is now employed here: ☐ Full Time ☐ Part Time
☐ Has never been employed here. ☐ Was laid off (Will return on ____________).
☐ Quit on ____________ ☐ Employment was terminated ____________
☐ Other ____________

If quit or terminated, name and address of his/her current employer, if known:

____________

WAGES:

| QUARTER | YEAR | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Current Monthly Wages: ____________
If employed, is health insurance available under a group plan? ____________
Employer FEIN: ____________
Remarks: ____________

SIGNATURE: ____________ DATE: ____________
TELEPHONE #: ____________

Enclosed is a self-addressed, stamped envelope for your convenience.

Sincerely, Jane Rodig
Jane Rodig
Lead Child Support Specialist