# EXHIBIT 11

---

## Interstate Enforcement Records — South Dakota

*Documents reflecting South Dakota's interstate child support enforcement activity directed into Colorado. (Redacted pursuant to Fed. R. Civ. P. 5.2.)*

Relevant to: Counts II, III, VII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

**THE LARIMER COUNTY DEPARTMENT OF HUMAN SERVICES**
**CHILD SUPPORT ENFORCEMENT ACCOUNTING UNIT**

**HOUSEHOLD NUMBER[redacted]339-45-0A**

**DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO**
**LEDGER NUMBER[redacted]-1-2015DR[redacted]**

**OBLIGOR:**
**GERALD P. HERSHFELDT**

**OBLIGEE:**
**BROOKE HERSHFELDT**

**CHILDREN:**
**R[redacted]**
**E[redacted]**

**DATE OF BIRTH:**
**[redacted]/03**
**[redacted]/06**

**EMANCIPATION:**
**[redacted]/22**
**09/[redacted]/25**

**ORDER DATED 06/09/2015: OBLIGOR TO PAY CHILD SUPPORT OF $1128 PER MONTH, COMMENCING 07/01/2015. OBLIGOR TO PROVIDE MEDICAL INSURANCE FOR THE CHILDREN.**

**UIFSA FROM SOUTH DAKOTA TO ENFORCE OUR ORDER BEGINNING MAY 2017 FORWARD.**

*****CASE CLOSED SEPTEMBER 2019 PER SOUTH DAKOTA/OBLIGEE REQUEST*****

**UIFSA FROM SOUTH DAKATA TO ENFORCE OUR ORDER BEGINNING FEBRUARY 2021 FORWARD. EMAIL FROM SD CONFIRMING TWO DIRECT PAYMENTS OF $600 EACH MADE IN MAY 2021 THAT WERE NOT NOTED ON THE AREARS AFFIDAVIT.**

**6/2/2022 ORDER MODIFYING CHILD SUPPORT: OBLIGOR TO PAY CHILD SUPPORT OF $622.00 PER MONTH COMMENCING 6/5/22. EITHER PARTY TO PROVIDE MEDICAL INSURANCE FOR THE (CHILD)REN.**

**LAST CHILD MOVED OUT OF HOME 9/2024, CASE IS ARREARS AS OF 10/2024**

| Month Child Support Due | Child Support Due | Child Support Paid | Child Support Due to Obligee | Total Arrears Due |
|---|---|---|---|---|
| May-17 | $1,128.00 | $0.00 | $1,128.00 | $1,128.00 |
| Jun-17 | $1,128.00 | $0.00 | $1,128.00 | $2,256.00 |
| Jul-17 | $1,128.00 | $0.00 | $1,128.00 | $3,384.00 |
| Aug-17 | $1,128.00 | $0.00 | $1,128.00 | $4,512.00 |
| Sep-17 | $1,128.00 | $0.00 | $1,128.00 | $5,640.00 |
| Oct-17 | $1,128.00 | $0.00 | $1,128.00 | $6,768.00 |
| Nov-17 | $1,128.00 | $0.00 | $1,128.00 | $7,896.00 |
| Dec-17 | $1,128.00 | $0.00 | $1,128.00 | $9,024.00 |
| Jan-18 | $1,128.00 | $0.00 | $1,128.00 | $10,152.00 |

| | | | | |
|---|---|---|---|---|
| Feb-18 | $1,128.00 | $0.00 | $1,128.00 | $11,280.00 |
| Mar-18 | $1,128.00 | $0.00 | $1,128.00 | $12,408.00 |
| Apr-18 | $1,128.00 | $0.00 | $1,128.00 | $13,536.00 |
| May-18 | $1,128.00 | $0.00 | $1,128.00 | $14,664.00 |
| Jun-18 | $1,128.00 | $0.00 | $1,128.00 | $15,792.00 |
| Jul-18 | $1,128.00 | $624.93 | $503.07 | $16,295.07 |
| Aug-18 | $1,128.00 | $1,874.79 | -$746.79 | $15,548.28 |
| Sep-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,426.42 |
| Oct-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,304.56 |
| Nov-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,182.70 |
| Dec-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,060.84 |

