# EXHIBIT 12

---

## Colorado Tradeline — Date Opened June 9, 2015

*Consumer-report tradeline reflecting a child support account with a Date Opened of June 9, 2015 — one day before the June 10, 2015 system entry documenting that the support order could not be entered.*

Relevant to: Count VII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

EQUIFAX

Prepared For **GERALD P. HERSHFELDT** **Date generated:** Dec 17, 2025

**STATE OF COLORADO CH** **$15,049**

Unknown payment history Balance updated **Nov 30, 2025**

### Account info

| | | | |
|---|---|---|---|
| Account name | **STATE OF COLORADO CH** | Balance | **$15,049** |
| Account number | **143520XXXXXX** | Balance updated | **Nov 30, 2025** |
| Original creditor | - | Original balance | - |
| Company sold | - | Monthly payment | **$100** |
| Account type | **Open Account** | Last Payment Date | **Nov 01, 2025** |
| Date opened | **Jun 09, 2015** | Past due amount | **$616** |
| Open/closed | **Open** | Terms | - |
| Status | **At least 120 days or more than four payments past due** | Responsibility | **Individual Account** |
| Status updated | **Nov 2025** | Your statement | - |

### Payment history

**No payment history available to display.**

### Contact info

| | |
|---|---|
| Address | **SUPPORT ENF 1575 SHERMAN ST 2N 303 E 17TH AVENUE SUITE 200 DENVER, CO 80203-1702** |
| Phone number | **(303) 866-5994** |

### Comments

EQUIFAX®

Prepared For **GERALD P. HERSHFELDT** **Date generated:** Dec 17, 2025

**OFFICE OF CHILD SUPP** **$0**

Unknown payment history Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **OFFICE OF CHILD SUPP** | Balance | **$0** |
| Account number | **326684XXXXXX** | Balance updated | **Oct 02, 2023** |
| Original creditor | - | Original balance | **$0** |
| Company sold | - | Monthly payment | - |
| Account type | **Open Account** | Last Payment Date | **Jan 01, 2021** |
| Date opened | **May 09, 2017** | Past due amount | - |
| Open/closed | **Closed** | Terms | - |
| Status | - | Responsibility | **Individual Account** |
| Status updated | **Oct 2023** | Your statement | - |

### Payment history

**No payment history available to display.**

### Contact info

| | |
|---|---|
| Address | **700 GOVERNORS DR TAPE ONLY PIERRE, SD 57501-2291** |
| Phone number | **(800) 231-8346** |

### Comments

**COLLECTION ACCOUNT**

## Your Equifax credit report

As of **February 07, 2026**

Credit Report date

Equifax - January 23, 2026

< Back

# STATE OF COLORADO CHILD

Report Date: Jan 23, 2026

If you find information in your credit report that you believe is incomplete or inaccurate, you can **file a dispute**.

**Details** | Payments | 24 Month History

### OVERVIEW

| | |
|---|---|
| **Account Number** | xxxxxxxx 0002 |
| **Account Status** | OVER_120_DAYS_PAST_DUE |
| **Owner** | INDIVIDUAL |
| **Account Type** | OPEN |
| **Creditor Classification** | - |
| **Loan Type** | CHILD_SUPPORT |
| **Original Creditor Name** | - |
| **Months Reviewed** | 50 |
| **Activity Designator** | - |
| **Terms Frequency** | MONTHLY |
| **Term Duration** | - |
| **Purchased From** | - |
| **Sold To** | - |

### BALANCE AND AMOUNTS

| | |
|---|---|
| **Balance** | $15,049 |
| **Credit Limit** | - |
| **High Credit** | - |
| **Available Credit** | - |

### ACCOUNT DATES

| | |
|---|---|
| **Date Opened** | Jun 09, 2015 |
| **Date Reported** | Dec 31, 2025 |
| **Date of Last Activity** | - |
| **Date of First Delinquency** | Dec 31, 2025 |

### COMMENTS AND CONTACT

CHILD/FAMILY SUPPORT

180 DAYS OR MORE PAST DUE

## Your Equifax credit report

As of **February 07, 2026**

Credit Report date

Equifax - January 23, 2026

< Back

# STATE OF COLORADO CHILD

Report Date: Jan 23, 2026

Details | **Payments** | 24 Month History

### PAYMENT HISTORY

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

✓ Paid on time · 30 30 Days Past Due · 60 60 Days Past Due · 90 90 Days Past Due
120 120 Days Past Due · 150 150 Days Past Due · 180 180 Days Past Due · V Voluntary Surrender
F Foreclosure · C Collection Account · CO Charge Off · B Included in Bankruptcy
R Repossession · TN Too New to Rate · No Data Available

### PAYMENT DETAILS

| | | | |
|---|---|---|---|
| **Months Reviewed** | 50 | **Date of Last Payment** | Nov 2025 |
| **Payment Responsibility** | INDIVIDUAL | **Scheduled Payment Amount** | $100 |
| **Deferred Payment Start Date** | - | **Actual Payment Amount** | - |
| **Date Closed** | - | **Charge Off Amount** | - |

### OTHER PAYMENTS & DELINQUENCIES

| | | | |
|---|---|---|---|
| **Balloon Payment Date** | - | **Delinquency First Reported** | Dec 31, 2025 |
| **Balloon Payment Amount** | - | **Amount Past Due** | $700 |

Credit Report date

Equifax - January 23, 2026

< Back

# STATE OF COLORADO CHILD

Report Date: Jan 23, 2026

Details | Payments | **24 Month History**

## 24 MONTH HISTORY

The table below shows up to 24 months of historical data. If the table is blank, this data was not provided to Equifax.

