# EXHIBIT 14

---

## Equifax Credit Report

*Equifax consumer report reflecting the child support tradeline with a Date Opened of June 9, 2015, a Date of First Delinquency of June 30, 2025, a Months Reviewed value of 44, and a continuing derogatory balance active after the filing of this action.*

Relevant to: Count VII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

myEquifax™

2

# Your Equifax credit report

As of **January 23, 2026**

Credit Report date

Equifax - July 14, 2025

< Back

## STATE OF COLORADO CHILD

Report Date: Jul 14, 2025

If you find information in your credit report that you believe is incomplete or inaccurate, you can **file a dispute**.

**Details** | Payments | 24 Month History

### OVERVIEW

| | |
|---|---|
| **Account Number** | xxxxxxxx 0002 |
| **Account Status** | NOT_MORE_THAN_THREE_PAYMENT_PAST_DUE |
| **Owner** | INDIVIDUAL |
| **Account Type** | OPEN |
| **Creditor Classification** | - |
| **Loan Type** | - |
| **Original Creditor Name** | - |
| **Months Reviewed** | 44 |
| **Activity Designator** | - |
| **Terms Frequency** | MONTHLY |
| **Term Duration** | - |
| **Purchased From** | - |
| **Sold To** | - |

### BALANCE AND AMOUNTS

| | |
|---|---|
| **Balance** | $15,333 |
| **Credit Limit** | - |
| **High Credit** | - |
| **Available Credit** | - |

myEquifax™

2

| | |
|---|---|
| **Date Opened** | Jun 09, 2015 |
| **Date Reported** | Jun 30, 2025 |
| **Date of Last Activity** | - |
| **Date of First Delinquency** | Jun 30, 2025 |

## COMMENTS AND CONTACT

CHILD/FAMILY SUPPORT

For questions regarding this account please contact:

**STATE OF COLORADO CHILD**
Support Enf 1575 Sherman St 2nd Fl
Denver, CO 80203-1702
(303) 866-5994

## Disputes

If you find information in your credit report that you believe is incomplete or inaccurate, click FILE A DISPUTE.

FILE A DISPUTE

Privacy Policy Terms of Use Ad Choices

Equifax Consumer Services LLC
Licenses and Disclosures

EFX®

Copyright 2026 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

powering the world with knowledge™