# EXHIBIT 15

## South Dakota Credit Alerts

*Consumer-report records reflecting account entries furnished to a consumer reporting agency by the South Dakota Defendants, reflecting changes in the reported account origin date (re-aging).*

Relevant to: Count VII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

## SD DIV OF CHILD SUPPOR

experian

← Back

Your credit

Experian

Experi
GERALD
As of Feb

FICO SCORE 8

604

FAIR

300

Quick actions

Pri

See and co

### Additional info

Responsibility
Individual

Company sold
-

Original creditor
-

Comments
-

Your statement
-

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

You have 2 ope
Total balance: $74

Credit cards c
Total balance: $

0% credit u

Credit used: $0

6%

CHIME/ST

Link card nar

Balance

Balance updated

Auto loans or
Total balance: -

Self-reported

You don't have started.

## SD DIV OF CHILD SUPPOR

experian

### Additional info

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

Connect accou

Other accoun
Total balance: $

SD DIV OF
Balance
Balance updated

## SD DIV OF CHILD SUPPOR

experian

### Additional info

2 collections
Total balance: $44

WAKEFIEL
Original creditor
Balance
Balance updated

WAYPOIN
Original creditor
Balance
Balance updated

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

0 inquiries
If you apply for cre
regarding a credit a

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

Your Experiar
Locking your cr

0 public record
This is where publi

Personal inforr

NAME
GERALD P HERSHI

ALSO KNOWN AS
JERRY HERSHFELI

YEAR OF BIRTH
1976

PERSONAL STATEME
NO STATEMENT(S) P

Suggested ju
You're -- for an of
View your credit car

## SD DIV OF CHILD SUPPOR

experian

### Additional info

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

## SD DIV OF CHILD SUPPOR

experian

FAQs

What is a credit

What is include

What is not incl

Where does the

Will checking y

When is your E

### Additional info

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

See all 3 FIC

Your credit infor
TransUnion® FIC

Review my 3 F

## SD DIV OF CHILD SUPPOR

experian

### Additional info

What's a cred

Your credit report

It contains info al and how long you

Services

Tools

Support

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

## SD DIV OF CHILD SUPPOR

experian

Experian and the
Information Sol

### Additional info

### Contact info

Address

700 GOVERNORS DR, PIERRE SD 57501

Phone number

(605) 773-3641

**You're looking at an old report.**

If something doesn't look right here, check your most recent credit report to see if it's up to date.

## SD DIV OF CHILD SUPPOR

experian

×

← Back

Your credit

Experian

Experi
GERALD
As of Feb

FICO SCORE 8

604

FAIR

300

Quick actions

Pri

See and co

POTENTIALLY NEGATIVE

Paid off -

Balance updated
Nov 30, 2017

Min. monthly payment
-

Date opened
May 09, 2017

Terms
1 Month

### Account info

Account number
326684XXXX

Open/closed
Closed

Account type
Family Support

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

You have 2 ope
Total balance: $74

Credit cards c
Total balance: $

0% credit u

Credit used: $0

6%

CHIME/ST

Link card nar

Balance

Balance updated

Self-reported

You don't have started.

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

| Paid off | - |
|---|---|

### Account info

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

Connect accou

## SD DIV OF CHILD SUPPOR

experian

Other accoun

Total balance: $

SD DIV OF

Balance

Balance updated

SD DIV OF

Balance

Balance updated

POTENTIALLY NEGATIVE

Paid off -

2 collections

Total balance: $44

WAKEFIEL

Original creditor

Balance

Balance updated

WAYPOIN

Original creditor

Balance

Balance updated

### Account info

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

0 inquiries

If you apply for cre
regarding a credit a

Your Experiar

Locking your cr

0 public record

This is where publi

Personal inforr

NAME

GERALD P HERSHI

ALSO KNOWN AS

JERRY HERSHFELI

YEAR OF BIRTH

1976

PERSONAL STATEME

NO STATEMENT(S) P

Suggested ju:

You're -- for an o

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

### Account info

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

View your credit card

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

FAQs

What is a credit

What is include

What is not incl

Where does the

Will checking y

When is your Ex

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

See all 3 FIC(

Your credit infor

TransUnion® FIC

Review my 3 F

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

What's a cred

Your credit report

It contains info al
and how long you

## Account info

Services

Tools

Support

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

Experian and the
Information Sol

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

## SD DIV OF CHILD SUPPOR

experian

×

← Back

Your credit

Experian

Experi
GERALD
As of Feb

FICO SCORE 8

604

FAIR

300

Quick actions

Pri

See and co

Paid off -

Balance updated
Jan 31, 2021

Min. monthly payment
$0

Date opened
May 09, 2017

Terms
1 Month

### Account info

Account number
326684XXXX

Open/closed
Open

Account type
Family Support

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

PAYMENT HISTORY LEGEND

You have 2 ope
Total balance: $74

Credit cards
Total balance: $

0% credit u

Credit used: $0

6%

CHIME/ST

Link card nar

Balance

Balance updated

Auto loans or
Total balance: -

Self-reported

You don't have
started.

