# EXHIBIT 19

## License Suspension Notice — March 18, 2026

*License suspension notice authorized by Cindy Lucero one day after the execution of federal service in this action.*

Relevant to: Count V

Gmail

**Jerry Hershfeldt <jerry.hershfeldt@gmail.com>**

# Child Support/Driver's License

1 message

**Cindy Lucero** <luceroca@co.larimer.co.us> Fri, Mar 20, 2026 at 5:31 PM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

Hello Jerry,

I am sending you this email regarding a notice about your driver's license. A notice went out to you on 3/18/2026. You are scheduled for suspension on 4/20/2026. We need a $300 payment by 4/15/2026 to stop the suspension.
Your FSR account # is [redacted]. I have attached the payment options available through the FSR.

Also, please provide your current address.

Thank you!

LARIMER COUNTY

**Cindy Lucero**
Child Support Specialist II

Department of Human Services - Child Support
1501 Blue Spruce Dr, Fort Collins, CO 80524
W: (970) 498-7749 | M: (970) 498-7600
clucero@larimer.org | www.larimer.org

My Work hours are Tuesday - Friday, 7:00 am - 5:30 pm

**Payment Options 2018.docx**
35K