# EXHIBIT 20

---

## Colorado Digital Identification

*Screenshot of Plaintiff's Colorado Digital ID rendered in the official application's Live View on March 10, 2026 and June 3, 2026, displaying a SUSPENDED status. The Live View timestamp reflects the date the image was rendered and does not indicate the date the suspension began.*

Relevant to: Counts I, V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Digital ID

Verify before accepting

Live View Tue Mar 10 09:18:04 PM




← Filtered ID Back of ID →


Digital ID
Check this ID before accepting
Live View Wed Jun 3 09:23:09 AM
COLORADO
USA
DRIVER LICENSE
SUSPENDED
21+
5 DD:12013239944449
3 DOB: [redacted]
4d DL#: [redacted]
4b EXP: [redacted]
1 HERSHFELDT
2 GERALD
PAUL
8 [redacted] ST
[redacted], CO 80204
4a Iss: 08/23/2024
15 Sex: M 16 Hgt: 5'-10" 18 Eye: BLU
9 Class: R 9a NONE 12 NONE
Exec. Dir Dept. Rev
← Filtered ID
Back of ID →