# EXHIBIT 21

---

## Board of County Commissioners Minutes — March 24, 2026

*Official minutes of the Larimer County Board of County Commissioners reflecting the executive session regarding this action, Deputy County Attorney David Ayraud's characterization of the matter, and the 2-0 vote to defend and indemnify the named County officials and employees.*

Relevant to: Count VIII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

**3. REVIEW OF THE SCHEDULE FOR THE WEEK OF MARCH 30, 2026:** Ms. Martin reviewed the upcoming schedule with the Board. The Board made several additions to the upcoming schedule.

**4. CONSENT AGENDA:**

**AGREEMENTS**

**1. AMENDMENT ONE TO THE CONTRACT BETWEEN LARIMER COUNTY DEPARTMENT OF HUMAN SERVICES AND JACOB FAMILY SERVICES, INC DBA THE JACOB CENTER**

**LETTERS OF SUPPORT**

**1. LETTER OF SUPPORT TO THE HONORABLE MICHAEL BENNET**

**2. LETTER OF SUPPORT FOR STEINHOFF HILL STATE LAND BOARD STEWARDSHIP TRUST NOMINATION**

**3. LETTER OF SUPPORT FOR THE DALE CREEK STATE LAND BOARD STEWARDSHIP TRUST NOMINATION**

**4. LETTER OF SUPPORT FOR THE LIVERMORE MOUNTAIN STATE LAND BOARD STEWARDSHIP TRUST NOMINATION**

**LIQUOR LICENSES**

**1. LIQUOR LICENSE RENEWAL - MOUNTAIN WHITEWATER INC DBA MOUNTAIN WHITEWATER - BEER AND WINE - FORT COLLINS, COLORADO**

**2. LIQUOR LICENSE RENEWAL - CARTER LAKE MARINA INC - FERMENTED MALT BEVERAGE ON/OFF PREMISE - LOVELAND, CO**

**3. LIQUOR LICENSE RENEWAL - FT COLLINS BPOE #804 - CLUB - FORT COLLINS, COLORADO**

**4. LIQUOR LICENSE SPECIAL EVENT LIQUOR PERMIT 6% - ATHLETES IN TANDEM - NOCO HALF MARATHON & 10K - LOVELAND COLORADO**

**5. LIQUOR LICENSE NEW MANAGER REGISTRATION - POUDRE PUB - HOTEL & RESTAURANT - BELLVUE, COLORADO**

**MISCELLANEOUS**

**1. LANDLORD'S ESTOPPEL CERTIFICATE**

2. **LARIMER COUNTY LEGISLATIVE POSITIONS**

3. **STIPULATION FOR HOGAN FAMILY PARTNERSHIP LLP AS TO 2025 TAX YEAR**

4. **STIPULATION FOR 811 STOCKTON LLC AS TO 2025 TAX YEAR**

5. **STIPULATION FOR SILVERTIP REALTY LLC AS TO 2025 TAX YEAR**

6. **STIPULATION FOR WAGNER EQUIPMENT CO AS TO 2025 TAX YEAR**

7. **STUPULATION FOR HAZEL SELF STORAGE INVESTORS LLC AS TO 2025 TAX YEAR**

**RESOLUTIONS**

1. **RESOLUTOIN ADOPTING THE LARIMER COUNTY LEGISLATIVE REZONING TO ESTABLISH THE WELLINGTON GROWTH MANAGEMENT AREA (GMA) OVERLAY ZONE**

2. **RESOLUTOIN DISSOLVING THE ESTES VALLEY PLANNING ADVISORY COMMITTEE**

**M O T I O N**

Commissioner Kefalas moved that Board of County Commissioners approve the Consent Agenda for March 24, 2026.

**Motion carried 3-0.**

5. **COMMISSIONERS' GUESTS:** The Commissioners did not have any guests.

6. **DISCUSSION ITEMS:**

1. **RESOLUTION DECLARING FIRE BAN IN LARIMER COUNTY:** Sheriff John Feyen addressed the Board. Sheriff Feyen is recommending to the Board that it is in the best interest of the people of Larimer County and to further their safety and welfare, that there is a prohibition and ban on wood burning recreational fires that are not in a permanent enclosure or a portable device designed to contain fire, pile burning and other prescribed fires, and smoking, except within a home, enclosed vehicle or a developed paved area clear of all vegetation by at least three feet. The ban would encompass the unincorporated territory of Larimer County below 9,000 feet, and shall be imposed effective Wednesday, March 25, 2026, at 12:01 a.m. through Tuesday May 5, 22, at 11:59 p.m.