**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00342-NYW-CYC

GERALD PAUL HERSHFELDT,
Plaintiff,
v.
CARLEEN JOHNSTON, et al.,
Defendants.

**PLAINTIFF'S NOTICE OF CONFERRAL REGARDING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Gerald Paul Hershfeldt, appearing pro se, submits this Notice to advise the Court of the results of conferral on his Motion for Leave to File a Second Amended Complaint, pursuant to D.C.COLO.LCivR 7.1(a).

1. On June 15, 2026, Plaintiff conferred by electronic mail with counsel for all parties regarding the relief requested in the Motion for Leave to File a Second Amended Complaint.
2. As of the date of this Notice, the parties have stated their positions as follows: counsel for the Larimer County Defendants opposes the Motion; counsel for Defendants Gill and Rodig opposes the Motion; and counsel for Defendant Barnes opposes the Motion.
3. Accordingly, the Motion is opposed by all responding parties.

Respectfully submitted this 18th day of June, 2026.

/s/ Gerald Paul Hershfeldt
**Gerald Paul Hershfeldt**
Pro Se Plaintiff
429 E. 14th Ave. #107
Denver, CO 80203
720-378-8474
jerry.hershfeldt@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Gerald Paul Hershfeldt
Gerald Paul Hershfeldt