**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00342-NYW-CYC

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, et al.,

Defendants.

# PLAINTIFF'S NOTICE OF ERRATA REGARDING EXHIBIT 21 TO THE SECOND AMENDED COMPLAINT (ECF NO. 77)

Plaintiff Gerald Paul Hershfeldt, appearing pro se, respectfully submits this Notice of Errata regarding Exhibit 21 to the Second Amended Complaint filed June 18, 2026 (ECF No. 77).

1. Exhibit 21 to the Second Amended Complaint is described on its cover sheet as the Board of County Commissioners Minutes of March 24, 2026, reflecting the executive session concerning this action, the briefing by Deputy County Attorney David Ayraud, and the 2-0 vote to defend and indemnify the named County officials and employees.

2. Due to an inadvertent error in assembling the exhibit, the pages attached to Exhibit 21 as filed did not include the portion of the March 24, 2026 minutes containing the executive-session and indemnification-vote entries described on the cover sheet.

3. Plaintiff submits herewith the corrected Exhibit 21, which contains the correct pages of the March 24, 2026 Board of County Commissioners Minutes, including the Legal Matters section reflecting the motion to enter executive session regarding this action, the briefing by Deputy County Attorney David Ayraud, and the motion to defend and indemnify County officials and employees in this matter, carried 2-0.

4. This Notice corrects the exhibit only. No other portion of the Second Amended Complaint or its remaining exhibits is affected.

Respectfully submitted this 22nd day of June, 2026.

/s/ Gerald Paul Hershfeldt

**Gerald Paul Hershfeldt**

Pro Se Plaintiff

429 E. 14th Ave. #107

Denver, CO 80203

720-378-8474

jerry.hershfeldt@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Gerald Paul Hershfeldt

Gerald Paul Hershfeldt