**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-00342-NYW-CYC

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, individually and in her official capacity;
JENNIFER BRANT, individually and in her official capacity;
TIMOTHY J. JASHINSKY, individually and in his official capacity;
CINDY LUCERO, individually and in her official capacity;
WENDY BATTS, individually and in her official capacity;
ARTHUR J. SPICCIATI, individually and in his official capacity;
LARRY BOYD, individually and in his official capacity;
JANE RODIG, individually and in her official capacity;
HEATHER O'HAYRE, in her official capacity;
MICHELLE BARNES, in her official capacity;
LAURIE GILL, in her official capacity;
LARIMER COUNTY, COLORADO,

Defendants.

---

**LARIMER COUNTY DEFENDANTS' MOTION TO WITHDRAW RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

---

Defendants Carleen Johnston, Jennifer Brant, Timothy J. Jashinsky, Cindy Lucero, Wendy Batts, Arthur J. Spicciati, Heather O'Hayre, and Larimer County, Colorado (the "Larimer County Defendants"), by and through their undersigned counsel of record, move to withdraw their Response to Plaintiff's Motion to Amend Complaint [ECF 81] and hereby seek an order of the Court striking same, and as grounds, state as follows:

1. Plaintiff filed his Motion to Amend Complaint on June 18, 2026. [ECF 77].

2. On June 26, 2026 this Court denied, without prejudice, Plaintiff's Motion to Amend based on issues with compliance pursuant to Local Rule 7.1(a). [ECF 80].

3. In light of the Court denying, without prejudice, Plaintiff's Motion to Amend, the Larimer Defendants' Response to that Motion was inconsistent with the Court's June 26, 2026 Minute Order. [ECF 80].

WHEREFORE, based on the above, and the Order of the Court on June 26, 2026, Larimer County Defendants seek to withdraw their Response to Plaintiff's Motion to Amend, and such other relief as the Court may deem appropriate.

**Undersigned counsel certifies he did not use generative artificial intelligence to draft this pleading.

Respectfully submitted this 10th day of July, 2026.

*s/Michael T. Lowe*

Michael T. Lowe
Bruno, Colin, Goddard & Lowe, P.C.
1120 Lincoln Street, Suite 1606
Denver, CO 80203
Telephone: (303) 831-1099
mlowe@brunolawyers.com
*Counsel for Larimer County Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2026, a true and correct copy of the foregoing **LARIMER COUNTY DEFENDANTS' MOTION TO WITHDRAW ITS RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT** was electronically filed with service as follows:

Gerald Paul Hershfeldt
429 East 14th Avenue, #107
Denver, CO 80203
Jerry.hershfeldt@gmail.com
*Pro se Plaintiff*

Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
NPoppe@ndm-law.com
*Counsel for Defendant Gill*

Rachel E. Ollis
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
rachel.ollis@coag.gov
*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services.*

Pursuant to D.C.COLO.LCivR 7.1(e), any unpublished citations identified in the above will be provided to *pro se* Plaintiff, electronically and via U.S. Mail on: None.

*s/ Julie Bozeman*
Julie Bozeman, Paralegal
Bruno, Colin, Goddard & Lowe, P.C.