# EXHIBIT 2

---

## ICON Register of Actions — Case No. 2015DR000229

*Complete Register of Actions for the dissolution case, reflecting the absence of any entered child support order prior to June 2, 2022, the June 2, 2022 entry classified as "Child Support Order-1st," and the associated entry metadata.*

Relevant to: Counts II, VIII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

```
I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K  (I C O N)

Status:              CLSD               District Court, Larimer County
Case #: 2015 DR 000229      Div/Room: 1B     Type:  Dissolution of Marriage
             HERSHFELDT, BROOKE ERIN and HERSHFELDT, GERALD PAUL

                                                             DV STATUS:
Case File Date:  3/04/2015   Case Close Date:  6/10/2015   Appealed: N
                             Confidential Intermediary.............:

                      Bar #   Name
    Judicial Off...: 034913  JEFFREY MARTIN SCHWARTZ
    Alt Jud Officer: 000000
                     Description                 Stat Date        Time    Appear Rm/
    Trial..........:                                               0:00
    Next Schd Event:                                               0:00
    Last Schd Event: Review                      IRVH 10/21/2025  7:00 A
    Last Event.....: Motion                      n/a  11/12/2025

    Attorney(s)....: Y  +

    Decree.............: DC   Decree                    Date:  6/10/2015
    Child Support Order: SUP1  Support Order -1st       Date:  6/02/2022
    Maintenance Order..:                                Date:
    Paid Through.......:
    Mediation..........: N
    Response Filed.....:                                Date:
    Service............:                                Date:
    Waiver.............:                                Date:
    IV-D Case..........: N

    Children...........: Y

                              ----- PARTIES -----
PARTY  ROL STS    NAME                        ATTORNEY                    ROL
CPT   1 OBR      HERSHFELDT, GERALD PAUL
            Date of Birth...........:
            Cell Phone..............:
            Home Address............: [REDACTED]
                                    : DENVER, CO  80211
INV   1          LCDSS                       SPICCIATI, ARTHUR JULIAN et CNA
PET   1 OBE      HERSHFELDT, BROOKE ERIN
            Date of Birth...........:
            Cell Phone..............:
            Home Address............: [REDACTED]
                                    : YANKTON, SD  57078-2131
                            ----- OTHER PEOPLE -----
ROLE        NAME
IMP   1 CHI
IMP   2 CHI      E.O.H. (Minor Child)
FILE DATE    EVENT DESCRIPTION
 3/04/2015   Petn for Diss w/ Children        Event ID: 000001   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
Petition - Dissolution w/Children
 3/04/2015   Info Sheet - Domestic Case       Event ID: 000002   E-Filed: J
```

```
FILE DATE    EVENT DESCRIPTION
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
Domestic Relations Information Sheet
 3/04/2015  Order-Case Management             Event ID: 000003   E-Filed: J
Order - Case Management
 3/04/2015  Separation Agreement              Event ID: 000004   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
Separation Agreement
 3/04/2015  Filing Other                      Event ID: 000005   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
maintenance worksheet
             Related Event  SEPR Separation Agreement             3/04/2015
 3/04/2015  Sworn Financial Statement         Event ID: 000006   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
Sworn Financial Statement
 3/04/2015  Sworn Financial Statement         Event ID: 000007   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
Sworn Financial Statement
 3/04/2015  Filing Other                      Event ID: 000009   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
child support worksheet
 3/04/2015  Cert Mandatory Fin Disclosure     Event ID: 000010   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
Cert of Compliance w/CRCP 16.2
 3/04/2015  Cert Mandatory Fin Disclosure     Event ID: 000011   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
Cert of Compliance w/CRCP 16.2
 3/05/2015  Notice Filed                      Event ID: 000008   E-Filed: J
Notice OF INITIAL STATUS CONFERENCE
 3/18/2015  Order                             Event ID: 000012   E-Filed: J
Order Setting DRNC
FILE DATE    SCHEDULED EVENT DESCRIPTION     SCHD DATE   TIME      ROOM   APPEAR
 3/18/2015  Initial Conference Appearance    3/20/2015  08:00 AM  5E
      Officer: ANDREA SHAHMARDIAN                 Length:  1.00 Hour(s)
      Status.: VACT-Vacated
 6/08/2015  Certificate Filed                 Event ID: 000013   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
Certificate of Completion of Parents Working Together Class
 6/09/2015  Minute Order (print)              Event ID: 000014   E-Filed: N
LKC/TH                           DIGITAL 11:00              DRNC
PET APPEARING PRO SE
RSP APPEARING PRO SE
S/T OF BOTH PARTIES; COURT REVIEWS AND ADOPTS SEPARATION AGREEMENT, PARENTING
PLAN, AND CHILD SUPPORT IN THE AMOUNT OF $1,028/MO, RSP PAYING PET DIRECTLY;
COURT ENTERS DECREE OF DISSOLUTION OF MARRIAGE; PARTIES CLARIFY THE CORRECT
SPELLING OF THEIR LAST NAME: HERSHFELDT; PARTIES WILL PROVIDE SSN FOR ALL
MEMBERS OF THE FAMILY                                                      /TPH
 6/09/2015  Minute Order (print)              Event ID: 000015   E-Filed: J
Minute Order - Print
 6/09/2015  Minute Order (print)              Event ID: 000016   E-Filed: J
Minute Order - Print
 6/09/2015  Minute Order (print)              Event ID: 000017   E-Filed: J
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION        SCHD DATE   TIME      ROOM  APPEAR
Minute Order - Print
 6/09/2015  Non-Contested Hearing             6/09/2015  11:00 AM  1B
     Officer: LINDA KATHLEEN CONNORS               Length:  1.00 Hour(s)
     Status.: HELD-Hearing Held
 6/10/2015  Decree                             Event ID: 000018   E-Filed: J
Decree
 6/10/2015  Case Closed                        Event ID: 000019   E-Filed: N
 6/10/2015  Minute Order (No Print)            Event ID: 000020   E-Filed: N
UNABLE TO ENTER SUPPORT ORDERS AS WE ARE MISSING SSN FOR CHILDREN; REQUESTED
OF PARTIES IN COURT ON 6/9/15                                            /TPH
 5/11/2022  Affidavit Re Financial Affairs     Event ID: 000021   E-Filed: J
            INV/    LCDSS
Affidavit -Petitioner Financial Affairs 33CEFC884782F
 5/11/2022  Entry of Appearance                Event ID: 000022   E-Filed: J
            INV/    LCDSS
Entry of Appearance 33CEFC884782F
 5/11/2022  Proposed Order                     Event ID: 000023   E-Filed: J
            INV/    LCDSS
Proposed Order Modifying Child Support 33CEFC884782F
 5/11/2022  Motion to Modify                   Event ID: 000024   E-Filed: J
            INV/    LCDSS
Motion to Modify Child Support 33CEFC884782F
 5/11/2022  Info Sheet - Domestic Case         Event ID: 000025   E-Filed: J
            INV/    LCDSS
Information Sheet - Domestic Case 33CEFC884782F
 5/11/2022  Exhibit-Attach to Pleading/Doc     Event ID: 000026   E-Filed: J
            INV/    LCDSS
Exhibit - Respondent Attach to Pleading/Doc 33CEFC884782F
 5/11/2022  Exhibit-Attach to Pleading/Doc     Event ID: 000027   E-Filed: J
            INV/    LCDSS
Exhibit - Petitioner Attach to Pleading/Doc 33CEFC884782F
 5/11/2022  Child Support Worksheet            Event ID: 000028   E-Filed: J
            INV/    LCDSS
Child Support Worksheet 33CEFC884782F
 5/11/2022  Affidavit Re Financial Affairs     Event ID: 000029   E-Filed: J
            INV/    LCDSS
Affidavit - Respondent Financial Affairs 33CEFC884782F
 6/02/2022  Order                              Event ID: 000030   E-Filed: J
Order Modifying Child Support
 6/02/2022  Child Support Order-1st            Event ID: 000031   E-Filed: N
            Amount ordered.....: $622.00
            Payment frequency..: M1YD
            Arrearage amount...: $0.00
            Commence date......:  6/05/2022
            FSR #..............: XXXXXX17-01
            Medical Coverage...:
            Due day............: 5
            CPT/OBR HERSHFELDT, GERALD PAUL
            IMP/CHI E.O.H. (Minor Child)
            PET/OBE HERSHFELDT, BROOKE ERIN
 9/18/2025  Ntc Electronic Filing Opt-In       Event ID: 000032   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Notice of Electronic Filing Opt-In C7668F0BAC11A
 9/29/2025  Motion                             Event ID: 000033   E-Filed: J
```

