# EXHIBIT 4

---

## Director O'Hayre Ratification Letter — February 5, 2026

*Written response of Heather O'Hayre, Director, Larimer County Department of Human Services, identifying the Separation Agreement as the enforcement predicate, characterizing the June 10, 2015 system entry as a purely administrative function, and stating that the agency acted appropriately.*

Relevant to: Counts I, II, IV, VIII

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# Response to Request for Information: Larimer County Human Services Complaints Unit

1 message

**HS Info** <hs-info@co.larimer.co.us> Fri, Feb 20, 2026 at 1:00 PM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

Good Afternoon Jerry,

Thank you for your patience while the Human Services staff reviewed and addressed your concerns.

Please find the accompanying document in response to your request. We truly appreciate your understanding and thank you for bringing this matter to our attention.

Should you have any additional questions or require further assistance, please do not hesitate to reach out.

--

LARIMER COUNTY

**Kalene Rowley**
Business Operations Coordinator
HS-Info/Complaints Unit

Larimer County Department of Human Services
1501 Blue Spruce Drive, Fort Collins, CO 80524
W: (970) 498-6311
hs-info@co.larimer.co.us

**LCDHS Response (G. HERSHFELDT)- Confidential Work Product.pdf**
205K

LARIMER COUNTY | Human Services

1501 Blue Spruce Drive Fort Collins, Colorado 80524, 970.498.6300, Larimer.org/humanservices

February 5, 2026

Gerald “Jerry” Hershfeldt
Email: jerry.hershfeldt@gmail.com

Re: Child Support Case 35-227339-45-0A; Court Case 2015DR229 - Larimer County

Dear Mr. Hershfeldt,

I am writing in response to a complaint you submitted in December 2025 regarding alleged administrative failures and misconduct occurring with regard to your child support case, and the potential suspension of your driving privileges for non-payment of child support.

Thank you for bringing your concerns to my attention. Please know that we take concerns, complaints, and grievances very seriously. We have a philosophy of attempting to resolve issues at the most immediate level possible.

Upon my receipt of your complaint the following actions were taken to research the matter and to better understand your concerns:

- Reviewed the emails between you and Larimer County Child Support Services.
- Reviewed the documentation in the Automated Child Support Enforcement System (ACSES).
- Reviewed your Motion for Reconsideration of Order Denying Motion to Void *Ab Initio* filed on November 12, 2025 and the court’s January 13, 2026 Order denying your Motion for Reconsideration.
- Discussed the matter with Cindy Lucero (Child Support Specialist), Jennifer Brant (Child Support Specialist), Carleen Johnston (Child Support Services Manager), and Nance Kelly (Deputy Division Manager).

After a thorough review, it is my job to ensure we follow up regarding the specific concerns you expressed, and share what I can regarding what we discovered during our review and what we will do within the Department to address these issues. Below are the concerns you provided and our response to each individual item:

- You claim the court’s order of June 10, 2015 is void due to an unsigned minute order stating “UNABLE TO ENTER SUPPORT ORDERS AS WE ARE MISSING SSN FOR CHILDREN; REQUESTED OF PARTIES IN COURT ON 6/9/15. TPH”

You have raised this issue with the court via your Motion to Void *Ab Initio* and your Motion for Reconsideration of the order denying that motion. The court denied your motions on the grounds they were filed beyond timeframes to review an order.

LARIMER COUNTY | Human Services

1501 Blue Spruce Drive Fort Collins, Colorado 80524, 970.498.6300, Larimer.org/humanservices

The initial court order in this case regarding your child support obligation is the Decree of Dissolution of Marriage which was signed by Magistrate Linda Conners on June 10, 2015 and incorporates the Separation Agreement and Parenting Plan filed on March 4, 2015 which addressed child support. The unsigned minute order of June 10, 2015 is simply the notation of the court clerk regarding a purely administrative function.

An order for modification of the June 2015 order was issued and signed by Magistrate Connors on June 2, 2022. The docket entry of that date with N/A and "Child Support Order 1st" is simply a court notation indicating the court clerk data-entered the order issued by Magistrate Connors into the computer system utilized by the court; again, it references a purely administrative function by the court.

Larimer County Child Support Services has acted appropriately in enforcing these court orders pursuant to applicable Colorado law.

- You allege that "worksheet fraud" occurred because a "Worksheet A" was used despite the parenting plan indicating that the parties would share custody of the minor children.

The original order was entered using a stipulated child support amount that you entered into as evidenced by your signature on the March 4, 2015 Separation Agreement and Parenting Plan. Larimer County was not involved in calculating that initial order.

The Modified order was entered to reflect the emancipation of your oldest child, R.J.H., and reflecting only your support obligation for E.O.H. . Based on your financial affidavit stating you had 0 overnights with the child, and the child continuing to reside in South Dakota, a Worksheet A was appropriate. You were served with the Motion to Modify Child Support on May 5, 2022, and filed no objection with the court, therefore an order entered in June 2022. As per the court's recent orders, you are beyond timeframes to contest that order.

- You allege that enforcement actions, specifically the suspension of your driver's license, constitute a violation of your Fourteenth Amendment due process rights.

Driver's license suspension for non-payment of child support is specifically authorized as an administrative remedy pursuant to CRS §26-13-123. No court hearing is required. 9 CCR 2504-1 (Volume 6) §6.902.2 specifies the applicable regulations for noticing and suspension of an obligor's driver's license. Your driver's license was suspended in July of 2023 and reinstated the following month, in August of 2023. It was subsequently suspended in December of 2024 and reinstated in June of 2025. All actions taken regarding suspension of your driver's license were taken in accordance with applicable statute and regulations and after appropriate noticing, including your right to request an administrative review prior to suspension of your driver's license. At this time, pursuant to our records, Larimer County Child Support services has not issued a request to the Colorado Department of Motor Vehicles to initiate suspension of your driving privileges.

LARIMER COUNTY | Human Services

1501 Blue Spruce Drive Fort Collins, Colorado 80524, 970.498.6300, Larimer.org/humanservices

- You allege that enforcement actions directly caused periods of homelessness for yourself.

Based on your prior statements, you lost your housing in June of 2023 due to your apartment building being sold, and you state you were unable to obtain new housing due to unemployment and negative credit reporting. Larimer County does not directly report to the credit bureaus regarding child support arrears; credit reporting is done at the state level in accordance with the US Code of Federal Regulations for Child Support which requires states to report past due child support to the credit bureaus.

- You allege that your daughter, E.O.H. , was not in the custody of the other parent during various times and was in state-paid residential treatment.

Larimer County Child Support staff advised you multiple times in 2023 when the issue was raised that you could submit a new request for modification, or you could file your own motion for modification with the court to address both parenting time and child support, as well as any arrears. You did neither. Larimer County Child Support is prevented by Title IV-D regulations from addressing parenting time.

I am hopeful that this response addresses your concerns. Thank you for bringing these concerns to our attention and providing us with the opportunity to look into this further.

If your concern is not resolved to your satisfaction, you may contact the State department's Child Support Services, using the contact information below.

Child Support Services – CDHS
1575 Sherman Street, 5th floor
Denver, CO 80203
Phone: (303) 866-4300
Fax: (303) 866-4360

If you have any questions about this response, you may also contact Kalene Rowley at 970-498-6311.

Sincerely,

Heather O'Hayre
Human Services Director
Larimer County Human Services