# EXHIBIT 6

---

## Jashinsky / Batts Worksheet Admission — July 7, 2022

*Internal Larimer County communication, forwarded to Plaintiff, in which Lead Child Support Technician Jashinsky credited the obligee with overnights for a child in 24/7 residential treatment, and Technician Batts stated the agency does not involve itself in parenting-time issues during modification.*

Relevant to: Counts III, VI

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# Re: Child support question

1 message

**Wendy Batts** <battswe@co.larimer.co.us> Thu, Jul 14, 2022 at 9:22 AM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

You're welcome.

On Thu, Jul 14, 2022 at 7:30 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

> Thank you for the explanation! I appreciate it. I'm working on submitting a new parenting plan and will address any further issues with that.
>
> Thanks again!
>
> Jerry
>
> On Fri, Jul 8, 2022 at 11:30 AM Wendy Batts <battswe@co.larimer.co.us> wrote:
>
>> Hi Jerry!
>> Here is the response that I received from the lead on the modification side of things:
>>
>> ---------- Forwarded message ---------
>> From: **Timothy Jashinsky** <jashintj@co.larimer.co.us>
>> Date: Thu, Jul 7, 2022 at 1:43 PM
>> Subject: Re: Child support question
>> To: Wendy Batts <battswe@co.larimer.co.us>
>>
>> Hello,
>>
>> Looked through it and the parenting plan makes it sound like they will share custody and it's not like either one has sole custody of the children. I reviewed the case some more with Suzanne and since the child is living in the other state with CP then CP will need to continue to maintain custody of the child and maintain her home to take care of the child when the child is released from the treatment facility, so we would still give her overnights in this case. Since the case was recently modded, and we would still give CP overnights due to her needing to continue to provide a home for the child once the child is released, and since the child could be released just 5 months away, we would deny the mod at this time.
>>
>> Thanks!
>>
>> On Thu, Jul 7, 2022 at 8:43 AM Wendy Batts <battswe@co.larimer.co.us> wrote:
>>
>>> that would be great, I want to make sure I give him a complete correct answer. The case number is 35-227339-45-0-A Gerald Hershfeldt VS Brooke Hershfeldt
>>>
>>> thank you!!
>>>
>>> On Wed, Jul 6, 2022 at 2:21 PM Timothy Jashinsky <jashintj@co.larimer.co.us> wrote:
>>>
>>>> Hello,
>>>>
>>>> It would generally need to be something that will be changed for at least 6 months. The idea with that is that we have 6 months to modify an order, and if it's going to go back to what it was within 6 months, it's possible as soon as the mod is done it would go back to the previous situation. I haven't reviewed the parenting plan but it's also possible that if the MOC still has custody of the child, despite that the child is living in an treatment facility, we would still give the overnights to MOC as she is ordered to have custody and maintain a home for the child to return to after the stay at the treatment facility. I don't see the case number but I can look at the case a little closer if you want.
>>>>
>>>> Thanks!
>>>>
>>>> On Wed, Jul 6, 2022 at 1:42 PM Wendy Batts <battswe@co.larimer.co.us> wrote:

Tim,
can you answer this question for me, so I can let the client know? They just went through mod and it sounds like the mod may have already reflected this change, but he is wondering how long permanent and ongoing is.

---------- Forwarded message ---------
From: **Jerry Hershfeldt** <jerry.hershfeldt@gmail.com>
Date: Wed, Jul 6, 2022 at 12:39 PM
Subject: Re: Child support question
To: Wendy Batts <battswe@co.larimer.co.us>

She's been in care since January. Brooke's overnight stays she's reported should reflect that. There is no discharge date at this time, but December is when it's anticipated. How long is permanent?

On Wed, Jul 6, 2022 at 10:54 AM Wendy Batts <battswe@co.larimer.co.us> wrote:

> Was the change in circumstances since the last modification on the case? If so, and its a PERMANENT and ONGOING change, then we can submit for a modification again. If its a temporary change, then a modification wouldnt be appropriate.
>
> If it has changed since the last mod, and is a permanent change, we can do the modification through our office again. Thank you
>
> On Tue, Jul 5, 2022 at 7:29 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>
>> I guess maybe I was thinking if it did, it would have affected this one. If Brooke was honest about how many overnights E.H. spends at her house anyway?
>>
>> Do I initiate that the same way I did this one?
>>
>> On Fri, Jul 1, 2022, 8:37 AM Wendy Batts <battswe@co.larimer.co.us> wrote:
>>
>>> Hi Jerry,
>>> It can, however, a modification would have to be requested through our office, or the courts for the chante in circumstances.
>>>
>>> On Wed, Jun 29, 2022 at 9:34 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>>>
>>>> If a child is in a 24/7 full time treatment facility for an extended period of time, and neither parent physically has overnight care responsibilities, does this affect child support?
>>>>
>>>> Jerry
>>>
>>> --
>>>
>>> LARIMER COUNTY
>>>
>>> **Wendy Batts**
>>> Child Support Technician II
>>>
>>> Department of Human Services - Benefits & Community Support
>>> 200 W Peridot Ave., Loveland, CO 80537
>>> W: (970) 219-9305| Fax: (970) 619-4465
>>> wbatts@larimer.org | www.larimer.org
>
> --
>
> LARIMER COUNTY
>
> **Wendy Batts**
> Child Support Technician II
>
> Department of Human Services - Benefits & Community Support
> 200 W Peridot Ave., Loveland, CO 80537
> W: (970) 219-9305| Fax: (970) 619-4465
> wbatts@larimer.org | www.larimer.org

--

LARIMER COUNTY

**Wendy Batts**
Child Support Technician II

Department of Human Services - Benefits & Community Support
200 W Peridot Ave., Loveland, CO 80537

W: (970) 219-9305| Fax: (970) 619-4465
wbatts@larimer.org | www.larimer.org

--

**Tim Jashinsky**
Senior Child Support Technician

Department of Human Services-Child Support
1501 Blue Spruce, Fort Collins, CO
W: (970) 498-7725 | C: (970) 305-1859
jashintj@larimer.org | www.larimer.org

--

**Wendy Batts**
Child Support Technician II

Department of Human Services - Benefits & Community Support
200 W Peridot Ave., Loveland, CO 80537
W: (970) 219-9305| Fax: (970) 619-4465
wbatts@larimer.org | www.larimer.org

--

**Tim Jashinsky**
Senior Child Support Technician

Department of Human Services-Child Support
1501 Blue Spruce, Fort Collins, CO
W: (970) 498-7725 | C: (970) 305-1859
jashintj@larimer.org | www.larimer.org

--

**Wendy Batts**
Child Support Technician II

Department of Human Services - Benefits & Community Support
200 W Peridot Ave., Loveland, CO 80537
W: (970) 219-9305| Fax: (970) 619-4465
wbatts@larimer.org | www.larimer.org

--

**Wendy Batts**
Child Support Technician II

Department of Human Services - Benefits & Community Support
200 W Peridot Ave., Loveland, CO 80537
W: (970) 219-9305| Fax: (970) 619-4465
wbatts@larimer.org | www.larimer.org