# EXHIBIT 16

---

## Formal Notice to All Defendants — October 10, 2025

*Plaintiff's written notice to all named Defendants identifying the absence of a valid judicial predicate, Plaintiff's financial hardship and imminent loss of housing, and the causal connection between the enforcement and that harm.*

Relevant to: Counts II, IV

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

## Child Support

**Jerry Hershfeldt** <jerry.hershfeldt@gmail.com> Fri, Oct 10, 2025 at 8:01 AM
To: Cindy Lucero <luceroca@co.larimer.co.us>
Cc: JANE.RODIG@state.sd.us, Jennifer Brant <brantjr@co.larimer.co.us>, Carleen Johnston <johnstce@co.larimer.co.us>, "Boyd, Larry" <Larry.Boyd@state.sd.us>

The parenting plan says shared custody $1,128.

The minute order I forwarded you showed $1,028.

I started looking for the actual child support order to see what the discrepancy was, but I have a feeling you all know what I found, I found nothing, because there was never a child support order entered into this case- as is clearly stated in the minute order on July 10th 2015.

The wrong worksheet was used, the custodial did not disclose the adoption subsidy on any of her financial affidavits, Colorado law states that support orders must be capped and cannot be more than the adoption subsidy.

For any of that to really matter, you have to have a court order as I have been told 20 million times by the Colorado office- you must have a court order to do anything- and none of you have had a court order to collect child support. Every dime was collected illegally without a court order.

But you all know this. This was my first divorce. Cindy sending that separation agreement thinking I wasn't going to figure it out or the judge wasn't going to figure it out? Carlene's non-existent verification that my credit reports weren't being damaged by South dakota? All that did was add another 2 years of double state enforcement. You all knew!!! You all participated in an attempted cover-up!!!! Larry Boyd, is not the only criminal!!! You can blame a former employee all you want, but Jennifer supervised every bit of it!!!

E.H. is homeless and was homeless on her 19th birthday the day of her emancipation as Colorado law states. You are all supposed to be protecting Colorado's children. Jane and larry, I worked at the social services center in Yankton for years, there are amazing people in the state of South Dakota who are trying to protect their most vulnerable, and you too sure as hell are not two of them!!
Shame on each and every one of you!! How can you do this to children?? How do you all sleep at night? I am absolutely heartbroken for my kids, and none of you give a damn about either of them. Their life has been such a struggle already, and you have all impacted that and there are lost to stop you from doing it and you did it anyway!!! You can forward every angry email I have sent over the last few years, I don't care, let the judge see how angry I am! I did not deserve this, my kids did not deserve this! How could you???

I don't know who needs to call me I doubt it will be any of you cowards, if it's your attorney if it's whoever the hell I need to talk to I need to make sure that you are not going to suspend my license again because I miss one damn payment! I was done paying in 2016 when you do the math! I don't know how much tax for your money was spent enforcing a non-existent order, but Federal oversight needs to be demanded at every level. And no I will not call South Dakota on my own cej means exactly what it is, I have never left the state, not only did they illegally register an order, they never had a order to register legally in the first place- I'm wasting my time telling you all a story that you are are all aware of, you just hope I would never find out.

I have a busy day of speaking with legislatures and media. I don't even know how to void an order that never existed.

On Wed, Oct 8, 2025, 3:30 PM Cindy Lucero <luceroca@co.larimer.co.us> wrote:
[Quoted text hidden]