# EXHIBIT 17

---

## Spicciati State-Court Response — October 20, 2025

*Response filed by Assistant County Attorney Arthur J. Spicciati captioned "The People of the State of Colorado," stating that the local child support division represents the State of Colorado.*

Relevant to: Counts VII, VIII; State Action

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 La Porte Avenue, Suite 100<br>Fort Collins, Colorado 80521-2761<br>(970) 494-3500 | |
| THE PEOPLE OF THE STATE OF COLORADO,<br>IN THE INTEREST OF: W[redacted]R K[redacted]H-W[redacted]G,<br>CHILD,<br><br>UPON THE PETITION OF THE LARIMER COUNTY DEPARTMENT OF HUMAN SERVICES, AND<br><br>GERALD PAUL HERSHFELDT, PETITONER,<br><br>AND BROOKE ERIN HERSHFELT, RESPONDENT. | ▲ Court Use Only ▲ |
| Arthur J. Spicciati, Reg. No. 41571<br>Assistant County Attorney<br>Post Office Box 1606<br>Fort Collins, Colorado 80522<br>Telephone: (970) 498-7450<br>Fax: (970) 498-7430<br>aspicciati@larimer.org | Case Number: 2015 JV 229<br><br>Ctrm.: 2C |

**PEOPLE'S RESPONSE REGARDING MOTIONS TO JOIN PARTIES AND TO VOID ORDER**

The People of the State of Colorado, through Arthur J. Spicciati, Assistant Larimer County Attorney, hereby responds to the Motions from Petitioners dated September 29, 2025. The nature of the People's response is set forth as follows:

1. Regarding the joinder of parties, the Colorado statutes and UIFSA create a clear structure of which parties are necessary for Colorado child support cases and interstate child support cases. Petitioner fails to explain through factual allegations that the status of the current child support situation cannot be determined without the proposed parties. Moreover, the proposed parties are already participating in the action through the statutory structure where the local child support division represents the State of Colorado.

2. Petitioner fails to state any clear factual basis for the original order or modified order to be invalid based on failures by the court at the time of entry, nor is there any clear uncontested factual explanation of how the child support has been satisfied in this case.

3. For the above reasons the People and Larimer County Child Support object to Petitioner's existing motions and request that they be denied or that a hearing be set to determine both.

Respectfully submitted this __20th_ day of ____October___, 2025.

LARIMER COUNTY ATTORNEY'S OFFICE

By: _____s/ Arthur J. Spicciati______________________
Arthur J. Spicciati, Reg. No. 41571
Assistant County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **PEOPLE'S RESPONSE REGARDING MOTIONS TO JOIN PARTIES AND TO VOID ORDER** was either placed in the United States Mail, electronically mailed or faxed this 20th__ day of __October______, 2025, to the following:

Gerald Paul Hershfeldt
Brooke Erin Hershfeldt

____s/ Arthur J. Spicciati