# EXHIBIT 18

---

## Lucero Payment Demand — November 13, 2025

*Manual payment demand issued by Cindy Lucero one day after Plaintiff filed a protected motion in state court.*

Relevant to: Count V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

LARIMER COUNTY
COMMITTED TO EXCELLENCE

DEPARTMENT OF HUMAN SERVICES
Child Support Service
1501 Blue Spruce Driv
Fort Collins, Colorado 8052
(970) 498-760
Fax (970) 498-760

November 13, 2025

GERALD P HERSHFELDT
[redacted]
DENVER, CO 80211-3045

IV-D Case No.: 35-22[redacted]
Court Case No.: [redacted]
Full Monthly Payment Due: 622.00

Dear GERALD P HERSHFELDT:

**YOU MISSED A PAYMENT**

Thank you for your last payment, which was received 9/30/2025 in the amount of $14.00. To avoid enforcement remedies, a full monthly payment must be received each month. If you have questions about this account please contact me at (970) 498-7749 immediately to avoid any further collection remedy placed on this account. You must send your payment in full to the following:

**FAMILY SUPPORT REGISTRY**
**P.O. BOX 2171**
**DENVER, CO 80201-2171**
**FSR ACCOUNT NO.: [redacted]**

Thank you for your attention in this matter.

Sincerely,

Cindy Lucero

CINDY A LUCERO
LARIMER COUNTY CHILD SUPPORT SERVICES UNIT
1501 BLUE SPRUCE DR
FORT COLLINS, CO 80524-2000
(970) 498-7600