# EXHIBIT 20

---

## Colorado Digital Identification

*Screenshot of Plaintiff's Colorado Digital ID rendered in the official application's Live View on March 10, 2026 and June 3, 2026, displaying a SUSPENDED status. The Live View timestamp reflects the date the image was rendered and does not indicate the date the suspension began.*

Relevant to: Counts I, V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Digital ID

Verify before accepting

Live View Tue Mar 10 09:18:04 PM




← Filtered ID Back of ID →

← Digital ID

Check this ID before accepting

Live View Wed Jun 3 09:23:09 AM




← Filtered ID

Back of ID →