# EXHIBIT 21

---

## Board of County Commissioners Minutes — March 24, 2026

*Official minutes of the Larimer County Board of County Commissioners reflecting the executive session regarding this action, Deputy County Attorney David Ayraud's characterization of the matter, and the 2-0 vote to defend and indemnify the named County officials and employees.*

Relevant to: Count VIII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Sheriff Feyen commented that the Sheriff's Office follows the National Weather Service map which determines zones based on topography and weather patterns. Sheriff Feyen provided information on various components that determine decision making including elevation, weather trend index, snow cover in the measured areas, energy release and spread components, herb curing, fuel moistures, and the Keetch Byram Drought Index (KBDI).

Commissioner Stephens was excused for the remainder of the meeting.

The Board asked if the presentation would be available on the Sheriff's website and if the Board could receive a copy of the presentation. The Board asked about fireworks as part of the ban. The Board wanted to know if other counties are putting restrictions in place. The Board inquired about the input from other fire districts regarding the ban. The Board asked if Sheriff Feyen could explain why this particular ban is being put in place and not a full ban. The Board requested Sheriff Feyen come back earlier than May 5, to discuss whether further restrictions will be in place or if the ban will be lifted. The Board inquired how wind factors into the index.

Manager Volker asked for clarification on where the ban is focused.

Sheriff Feyen answered the Board's questions. Sheriff Feyen stated that he would make the presentation available to both the Board and the public. He mentioned that fireworks are already banned in Larimer County, which is why they are not a part of this ban. Sheriff Feyen mentioned that other fire districts are in support of the ban, and he is aware that Boulder County has the same level restrictions in place currently and is not aware if Jackson or Grant Counties have restrictions in place. He stated that while wind is not factored into the index scores, wind has a factor on how the score changes including the drying of materials. Sheriff Feyen iterated that the ban is for unincorporated Larimer County below 9,000 feet in the plain and foothill regions. He mentioned that agricultural burns are not under the jurisdiction of Larimer County, they are under state jurisdiction.

The Board thanked Sheriff Feyen for his presentation.

**M O T I O N**

Commissioner Kefalas moved that the Board of County Commissioners approve the Resolution Declaring Fire Ban in Larimer County below 9,000 feet effective Wednesday, March 25, 2026, at 12:01 a.m. through Tuesday, May 5, 2026, at 11:59 p.m.

**Motion carried 2-0.**

7. **COUNTY MANAGER UPDATE:** County Manager Volker briefly detailed the events of the previous week.

8. **COMMISSIONER ACTIVITY REPORTS:** The Board detailed their attendance at events during the previous week.

9. **LEGAL MATTERS:**

1. **EXECUTIVE SESSION PURSUANT TO COLORADO REVISED STATUTE 24-6-40-(4)(b): CONFERENCE WITH AN ATTORNEY FOR THE PURPOSE OF RECEIVING LEGAL ADVICE REGARDING HERSHFELDT V. LARIMER COUNTY, ET AL. – U.S. DISTRICT COURT 26-cv-00342-NYW-CYC**

**M O T I O N**

Commissioner Kefalas moved that the Board of County Commissioners enter into Executive Session pursuant to C.R.S.24-6-402(4)(b): Conference with an attorney for the purpose of receiving legal advice regarding Hershfeldt v. Larimer County, et al. – U.S. District Court 26-cv-00342-NYW-CYC.

**Motion carried 2-0.**

The Board entered into Executive Session.

The Board returned to session.

David Ayraud, Deputy County Attorney, addressed the Board and gave an overview of the Executive Session regarding Hershfeldt v. Larimer County, et al. filed in Colorado Federal District Court. Mr. Ayraud shared that case is a civil rights lawsuit regarding a child support order that was issued against Mr. Hershfeldt and his disagreement with the enforcement action being taken. Staff are requesting the Board authorize the County Attorney's Office to defend and indemnify the Larimer County employees named in this matter.

**M O T I O N**

Commissioner Kefalas moved that the Board of County Commissioners defend and indemnify County officials and employees in U.S. District Court Case 26-cv-00342-NYW-CYC.

**Motion carried 2-0.**

2. **EXECUTIVE SESSION PURSUANT TO COLORADO REVISED STATUE 24-6-402(4)(b): CONFERENCES WITH AN ATTORNEY FOR THE PURPOSE OF RECEIVING LEGAL ADVICE AND COLORADO REVISED STATUTE 24-6-402(e)(I): DETERMINE POSITIONS RELATIVE TO MATTERS THAT MAY BE SUBJECT TO NEGOTIATIONS; DEVELOPING STRATEGY FOR NEGOTIATIONS; AND INSTRUCTING NEGOTIATORS REGARDING HARMON v. LARIMER COUNTY 24-cv-01422-DDD-TPO.**

3. **EXECUTIVE SESSION PURSUANT TO COLORDO REVISED STATUE 24-6-402(4)(b): CONFERENCES WITH AN ATTORNEY FOR THE PURPOSE OF RECEIVING LEGAL ADVICE REGARDING NATIONAL OPIOID SETTLEMENT OF SIX REMAINING DEFENDANTS.**

**M O T I O N**