# EXHIBIT 22

---

## Special Entry of Appearance and Notice of Intervention — May 11, 2022

*Filed May 11, 2022 in Case No. 2015DR000229 (signed May 5, 2022, by counsel for the Larimer County Delegate Child Support Services Unit). States that "THE PEOPLE OF THE STATE OF COLORADO" enter their appearance pursuant to § 14-10-107.5 and/or § 26-13-106(2), C.R.S., that the Larimer County Department of Human Services shall thereafter be considered a third-party intervenor, and that the prosecuting attorney represents the People of the State of Colorado. Filed three weeks before the June 2, 2022 Order Modifying Child Support.*

Relevant to: Counts II, VI; State Action

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 LAPORTE AVENUE<br>FORT COLLINS, CO 80521-2721 | DATE FILED<br>May 11, 2022 11:06 AM<br>FILING ID: 33CEFC884782F<br>CASE NUMBER: 2015DR229 |
| IN RE THE MARRIAGE OF:<br><br>PETITIONER: BROOKE ERIN HERSHFELDT,<br><br>AND<br><br>CO-PETITIONER/RESPONDENT: GERALD PAUL HERSHFELDT,<br><br>INTERVENOR: THE LARIMER COUNTY DEPARTMENT OF SOCIAL SERVICES. | ▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney:<br><br>Attorney: ARTHUR J. SPICCIATI<br>Reg#: 41571<br>Phone: (970) 498-7450<br>Fax: (970) 498-7430<br>Email: SPICCIAR@CO.LARIMER.CO.US<br><br>Attorney: NICOLE J. LILEY<br>Reg#: 40522<br>Phone: (970) 498-7450<br>Fax: (970) 498-7430<br>Email: LILEYNJ@CO.LARIMER.CO.US<br><br>PO BOX 1606<br>FORT COLLINS, CO 80522 | CASE NUMBER:<br>15DR000229<br><br>DIVISION/COURTROOM:<br>2C<br><br>IV-D CASE NUMBER:<br>35-227339-45-0A |

**SPECIAL ENTRY OF APPEARANCE AND NOTICE OF INTERVENTION**

THE PEOPLE OF THE STATE OF COLORADO, by and through the attorney for the LARIMER County Delegate Child Support Services (CSS) Unit, enter their appearance pursuant to §14-10-107.5 and/or §26-13-106 (2), C.R.S., for the limited purpose of establishing, enforcing, modifying child and medical support obligations and establishing and enforcing reimbursement of public assistance payments.

The People on behalf of the LARIMER County Department of Human Services, shall hereafter be considered a third-party intervenor in this action, for the purposes stated above.

The prosecuting attorney represents the People of the State of Colorado and no attorney-client relationship exists between the prosecuting attorney and any party other than the People.

DATE: May 5, 2022

By:______________________________
Attorney for LARIMER County
Delegate CSS Unit

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Special Entry of Appearance and Notice of Intervention was placed in the United States Mail, postage pre-paid, or sent by court approved E-Filing/Service System (Rule 121, C.R.C.P.), or by facsimile to jerry.hershfeldt@gmail.com, or by hand delivery on 5/11/22 to the following:

GERALD P HERSHFELDT
2508 E 11TH AVE APT 504
DENVER, CO 80206-3236
jerry.hershfeldt@gmail.com

Salena Mendoza

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Special Entry of Appearance and Notice of Intervention was placed in the United States Mail, postage pre-paid, or sent by court approved E-Filing/Service System (Rule 121, C.R.C.P.), or by facsimile to B_STYLIST@YAHOO.COM or by hand delivery on 5/11/22 to the following:

BROOKE HERSHFELDT
1708 WALNUT ST
YANKTON, SD 57078-2131
B_STYLIST@YAHOO.COM

Salena Mendoza