# EXHIBIT 23

---

## Decree of Dissolution of Marriage

*Filed June 10, 2015 and signed by Magistrate Linda K. Connors. Incorporates the Separation Agreement and Parenting Plan and directs the parties to perform its provisions, including direct payment of support rather than payment through an income assignment.*

Relevant to: Count II

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

| | |
|---|---|
| District Court Larimer County, Colorado<br>Court Address:<br>201 Laporte Ave.<br>Fort Collins, CO 80521<br>(970)-494-3500 | DATE FILED<br>June 10, 2015<br>CASE NUMBER: 2015DR229 |
| In re the Marriage of:<br><br>Petitioner: BROOKE ERIN HERSHFELDT<br><br>and<br><br>Co-Petitioner/Respondent: GERALD PAUL HERSHFELDT | **COURT USE ONLY**<br>Case Number: 15DR229<br><br>Division 1B Courtroom 1B |

## DECREE OF DISSOLUTION OF MARRIAGE

This matter was reviewed by the Court on June 9, 2015.

| Petitioner | Co-Petitioner |
|---|---|
| ☒ Appeared in person | ☒ Appeared in person ☐ Did not appear |
| ☐ Signed a Non-Appearance Affidavit | ☐ Signed a Non-Appearance Affidavit |
| ☐ Was represented by an attorney<br>Attorney Name: _____ | ☐ Was represented by an attorney<br>Attorney Name: _____ |

☒ The Court has considered the testimony and evidence presented.
☒ The Court has considered any Financial Statements filed and makes the following findings and orders:

**1.** The Court has jurisdiction over the parties because:

☒ The parties filed jointly on March 4, 2015.
☐ The Respondent was served with a Summons on _____ in _____ County.
☐ The Respondent signed a waiver of service on _____.
☐ The Court has subject-matter jurisdiction based on publication on _____.
☐ Other jurisdiction _____.

**2.** At least one party was domiciled in Colorado for more than 91 days before the Petition was filed.

**3.** At least 91 days have passed since the Court acquired jurisdiction over the Respondent or Co-Petitioner or since the Court acquired jurisdiction over the subject matter based on publication.

**4.** The marriage between the parties is irretrievably broken.

**5.** ☒ The Separation Agreement between the parties is found to be not unconscionable as to support, maintenance, and division of property, and is incorporated herein.

**6.** ☒ All provisions in the parenting plan regarding the children are in the best interests of the children, including residence, allocation of parental responsibility (including decision-making responsibilities and parenting time), and any other orders necessary to effectuate the best interests of the children with the amendment that child support will be paid directly to Petitioner rather than an income assignment.

**The Court therefore orders**:

☒ The marriage is dissolved and a Decree of Dissolution of Marriage is entered.

☒ Each party shall perform all of the applicable provisions of the separation agreement or permanent orders.

☒ The Separation Agreement filed on March 4, 2015 is incorporated into this decree.

☒ The Parenting Plan filed on March 4, 2015 is incorporated into this decree as amended above.

Dated this 9th day of June, 2015.

BY THE COURT:

Linda K Connors

LINDA CONNORS
District Court Magistrate

C.R.M. 7 Notice: Any order or judgment when consent to the magistrate was not necessary must be appealed to the district court within 21 days.