# EXHIBIT 24

---

## Order Modifying Child Support — June 2, 2022

*Signed order entered by Judge Linda K. Connors, ordering child support of $622.00 per month commencing June 5, 2022. Paragraph 8 states the order addresses only current and medical support and does not address past-due support. Attached separately from the same-day ICON register entry styled "Child Support Order-1st" (Event ID 000031).*

Relevant to: Counts II, III

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 LAPORTE AVENUE<br>FORT COLLINS, CO 80521-2721 | DATE FILED<br>June 2, 2022 12:50 PM<br>CASE NUMBER: 2015DR229 |
| IN RE THE MARRIAGE OF:<br><br>PETITIONER: BROOKE ERIN HERSHFELDT,<br><br>AND<br><br>CO-PETITIONER/RESPONDENT: GERALD PAUL HERSHFELDT,<br><br>INTERVENOR: THE LARIMER COUNTY DEPARTMENT OF SOCIAL SERVICES. | **COURT USE ONLY** |
| | CASE NUMBER:<br>15DR000229<br><br>DIVISION/COURTROOM:<br>2C<br><br>IV-D CASE NUMBER:<br>35-227339-45-0A |

**ORDER MODIFYING CHILD SUPPORT**

The Court, having read the Motion To Modify Child Support filed by the LARIMER County Delegate CSE Unit, seeing no objection and having reviewed the court file, deems the motion confessed and enters the following ORDERS:

1. The Obligor shall pay:

   $622.00 per month as a child support obligation commencing 06/05/2022, retroactive to the filing date of this motion pursuant to §14-10-122, C.R.S.

2. The Obligor shall pay the amount as ordered until the child(ren) attain(s) the age of emancipation of the issuing state or further order. In Colorado and pursuant to §14-10-115, C.R.S., the age of emancipation is nineteen (19). However, a child support obligation may continue if the child(ren) is(are) 19 years old and still in high school, until the end of the month following high school graduation; or, until the minor child(ren) is(are) no longer in foster care; or, until the child(ren) become(s) otherwise emancipated AS DETERMINED BY THE COURT.

3. The Obligor is subject to an immediate deduction from income, pursuant to §14-14-111.5, C.R.S.

4. The Obligor shall make all support and/or reimbursement payments payable to FAMILY SUPPORT REGISTRY. The Obligor shall place the Obligor's name, court case number, 15DR000229, and the FSR account number, 14352017 on each payment. Payments shall be mailed to:

FAMILY SUPPORT REGISTRY
P.O. BOX 2171
DENVER, CO 80201-2171

Payments made directly to the Obligee may be considered a gift, and not child support.

5. Either party shall secure and maintain medical insurance coverage for the child(ren) when it is provided by his/her employer, or acquired individually, at reasonable cost. Reasonable cost is defined in §14-10-115, C.R.S. Either party has the right to have the child support order reviewed for modification based on the payment of medical insurance premiums.

6. Medical insurance premiums shall be deducted from any source of income pursuant to §14-14-112, C.R.S.

7. The parties shall advise the LARIMER County Delegate CSE Unit in writing within ten (10) days of every change in mailing and residential address by providing a new address, and every change in employment by providing the name, address, and telephone number of the new employer. Either party shall also advise, in writing, of any change in medical insurance within ten (10) days.

8. The resulting order addresses only the current support obligation and the medical support obligation. It does not address past due support. The Obligor shall contact the LARIMER County Delegate CSE Unit to make payment arrangements on any past due amounts.

9. This Order does not modify or affect the enforcement of other child support or foster care fee orders entered in other actions.

10. This Order does not preclude the LARIMER County Delegate CSE Unit from utilizing all authorized enforcement remedies to collect child support.

11. Any default of the terms of this Order may result in enforcement action against either party.

12. Any party may request in writing a review/modification of this order if there is a substantial and continuing change in circumstances that would cause an adjustment to this order.

13. Any party may contact the LARIMER County Delegate CSE Unit at any time to request that locate information be withheld, if they feel there is a risk to themselves or the child (ren) .

Dated this 2nd day of June 2022,

BY THE COURT:

Linda K Connors

LINDA CONNORS

District Court Magistrate

This is a ruling by a District Court Magistrate. Any review by a Judge must be filed within 14 days of the ruling pursuant to §19-1-108 (5.5) C.R.S.