# EXHIBIT 25

---

## Larimer County Combined Courts Records Department Response

*Correspondence reflecting Plaintiff's request for the original 2015 child support order and the Records Department's response, following a 34-day search, producing the June 2, 2022 Order Modifying Child Support and no 2015 order.*

Relevant to: Count II

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# RE: [EXTERNAL] Re: [EXTERNAL] Research Request - Larimer County

1 message

**08RecordRequest** <08RecordRequest@judicial.state.co.us> Tue, Jan 13, 2026 at 8:23 AM
To: "jerry.hershfeldt@gmail.com" <jerry.hershfeldt@gmail.com>

Apologies, Jerry,

We have a variety of duties in our department, and it appears that this has been missed in our inbox.

Attached is your Child Support Order.

Thank you,

**Brigette**

Records/Front Counter

Larimer County Combined Courts

201 Laporte Ave

Fort Collins, CO 80521

(970)-494-3509

*Judicial recognizes the need for digital document accessibility. If you experience inaccessible content and require assistance, please contact us by replying to this email.*

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Friday, January 9, 2026 11:15 AM
**To:** 08RecordRequest <08RecordRequest@judicial.state.co.us>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Research Request - Larimer County

**EXTERNAL EMAIL:** This email originated from outside of the Judicial Department. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello!

It has been over a month since I have requested a copy of **Event ID 000031 (6/02/2022): Child Support Order-1st-**

**Can you please provide a copy of the 1st Child Support Order as listed in the ROA? Or, please provide an explanation as to why you can not?**

Thank you,

Jerry

On Thu, Dec 11, 2025 at 8:15 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

> Hi Brigette,
>
> Thank you for providing the Register of Actions for case 2015DR000229.
>
> I am requesting a copy of the following document referenced in the Register:
>
> **Event ID 000031 (6/02/2022): Child Support Order-1st**
>
> Please email the copy to jerry.hershfeldt@gmail.com.
>
> Thank you for your assistance.
>
> Sincerely,
> Gerald Hershfeldt
> (720) 378-8474
>
> On Fri, Dec 5, 2025 at 11:53 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>
>> Also- if there is no valid, legally enforceable order from 2015, it's okay to say it. I know. I have known.
>>
>> The Modified Order you sent is 'impossible'. What order did it modify? If it was the 'Child Support 1st" option - consider it, and then report the suspected felony you are now aware of. Because creating a false document in the public record, is multiple felonies.
>>
>> Thankful for your service -
>>
>> Jerry
>>
>> On Fri, Dec 5, 2025, 8:50 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>>
>>> Hi Bridgette,
>>>
>>> My apologies- I meant to request the original 2015 Support order, the one that the 2022 Order Modified.
>>>
>>> Do I need to re-submit the request?

Thanks so much!

Jerry

On Fri, Dec 5, 2025 at 8:15 AM 08RecordRequest <08RecordRequest@judicial.state.co.us> wrote:

Good morning,

Your record request has been completed. Please see the attached documents. We have waived the fee for copies, please keep in mind that you may be charged $0.25 per page for future requests.

Thank you,

**Brigette**

Records/Front Counter

Larimer County Combined Courts

201 Laporte Ave

Fort Collins, CO 80521

(970)-494-3509

*Judicial recognizes the need for digital document accessibility. If you experience inaccessible content and require assistance, please contact us by replying to this email.*

---

**From:** Colorado Judicial Branch <donotreply@judicial.state.co.us>
**Sent:** Monday, December 1, 2025 1:40 AM
**To:** 08RecordRequest <08RecordRequest@judicial.state.co.us>
**Subject:** [EXTERNAL] Research Request - Larimer County

**EXTERNAL EMAIL:** This email originated from outside of the Judicial Department. Do not click links or open attachments unless you recognize the sender and know the content is safe.

## Colorado Judicial Branch

**Submitted on:** Mon, 12/01/2025 - 01:39

You have just received a research request from Gerald Hershfeldt at jerry.hershfeldt@gmail.com

Regards,

The Judicial Branch Web Team

View Request

**Submission Data**

## Your Contact Information

**First Name**
Gerald

**Last Name**
Hershfeldt

**Email**
jerry.hershfeldt@gmail.com

**Phone Number**
(720) 378-8474

**Address Line 1 (required)**
3652 Lipan Street

**State (required)**
Colorado

**City (required)**
Denver

**Zip code (required)**
80211

## Request Information

**Case Type**
Divorce

**Year case was filed**
Thu, 01/01/2015 - 00:00

**County / location of Record(s)**
Larimer County

**Date Of Birth**
08/18/1976

**Party Information (Name(s) on case) (required)**
Gerald Hershfeldt Brooke Hershfeldt

## Family Matters (JV and DR)

**Family Matters (JV and DR)**
Support Order

**Register of Action/ROA (a brief explanation of the case including but not limited to; charges, sentences and minute orders)**
Yes

**Requested documents/information need to be certified/exemplified.**
No

*Do not reply directly to this email. If you believe you have received this email in error, please contact Judicial Customer Support.*

*Colorado Judicial Branch 1300 Broadway Ste 1200 Denver, CO 80203*

**96475665.pdf**
125K