# EXHIBIT 26

---

## Colorado Driver's License Suspension History

*Official Colorado driver record reflecting the suspension of Plaintiff's Colorado driver's license for child support nonpayment on four occasions: June 20, 2018 (reinstated December 11, 2019); July 21, 2023 (reinstated August 29, 2023); December 23, 2024 (reinstated July 3, 2025); and April 20, 2026 (ongoing). No ability-to-pay hearing preceded any suspension.*

Relevant to: Counts I, V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

COLORADO
Department of Revenue
Division of Motor Vehicles

Driver Control Section
P.O. Box 173350
Denver, CO 80217-3350

17-Jul-2026

Letter: L0168339421

GERALD PAUL HERSHFELDT
1254 KALAMATH ST
DENVER CO 80204-3540

# OFFICIAL COLORADO FULL DRIVER RECORD

**Customer Identifier** 94-234-1835

## Driver Information

| Last Name | First Name | Middle Name | Suffix | DOB | Sex | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|---|---|
| HERSHFELDT | GERALD | PAUL | | 18-Aug-1976 | Male | 5' 10" | 190 | Blue | Bald |

| Street | City | County | State | Zip | Country |
|---|---|---|---|---|---|
| 1254 KALAMATH ST | DENVER | DENVER | CO | 80204 | USA |

## Status

**NCL:** Suspended - Child Support Nonpymnt

**CDL:** Suspended - Child Support Nonpymnt

**Interlock End:**

**SR22 End:**

## Points

**12 Month Points:** 0

**24 Month Points:** 0

## Non-Commercial Summary (NCL)

| Non-Alcohol Convictions | Accidents | Actions | Alcohol Withdrawals | Alcohol Admin Restraints |
|---|---|---|---|---|
| 1 | 0 | 4 | 0 | 0 |

## Commercial Summary (CDL)

| Non-Alcohol Convictions | Accidents | Actions | Alcohol Withdrawals | Alcohol Admin Restraints |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 |

## Credential History

| License Type | Issue Date | Endorsements | Expire Date | Status |
|---|---|---|---|---|
| Adult Regular License | 23-Aug-2024 | | 18-Aug-2029 | Not Valid |
| Adult Regular License | 11-Sep-2023 | | 18-Aug-2027 | Renew |
| Adult Regular License | 19-Nov-2022 | | 18-Aug-2027 | Not Valid |
| Adult Regular License | 07-Feb-2022 | | 18-Aug-2027 | Renew |
| Adult Regular License | 18-Feb-2021 | | 18-Aug-2026 | Renew |
| Adult Regular License | 28-Oct-2020 | | 18-Aug-2024 | Renew |
| Adult Regular License | 11-Dec-2019 | | 18-Aug-2024 | Duplicate |
| Adult Instruction Permit | 11-Dec-2019 | | 11-Dec-2022 | Completed |
| Adult Regular License | 24-Sep-2015 | | 18-Aug-2020 | Not Valid |
| Adult Regular License | 17-Jul-2014 | | 18-Aug-2019 | Renew |
| Adult Regular License | 10-Jul-2009 | | 18-Aug-2014 | Renew |

 Request Date/Time: 17-Jul-2026 13:20:51 dL210

Account #: 94-234-1835
Name: GERALD PAUL HERSHFELDT

| | | | |
|---|---|---|---|
| Adult Regular License | 26-May-2009 | 18-Aug-2014 | Renew |
| Provisional License | 30-Jun-1995 | 07-Sep-1997 | Surrendered |
| Provisional License | 22-Aug-1994 | 07-Sep-1997 | Replacement |

## Reinstatement Requirements

| Reinstatement Requirement | Date Received |
|---|---|
| Child Support Compliance | |
| $95.0000 Reinstatement Fee | |

## Withdrawal of Privilege

| | Action # | Action | Withdrawal Reason | Effective | Eligibility | Reinstated | Privilege | Jurisdiction | Association |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 262905472 | Suspended | Child Support Nonpymnt | 20-Apr-2026 | 20-Apr-2026 | | ALL | | |
| 2. | 242655296 | Suspended | Child Support Nonpymnt | 23-Dec-2024 | 23-Dec-2024 | 03-Jul-2025 | ALL | | |
| 3. | 232242555 | Suspended | Child Support Nonpymnt | 21-Jul-2023 | 21-Jul-2023 | 29-Aug-2023 | ALL | | |
| 4. | 181016146 | Suspended | Child Support Nonpymnt | 20-Jun-2018 | 20-Jun-2018 | 11-Dec-2019 | ALL | | |

## Convictions

| | Type | Violation Date | Conviction Date | Issuing Agency | Court Name | Phone # |
|---|---|---|---|---|---|---|
| 1. | Conviction | 04-Sep-1995 | 29-Nov-1995 | CSP - LOGAN 3B | LOGAN COUNTY | 9705221572 |

| Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | Pts | Association |
|---|---|---|---|---|---|---|---|---|
| 757509 | No | No | No | No | CO | 1) Speeding 10-19 over limit | 4 | |

"Accident" reflects involvement only and does not imply fault