# EXHIBIT 27

---

## November 12, 2025 State Court Filing

*Plaintiff's motion filed in Larimer County District Court, Case No. 2015DR000229, requesting that the court identify the prevailing child support order.*

Relevant to: Count V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Colorado Courts E-Filing

# Filing Information

## Filing ID Basic Information

**Case Number:**

2015DR000229

**Case Caption:**

Hershfeldt, Brooke Erin and Hershfeldt, Gerald Paul

**Court Location:**

Larimer County

**Filing ID:**

F34E08005A2A5

**Filing Date:**

11/12/2025

**Fees Assessed:**

$24.00

**Filing Party(ies):**

Gerald Paul Hershfeldt

**Filing Organization:**

N/A

**Filing Authorized By:**

Gerald Hershfeldt

## Document Information

### Motion

**Document ID:**

11284CFD7A81C

**Document Title:**

Motion for Reconsideration of Order Denying Motion to Vid AB Initio

**View Document:**

[ Original ] [ PDF ]

View Document History

Related Document

**Clerk Review Status:**

Accepted

**Clerk Review Date:**

11/12/2025

**Document Security:**

Public

**Document Filing Fee:**

$0.00

## Service Information

View E-Service Transaction History

**Total Service Fees:**

$12.00

**Party:**

Lcdss

**Party Type:**

Intervenor

**Address:**

N/A

**Attorney / Paraprofessional:**

Arthur Julian Spicciati

**Organization:**

Larimer County Attorney

**Service Method:**

E-Service

**Date Sent:**

11/12/2025

---

**Party:**

Lcdss

**Party Type:**

Intervenor

**Address:**

N/A

**Attorney / Paraprofessional:**

Nicole Jacqueline Liley

**Organization:**

Larimer County Attorney

**Service Method:**

E-Service

**Date Sent:**

11/12/2025