# EXHIBIT 29

---

## November 2022 Enforcement Correspondence and Obligee Arrears Waiver

*Obligee's November 1, 2022 written waiver of arrears ("I have given consent to waive all back child support"); Larimer County's November 18, 2022 Notice of Noncompliance; and the November 29, 2022 written statement of Susan Martens confirming Plaintiff was "on the list for Driver license suspension" pending posting of funds already withheld from Plaintiff's unemployment benefits. (Personal material redacted pursuant to Fed. R. Civ. P. 5.2.)*

Relevant to: Count I

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Gmail

**Jerry Hershfeldt <jerry.hershfeldt@gmail.com>**

---

# Re: Unemployment/Child Support

1 message

---

**Susan Martens** <martensa@co.larimer.co.us> Tue, Nov 29, 2022 at 4:10 PM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

Jerry, You are on the list for Driver license suspension, but your unemployment should kick in soon, so it will get you off the list.

***Susan Martens***

--

LARIMER COUNTY

**Susan Martens**
Child Support Technician II

Department of Human Services - Child Support
1501 Blue Spruce Drive, Fort Collins, CO 80524
W: (970) 305-1873 F: (970)498-7605
martensa@co.larimer.co.us | www.larimer.org

On Fri, Nov 25, 2022 at 6:34 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

> I'll let you all figure this out and pretend any of you are listening.
>
> Shame on all of you!

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# Re: Child Support

1 message

**Brooke Hershfeldt** <b_stylist@yahoo.com> [redacted]
Reply-To: Brooke Hershfeldt <b_stylist@yahoo.com>
To: jerry.hershfeldt@gmail.com

We discussed the braces up front, and I sent you a picture of the cost sheet, and you agreed on it.

I have given consent to waive all back child support to Jane here in Yankton, so it may be hung up on your end somewhere?

I can reach out to Jane again, but I talked to here in June after you and RJ had told me that it was my fault that support was still being taken when all the paperwork was finalized a few months before that.

My caseworker Jane hadn't received any of that information from Colorado yet in June when i spoke with her... I don't think the issues are typically on this end. I think things just take longer on Colorado based on the nu.ber of cases they have??

Have you tried reaching out to your caseworker in Colorado?

Sent from Yahoo Mail on Android

On Tue, Nov 1, 2022 at 10:50 AM, Jerry Hershfeldt
<jerry.hershfeldt@gmail.com> wrote:

> I'm $5000 in arrears. I've never received anything that shows how much the braces were, there's a procedure for filing medical claims.
>
> On Tue, Nov 1, 2022 at 9:43 AM Brooke Hershfeldt <b_stylist@yahoo.com> wrote:
>
> > Not sure if this helps to clarify, but I did waive any back support that you were showing in SD. I called her a month or so ago to make sure it stopped on the SD side, and to waive anything that was showing as back child support. I also did that a few years ago too, so there shouldn't be any back support showing...
> >
> > I also just used that $3000 towards [redacted] braces payments.
> >
> > Sent from Yahoo Mail on Android
> >
> > On Tue, Nov 1, 2022 at 9:28 AM, Jerry Hershfeldt
> > <jerry.hershfeldt@gmail.com> wrote:
> >
> > > [redacted]
> > >
> > > [redacted]
> > >
> > > [redacted]

[redacted]