# EXHIBIT 30

---

## Email Transmittal of November 12, 2025 Filing to Defendant Lucero

*Email sent by Plaintiff on November 12, 2025 at 3:42 p.m. to Defendant Lucero, with Defendants Brant, Johnston, Batts, Rodig, and Boyd copied, attaching the motion filed that day in Case No. 2015DR000229. Offered solely to establish transmission and recipient notice; message body redacted, with the full text available for in camera review upon Court request.*

Relevant to: Count V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

---

## Reconstruction

---

**Jerry Hershfeldt** <jerry.hershfeldt@gmail.com> Wed, Nov 12, 2025 at 3:42 PM

To: Cindy Lucero <luceroca@co.larimer.co.us>, Jennifer Brant <brantjr@co.larimer.co.us>, Carleen Johnston <johnstce@co.larimer.co.us>, JANE.RODIG@state.sd.us, "Boyd, Larry" <Larry.Boyd@state.sd.us>, Wendy Batts <battswe@co.larimer.co.us>, Salena Mendoza <mendozsa@o.larimer.co.us>, Shelley Perez <perezsj@co.larimer.co.us>

**2025-11-12 10-57-27 MOTION FOR RECONSIDERATION (1).pdf**
342K