# EXHIBIT 31

---

## State-Court Register of Actions — Service and Entry Record

*Register of Actions for Larimer County District Court Case No. 2015DR000229, reflecting service of the 2015 court records upon Plaintiff and the filing and entry metadata for the records described in this Complaint.*

Relevant to: Counts II, VII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

# Register of Actions

Filed by Petitioner
Filed by Co-Petitioner/Respondent
Filed by Court

**Case Number:** 2015DR000229
**Case Type:** Dissolution of Marriage
**Case Caption:** Hershfeldt, Brooke Erin and Hershfeldt, Gerald Paul

**Division:** 1B
**Judicial Officer:** Jeffrey Martin Schwartz
**Court Location:** Larimer County

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 01/13/2026 9:20 PM | Susan Jasmine Blanco | Larimer County | N/A | Order | Order:Motion for Reconsideration of Order Denying Motion to Vid AB Initio | Public |
| F34E08005A2A5 | 11/12/2025 10:59 AM | Gerald Hershfeldt | N/A | Gerald Paul Hershfeldt | Motion | Motion for Reconsideration of Order Denying Motion to Vid AB Initio | Public |
| N/A (Details) | 11/02/2025 12:57 PM | Susan Jasmine Blanco | Larimer County | N/A | Order | Order:MOTION TO VOID AB INITIO | Public |
| B6FEE92CC9A64 | 10/20/2025 9:34 PM | Arthur Julian Spicciati | Larimer County Attorney | Lcdss | Response | People's Response Regarding Motions to Join Parties and to Void Order | Public |
| 20BCC1FB85DE2 | 09/29/2025 1:07 PM | Gerald Hershfeldt | N/A | Gerald Paul Hershfeldt | Affidavit | Affidavit | Public |
| | | | | | Motion | Motion to join necessary parties | Public |
| | | | | | Motion | MOTION TO VOID AB INITIO | Public |
| C7668F0BAC11A | 09/18/2025 7:35 AM | Gerald Hershfeldt | N/A | Gerald Paul Hershfeldt | Notice of Electronic Filing Opt-In | Notice of Electronic Filing Opt-In | Public |
| N/A (Details) | 06/02/2022 12:50 PM | Linda K Connors | Larimer County | N/A | Order | Order Modifying Child Support | Public |
| N/A | 06/02/2022 12:00 AM | N/A | N/A | N/A | Child Support Order 1st | N/A | |
| 33CEFC884782F | 05/11/2022 11:06 AM | Arthur Julian Spicciati | Larimer County CSEU | Lcdss | Affidavit - Financial Affairs | Affidavit - Respondent Financial Affairs | Suppressed |
| | | | | | Child Support Worksheet | Child Support Worksheet | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - Petitioner Attach to Pleading/Doc | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - Respondent Attach to Pleading/Doc | Protected |
| | | | | | Information Sheet - Domestic Case | Information Sheet - Domestic Case | Protected |
| | | | | | Motion to Modify | Motion to Modify Child Support | Public |
| | | | | | Proposed Order | Proposed Order Modifying Child Support | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | | Entry of Appearance | Entry of Appearance | Public |
| | | | | | Affidavit - Financial Affairs | Affidavit -Petitioner Financial Affairs | Suppressed |
| N/A | 06/10/2015 12:00 AM | N/A | N/A | N/A | Minute Order - No Print | N/A | |
| N/A | 06/10/2015 12:00 AM | N/A | N/A | N/A | Case Closed | N/A | |
| N/A (Details) | 06/10/2015 12:00 AM | Linda K Connors | Larimer County | N/A | Decree | Decree | Public |
| N/A | 06/09/2015 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 06/09/2015 12:00 AM | Linda K Connors | Larimer County | N/A | Minute Order - Print | Minute Order - Print | Public |
| N/A (Details) | 06/09/2015 12:00 AM | Linda K Connors | Larimer County | N/A | Minute Order - Print | Minute Order - Print | Public |
| N/A (Details) | 06/09/2015 12:00 AM | Linda K Connors | Larimer County | N/A | Minute Order - Print | Minute Order - Print | Public |
| N/A (Details) | 06/08/2015 12:00 AM | N/A | N/A | Brooke Erin Hershfeldt | Certificate | Certificate of Completion of Parents Working Together Class | Public |
| N/A (Details) | 03/18/2015 12:00 AM | Linda K Connors | Larimer County | N/A | Order | Order | Public |
| N/A (Details) | 03/05/2015 | Linda K Connors | Larimer County | N/A | Notice | Notice | Public |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt | Cert of Compliance Mandatory Financial Disclosures | Cert of Compliance w/CRCP 16.2 | Public |
| N/A (Details) | 03/04/2015 | N/A | N/A | Gerald Paul Hershfeldt | Cert of Compliance Mandatory Financial Disclosures | Cert of Compliance w/CRCP 16.2 | Public |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt | Filing Other | child support worksheet | Suppressed |
| N/A (Details) | 03/04/2015 | N/A | N/A | Gerald Paul Hershfeldt | Sworn Financial Statement | Sworn Financial Statement | Suppressed |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt | Sworn Financial Statement | Sworn Financial Statement | Suppressed |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt, Gerald Paul Hershfeldt | Filing Other | maintenance worksheet | Suppressed |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt, | Separation Agreement | Separation Agreement | Suppressed |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | Gerald Paul Hershfeldt | | | |
| N/A (Details) | 03/04/2015 | Linda K Connors | Larimer County | N/A | Order - Case Management | Order - Case Management | Public |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt, Gerald Paul Hershfeldt | Information Sheet - Domestic Case | Domestic Relations Information Sheet | Suppressed |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt, Gerald Paul Hershfeldt | Petition - Dissolution w/Children | Petition - Dissolution w/Children | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Brooke Erin Hershfeldt | Petitioner | Active | N/A |
| Gerald Paul Hershfeldt | Co-Petitioner | Active | N/A |
| Lcdss | Intervenor | Active | ARTHUR JULIAN SPICCIATI (Larimer County Attorney)<br>NICOLE JACQUELINE LILEY (Larimer County Attorney) |
| Party Suppressed | Impartial | Active | N/A |
| Party Suppressed | Impartial | Active | N/A |