# EXHIBIT 32

---

## TransUnion Dispute Investigation Results — June 30, 2026

*TransUnion reinvestigation results dated June 30, 2026 (File Identification Number 000346223918) for the South Dakota child support tradeline (Account 32668401XXXX), reflecting that the furnisher certified the account "VERIFIED AS ACCURATE" following Plaintiff's June 11, 2026 dispute, together with the reported tradeline fields, including a "Date Opened" of May 9, 2017, a $0 balance, a "Pay Status" of "Transferred; was Paying as agreed," and a "Date Closed" of March 31, 2021. (Personal identifiers redacted pursuant to Fed. R. Civ. P. 5.2.)*

Relevant to: Count VI

TransUnion

# Your Dispute Results

Report Created On: 06/30/2026
File Identification Number: 000346223918
Provided by TransUnion Consumer Relations

## Your Investigation Results

INVESTIGATION RESULTS - VERIFIED AS ACCURATE: The disputed item was verified as accurate.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE. Here is how this item appears on your credit report following our investigation.

Feedback

DEPT OF CHILD SUPPORT
3113 SPRUCE ST STE 200
YANKTON, SD 57078-5320

Account Details

| | |
|---|---|
| Account Number | 32668401**** |
| Name | DEPT OF SOCIAL SVCS<br>3113 SPRUCE ST STE 200 YANKTON, SD 57078-5320<br>(605) 773-5189 |
| Date Opened | 05/09/2017 |
| Responsibility | Individual Account |
| Account Type | open |
| Loan Type | FAMILY SUPPORT |

Chat Now

| | |
|---|---|
| Balance | $0 |
| Last Payment Amount | $0 |
| Original Amount | $0 |
| Pay Status | Transferred; was Paying as agreed |
| Terms | Paid Monthly |
| Date Closed | 03/31/2021 |
| Last Payment Date | 01/01/2021 |

## Payment History

| Rating | |
|---|---|
| Jul 2021 | Unknown |
| Jun 2021 | Unknown |
| May 2021 | Unknown |
| Apr 2021 | Unknown |
| Mar 2021 | Unknown |
| Feb 2021 | Unknown |
| Jan 2021 | Unknown |
| Dec 2020 | Unknown |
| Nov 2020 | Unknown |
| Oct 2020 | Unknown |
| Sep 2020 | Unknown |
| Aug 2020 | Unknown |
| Jul 2020 | Unknown |

Chat Now

| | |
|---|---|
| Jun 2020 | Not Reported |
| May 2020 | Not Reported |
| Apr 2020 | Not Reported |
| Mar 2020 | Not Reported |
| Feb 2020 | Not Reported |
| Jan 2020 | Not Reported |
| Dec 2019 | Not Reported |
| Nov 2019 | Not Reported |
| Oct 2019 | Not Reported |
| Sep 2019 | Not Reported |
| Aug 2019 | Not Reported |
| Jul 2019 | Not Reported |
| Jun 2019 | Not Reported |
| May 2019 | Not Reported |
| Apr 2019 | Not Reported |
| Mar 2019 | Not Reported |
| Feb 2019 | Not Reported |
| Jan 2019 | Not Reported |
| Dec 2018 | Not Reported |
| Nov 2018 | Not Reported |
| Oct 2018 | Not Reported |
| Sep 2018 | Not Reported |
| Aug 2018 | Not Reported |

Chat Now

| | |
|---|---|
| Jul 2018 | Not Reported |
| Jun 2018 | Not Reported |
| May 2018 | Not Reported |
| Apr 2018 | Not Reported |
| Mar 2018 | Not Reported |
| Feb 2018 | Not Reported |
| Jan 2018 | Not Reported |
| Dec 2017 | Not Reported |
| Nov 2017 | Not Reported |

We understand that recently something on your credit report did not seem right to you. We take this matter seriously and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documents, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed does not appear on your credit file or already shows the requested status; OR
3. Determined that the lender had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the lender's contact information; OR
4. Asked the lender reporting the information you disputed to do all of the following:

- Review relevant information we sent them, including any provided documents
- Investigate your dispute and verify whether the information they report is accurate
- Provide us a response to your dispute and update any other information
- Update their records and systems, if necessary

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Chat Now

Your dispute is important. You will see your detailed investigation results above, including the business name and contact details of the source of the information. Please review the results carefully. To review a full copy of your current credit report, please go to transunion.com/fullreport and login using the same username and password you use on this site. Then follow the order process to request a free disclosure of your full credit report.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation is shown above it, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of your investigation results.

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section above will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicat that a change was made to that field. If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand Your Investigation Results.

### For ACCOUNTS:

**Balance:** The balance owed as of the date the account was verified or reported

**Credit Limit:** The maximum amount of credit approved by the creditor on the account

**Date Opened:** The date the account was opened

**High Balance:** The highest amount ever owed on an account

**Original Charge Off:** If applicable, the amount charged off due to non-payment of the account

**Past Due:** The amount past due as of the date the account was verified or reported

**Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold or transferred, it represents the last reported status of the account.

**Remarks:** If applicable, the creditor may provide additional information here related t

Chat Now

**Last Payment Made:** The date the creditor received the last payment on the account

**Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account

**Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account

**Terms:** The monthly payment amount or monthly minimum payment due on the account

## Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months. On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data: Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance, and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratin describe the payments that may be reported by your creditors and will help you understand any updates to your **Payment History**, if applicable to **YOUR INVESTIGATION RESULTS**. Any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

**If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a consumer statement to your credit report.** A consumer statement is your explanation of why you disagree with a certain item on your credit report. Any lender who pulls your credit report will be able to see your consumer statement. Please note, if you include medical information in your consumer statement, you are allowing TransUnion to include that in any credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report, you can dispute with the company that reported it using the contact information listed for that lender on the Credit Report tab.
- **Provide us other information or documents about your dispute.** If you have new information about the change you requested (for example, documents that directly relate to the information you are disputing), please visit www.transunion.com/dispute and let us know you are filing a repeat dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau (https://www.consumerfinance.gov/complaint/ ) or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report to those who have received your report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicable) for any other purpose.**

Chat Now

## A Note on Inquiries

An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Important Information About Your Rights Under the Law

To see your rights under federal law, visit https://www.transunion.com/legal/bill-of-rights/CO. This page provides important details about your rights under the Fair Credit Reporting Act and applicable state laws that relate to the dispute process. Consumers who believe they may be possible victims of fraudulent activity may also visit www.transunion.com/fraud-alerts.

## Should You Wish to Contact TransUnion

Please have your TransUnion FILE IDENTIFICATION NUMBER available. Your unique FILE IDENTIFICATION NUMBER is **000346223918** and is also located at the top of this page.

### Online:

To dispute information contained in your credit report, please visit the Dispute Center or go to www.transunion.com/disputeonline

For more information please visit our main dispute FAQ on TransUnion.com or go to https://www.transunion.com/credit-disputes/credit-disputes-faq

### By Mail:

TransUnion
P. O. Box 2000
Chester, PA 19016-2000

### By Phone:

(800) 916-8800

Chat Now

You may contact us Monday - Friday 8 AM - 11 PM Eastern Time and Saturday - Sunday 8 AM - 5 PM Eastern Time, except on major holidays.

Want to review your credit report? Go to the Credit Report tab to see your credit report information as it appeared at the time we completed your dispute. Or visit transunion.com/fullreport and login using the same username and password you use on this website. Then follow the order process to request a free disclosure of your full credit report.

Chat Now