# EXHIBIT 28

---

## U.S. Marshals Returns of Service — March 17, 2026

*Returns of service reflecting execution of the federal summonses upon Defendants in this civil rights action by the United States Marshals Service on March 17, 2026.*

Relevant to: Count V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint