**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00342-NYW-CYC

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, et al.,

Defendants.

**PLAINTIFF'S SUPPLEMENTAL AI CERTIFICATION REGARDING ECF NO. 85**

Pursuant to the Court's July 27, 2026 Minute Order (ECF No. 86) and this Court's Standing Order Regarding the Use of Generative Artificial Intelligence ("AI") in Court Filings, effective December 1, 2025, Plaintiff Gerald Paul Hershfeldt, appearing pro se, submits this supplemental AI Certification with respect to his Motion for Leave to File Second Amended Complaint and the proposed Second Amended Complaint filed on July 25, 2026 (ECF No. 85).

Plaintiff, who is the sole individual who contributed to the drafting of the filing, certifies as follows:

1. Generative artificial intelligence — specifically, Anthropic's Claude — was used to assist in drafting the Motion for Leave to File Second Amended Complaint (ECF No. 85) and the proposed Second Amended Complaint attached thereto.

2. Plaintiff personally reviewed all language in the filing, including any language drafted with the assistance of generative AI and later edited, for accuracy.

3. Plaintiff personally verified that all legal citations in the filing reference actual, non-fictitious cases and cited authority.

Plaintiff further acknowledges that this filing remains subject to Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and applicable ethical rules.

**Respectfully submitted this 29th day of July, 2026.**

/s/ Gerald Paul Hershfeldt
GERALD PAUL HERSHFELDT
Pro Se Plaintiff
429 E. 14th Ave. #107
Denver, CO 80203
720-378-8474
jerry.hershfeldt@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2026, I electronically filed the foregoing PLAINTIFF'S SUPPLEMENTAL AI CERTIFICATION with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Gerald Paul Hershfeldt
GERALD PAUL HERSHFELDT