**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00342-NYW-CYC

GERALD PAUL HERSHFELDT,
Plaintiff,

v.

CARLEEN JOHNSTON, individually and in her official capacity;
JENNIFER BRANT, individually and in her official capacity;
TIMOTHY J. JASHINSKY, individually and in his official capacity;
CINDY LUCERO, individually and in her official capacity;
WENDY BATTS, individually and in her official capacity;
ARTHUR J. SPICCIATI, individually and in his official capacity;
LARRY BOYD, individually and in his official capacity;
JANE RODIG, individually and in her official capacity;
HEATHER O'HAYRE, in her official capacity;
MICHELLE BARNES, in her official capacity;
LAURIE GILL, in her official capacity;
LARIMER COUNTY, COLORADO,
Defendants.

---

**DEFENDANTS' MICHELLE BARNES, LARIMER COUNTY DEFENDANTS, AND JANE RODIGN UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

---

Defendants, Michelle Barnes, in her official capacity as Executive Director of the Colorado Department of Human Services ("Director Barnes") and Carleen Johnston, in her official and individual capacity, Jennifer Brant in her official and individual capacity, Timothy J. Jashinsky in his official and individual capacity, Cindy Lucero, in her official and individual capacity, Wendy Batts in her official and individual capacity, Arthur J. Spicciati, in his official and individual capacity, Heather O'Hayre in her official capacity, and Larimer County, Colorado ("Larimer County Defendants"), and Jane Rodig, in her individual and official capacity, by and through their respective counsel of record ("the

Defendants"), hereby submit the Unopposed Joint Motion for Extension Time to File Response to Plaintiff's First Amended Complaint Pending Resolution of Plaintiff's Motion for Leave to Amend the Second Amended Complaint and state as follows:

Duty to Confer pursuant to D.C.COLO.LCivR. 7.1(a). Undersigned counsel conferred with Plaintiff, Attorney Michael Lowe, and Attorney Nicholas Poppe by email on August 4, 2026. Plaintiff does not oppose this Motion and counsel for Defendants make this request jointly.

1. Plaintiff filed his Initial Complaint on January 27, 2026. [ECF 1]. Plaintiff filed his First Amended Complaint on February 26, 2026. [ECF 9].

2. On April 16, 2026, Plaintiff first conferred with counsel for Defendants about filing his Motion for Leave to Amend.

3. On May 27, 2026, the parties appeared for a status conference. Based on Plaintiff's representation that he would file a Motion to Amend the First Amended Complaint on May 28, 2026, the Court set a Motion Hearing for July 29, 2026 and extended Defendants' deadline to respond to the First Amended Complaint to August 19, 2026. The Court set the August 19, 2026 deadline based on the expectation that Plaintiff would file his Motion for Leave to Amend on May 28, 2026, allowing the parties to complete briefing and the Court to rule beforehand. However, Plaintiff did not file his Motion for Leave to Amend until June 18, 2026 and it was denied without prejudice for Plaintiff's failure to comply with D.C.COLO.LCivR 7.1(a). Plaintiff was given leave to refile in compliance with the Local Rule 7.1(a) conferral requirement.

4. On July 20, 2026, the Court vacated the July 29, 2026, hearing as Plaintiff had not refiled the motion.

5. On July 25, 2026, Plaintiff filed a Motion for Leave to file Second Amended Complaint. As of this filing, the Defendants have not yet responded.

6. Defendants' jointly request an extension of time to file their responses to Plaintiff's First Amended Complaint to allow time to brief the Motion for Leave to Amend without expending unnecessary resources.

7. No party will be prejudiced by this request. Moreover, no party opposes this request.

8. Good cause exists to grant this Motion. The request is not made with the purpose of undue delay. Rather, this request is made to streamline litigation, conserve the parties' resources, and promote judicial economy.

9. Undersigned counsel hereby certifies that a copy of this Motion has been served on their clients in compliance with D.C.COLO.LCivR 6.1.

WHEREFORE, for reasons more fully stated above, the Defendants request this Court extend their deadline to respond to the First Amended Complaint until October 2, 2026.

Dated this ____ day of August 2026.

Undersigned counsel Rachel Ollis certifies she did not use generative artificial intelligence to draft this filing.

Undersigned counsel Nicholas Poppe certifies he did not use generative artificial intelligence to draft this filing.

Undersigned counsel Michael Lowe certifies he did not use generative artificial intelligence to draft this filing.

*s/ Rachel E. Ollis*
Rachel E. Ollis
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6201
Email: rachel.ollis@coag.gov
*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services.*
*Counsel of Record

*s/Michael T. Lowe*
Michael T. Lowe
Bruno, Colin, Goddard & Lowe, P.C.
1120 Lincoln Street, Suite 1606
Denver, CO 80203
Telephone: (303) 831-1099
mlowe@brunolawyers.com
*Counsel for Larimer County Defendants*

*s/ Nicholas C. Poppe*
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
NPoppe@ndm-law.com
*Counsel for Defendant Gill and Rodig*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August 2026, a true and correct copy of the foregoing **DEFENDANTS' MICHELLE BARNES, LARIMER COUNTY DEFENDANTS, AND JANE RODIG UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** was electronically filed with service through the e-filing system as follows:

Gerald Paul Hershfeldt
429 East 14th Avenue, #107
Denver, CO 80203
Jerry.hershfeldt@gmail.com
*Pro Se*

Michael T. Lowe
Bruno, Colin, Goddard & Lowe, P.C.
1120 Lincoln Street, Suite 1606
Denver, CO 80203
Telephone: (303) 831-1099
mlowe@brunolawyers.com
*Counsel for Larimer County Defendants*

Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
NPoppe@ndm-law.com
*Counsel for Defendant Gill and Rodig*

*s/ Rachel E. Ollis*
Rachel E. Ollis
Colorado Attorney General's Office
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 50-6201
Email: rachel.ollis@coag.gov
*Attorney for Defendant Michelle Barnes in her official capacity as Executive Director of the Colorado Department of Human Services*