| Month Child Support Due | Child Support Due | Child Support Paid | Child Support Due to Obligee | Total Arrears Due |
|---|---|---|---|---|
| Jan-19 | $1,128.00 | $1,874.79 | -$746.79 | $14,314.05 |
| Feb-19 | $1,128.00 | $1,249.86 | -$121.86 | $14,192.19 |
| Mar-19 | $1,128.00 | $1,249.86 | -$121.86 | $14,070.33 |
| Apr-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,948.47 |
| May-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,826.61 |
| Jun-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,704.75 |
| Jul-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,582.89 |
| Aug-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,461.03 |
| Sep-19 | -$13,461.03 | $0.00 | -$13,461.03 | $0.00 |
| Oct-19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nov-19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dec-19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jan-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Feb-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mar-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Apr-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| May-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jun-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jul-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Aug-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sep-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Oct-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nov-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dec-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jan-21 | $0.00 | $0.00 | $0.00 | $0.00 |
| Feb-21 | $1,128.00 | $0.00 | $1,128.00 | $1,128.00 |
| Mar-21 | $1,128.00 | $0.00 | $1,128.00 | $2,256.00 |
| Apr-21 | $1,128.00 | $0.00 | $1,128.00 | $3,384.00 |
| May-21 | $1,128.00 | $1,200.00 | -$72.00 | $3,312.00 |
| Jun-21 | $1,128.00 | $0.00 | $1,128.00 | $4,440.00 |
| Jul-21 | $1,128.00 | $0.00 | $1,128.00 | $5,568.00 |
| Aug-21 | $1,128.00 | $0.00 | $1,128.00 | $6,696.00 |
| Sep-21 | $1,128.00 | $0.00 | $1,128.00 | $7,824.00 |
| Oct-21 | $1,128.00 | $1,354.00 | -$226.00 | $7,598.00 |
| Nov-21 | $1,128.00 | $1,354.00 | -$226.00 | $7,372.00 |
| Dec-21 | $1,128.00 | $1,354.00 | -$226.00 | $7,146.00 |
| Jan-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,920.00 |
| Feb-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,694.00 |
| Mar-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,468.00 |
| Apr-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,242.00 |
| May-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,016.00 |
| Jun-22 | $622.00 | $1,354.00 | -$732.00 | $5,284.00 |

| | | | | |
|---|---|---|---|---|
| **Jul-22** | **$622.00** | **$672.00** | **-$50.00** | **$5,234.00** |
| **Aug-22** | **$622.00** | **$588.50** | **$33.50** | **$5,267.50** |
| **Sep-22** | **$622.00** | **$672.00** | **-$50.00** | **$5,217.50** |
| **Oct-22** | **$622.00** | **$0.00** | **$622.00** | **$5,839.50** |
| **Nov-22** | **$622.00** | **$624.00** | **-$2.00** | **$5,837.50** |
| **Dec-22** | **$622.00** | **$468.00** | **$154.00** | **$5,991.50** |
| **Jan-23** | **$622.00** | **$780.00** | **-$158.00** | **$5,833.50** |
| **Feb-23** | **$622.00** | **$624.00** | **-$2.00** | **$5,831.50** |
| **Mar-23** | **$622.00** | **$468.00** | **$154.00** | **$5,985.50** |

| Month Child Support Due | Child Support Due | Child Support Paid | Child Support Due to Obligee | Total Arrears Due |
|---|---|---|---|---|
| **Apr-23** | **$622.00** | **$780.00** | **-$158.00** | **$5,827.50** |
| **May-23** | **$622.00** | **$312.00** | **$310.00** | **$6,137.50** |
| **Jun-23** | **$622.00** | **$0.00** | **$622.00** | **$6,759.50** |
| **Jul-23** | **$622.00** | **$0.00** | **$622.00** | **$7,381.50** |
| **Aug-23** | **$622.00** | **$0.00** | **$622.00** | **$8,003.50** |
| **Sep-23** | **$622.00** | **$0.00** | **$622.00** | **$8,625.50** |
| **Oct-23** | **$622.00** | **$0.00** | **$622.00** | **$9,247.50** |
| **Nov-23** | **$622.00** | **$0.00** | **$622.00** | **$9,869.50** |
| **Dec-23** | **$622.00** | **$0.00** | **$622.00** | **$10,491.50** |
| **Jan-24** | **$622.00** | **$0.00** | **$622.00** | **$11,113.50** |
| **Feb-24** | **$622.00** | **$0.00** | **$622.00** | **$11,735.50** |
| **Mar-24** | **$622.00** | **$0.00** | **$622.00** | **$12,357.50** |
| **Apr-24** | **$622.00** | **$0.00** | **$622.00** | **$12,979.50** |
| **May-24** | **$622.00** | **$0.00** | **$622.00** | **$13,601.50** |
| **Jun-24** | **$622.00** | **$0.00** | **$622.00** | **$14,223.50** |
| **Jul-24** | **$622.00** | **$0.00** | **$622.00** | **$14,845.50** |
| **Aug-24** | **$622.00** | **$0.00** | **$622.00** | **$15,467.50** |
| **Sep-24** | **$622.00** | **$0.00** | **$622.00** | **$16,089.50** |
| **Oct-24** | **$0.00** | **$0.00** | **$0.00** | **$16,089.50** |
| **Nov-24** | **$0.00** | **$0.00** | **$0.00** | **$16,089.50** |
| **Dec-24** | **$0.00** | **$0.00** | **$0.00** | **$16,089.50** |
| **Jan-25** | **$0.00** | **$156.00** | **-$156.00** | **$15,933.50** |
| **Feb-25** | **$0.00** | **$0.00** | **$0.00** | **$15,933.50** |
| **Mar-25** | **$0.00** | **$0.00** | **$0.00** | **$15,933.50** |
| **Apr-25** | **$0.00** | **$184.60** | **-$184.60** | **$15,748.90** |
| **May-25** | **$0.00** | **$184.60** | **-$184.60** | **$15,564.30** |
| **Jun-25** | **$0.00** | **$138.45** | **-$138.45** | **$15,425.85** |
| | **$53,586.97** | **$38,161.12** | **$15,425.85** | |
| **TOTAL DUE** | | | | **$15,425.85** |

**6/18/25**
**PK**