| Date | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 12/25 | $15,049 | $100 | - | 11/21/2025 | $700 | - | - | 192,264 |
| 11/25 | $15,049 | $100 | - | 11/21/2025 | $616 | - | - | 192,264 |
| 10/25 | $15,061 | $100 | - | 09/30/2025 | $528 | - | - | 192,263 |
| 09/25 | $15,061 | $100 | - | 09/30/2025 | $428 | - | - | 192,262 |
| 08/25 | $15,190 | $100 | - | 08/26/2025 | $457 | - | - | 192 |
| 07/25 | $15,333 | $100 | - | 06/30/2025 | $500 | - | - | 192 |
| 06/25 | $15,333 | $200 | - | 06/30/2025 | $300 | - | - | 192 |
| 05/25 | $15,564 | $200 | - | 05/27/2025 | $330 | - | - | 192 |
| 04/25 | $15,748 | $200 | - | 04/28/2025 | $315 | - | - | 192 |
| 03/25 | $15,933 | $200 | - | 01/24/2025 | $922 | - | - | 192,264 |
| 02/25 | $15,933 | $100 | - | 01/24/2025 | $1,444 | - | - | 192,264 |
| 01/25 | $17,955 | $622 | - | 01/24/2025 | $3,576 | - | - | 192,264 |

< | 1 **2** | >

**Narrative code description:**

192 — Child/Family Support

262 — 120 Days Past Due

264 — 180 Days or More Past Due

263 — 150 Days Past Due

Credit Report date

Equifax - January 23, 2026

< Back

# STATE OF COLORADO CHILD

Report Date: Jan 23, 2026

Details | Payments | **24 Month History**

## 24 MONTH HISTORY

The table below shows up to 24 months of historical data. If the table is blank, this data was not provided to Equifax.

| Date | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 12/25 | $15,049 | $100 | - | 11/21/2025 | $700 | - | - | 192,264 |
| 11/25 | $15,049 | $100 | - | 11/21/2025 | $616 | - | - | 192,264 |
| 10/25 | $15,061 | $100 | - | 09/30/2025 | $528 | - | - | 192,263 |
| 09/25 | $15,061 | $100 | - | 09/30/2025 | $428 | - | - | 192,262 |
| 08/25 | $15,190 | $100 | - | 08/26/2025 | $457 | - | - | 192 |
| 07/25 | $15,333 | $100 | - | 06/30/2025 | $500 | - | - | 192 |
| 06/25 | $15,333 | $200 | - | 06/30/2025 | $300 | - | - | 192 |
| 05/25 | $15,564 | $200 | - | 05/27/2025 | $330 | - | - | 192 |
| 04/25 | $15,748 | $200 | - | 04/28/2025 | $315 | - | - | 192 |
| 03/25 | $15,933 | $200 | - | 01/24/2025 | $922 | - | - | 192,264 |
| 02/25 | $15,933 | $100 | - | 01/24/2025 | $1,444 | - | - | 192,264 |
| 01/25 | $17,955 | $622 | - | 01/24/2025 | $3,576 | - | - | 192,264 |

< | 1 2 | >

**Narrative code description:**

192 — Child/Family Support

262 — 120 Days Past Due

264 — 180 Days or More Past Due

263 — 150 Days Past Due

TransUnion

Prepared For **GERALD P. HERSHFELDT** **Date generated:** Dec 17, 2025

**CO CHILD SUP** **$15,049**

**29** late payments

Balance updated **Nov 30, 2025**

**Account info**

| | | | |
|---|---|---|---|
| Account name | **CO CHILD SUP** | Balance | **$15,049** |
| Account number | **143520XX** | Balance updated | **Nov 30, 2025** |
| Original creditor | - | Original balance | **$0** |
| Company sold | - | Monthly payment | - |
| Account type | **Open account** | Last Payment Date | **Nov 21, 2025** |
| Date opened | **Jun 09, 2015** | Past due amount | **$616** |
| Open/closed | **Open** | Terms | - |
| Status | **120 days past due** | Responsibility | **Individual account** |
| Status updated | **Nov 2025** | Your statement | - |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 120 | 120 | 120 | 90 | 60 | 60 | 90 | 90 | 120 | 120 | - | - |
| 2024 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 120 | 120 | 120 |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | - | - | - | - | - | - | - | - | - | - | ✓ | ✓ |

✓ On Time | 30 30 Days Late | 60 60 Days Late
90 90 Days Late | 120 120+ Days Late | - Data Unavailable

**Contact info**

| | |
|---|---|
| Address | **1575 SHERMAN ST 5TH FLOOR DENVER, CO 80203** |
| Phone number | **(303) 866-4300** |

**Comments**

-

TransUnion

Prepared For **GERALD P. HERSHFELDT** **Date generated:** Dec 17, 2025

**DEPTOFSOCSRV** **$0**

Unknown payment history Closed

**Account info**

| | | | |
|---|---|---|---|
| Account name | **DEPTOFSOCSRV** | Balance | **$0** |
| Account number | **326684XX** | Balance updated | **Aug 31, 2021** |
| Original creditor | - | Original balance | **$0** |
| Company sold | - | Monthly payment | - |
| Account type | **Open account** | Last Payment Date | **Jan 01, 2021** |
| Date opened | **May 09, 2017** | Past due amount | **$0** |
| Open/closed | **Closed** | Terms | - |
| Status | **Paid or paying as agreed** | Responsibility | **Individual account** |
| Status updated | **Aug 2021** | Your statement | - |

**Payment history**

**No payment history available to display.**

**Contact info**

Address **700 GOVERNORS DR**
**PIERRE,**
**SD 57501**

Phone number (605) 773-3641

**Comments**

**Account closed due to transfer**