## SD DIV OF CHILD SUPPOR

experian

Paid off -

## Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

PAYMENT HISTORY LEGEND

Connect accou

Other accoun

Total balance: $

SD DIV OF

Balance

Balance updated

SD DIV OF

Balance

Balance updated

2 collections

Total balance: $44

WAKEFIEL

Original creditor

Balance

Balance updated

WAYPOIN

Original creditor

Balance

Balance updated

## SD DIV OF CHILD SUPPOR

experian

Paid off -

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

### PAYMENT HISTORY LEGEND

0 inquiries

If you apply for cre
regarding a credit a

Your Experiar
Locking your cr

0 public record
This is where publi

Personal inform

NAME
GERALD P HERSHI

ALSO KNOWN AS
JERRY HERSHFELI

YEAR OF BIRTH
1976

PERSONAL STATEME
NO STATEMENT(S) P

Suggested ju
You're -- for an of

## SD DIV OF CHILD SUPPOR

experian

Paid off -

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

### PAYMENT HISTORY LEGEND

View your credit card

## SD DIV OF CHILD SUPPOR

experian

Paid off -

Account info

FAQs

What is a credit

What is include

What is not incl

Where does the

Will checking y

When is your Ex

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

PAYMENT HISTORY LEGEND

See all 3 FICO

Your credit infor

TransUnion® FIC

Review my 3 F

## SD DIV OF CHILD SUPPOR

experian

Paid off -

What's a cred

Your credit report

It contains info al and how long you

### Account info

Services

Tools

Support

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

### PAYMENT HISTORY LEGEND

## SD DIV OF CHILD SUPPOR

experian

Paid off -

Experian and the
Information Sol

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

### PAYMENT HISTORY LEGEND

## SD DIV OF CHILD SUPPOR

experian

× 

← Back

Your credit

Experian

Experi
GERALD
As of Nov

FICO SCORE 8

481

POOR

300

Pri

See and co

POTENTIALLY NEGATIVE

Paid off -

Balance updated
-

Min. monthly payment
-

Date opened
May 09, 2017

Terms
1 Month

### Account info

Account number
326684XXXXXX

Open/closed
Closed

Account type
Family Support

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

You have 1 ope
Total balance: $1,1

Credit cards c
Total balance: $

0% credit u

Credit used: $0

6%

CHIME/ST

Link card nar

Balance

Balance updated

Self-reported

You don't have started.

Connect accou

Other accoun

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

### Account info

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

Total balance: -

SD DIV OF

Balance

Balance updated

1 collection

Total balance: $84

SECURITY

Original creditor

Balance

Balance updated

3 inquiries

These lenders have

700 CRED

Inquiry date

Removal date

NOWCOM

Inquiry date

Removal date

PREMIER

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

### Account info

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

Inquiry date

Removal date

Your Experiar

Locking your cr

More

0 public record

This is where publi

Personal inforr

NAME

GERALD P HERSHI

ALSO KNOWN AS

JERRY HERSHFELI

YEAR OF BIRTH

1976

PERSONAL STATEME

NO STATEMENT(S) P

Suggested ju:

You're -- for an of

View your credit car

**SD DIV OF CHILD SUPPOR**

experian

POTENTIALLY NEGATIVE

Paid off -

## Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

## SD DIV OF CHILD SUPPOR

experian

FAQs

What is a credit

What is include

What is not incl

Where does the

Will checking y

When is your E

POTENTIALLY NEGATIVE

Paid off -

### Account info

See all 3 FIC

Your credit infor
TransUnion® FIC

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

Review my 3 F

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

What's a cred

Your credit report

It contains info al
and how long you

Services

Tools

Support

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Experian and the
Information Sol

Paid off -

## Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

## DEPTOFSOCSRV

transunion

×

← Back

Your credit

Experian

Your TransUni
to refresh you
Upgrade mem

Transl
GERALD
As of Dec

FICO SCORE 8

479

POOR

300

Quick actions

Pri

Paid off -

Balance updated
Aug 31, 2021

Min. monthly payment
-

Date opened
May 09, 2017

Terms
-

### Account info

Account number
326684XX

Open/closed
Closed

Account type
Open account

## Payment summary

No payment history available to display.

Status
Paid or paying as agreed

Status updated

You have 3 ope
Total balance: $19,

Credit cards c
Total balance: $

141% cred

Credit used: $500

|
6%

CHIME-ST
Balance
Balance updated

GREENDO
Balance
Balance updated

Late payments

Other accoun
Total balance: $

CO CHILD
Balance
Balance updated

## DEPTOFSOCSRV

transunion

Paid off -

### Account info

## Payment summary

No payment history available to display.

CANVAS (

Balance

Balance updated

CANVAS (

Balance

Balance updated

DEPTOFS(

Balance

Balance updated

4 collections

Total balance: $2,8

CREDIT C(

Original creditor

Balance

Balance updated

JEFFCAPS

Original creditor

Balance

Balance updated

PORTFOLI

Original creditor

Balance

## DEPTOFSOCSRV

transunion

| | |
|---|---|
| Paid off | - |

### Account info

## Payment summary

No payment history available to display.