FILE DATE SCHEDULED EVENT DESCRIPTION SCHD DATE TIME ROOM APPEAR

CPT/ HERSHFELDT, GERALD PAUL
MOTION TO VOID AB INITIO 20BCC1FB85DE2
Related Event ORDR Order 11/02/2025

9/29/2025 Motion Event ID: 000034 E-Filed: J
CPT/ HERSHFELDT, GERALD PAUL
Motion to join necessary parties 20BCC1FB85DE2

9/29/2025 Affidavit Event ID: 000035 E-Filed: J
CPT/ HERSHFELDT, GERALD PAUL
Affidavit 20BCC1FB85DE2

10/20/2025 Response Event ID: 000036 E-Filed: J
INV/ LCDSS
People's Response Regarding Motions to Join Parties and to Void Order
B6FEE92CC9A64

10/21/2025 Review 10/21/2025 07:00 AM 1B N
Officer: JEFFREY MARTIN SCHWARTZ Length: 1.00 Hour(s)
Status.: IRVH-Internal Review Held Note..: RESP? 9.29 JOIN

10/21/2025 Review 10/21/2025 07:00 AM 3A N
Officer: SUSAN JASMINE BLANCO Length: 1.00 Hour(s)
Status.: IRVH-Internal Review Held Note..: RSP 9/29 60 MTN?

11/02/2025 Order Event ID: 000037 E-Filed: J
Ruling: DENIED, Document Title: Order:MOTION TO VOID AB INITIO
Related Event MOTN Motion 9/29/2025

11/12/2025 Motion Event ID: 000038 E-Filed: J
CPT/ HERSHFELDT, GERALD PAUL
Motion for Reconsideration of Order Denying Motion to Vid AB Initio
F34E08005A2A5

End of Case: 2015 DR 000229