Balance updated

SECURITY

Original creditor

Balance

Balance updated

Collections ca
typically affec

## 0 inquiries

If you apply for cre
regarding a credit a

## 0 public record

This is where publi

## Personal inforr

NAME

GERALD PAUL HEF

ALSO KNOWN AS

-

YEAR OF BIRTH

1976

PERSONAL STATEME

**DEPTOFSOCSRV**

transunion

| Paid off | - |
|---|---|

### Account info

## Payment summary

No payment history available to display.

NO STATEMENT(S) P

## DEPTOFSOCSRV

transunion

Suggested ju

You're -- for an o

View your credit car

Paid off -

Account info

When your ac

Verifying the d

You can ask for a
copies of written

Negotiating the

Disputing the d

## Payment summary

No payment history available to display.

Services

Tools

Support

## DEPTOFSOCSRV

transunion

Paid off -

### Account info

Experian and the
Information Sol

## Payment summary

No payment history available to display.

**OFFICE OF CHILD SUPP**

equifax

← Back

Your credit

Experian

Your Equifax® refresh your s

Upgrade mem

Equifa

GERALD

As of Dec

FICO SCORE 8

461

POOR

300

Quick actions

Pri

Paid off -

Balance updated
Oct 02, 2023

Min. monthly payment
-

Date opened
May 09, 2017

Terms
-

## Account info

Account number
326684XXXXXX

Open/closed
Closed

Account type
Open Account

## Payment summary

No payment history available to display.

Status
-

Status updated

You have 3 ope
Total balance: $19,

Credit cards c
Total balance: $

134% cred

Credit used: $500

6%

CHIMEFIN
Balance
Balance updated

GREEN DC
Balance
Balance updated

Other accoun
Total balance: $

STATE OF

## OFFICE OF CHILD SUPP

equifax

Paid off -

### Account info

## Payment summary

No payment history available to display.

Balance

Balance updated

OFFICE OF

Balance

Balance updated

4 collections

Total balance: $2,8

CREDIT C

Original creditor

Balance

Balance updated

JEFFERSC

Original creditor

Balance

Balance updated

PORTFOLI

Original creditor

Balance

Balance updated

SECURITY

Original creditor

Balance

## OFFICE OF CHILD SUPP

equifax

Paid off -

### Account info

## Payment summary

No payment history available to display.

Balance updated

Collections ca
typically affec

0 inquiries

If you apply for cre
regarding a credit a

0 public record

This is where publi

Personal inforr

NAME

GERALD P HERSHI

ALSO KNOWN AS

GERALD P HERSHI

YEAR OF BIRTH

1976

OFFICE OF CHILD SUPP

equifax

| | |
|---|---|
| Paid off | - |

Account info

## Payment summary

No payment history available to display.

## OFFICE OF CHILD SUPP

equifax

Paid off -

PERSONAL STATEME

NO STATEMENT(S) P

Suggested ju

You're -- for an o

View your credit car

### Account info

When your ac

Verifying the de

You can ask for a copies of written

Negotiating the

## Payment summary

No payment history available to display.

Disputing the d

## OFFICE OF CHILD SUPP

equifax

Paid off -

Services

Tools

Support

### Account info

Experian and the
Information Sol

## Payment summary

No payment history available to display.

OFFICE OF CHILD SUPP

equifax

Paid off -

Account info

## Payment summary

No payment history available to display.

**SD DIV OF CHILD SUPPOR**

Unknown payment history

Closed

**Account info**

| | | | |
|---|---|---|---|
| Account name | **SD DIV OF CHILD SUPPOR** | Balance | - |
| Account number | **326684XXXX** | Balance updated | **Nov 30, 2017** |
| Original creditor | - | Original balance | - |
| Company sold | - | Monthly payment | - |
| Account type | **Family Support** | Past due amount | - |
| Date opened | **May 01, 2017** | Terms | **1 Month** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Account transferred to another office** | Your statement | - |
| Status updated | **Nov 2017** | | |

**Payment history**

**No payment history available to display.**

**Contact info**

Address **700 GOVERNORS DR
PIERRE,
SD 57501**

Phone number **(605) 773-3641**

**Comments**

**Account closed due to transfer or refinance**

**Account closed due to transfer**

Your Account Dispute has been updated.

AUG 23, 2021

SD DIV OF CHILD SUPPOR has flagged your account as Collections.

AUG 07, 2021

SD DIV OF CHILD SUPPOR has flagged your account as Collections on Jul 31, 2021.

**Source:**
Experian

**Company:**
SD DIV OF CHILD SUPPOR

**Address:**
700 Governors Dr, Pierre, SD 57501-2291

**Phone:**
(605) 773-3641

**Activity:**
Grid Code G (Collections)

**Balance Date:**
Jul 31, 2021

**Balance:**
$5,568.00

**WHAT NOW?**

Negative activity can have a significant impact on your credit score and how lenders see you as a borrower, affecting your ability to get credit.

After you've resolved the negative activity, try Experian Boost™ to raise your FICO® Score.

Try Experian Boost™

Not you?