# EXHIBIT 1

---

## ICON Minute Orders — June 9 and June 10, 2015

*Larimer County District Court, Case No. 2015DR000229. Minute order of June 9, 2015 (Event ID 000014) adopting the Separation Agreement and conditioning entry of support orders on provision of the children's Social Security Numbers; and system entry of June 10, 2015 (Event ID 000020) documenting that the support orders could not be entered for lack of those numbers.*

Relevant to: Counts I, II, VI

## Minute Orders

**Case Numberxxxxxxxx**0229
**Case Type:**Dissolution of Marriage
**Case Caption:**Hershfeldt, Bxxxxx Xxxxx and Hershfeldt, Gerald Paul

**Division:** 1B
**Judicial Officer:**Jeffrey Martin Schwartz
**Court Location:**Larimer County

---

Order Date: 06/10/2015

UNABLE TO ENTER SUPPORT ORDERS AS WE ARE MISSING SSN FOR CHILDREN; REQUESTED OF PARTIES IN COURT ON 6/9/15 /TPH

# Minute Orders

**Case Number:** 2015DR000229
**Case Type:** Dissolution of Marriage
**Case Caption:** **Hershfeldt, Bxxxxx Xxxxx and Hershfeldt, Gerald Paul**

**Division:** 1B
**Judicial Officer:** Jeffrey Martin Schwartz
**Court Location:** Larimer County

---

Order Date: 06/09/2015

LKC/TH DIGITAL 11:00 DRNC PET APPEARING PRO SE RSP APPEARING PRO SE S/T OF BOTH PARTIES; COURT REVIEWS AND ADOPTS SEPARATION AGREEMENT, PARENTING PLAN, AND CHILD SUPPORT IN THE AMOUNT OF $1,028/MO, RSP PAYING PET DIRECTLY; COURT ENTERS DECREE OF DISSOLUTION OF MARRIAGE; PARTIES CLARIFY THE CORRECT SPELLING OF THEIR LAST NAME: HERSHFELDT; PARTIES WILL PROVIDE SSN FOR ALL MEMBERS OF THE FAMILY /TPH

# EXHIBIT 2

---

## ICON Register of Actions — Case No. 2015DR000229

*Complete Register of Actions for the dissolution case, reflecting the absence of any entered child support order prior to June 2, 2022, the June 2, 2022 entry classified as "Child Support Order-1st," and the associated entry metadata.*

Relevant to: Counts II, VIII

I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K   (I C O N)

```
Status:              CLSD                  District Court, Larimer County
Case #: 2015 DR 000229      Div/Room: 1B     Type:  Dissolution of Marriage
             HERSHFELDT, BROOKE ERIN and HERSHFELDT, GERALD PAUL

                                                              DV STATUS:
Case File Date:  3/04/2015   Case Close Date:  6/10/2015   Appealed: N
                             Confidential Intermediary.............:

                      Bar #    Name
    Judicial Off...: 034913   JEFFREY MARTIN SCHWARTZ
    Alt Jud Officer: 000000
                      Description                    Stat Date         Time     Appear Rm/
    Trial..........:                                                    0:00
    Next Schd Event:                                                    0:00
    Last Schd Event: Review                          IRVH 10/21/2025   7:00 A
    Last Event.....: Motion                          n/a  11/12/2025

    Attorney(s)....: Y  +

    Decree.............: DC    Decree                         Date:  6/10/2015
    Child Support Order: SUP1  Support Order -1st             Date:  6/02/2022
    Maintenance Order..:                                      Date:
    Paid Through.......:
    Mediation..........: N
    Response Filed.....:                                      Date:
    Service............:                                      Date:
    Waiver.............:                                      Date:
    IV-D Case..........: N

    Children...........: Y

                              ----- PARTIES -----
PARTY  ROL STS    NAME                           ATTORNEY                  ROL
CPT   1 OBR       HERSHFELDT, GERALD PAUL
            Date of Birth...........:
            Cell Phone..............:
            Home Address............: [REDACTED]
                                    : DENVER, CO  80211
INV   1           LCDSS                         SPICCIATI, ARTHUR JULIAN et CNA
PET   1 OBE       HERSHFELDT, BROOKE ERIN
            Date of Birth...........:
            Cell Phone..............:
            Home Address............: [REDACTED]
                                    : YANKTON, SD  57078-2131
                            ----- OTHER PEOPLE -----
ROLE        NAME
IMP   1 CHI
IMP   2 CHI       E.O.H. (Minor Child)
FILE DATE    EVENT DESCRIPTION
 3/04/2015   Petn for Diss w/ Children         Event ID: 000001   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
Petition - Dissolution w/Children
 3/04/2015   Info Sheet - Domestic Case        Event ID: 000002   E-Filed: J
```

```
FILE DATE   EVENT DESCRIPTION
            CPT/    HERSHFELDT, GERALD PAUL
            PET/    HERSHFELDT, BROOKE ERIN
Domestic Relations Information Sheet
 3/04/2015  Order-Case Management              Event ID: 000003   E-Filed: J
Order - Case Management
 3/04/2015  Separation Agreement               Event ID: 000004   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
            PET/    HERSHFELDT, BROOKE ERIN
Separation Agreement
 3/04/2015  Filing Other                       Event ID: 000005   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
            PET/    HERSHFELDT, BROOKE ERIN
maintenance worksheet
            Related Event  SEPR Separation Agreement               3/04/2015
 3/04/2015  Sworn Financial Statement          Event ID: 000006   E-Filed: J
            PET/    HERSHFELDT, BROOKE ERIN
Sworn Financial Statement
 3/04/2015  Sworn Financial Statement          Event ID: 000007   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Sworn Financial Statement
 3/04/2015  Filing Other                       Event ID: 000009   E-Filed: J
            PET/    HERSHFELDT, BROOKE ERIN
child support worksheet
 3/04/2015  Cert Mandatory Fin Disclosure      Event ID: 000010   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Cert of Compliance w/CRCP 16.2
 3/04/2015  Cert Mandatory Fin Disclosure      Event ID: 000011   E-Filed: J
            PET/    HERSHFELDT, BROOKE ERIN
Cert of Compliance w/CRCP 16.2
 3/05/2015  Notice Filed                       Event ID: 000008   E-Filed: J
Notice OF INITIAL STATUS CONFERENCE
 3/18/2015  Order                              Event ID: 000012   E-Filed: J
Order Setting DRNC
FILE DATE   SCHEDULED EVENT DESCRIPTION     SCHD DATE   TIME      ROOM  APPEAR
 3/18/2015  Initial Conference Appearance    3/20/2015  08:00 AM  5E
      Officer: ANDREA SHAHMARDIAN                  Length:  1.00 Hour(s)
      Status.: VACT-Vacated
 6/08/2015  Certificate Filed                  Event ID: 000013   E-Filed: J
            PET/    HERSHFELDT, BROOKE ERIN
Certificate of Completion of Parents Working Together Class
 6/09/2015  Minute Order (print)               Event ID: 000014   E-Filed: N
LKC/TH                        DIGITAL 11:00               DRNC
PET APPEARING PRO SE
RSP APPEARING PRO SE
S/T OF BOTH PARTIES; COURT REVIEWS AND ADOPTS SEPARATION AGREEMENT, PARENTING
PLAN, AND CHILD SUPPORT IN THE AMOUNT OF $1,028/MO, RSP PAYING PET DIRECTLY;
COURT ENTERS DECREE OF DISSOLUTION OF MARRIAGE; PARTIES CLARIFY THE CORRECT
SPELLING OF THEIR LAST NAME: HERSHFELDT; PARTIES WILL PROVIDE SSN FOR ALL
MEMBERS OF THE FAMILY                                                    /TPH
 6/09/2015  Minute Order (print)               Event ID: 000015   E-Filed: J
Minute Order - Print
 6/09/2015  Minute Order (print)               Event ID: 000016   E-Filed: J
Minute Order - Print
 6/09/2015  Minute Order (print)               Event ID: 000017   E-Filed: J
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION     SCHD DATE    TIME       ROOM  APPEAR
Minute Order - Print
 6/09/2015  Non-Contested Hearing             6/09/2015  11:00 AM  1B
     Officer: LINDA KATHLEEN CONNORS               Length:  1.00 Hour(s)
     Status.: HELD-Hearing Held
 6/10/2015  Decree                             Event ID: 000018   E-Filed: J
Decree
 6/10/2015  Case Closed                        Event ID: 000019   E-Filed: N
 6/10/2015  Minute Order (No Print)            Event ID: 000020   E-Filed: N
UNABLE TO ENTER SUPPORT ORDERS AS WE ARE MISSING SSN FOR CHILDREN; REQUESTED
OF PARTIES IN COURT ON 6/9/15                                             /TPH
 5/11/2022  Affidavit Re Financial Affairs    Event ID: 000021   E-Filed: J
            INV/    LCDSS
Affidavit -Petitioner Financial Affairs 33CEFC884782F
 5/11/2022  Entry of Appearance                Event ID: 000022   E-Filed: J
            INV/    LCDSS
Entry of Appearance 33CEFC884782F
 5/11/2022  Proposed Order                     Event ID: 000023   E-Filed: J
            INV/    LCDSS
Proposed Order Modifying Child Support 33CEFC884782F
 5/11/2022  Motion to Modify                   Event ID: 000024   E-Filed: J
            INV/    LCDSS
Motion to Modify Child Support 33CEFC884782F
 5/11/2022  Info Sheet - Domestic Case         Event ID: 000025   E-Filed: J
            INV/    LCDSS
Information Sheet - Domestic Case 33CEFC884782F
 5/11/2022  Exhibit-Attach to Pleading/Doc     Event ID: 000026   E-Filed: J
            INV/    LCDSS
Exhibit - Respondent Attach to Pleading/Doc 33CEFC884782F
 5/11/2022  Exhibit-Attach to Pleading/Doc     Event ID: 000027   E-Filed: J
            INV/    LCDSS
Exhibit - Petitioner Attach to Pleading/Doc 33CEFC884782F
 5/11/2022  Child Support Worksheet            Event ID: 000028   E-Filed: J
            INV/    LCDSS
Child Support Worksheet 33CEFC884782F
 5/11/2022  Affidavit Re Financial Affairs    Event ID: 000029   E-Filed: J
            INV/    LCDSS
Affidavit - Respondent Financial Affairs 33CEFC884782F
 6/02/2022  Order                              Event ID: 000030   E-Filed: J
Order Modifying Child Support
 6/02/2022  Child Support Order-1st            Event ID: 000031   E-Filed: N
            Amount ordered.....: $622.00
            Payment frequency..: M1YD
            Arrearage amount...: $0.00
            Commence date......:  6/05/2022
            FSR #..............: XXXXXX17-01
            Medical Coverage...:
            Due day............: 5
            CPT/OBR HERSHFELDT, GERALD PAUL
            IMP/CHI E.O.H. (Minor Child)
            PET/OBE HERSHFELDT, BROOKE ERIN
 9/18/2025  Ntc Electronic Filing Opt-In       Event ID: 000032   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Notice of Electronic Filing Opt-In C7668F0BAC11A
 9/29/2025  Motion                             Event ID: 000033   E-Filed: J
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION     SCHD DATE   TIME       ROOM  APPEAR
             CPT/    HERSHFELDT, GERALD PAUL
MOTION TO VOID AB INITIO 20BCC1FB85DE2
             Related Event  ORDR Order                               11/02/2025
 9/29/2025   Motion                          Event ID: 000034   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
Motion to join necessary parties 20BCC1FB85DE2
 9/29/2025   Affidavit                       Event ID: 000035   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
Affidavit 20BCC1FB85DE2
10/20/2025   Response                        Event ID: 000036   E-Filed: J
             INV/    LCDSS
People's Response Regarding Motions to Join Parties and to Void Order
B6FEE92CC9A64
10/21/2025   Review                        10/21/2025  07:00 AM  1B     N
     Officer: JEFFREY MARTIN SCHWARTZ            Length:  1.00 Hour(s)
     Status.: IRVH-Internal Review Held          Note..:  RESP? 9.29 JOIN
10/21/2025   Review                        10/21/2025  07:00 AM  3A     N
     Officer: SUSAN JASMINE BLANCO               Length:  1.00 Hour(s)
     Status.: IRVH-Internal Review Held          Note..:  RSP 9/29 60 MTN?
11/02/2025   Order                           Event ID: 000037   E-Filed: J
Ruling: DENIED, Document Title: Order:MOTION TO VOID AB INITIO
             Related Event  MOTN Motion                               9/29/2025
11/12/2025   Motion                          Event ID: 000038   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
Motion for Reconsideration of Order Denying Motion to Vid AB Initio
F34E08005A2A5

                End of Case: 2015 DR 000229
```

# EXHIBIT 3

---

## Separation Agreement and Parenting Plan

*Filed March 4, 2015. Section 2.1 (blank child Social Security Number fields); Section 1.4 (parents' Social Security Numbers present); Section 2.2 (relocation provision); Section 2.5.1 (direct-payment provision); Section 2.5.5 (income-assignment provision).*

Relevant to: Counts II, III

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>Court Address: 201 La Porte Avenue, Fort Collins, CO<br><br>In Re the Marriage of:<br>Petitioner: **BROOKE ERIN HERSHFELDT**<br>Co-Petitioner: **GERALD PAUL HERSHFELDT** | Court Use Only |
| Attorney or Party Without Attorney:<br>Name: Brooke Erin Hershfeldt<br>Address: [redacted]<br>Loveland, CO. 80538<br>Phone Number [redacted] | Case No: 15 DR<br><br>Ctrm: 1B |

**SEPARATION AGREEMENT AND PARENTING PLAN**

This ***SEPARATION AGREEMENT AND PARENTING PLAN*** (hereinafter referred to as "Agreement") is made as of the _____ day of February, 2015, between Brooke Erin Hershfeldt (hereinafter "Brooke") and Gerald Paul Hershfeldt (hereinafter "Gerald"). Its purposes are those authorized by C.R.S. Sec. 14-10-101 *et seq.*

# I. RECITALS:

**1.1** We are parties to Case No. 15 DR , filed in the District Court, County of Larimer, State of Colorado, entitled *In re the Marriage of Brooke Erin Hershfeldt, Petitioner, and Gerald Paul Hershfeldt, Co-Petitioner*.

**1.2** We were married on July 27, 2002, in Yankton, South Dakota. We were separated on or about September 1, 2014.

**1.3** We have two children of our marriage; namely, R[redacted] H[redacted], born on [redacted], 2003, and E[redacted] H[redacted], born on [redacted] 2006.

**1.4** Brooke was born o[redacted], 1980, and has Social Security Number xxx-xx-[redacted]. Gerald was born on [redacted], 1976, and has Social Security Number xxx-xx[redacted].

**1.5** We recognize that our marriage is irretrievably broken, that there is no chance of reconciliation, and have determined that it is in the best interest of each of us and our children that a complete settlement and determination be reached regarding matters of parental responsibilities, parenting time, child support, maintenance, division of marital assets, payment of marital debts, attorney's fees, court costs and all other rights, duties and obligations we have toward one another and our children arising out of our marriage to one another.

NOW, THEREFORE, in consideration of the mutual agreements contained herein and for other good and valuable consideration in the premises, we agree as follows:

# II. PARENTING PLAN

## 2.1 INFORMATION ABOUT OUR CHILDREN:

| Name | Sex | Date of Birth | Soc. Sec. No. |
|---|---|---|---|
| R[redacted]. H[redacted] | [redacted] | [redacted], 2003 | xxx-xx-____ |
| E[redacted] H[redacted] | [redacted] | [redacted] 2006 | xxx-xx-___ |

**2.2. RELOCATION THAT SUBSTANTIALLY CHANGES GEOGRAPHIC TIES:** Neither of us may move with our children to a location that substantially changes geographic ties between us, as measured by whether or not we can feasibly continue our current parenting time arrangement, without either a written agreement allowing such move and creating a new parenting time arrangement or an order of the court.

## 2.3 DECISION MAKING:

**This parenting plan reflects decision making on major issues other than parenting time. In this plan, major decision making does not include day-to-day decisions, which decisions will be made by the parent with whom our children is/are staying at any given time without the need of consulting with the other parent. Day-to-day decisions include, but are not limited to, minor training or correction, minor medical and dental care, curfew, chores, allowance, and decisions about clothing or hygiene.**

### 2.3.1 MAJOR DECISION MAKING DIVIDED BETWEEN THE PARENTS

### (A) MEDICAL, DENTAL AND MENTAL HEALTH DECISION MAKING:

**(A)1** We will make all final decisions regarding major medical / dental decisions for our children together. If we do not reach an agreement, then we shall use the dispute resolution procedures in this parenting plan to resolve our differences.

**(A)2** We both agree that, under emergency circumstances, it is sufficient for either party to sign legal releases to get medical treatment or to take other necessary measures.

**(A)3** In the event of a dispute about the necessity of or type of medical treatment for our minor children, either of us shall be allowed to obtain necessary medical treatment for our minor children.

**(A)4** We both agree to advise the other immediately of any emergency medical or dental care sought for our children, to cooperate on health matters pertaining to our children, and to keep one another reasonably informed.

**(A)5** We both may have access to medical and dental records pertaining to our minor children.

**(A)6** We both agree to keep each other informed as to name(s), address(es), and telephone number(s) of all medical / dental care practitioners, and as to any emergency medical or dental treatment for our children.

**(A)7** We both agree to cooperate to keep each other informed and to cooperate on health matters pertaining to our children.

**(B)** **EDUCATIONAL DECISION MAKING:** (including day care).

**(B)1** For purposes of school attendance, our children's residence will be the Petitioner's residential address, currentl[redacted], Loveland, CO. 80538.

**(B)2** We will make all major educational decisions together. If we cannot reach an agreement, however, we shall use the dispute resolution procedures in this parenting plan to resolve our differences.

**(B)3** We both may have access to school records pertaining to our minor children and may contact the school directly for information about our children.

**(B)4** We both may participate in school conferences, events, and activities, and may consult with teachers and other school personnel about our children.

**(C)** **RELIGIOUS DECISION MAKING:** We agree that our children should be reasonably exposed to any religious organization or activity in which either of us participate and should be encouraged to make their own religious choices as they mature. As such, we will try to make all final religious decisions for our children together. If we cannot reach an agreement on an issue, however, then we shall use the dispute resolution procedures in this parenting plan to resolve our differences.

**(D)** **EXTRA-CURRICULAR AND RECREATIONAL ACTIVITIES**:
Each of us shall make all final decisions regarding activities that occur **only** during our individual parenting time and shall be solely responsible for transportation for and expenses of participation in those activities that occur **only** during our individual parenting time.

**(E)** **OTHER SIGNIFICANT DECISIONS (General Welfare Issues, Driving, Car, College, Etc.)**

**(E)1** We will both make any other significant decisions involving our children together. If we cannot reach an agreement, however, we shall use the dispute resolution procedures in this parenting plan to resolve our differences.

**(E)2** Both of us agree that, under emergency circumstances not involving medical care, it is sufficient for either of us to sign legal releases or to take other necessary measures.

**(F)** **GENERAL WELFARE ISSUES:**

**(F)1** Telephone Access. We shall each have unlimited telephone access with our children when they are staying with the other parent. We agree, however, that such access shall be at reasonable times and for reasonable durations.

**(F)2** Extended Family. We shall each be supportive of our children's relationships with the other parent's family members. While a child is residing with one of us, that parent shall support and encourage our children's other family relationships and give the extended family reasonable access to the children personally and by telephone, provided that such access is at reasonable times and on reasonable notice and provided that any cost of such access is borne by the relative.

**(F)3** Fostering of Affection. We recognize and agree that it is in the best interest of our children that a friendly and harmonious relationship exist between us, and that our children are happiest when they see us work together without dissension. Therefore, neither of us shall attempt to influence our children unfavorably toward the other parent. We shall cooperate at all times in the best interest of our children and agree to make a positive effort to promote love and respect between our children and the other parent. We agree to refrain from maligning the other parent in the presence of our children and to refrain from committing any act, by word or deed, which might tend to have a negative affect on a loving, companionable and harmonious relationship between child and parent.

**(F)4** Each of us will inform the other parent of any changes in our business or residential address(es) and/or phone number(s) within five (5) days of the change.

**(F)5** We agree that all communications regarding our children will be between us and that we will not use our children to convey information or to set up parenting time changes.

## 2.4 PARENTING TIME:

**2.4.1 SHARED PHYSICAL CARE** Although we no longer live together, we each wish to continue exercising parental responsibilities for our children. We believe our children will benefit from frequent and continuing contact with both of us. We both communicate with each other calmly and effectively and prefer to arrange parenting times between each other in a relaxed, non-rigid format. Therefore, we both agree that we shall each exercise parenting time with our children at all times mutually agreeable by both of us.

**2.4.2 COMMUNICATIONS:** Unless circumstances prevent us from doing so, if the above Parenting Time Schedule cannot be complied with, we shall notify the other party by telephone as soon as possible, but not less than 5 hours in advance of any pick-up time.

**2.4.3 TRANSPORTATION:** Unless we otherwise agree, we shall each be responsible for all transportation costs associated with the exercise of our respective parenting time with our children.

**2.4.4 MODIFICATION:** We agree that all substantial, permanent modifications to the Parenting Time Schedule may be done only by written agreement, signed by both of us and filed with the court. Minor, non-permanent changes may be made at any time that both parties agree to the changes.

**2.4.5 TRAVEL:** We agree that should either of us travel overnight with the children, that parent will keep the other parent informed of travel plans, address(es), and telephone number(s) where that parent and the children can be reached.

**2.5 CHILD SUPPORT:**

**2.5.1 BASIC CHILD SUPPORT OBLIGATION:**
Commencing on the 1st day of the month immediately following the date this Agreement is executed by both of us, and continuing on the 1st day of each month thereafter until the first to occur of emancipation of a child or further Order of the Court, Gerald shall pay directly to Brooke the sum of $1,128.00 per month as and for basic child support.

**2.5.2 MEDICAL INSURANCE:** Gerald shall maintain in full force and effect the current or substantially similar medical insurance coverage for our children for so long as he has a child support obligation to our child(ren) or until further Order of the Court. Upon request, Gerald shall provide Brooke with written documentation concerning the children's insurance coverage, including the name of the insurance company, policy number, amount of coverage and other relevant information. Gerald shall execute a release which authorizes the insurance company to give information directly to Brooke. Gerald shall provide to Brooke signed claim forms and/or an identification card which will permit her to obtain medical services for our children. Uninsured medical expenses and other extraordinary medical expenses as defined in C.R.S., Section 14-10-115(13.5) shall be paid in the proportion our respective incomes bear to our combined income at the time, with the proportions presently 38% paid by Brooke and 62% paid by Gerald.

**2.5.3 ACTIVITY EXPENSES:** Unless we otherwise agree, each of us shall individually pay for any activity, not otherwise described in this Agreement, in which we individually believe that our children should participate.

**2.5.4 AUTOMOBILE EXPENSES:** Neither parent shall be responsible to pay for any costs associated with the use of an automobile by our children.

**2.5.5 ENFORCEMENT OF CHILD SUPPORT:** We agree that all child support payments will be made through an income assignment. Gerald will sign the necessary documents to activate an income assignment with his employer, payor or trustee.

**2.5.6 ANNUAL EXCHANGE OF INFORMATION:** In order to review the foregoing child support obligations, we shall exchange personal income tax returns, together with all attachments and schedules thereto, annually no later than three days after filing of same with taxing authorities.

**2.6 FUTURE CONFLICT RESOLUTION:**
We agree that In the event we have a disagreement in relation to this parenting plan, we shall submit the disagreement to mediation, pursuant to the terms of Article VIII, below, in an effort to amicably resolve the disagreement.

## III. MAINTENANCE:

**3.1 GERALD'S WAIVER:** Gerald hereby waives any right he may have to receive maintenance (spousal support) from Brooke. Gerald understands that such waiver is irrevocable, and no claim for spousal maintenance may be asserted by him as a result of this marriage at any future date for any reason whatsoever.

**3.2 BROOKE'S WAIVER** Pursuant to the statutory calculations, Gerald is required to pay monthly maintenance in the amount of $600.00 to Brooke for a period of six (6) years and four (4) months (see *Colorado Maintenance Worksheet* attached hereto as Exhibit A). After a review of our respective financial resources, our respective expenses, our actual financial needs, we both believe that a downward deviation from the statutory calculations would be appropriate. As such, we both would request the court to approve the following waiver of maintenance.

Brooke hereby waives any right she may have to receive maintenance (spousal support) from Gerald.

## IV. PROPERTY DIVISION:

**4.1 SEPARATE PROPERTY:** Neither of us claim any separate non-marital property.

**4.2 MARITAL PROPERTY:**

**4.2.1 REAL PROPERTY:** None

**4.2.2 PERSONAL PROPERTY:** Each of us shall have as his or her sole and separate property all household goods, furnishings and personalty in our respective possession, custody or control as of the effective date of this Agreement, unless specifically stated to the contrary herein.

**(A)** Brooke shall have as and for her sole and separate property the following assets:

1. Her clothing, furniture, wearing apparel, jewelry and personal effects.
2. The 2004 Nissan Sentra automobile.
3. All bank accounts presently in her name or under her control.
4. Any and all assets and/or benefits held in her 401(k) retirement account held in her name.
5. Any and all business assets related to her doing business as "Stampin Up".

**(B)** Gerald shall have as and for his sole and separate property the following assets:

1. His clothing, furniture, wearing apparel, jewelry and other personal effects.
2. All bank accounts presently in his name or under his control.
3. Any and all assets and/or benefits held in his 401(k) retirement account held in his name.

**4.2.3. RETIREMENT ASSETS:** See paragraph 4.2.2(A)(4) & 4.2.2(B)(3), above.

**4.2.4 INSURANCE AND RETIREMENT BENEFICIARIES:** To the extent that this Agreement or the dissolution of our marriage requires a designation or redesignation of a beneficiary for any purpose, we both understand and agree, that each of us shall be solely and separately responsible to make any and all designations, or redesignations,

of the appropriate named beneficiary under any insurance policy, retirement type account, or any other asset that requires or allows the designation of a beneficiary. Additionally, to the extent that such designations, or redesignations, are not completed, or are completed improperly, each of us waives any right to receive any proceeds from any insurance policy, retirement type account, or any other asset, unless the right to receive the same is expressly described in this Agreement.

**4.3 UNDISCLOSED ASSETS:** We agree that the Court having jurisdiction over the proceeding for dissolution of our marriage shall reserve jurisdiction to divide any asset in which either of us presently has any interest which is not disclosed in this Agreement or on either of our respective Affidavits with Respect to Financial Affairs submitted to the Court in support of this Agreement. All reasonable and necessary attorneys' fees and costs incurred in any judicial proceeding pursuant to this provision shall be paid by the one of us deemed by the Court to be responsible for the failure to disclose.

## V. DISPOSITION OF DEBTS AND LIABILITIES.

**5.1 DEBTS ASSUMED BY GERALD:** Except as otherwise specifically provided by this Agreement, Gerald shall be solely and separately responsible for and hold Brooke harmless from the following: (1) any and all unpaid debts and liabilities incurred by him separately; (2) any and all unpaid debts and liabilities related to assets received by him above; and (3) 50% of any and all jointly owed indebtedness incurred prior to the date of our separation.

**5.2 DEBTS ASSUMED BY BROOKE:** Except as otherwise specifically provided by this Agreement, Brooke shall be solely and separately responsible for and hold Gerald harmless from the following: (1) any and all unpaid debts and liabilities incurred by her separately; (2) any and all unpaid debts and liabilities related to assets received by her above; and (3) 50% of any and all jointly owed indebtedness incurred prior to the date of our separation.

**5.3 FUTURE DEBTS:** Neither of us shall create or attempt to create any indebtedness in the name of or against the other or to utilize or attempt to utilize the credit or financial circumstances of the other for the purpose of creating any indebtedness.

**5.4 INDEMNIFICATION:** With respect to the financial obligations which each of us has agreed to assume or be responsible for by this Agreement, we shall respectively indemnify and hold the other harmless against any and all liabilities, including all court costs and reasonable attorney's fees, by reason of any default in performance or by reason of any claim resulting from the failure to perform our respective obligations.

## VI. TAXES

**6.1 PRIOR FILED JOINT RETURNS:** During the years of our marriage, we filed our federal and state income tax returns as joint taxpayers. We believe that we have duly paid all income or other taxes due for such years and that we do not owe any interest or penalties with respect thereto. No tax deficiency proceeding is pending or threatened against us thereon, and no audit is pending with respect to any of such joint returns to the best of our knowledge,

information and belief. Nevertheless, if our state or federal income liability for any such years is hereafter adjusted, by audit or otherwise, we shall equally divide any additional tax liability, including interest and penalties, and be equally entitled to any refund, whichever the case may be.

**6.2 DEPENDENCY EXEMPTIONS:** So long as child support payments are fully paid by December 31st of each applicable year, Gerald shall be entitled to the extent allowed by law to claim R[redacted] H[redacted] as a personal exemption on his separate income tax returns for each tax year. Brooke shall be entitled to the extent allowed by law to claim E[redacted] H[redacted] a personal exemption on her separate income tax returns for each tax year.

**6.3 COMPLIANCE:** From this time forward, neither of us shall assert a position in the preparation or filing of tax returns, singly or jointly with another person, inconsistent with the terms and conditions of this Agreement.

## VII. ATTORNEY FEES AND COSTS

Each of us shall be solely and separately responsible for any unpaid attorney fees and costs incurred by us separately, which are related to this Agreement and the proceeding to dissolve our marriage.

## VIII. MEDIATION

We agree that we shall attempt to settle any claim, dispute or controversy arising out of the terms of this Agreement or as a result of the dissolution of our marriage in a spirit of mutual cooperation and mutual negotiation. If such attempts fail, then any such dispute shall be submitted to mediation for possible resolution of the dispute. If mediation fails to resolve the dispute, the final decision will be made by the court.

## IX. MISCELLANEOUS

**9.1 SATISFACTION AND WAIVER:** Each of us, for ourselves and for our personal representatives and other successors, by signing this Agreement, agrees that this Agreement constitutes full and complete satisfaction of any and all claims and demands which each of us now has against the other and is in full settlement of all of our respective marital rights and obligations, including property and maintenance rights. Except as otherwise specifically provided in this Agreement, we waive all rights against the other and each releases and discharges the other from any and all claims, demands and interests known or unknown which either of us now has or might have, as of the date of the approval of this Agreement by the District Court, against the other or the property and estate of the other, including, but not limited to, waiver of the right to inherit from the other pursuant to the laws of the State of Colorado or any other state or nation, and we waive the right to serve as personal representative of the estate of the other. This paragraph shall not affect or control the right of either of us to provide for the other by will or to accept benefits so provided.

Except as otherwise noted in this Agreement, we both hereby specifically and expressly waive any survivorship interest or future expectancy in any asset of the other, and shall take no interest therein unless named as beneficiary, other than "spouse", and only if the designation of beneficiary is executed by the other party on a date subsequent to the date that the other party signed this Agreement.

**9.2** **<u>INCORPORATION INTO DECREE:</u>** This Agreement shall, if approved by the District Court, be incorporated into and made a part of the ***Decree of Dissolution of Marriage*** and shall thereby become an Order of the Court.

**9.3** **<u>EXECUTION OF DOCUMENTS, TITLES AND DEEDS:</u>** Each of us shall promptly execute and deliver to the other any documents that may be reasonably required to accomplish the intent and purpose of this Agreement and shall do all other things necessary to that end. If either of us fails to comply with the provisions of this section, this Agreement shall constitute an actual grant, assignment, power of attorney and conveyance of property, rights and duties in such manner, and with such force and effect, as shall be necessary to carry out the terms of this Agreement. Each of us by petition and by this Agreement hereby designates the Clerk of the District Court in and for the County in which our Petition For Dissolution of Marriage was filed, as Special Master, with power and authority to execute any and all documents, agreements, conveyances, titles, deeds or other writings of any kind or nature, which may be necessary to fully effectuate or intent as set forth in this Agreement.

The Clerk of the Court may serve as a Special Master in lieu of further order of the Court upon notice to the other party. In order to effectuate the power of the Clerk of the Court as Special Master, the moving party need only show certain documents, titles, deeds or other things in writing to be executed by either of us, and the party who is required to execute said document having failed and refused to do so.

Any such documents executed by the Clerk of the Court as Special Master shall carry the same force, effect and validity as if the party hereto had specifically executed the documents called for by this Agreement.

**9.4** **<u>BINDING EFFECT:</u>** The terms of this Agreement shall be binding upon our heirs, executors, administrators, representatives, legatees, devisees, assigns and agents to the extent and in the manner which it is binding upon us.

**9.5** **<u>GOVERNING LAW:</u>** The laws of the State of Colorado shall govern this Agreement.

**9.6** **<u>GOVERNING AGREEMENT:</u>** This Agreement sets forth our entire agreement and understanding with respect to the transactions contemplated in it and supersedes all prior agreements, arrangements and understandings relating to the subject matter in it.

**9.7** **<u>NO WAIVER:</u>** No waiver of any breach or default under this Agreement shall be considered valid unless it is in writing and is signed and dated by both of us, and no such waiver shall be deemed a waiver of any subsequent breach or default of the same or similar nature. No breach of this Agreement shall be claimed by either of us in a court proceeding unless the one of us intending to make such a claim has given notice to the other party of such breach and given a reasonable time for cure and has first exercised those provisions set-forth in Article VIII, above.

**9.8 MODIFICATION:** Except for those provisions contained in Article II (Parenting Plan), Article III (Maintenance), Section 4.3 (Undisclosed Assets) and 9.14 (Fraud), we hereby agree that this Agreement shall not be modifiable by the Court, but shall be modified only by the parties, upon mutual written consent.

**9.9 INDEMNITY FOR FAILURE TO PERFORM:** We have in this Agreement made certain commitments to one another in the form of mutual promises to perform. In the event one of us should breach or commit a default of one or more terms of this Agreement, or otherwise fail to perform one or more of the provisions to which we have agreed in this Agreement, we both hereby agree to fully indemnify, save and hold the other harmless from any expenses incurred as a result of such a breach, default or failure to perform. Furthermore, in the event litigation should arise as a result of a breach, a default, or a failure to perform under one or more terms of this Agreement, the party that prevails in the litigation shall additionally be entitled to recover those reasonable attorney's fees and costs incurred in the litigation process. Such indemnification shall be first sought by mediation pursuant to Article VIII, above.

**9.10 TRANSFER OF PROPERTY:** We agree that all transfers of property pursuant to this Agreement are made either between us as spouses or incident to the dissolution of our marriage. This provision applies whether the property transferred is marital or separate property, real or personal, tangible or intangible. We intend that all property transfers incident to this Agreement be treated as non-taxable transfers for federal income tax purposes. To the extent that there is no recognition of gain or loss with respect to any transfer of property between us, we acknowledge that the federal income tax basis to the recipient will be the same as the adjusted tax basis of the person making the transfer. Because adjusted tax basis is not increased to fair market value (but rather is a carryover basis), we further acknowledge that the recipient of such property will be subject to income tax on any appreciation existing at the time of transfer (as well as any subsequent appreciation) when such property is sold or exchanged in a taxable transaction.

**9.11 INTERPRETATION:** The section and subsection headings contained in this Agreement are for reference purposes only and shall not define, limit or prescribe the meaning or interpretation of the text of this Agreement. No provision of this Agreement shall be interpreted for or against either of us because counsel for one of us drafted the provision.

**9.12 WHEN AGREEMENT TAKES EFFECT:** We agree that this Agreement shall become effective immediately upon its execution by both of us.

**9.13 INDEPENDENT CONTRACTS:** This Agreement shall not be extinguished by merger as a result of incorporation into any Decree or otherwise, but rather, shall in all events survive such Decree and be binding upon both of us.

**9.14 ROLE OF FINANCIAL AFFIDAVITS:** We state and agree that this Agreement is based upon full and complete disclosure by and between us of the assets, liabilities and income of each of us. Each of us has been provided with a complete Affidavit With Respect to Financial Affairs of the other, and this Agreement is based on the information contained in such Affidavits and in this Agreement. Should the information contained in the Affidavits or in this Agreement prove to be fraudulent or contain significant misstatements or omissions, the innocent party shall

have the right to return to the Court having jurisdiction over the proceeding related to our marriage for amended orders concerning all provisions of this Agreement based upon those fraudulent or misstated items. In such event, the provisions of Article VIII need not be first complied with.

**9.15 <u>CERTIFICATION:</u>** Each of us expressly certifies as follows:

I understand that I have the right to proceed with a trial of this entire matter, but have determined that it is in my best interests to settle all aspects of the matter without trial as provided by the terms of this Agreement. I am entering into this Agreement freely, voluntarily and upon mature consideration, and not on the basis of any duress, pressure or undue influence from any person or circumstance. I have had the opportunity to consult independently and privately with counsel of my own choosing concerning my legal rights and liabilities and the provisions of this Agreement. I have read each provision of this Agreement and understand each provision. I have sufficient knowledge of the character and value of our marital property and any separate property owned by either of us. Any questions I may have had regarding any provision of this Agreement have been answered to my satisfaction. I believe this Agreement as a whole, and each of its provisions, is fair, equitable, and not unconscionable, and is in the best interests of our children. I, therefore, request that the Court approve this Agreement and make it an Order of the Court.

**9.16 <u>LEGAL ADVICE:</u>** We both understand that this Agreement was drafted with the assistance of Kurtis Loomis, Attorney at Law. After consultation with Mr. Loomis, or other legal counsel, regarding a lawyer's assistance of multiple parties (if such occurred), including an explanation of the implications of common representation and the advantages and risks involved, the undersigned hereby agree to waive any conflict of interest the attorney may have in assisting both of us with our divorce. Mr. Loomis has further advised us both to have this Agreement independently reviewed by an attorney and CPA of our choice to ensure that it is in our respective best interests. We hereby confirm that we are not relying upon Mr. Loomis in relation to the advisability of entering into this Agreement. Rather, we are both relying solely upon our own judgment and/or any legal and tax advice we have received from other counsel in reaching a decision to execute this Agreement. _____ _____

IN WITNESS WHEREOF, we have signed this Agreement to be effective upon the date signed by both of us.

**WE ACKNOWLEDGE THAT WE BOTH HAVE RE-READ THIS DOCUMENT CAREFULLY TO MAKE SURE IT IS AN ACCURATE PRESENTATION OF OUR AGREEMENT WITH EACH OTHER.**

**OUR SIGNATURES BELOW INDICATE THAT WE HAVE READ AND AGREE WITH EVERYTHING IN THIS DOCUMENT.**

______________________________ ______________________________

Brooke E. Hershfeldt, Petitioner Date Gerald P. Hershfeldt, Co-Petitioner Date

STATE OF COLORADO }
}ss.
COUNTY OF LARIMER }

The foregoing ***Separation Agreement And Parenting Plan*** was subscribed and sworn to before me by Brooke Erin Hershfeldt, this ____ day of February, 2015. WITNESS my hand and official seal. My commission expires: _________

{Seal} ______________________________
Notary Public

STATE OF COLORADO }
} ss.
COUNTY OF LARIMER }

The foregoing ***Separation Agreement And Parenting Plan*** was subscribed and sworn to before me by Gerald Paul Hershfeldt, this ____ day of February, 2015. WITNESS my hand and official seal. My commission expires:_________

{Seal} ______________________________
Notary Public

# EXHIBIT 4

---

## Director O'Hayre Ratification Letter — February 5, 2026

*Written response of Heather O'Hayre, Director, Larimer County Department of Human Services, identifying the Separation Agreement as the enforcement predicate, characterizing the June 10, 2015 system entry as a purely administrative function, and stating that the agency acted appropriately.*

Relevant to: Counts I, II, IV, VIII

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# Response to Request for Information: Larimer County Human Services Complaints Unit

1 message

**HS Info** <hs-info@co.larimer.co.us> Fri, Feb 20, 2026 at 1:00 PM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

Good Afternoon Jerry,

Thank you for your patience while the Human Services staff reviewed and addressed your concerns.

Please find the accompanying document in response to your request. We truly appreciate your understanding and thank you for bringing this matter to our attention.

Should you have any additional questions or require further assistance, please do not hesitate to reach out.

--

LARIMER COUNTY

**Kalene Rowley**
Business Operations Coordinator
HS-Info/Complaints Unit

Larimer County Department of Human Services
1501 Blue Spruce Drive, Fort Collins, CO 80524
W: (970) 498-6311
hs-info@co.larimer.co.us

**LCDHS Response (G. HERSHFELDT)- Confidential Work Product.pdf**
205K

LARIMER COUNTY | Human Services

1501 Blue Spruce Drive Fort Collins, Colorado 80524, 970.498.6300, Larimer.org/humanservices

February 5, 2026

Gerald "Jerry" Hershfeldt
Email: jerry.hershfeldt@gmail.com

Re: Child Support Case 35-227339-45-0A; Court Case 2015DR229 - Larimer County

Dear Mr. Hershfeldt,

I am writing in response to a complaint you submitted in December 2025 regarding alleged administrative failures and misconduct occurring with regard to your child support case, and the potential suspension of your driving privileges for non-payment of child support.

Thank you for bringing your concerns to my attention. Please know that we take concerns, complaints, and grievances very seriously. We have a philosophy of attempting to resolve issues at the most immediate level possible.

Upon my receipt of your complaint the following actions were taken to research the matter and to better understand your concerns:

- Reviewed the emails between you and Larimer County Child Support Services.
- Reviewed the documentation in the Automated Child Support Enforcement System (ACSES).
- Reviewed your Motion for Reconsideration of Order Denying Motion to Void *Ab Initio* filed on November 12, 2025 and the court's January 13, 2026 Order denying your Motion for Reconsideration.
- Discussed the matter with Cindy Lucero (Child Support Specialist), Jennifer Brant (Child Support Specialist), Carleen Johnston (Child Support Services Manager), and Nance Kelly (Deputy Division Manager).

After a thorough review, it is my job to ensure we follow up regarding the specific concerns you expressed, and share what I can regarding what we discovered during our review and what we will do within the Department to address these issues. Below are the concerns you provided and our response to each individual item:

- You claim the court's order of June 10, 2015 is void due to an unsigned minute order stating "UNABLE TO ENTER SUPPORT ORDERS AS WE ARE MISSING SSN FOR CHILDREN; REQUESTED OF PARTIES IN COURT ON 6/9/15. TPH"

You have raised this issue with the court via your Motion to Void *Ab Initio* and your Motion for Reconsideration of the order denying that motion. The court denied your motions on the grounds they were filed beyond timeframes to review an order.

LARIMER COUNTY | Human Services

1501 Blue Spruce Drive Fort Collins, Colorado 80524, 970.498.6300, Larimer.org/humanservices

The initial court order in this case regarding your child support obligation is the Decree of Dissolution of Marriage which was signed by Magistrate Linda Conners on June 10, 2015 and incorporates the Separation Agreement and Parenting Plan filed on March 4, 2015 which addressed child support. The unsigned minute order of June 10, 2015 is simply the notation of the court clerk regarding a purely administrative function.

An order for modification of the June 2015 order was issued and signed by Magistrate Connors on June 2, 2022. The docket entry of that date with N/A and "Child Support Order 1st" is simply a court notation indicating the court clerk data-entered the order issued by Magistrate Connors into the computer system utilized by the court; again, it references a purely administrative function by the court.

Larimer County Child Support Services has acted appropriately in enforcing these court orders pursuant to applicable Colorado law.

- You allege that "worksheet fraud" occurred because a "Worksheet A" was used despite the parenting plan indicating that the parties would share custody of the minor children.

The original order was entered using a stipulated child support amount that you entered into as evidenced by your signature on the March 4, 2015 Separation Agreement and Parenting Plan. Larimer County was not involved in calculating that initial order.

The Modified order was entered to reflect the emancipation of your oldest child, R.J.H., and reflecting only your support obligation for E.O.H. . Based on your financial affidavit stating you had 0 overnights with the child, and the child continuing to reside in South Dakota, a Worksheet A was appropriate. You were served with the Motion to Modify Child Support on May 5, 2022, and filed no objection with the court, therefore an order entered in June 2022. As per the court's recent orders, you are beyond timeframes to contest that order.

- You allege that enforcement actions, specifically the suspension of your driver's license, constitute a violation of your Fourteenth Amendment due process rights.

Driver's license suspension for non-payment of child support is specifically authorized as an administrative remedy pursuant to CRS §26-13-123. No court hearing is required. 9 CCR 2504-1 (Volume 6) §6.902.2 specifies the applicable regulations for noticing and suspension of an obligor's driver's license. Your driver's license was suspended in July of 2023 and reinstated the following month, in August of 2023. It was subsequently suspended in December of 2024 and reinstated in June of 2025. All actions taken regarding suspension of your driver's license were taken in accordance with applicable statute and regulations and after appropriate noticing, including your right to request an administrative review prior to suspension of your driver's license. At this time, pursuant to our records, Larimer County Child Support services has not issued a request to the Colorado Department of Motor Vehicles to initiate suspension of your driving privileges.

LARIMER COUNTY | Human Services

1501 Blue Spruce Drive Fort Collins, Colorado 80524, 970.498.6300, Larimer.org/humanservices

- You allege that enforcement actions directly caused periods of homelessness for yourself.

Based on your prior statements, you lost your housing in June of 2023 due to your apartment building being sold, and you state you were unable to obtain new housing due to unemployment and negative credit reporting. Larimer County does not directly report to the credit bureaus regarding child support arrears; credit reporting is done at the state level in accordance with the US Code of Federal Regulations for Child Support which requires states to report past due child support to the credit bureaus.

- You allege that your daughter, E.O.H. , was not in the custody of the other parent during various times and was in state-paid residential treatment.

Larimer County Child Support staff advised you multiple times in 2023 when the issue was raised that you could submit a new request for modification, or you could file your own motion for modification with the court to address both parenting time and child support, as well as any arrears. You did neither. Larimer County Child Support is prevented by Title IV-D regulations from addressing parenting time.

I am hopeful that this response addresses your concerns. Thank you for bringing these concerns to our attention and providing us with the opportunity to look into this further.

If your concern is not resolved to your satisfaction, you may contact the State department's Child Support Services, using the contact information below.

Child Support Services – CDHS
1575 Sherman Street, 5th floor
Denver, CO 80203
Phone: (303) 866-4300
Fax: (303) 866-4360

If you have any questions about this response, you may also contact Kalene Rowley at 970-498-6311.

Sincerely,

Heather O'Hayre
Human Services Director
Larimer County Human Services

# EXHIBIT 5

---

## Family Support Registry Complete Payment Record

*Self-authenticating payment ledger for the subject account, reflecting total amounts paid, amounts returned, and net amount credited ($37,337.42), the absence of registry enforcement entries before mid-2018, and the garnishment activity during the January 2022 through August 2023 period.*

Relevant to: Counts II, III

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

# Account Summary

**Disclaimer**

The balances are provided as a convenience to you. The amounts shown are not a legal notice of the balances on your account. They may not reflect recent modifications to your support order. Per Colorado State statutes, child support arrears may be subject to interest, which may not be included in the balances shown.

If you disagree with the amounts shown, please contact your county child support enforcement unit.

**Want to make your payment online? Please " view options " here.**

## Select Account or Case

GERALD & BROOKE XXXXX17

### Obligor

GERALD HERSHFELDT

### Obligee

BROOKE HERSHFELDT

### FSR Account No.

XXXXX17-01

**Payment History**

CO IV-D Case No. Case Status

35-227339-45-0-A

### Status 1

| | |
|---|---|
| **Status** | Arrears only |
| **Other Info** | Obligor Employer Located |
| **Dependent Health Insurance** | Both Must Provide |
| **Paternity Establishment** | Unknown |
| **Support Filed Date** | 06/02/2022 |

### Your Case Technician

**CINDY A LUCERO** **Phone Number: (970)498-7749**

**Review and Adjustment:** Review and Adjustment: use this form to request a review of your current child support order. Turn in the completed form, along with any required verification documents, to your child support case worker handling your case.

**Income and Expense Affidavit:** Complete this form and attached it to the completed Review and Adjustment request form. Provide any verification documents for example, 3 most current pay stubs, daycare receipts, proof of medical insurance premium costs.

## Monthly Child Support Due

| | |
|---|---|
| Total Current Monthly Support | $0.00 |
| Monthly Arrears Due | $100.00 |

## Arrears Balance

| | |
|---|---|
| **Total** | $15,049.55 |

## Last Payment Received by FSR

| | |
|---|---|
| Disbursement Method | Electronically |
| Paid Date | 11/25/2025 |
| Amount | $12.00 |

© 2026 State of Colorado | Transparency Online | Support

COLORADO
Official State Web Portal

Coupon

© 2026 State of Colorado | Transparency Online | Support

COLORADO
Official State Web Portal

# Colorado Division of Child Support Services
## Complete Payment Record

| Family Support Registry<br>Automated Child Support Enforcement System | | | Feb 9, 2026<br>9:21:00 AM |
|---|---|---|---|
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | Gerald Hershfeldt | **FSR Transition** | 12/27/2017 |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 11/21/2025 | Electronic | $12.00 | | | | Brooke Hershfeldt |
| 09/30/2025 | Electronic | $14.00 | | | | Brooke Hershfeldt |
| 09/23/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 09/23/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 09/18/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 09/09/2025 | Electronic | $46.00 | | | | Brooke Hershfeldt |
| 08/26/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 08/19/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 08/11/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 08/05/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 08/04/2025 | Electronic | $28.00 | | | | Brooke Hershfeldt |
| 08/04/2025 | Electronic | $23.00 | | | | Brooke Hershfeldt |
| 06/30/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 06/23/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 06/16/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 06/09/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 06/02/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 05/27/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
## Complete Payment Record

**Family Support Registry** Feb 9, 2026
**Automated Child Support Enforcement System** 9:21:00 AM

| | | | |
|---|---|---|---|
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 05/19/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 05/12/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 05/05/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 04/28/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 04/21/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 04/14/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 04/07/2025 | Electronic | $46.15 | | | | Brooke Hershfeldt |
| 01/24/2025 | 00000001 | $156.00 | | | | Brooke Hershfeldt |
| 05/09/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 05/02/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 04/25/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 04/21/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 04/11/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 04/04/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 04/03/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 03/23/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 03/14/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 03/09/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
## Complete Payment Record

| Family Support Registry<br>Automated Child Support Enforcement System | | | Feb 9, 2026<br>9:21:00 AM |
|---|---|---|---|
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | Gerald Hershfeldt | **FSR Transition** | 12/27/2017 |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 02/28/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 02/22/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 02/15/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 02/07/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 01/31/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 01/24/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 01/18/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 01/10/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 01/04/2023 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 12/28/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 12/21/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 12/14/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 11/29/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 11/29/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 11/29/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 11/29/2022 | Electronic | $156.00 | | | | Brooke Hershfeldt |
| 09/20/2022 | Electronic | $336.00 | | | | Brooke Hershfeldt |
| 09/08/2022 | Electronic | $336.00 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
## Complete Payment Record

| Family Support Registry<br>Automated Child Support Enforcement System | | | Feb 9, 2026<br>9:21:00 AM |
|---|---|---|---|
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 08/23/2022 | Electronic | $336.00 | | | | Brooke Hershfeldt |
| 08/08/2022 | Electronic | $252.50 | | | | Brooke Hershfeldt |
| 07/25/2022 | Electronic | $336.00 | | | | Brooke Hershfeldt |
| 07/08/2022 | Electronic | $336.00 | | | | Brooke Hershfeldt |
| 06/24/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 06/09/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 05/24/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 05/10/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 04/26/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 04/11/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 03/24/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 03/09/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 02/24/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 02/09/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 01/25/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 01/11/2022 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 12/24/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 12/09/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
# Complete Payment Record

**Family Support Registry** Feb 9, 2026
**Automated Child Support Enforcement System** 9:21:00 AM

| | | | |
|---|---|---|---|
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 11/24/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 11/09/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 10/26/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 10/12/2021 | Electronic | $677.00 | | | | Brooke Hershfeldt |
| 11/08/2019 | 00032630 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 10/24/2019 | 00032543 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 10/10/2019 | 00032469 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 09/27/2019 | 00032403 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 09/09/2019 | 00032297 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 08/26/2019 | 00032199 | $624.93 | $624.93 | | | Brooke Hershfeldt |
| 08/17/2019 | 00032141 | $624.93 | | | | Brooke Hershfeldt |
| 08/01/2019 | 00032004 | $624.93 | | | | Brooke Hershfeldt |
| 07/18/2019 | 00031906 | $624.93 | | | | Brooke Hershfeldt |
| 07/05/2019 | 00031846 | $624.93 | | | | Brooke Hershfeldt |
| 06/17/2019 | 00031720 | $624.93 | | | | Brooke Hershfeldt |
| 06/03/2019 | 00031609 | $624.93 | | | | Brooke Hershfeldt |
| 05/21/2019 | 00031497 | $624.93 | | | | Brooke Hershfeldt |
| 05/06/2019 | 00031359 | $624.93 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
## Complete Payment Record

| | | | |
|---|---|---|---|
| **Family Support Registry**<br>**Automated Child Support Enforcement System** | | | Feb 9, 2026<br>9:21:00 AM |
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| Colorado Receipt Date | Check No. | Amount | Rtn Obligor | | | Obligee |
|---|---|---|---|---|---|---|
| 04/22/2019 | 00031242 | $624.93 | | | | Brooke Hershfeldt |
| 04/08/2019 | 00031141 | $624.93 | | | | Brooke Hershfeldt |
| 03/30/2019 | 00031074 | $624.93 | | | | Brooke Hershfeldt |
| 03/16/2019 | 00030970 | $624.93 | | | | Brooke Hershfeldt |
| 02/25/2019 | 00030811 | $624.93 | | | | Brooke Hershfeldt |
| 02/11/2019 | 00030724 | $624.93 | | | | Brooke Hershfeldt |
| 01/28/2019 | 00030631 | $624.93 | | | | Brooke Hershfeldt |
| 01/17/2019 | 00030528 | $624.93 | | | | Brooke Hershfeldt |
| 01/05/2019 | 00030430 | $624.93 | | | | Brooke Hershfeldt |
| 12/17/2018 | 00030362 | $624.93 | | | | Brooke Hershfeldt |
| 12/03/2018 | 00030277 | $624.93 | | | | Brooke Hershfeldt |
| 11/19/2018 | 00030207 | $624.93 | | | | Brooke Hershfeldt |
| 11/08/2018 | 00030127 | $624.93 | | | | Brooke Hershfeldt |
| 10/26/2018 | 00030044 | $624.93 | | | | Brooke Hershfeldt |
| 10/09/2018 | 00016256 | $624.93 | | | | Brooke Hershfeldt |
| 09/27/2018 | 00016183 | $624.93 | | | | Brooke Hershfeldt |
| 09/11/2018 | 00016087 | $624.93 | | | | Brooke Hershfeldt |
| 08/30/2018 | 00015980 | $624.93 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
# Complete Payment Record

| | | | |
|---|---|---|---|
| **Family Support Registry**<br>**Automated Child Support Enforcement System** | | | Feb 9, 2026<br>9:21:00 AM |
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

| **Colorado Receipt Date** | **Check No.** | **Amount** | **Rtn Obligor** | | | **Obligee** |
|---|---|---|---|---|---|---|
| 08/17/2018 | 00015959 | $624.93 | | | | Brooke Hershfeldt |
| 08/13/2018 | 00015866 | $624.93 | | | | Brooke Hershfeldt |
| 07/17/2018 | 00015765 | $624.93 | | | | Brooke Hershfeldt |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# Colorado Division of Child Support Services
# Complete Payment Record

| | | | |
|---|---|---|---|
| **Family Support Registry**<br>**Automated Child Support Enforcement System** | | | Feb 9, 2026<br>9:21:00 AM |
| **Court Case Id** | | **FSR Account No.** | XXXXX17 |
| **Obligor** | **Gerald Hershfeldt** | **FSR Transition** | **12/27/2017** |
| | | **Enf CSS Case** | |

## Total Amounts

| | |
|---|---|
| Total Amount paid | $41,087.00 |
| Total Credit for Fee retained by Other State | $0.00 |
| Total Amount returned to Obligor | (-) $3,749.58 |
| Total Credited to Account | $37,337.42 |

THIS DOCUMENT IS A TRUE AND ACCURATE COPY OF THE PAYMENT RECORD MAINTAINED BY THE FAMILY SUPPORT REGISTRY FOR THE INDICATED SUPPORT ORDER AS OF 02/09/2026. PAYMENTS ON THIS RECORD MAY ALSO APPEAR ON PAYMENT RECORDS FROM OTHER AGENCIES. THIS PAYMENT RECORD IS ADMISSIBLE AS EVIDENCE IN A COURT PROCEEDING AS PROOF OF PAYMENTS MADE THROUGH THE FAMILY SUPPORT REGISTRY PURSUANT TO SECTION 26-13-114 AND SECTION 14-14-110, C.R.S.

# EXHIBIT 6

---

## Jashinsky / Batts Worksheet Admission — July 7, 2022

*Internal Larimer County communication, forwarded to Plaintiff, in which Lead Child Support Technician Jashinsky credited the obligee with overnights for a child in 24/7 residential treatment, and Technician Batts stated the agency does not involve itself in parenting-time issues during modification.*

Relevant to: Counts III, VI

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# Re: Child support question

1 message

**Wendy Batts** <battswe@co.larimer.co.us> Thu, Jul 14, 2022 at 9:22 AM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

You're welcome.

On Thu, Jul 14, 2022 at 7:30 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

> Thank you for the explanation! I appreciate it. I'm working on submitting a new parenting plan and will address any further issues with that.
>
> Thanks again!
>
> Jerry
>
> On Fri, Jul 8, 2022 at 11:30 AM Wendy Batts <battswe@co.larimer.co.us> wrote:
>
> > Hi Jerry!
> > Here is the response that I received from the lead on the modification side of things:
> >
> > ---------- Forwarded message ---------
> > From: **Timothy Jashinsky** <jashintj@co.larimer.co.us>
> > Date: Thu, Jul 7, 2022 at 1:43 PM
> > Subject: Re: Child support question
> > To: Wendy Batts <battswe@co.larimer.co.us>
> >
> > Hello,
> >
> > Looked through it and the parenting plan makes it sound like they will share custody and it's not like either one has sole custody of the children. I reviewed the case some more with Suzanne and since the child is living in the other state with CP then CP will need to continue to maintain custody of the child and maintain her home to take care of the child when the child is released from the treatment facility, so we would still give her overnights in this case. Since the case was recently modded, and we would still give CP overnights due to her needing to continue to provide a home for the child once the child is released, and since the child could be released just 5 months away, we would deny the mod at this time.
> >
> > Thanks!
> >
> > On Thu, Jul 7, 2022 at 8:43 AM Wendy Batts <battswe@co.larimer.co.us> wrote:
> >
> > > that would be great, I want to make sure I give him a complete correct answer. The case number is 35-227339-45-0-A Gerald Hershfeldt VS Brooke Hershfeldt
> > >
> > > thank you!!
> > >
> > > On Wed, Jul 6, 2022 at 2:21 PM Timothy Jashinsky <jashintj@co.larimer.co.us> wrote:
> > >
> > > > Hello,
> > > >
> > > > It would generally need to be something that will be changed for at least 6 months. The idea with that is that we have 6 months to modify an order, and if it's going to go back to what it was within 6 months, it's possible as soon as the mod is done it would go back to the previous situation. I haven't reviewed the parenting plan but it's also possible that if the MOC still has custody of the child, despite that the child is living in an treatment facility, we would still give the overnights to MOC as she is ordered to have custody and maintain a home for the child to return to after the stay at the treatment facility. I don't see the case number but I can look at the case a little closer if you want.
> > > >
> > > > Thanks!
> > > >
> > > > On Wed, Jul 6, 2022 at 1:42 PM Wendy Batts <battswe@co.larimer.co.us> wrote:

Tim,
can you answer this question for me, so I can let the client know? They just went through mod and it sounds like the mod may have already reflected this change, but he is wondering how long permanent and ongoing is.

---------- Forwarded message ---------
From: **Jerry Hershfeldt** <jerry.hershfeldt@gmail.com>
Date: Wed, Jul 6, 2022 at 12:39 PM
Subject: Re: Child support question
To: Wendy Batts <battswe@co.larimer.co.us>

She's been in care since January. Brooke's overnight stays she's reported should reflect that. There is no discharge date at this time, but December is when it's anticipated. How long is permanent?

On Wed, Jul 6, 2022 at 10:54 AM Wendy Batts <battswe@co.larimer.co.us> wrote:

> Was the change in circumstances since the last modification on the case? If so, and its a PERMANENT and ONGOING change, then we can submit for a modification again. If its a temporary change, then a modification wouldnt be appropriate.
>
> If it has changed since the last mod, and is a permanent change, we can do the modification through our office again. Thank you
>
> On Tue, Jul 5, 2022 at 7:29 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>
>> I guess maybe I was thinking if it did, it would have affected this one. If Brooke was honest about how many overnights E.H. spends at her house anyway?
>>
>> Do I initiate that the same way I did this one?
>>
>> On Fri, Jul 1, 2022, 8:37 AM Wendy Batts <battswe@co.larimer.co.us> wrote:
>>
>>> Hi Jerry,
>>> It can, however, a modification would have to be requested through our office, or the courts for the chante in circumstances.
>>>
>>> On Wed, Jun 29, 2022 at 9:34 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>>>
>>>> If a child is in a 24/7 full time treatment facility for an extended period of time, and neither parent physically has overnight care responsibilities, does this affect child support?
>>>>
>>>> Jerry
>>>
>>> --
>>>
>>> LARIMER COUNTY
>>> **Wendy Batts**
>>> Child Support Technician II
>>> Department of Human Services - Benefits & Community Support
>>> 200 W Peridot Ave., Loveland, CO 80537
>>> W: (970) 219-9305| Fax: (970) 619-4465
>>> wbatts@larimer.org | www.larimer.org
>
> --
>
> LARIMER COUNTY
> **Wendy Batts**
> Child Support Technician II
> Department of Human Services - Benefits & Community Support
> 200 W Peridot Ave., Loveland, CO 80537
> W: (970) 219-9305| Fax: (970) 619-4465
> wbatts@larimer.org | www.larimer.org

--

LARIMER COUNTY
**Wendy Batts**
Child Support Technician II
Department of Human Services - Benefits & Community Support
200 W Peridot Ave., Loveland, CO 80537

W: (970) 219-9305| Fax: (970) 619-4465
wbatts@larimer.org | www.larimer.org

--

LARIMER COUNTY

**Tim Jashinsky**
Senior Child Support Technician

Department of Human Services-Child Support
1501 Blue Spruce, Fort Collins, CO
W: (970) 498-7725 | C: (970) 305-1859
jashintj@larimer.org | www.larimer.org

--

LARIMER COUNTY

**Wendy Batts**
Child Support Technician II

Department of Human Services - Benefits & Community Support
200 W Peridot Ave., Loveland, CO 80537
W: (970) 219-9305| Fax: (970) 619-4465
wbatts@larimer.org | www.larimer.org

--

LARIMER COUNTY

**Tim Jashinsky**
Senior Child Support Technician

Department of Human Services-Child Support
1501 Blue Spruce, Fort Collins, CO
W: (970) 498-7725 | C: (970) 305-1859
jashintj@larimer.org | www.larimer.org

--

LARIMER COUNTY

**Wendy Batts**
Child Support Technician II

Department of Human Services - Benefits & Community Support
200 W Peridot Ave., Loveland, CO 80537
W: (970) 219-9305| Fax: (970) 619-4465
wbatts@larimer.org | www.larimer.org

--

LARIMER COUNTY

**Wendy Batts**
Child Support Technician II

Department of Human Services - Benefits & Community Support
200 W Peridot Ave., Loveland, CO 80537
W: (970) 219-9305| Fax: (970) 619-4465
wbatts@larimer.org | www.larimer.org

# EXHIBIT 7

---

## Brant Enforcement Policy Admission — February 5, 2025

*Written statement of Jennifer Brant that enforcement is based exclusively on agency policy and procedures, confirming Colorado as the controlling enforcement authority and that the modification may not complete before the youngest child's emancipation. (Personal material redacted pursuant to Fed. R. Civ. P. 5.2.)*

Relevant to: Counts I, VI, VIII

Gmail

**Jerry Hershfeldt <jerry.hershfeldt@gmail.com>**

# Re: CP

1 message

**Jennifer Brant** <brantjr@co.larimer.co.us>
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
Cc: Susan Martens <martensa@co.larimer.co.us>

Wed, Feb 5, 2025 at 4:28 PM

Good afternoon Jerry,

I've received your email and wanted to reach out and assist with your questions.

Firstly I would like to apologize for the misinformation that Susan stated, the child support order is a Larimer County Colorado order. This would give us jurisdiction on the arrears balance or modification of the order, South Dakota would have to match our balance not the other way around as previously stated. I have spoken with her regarding the matter to address this issue so that it does not occur again in the future. The only way that we would no longer be involved is they provided us with a request to close the case. We are unable to state why their case was opened as you would need to speak with them regarding that portion.

Any enforcement remedies Colorado takes is based on our policy and procedures, the obligee's nor the other states are able to have any input or make agreements regarding actions our office takes. Any actions taken solely by South Dakota would need to be addressed with them.

Generally speaking any communication with a party cannot be shared with the other per confidentiality. With cases where we are working at another state's request the custodial party can only speak to the initiating state as we would be unable to speak with her on our end. I can get an arrears calculation to show month by month on how we have the arrears balance that we have, if you have any proof of direct payments sent to Brooke you can provide for us to review if credit has already been given or if we can give credit. In order for us to do so we either need the other party's agreement communicated through SD or the payment must show it was paid to her and for Child support. If neither can occur it would be an issue through the court.

Regarding your employer, Sante Fe Trading Company, we have not received any payments from them. If that is not the correct employer please let me know. I will assist and also follow up regarding the Income Withholding Order as they have not been communicating with us, but in the meantime suggest making direct payments as it is ultimately your responsibility to ensure its being paid. If we are unable to get the garnishment to occur I would suggest continued direct payments.

Your driver's license was selected for suspension on 11/18/24 for a suspension date of 12/23/2024. You were selected as the last payment at that time was 5/9/2023. We send a letter notifying you of suspension as well as the DMV sending one to the last address they have. Susan also attempted to reach out regarding the matter on 11/19/2024. I see that there was no communication back or an agreement on the amount to be paid to prevent suspension, since neither occured your license suspended. The type of notice you received is a Subsequent Notice of Failure to Comply, with this notice after suspension per policy the only way to receive a notice of compliance is for the case to either be paid in full (arrears and current monthly obligation), our case close or make 3 months of consistent payments in the total monthly amount due of $672. The payments have to be made each month, not in lump sum, for example February, March and once April is received the compliance will be issued by the system.

As the order we are enforcing from 6/2022 in which we modified, is still active we will continue to enforce and remedies will not be paused at this time. As the last child is within a year of the legal age of emancipation and the modification process may not be able to be completed before the child reaches the legal age of emancipation. Any modification would have to be addressed through the court. Any new orders addressing the monthly obligation and/or arrears we would like a copy so that we can adjust our ledger in accordance with the order.

If Brooke would no longer like assistance with the enforcement of the case she would need to speak with South Dakota for appropriate next steps. Any updates they provide us will be done so accordingly and if they give us permission to close we will do so immediately.

We also do not facilitate communication between parties.

Thank you,

**Jennifer Brant**
Senior Child Support Specialist

Department of Human Services- Benefits and Community Support Division
1501 Blue Spruce, Fort Collins, 80524
W:(970) 498-7727 |
Brantjr@larimer.org | www.larimer.org

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Please do not include me in your personal emails, I will not respond back to you with other people in the conversation.

***Susan Martens***

--

LARIMER COUNTY

**Susan Martens**
Child Support Specialist II

Department of Human Services - Child Support
1501 Blue Spruce Drive, Fort Collins, CO 80524
W: (970) 498-7747 F: (970)498-7605
martensa@co.larimer.co.us | www.larimer.org

[Prior email chain omitted · available for in camera review upon Court request]

# EXHIBIT 8

## Adoption Subsidy Designation and Placement Correspondence

*South Dakota records designating Plaintiff as the adoption-subsidy payee (custodial resource) for E.H., together with correspondence concerning E.H.'s residential placement and discharge, evidencing the contradictory custodial designations across state lines.*

Relevant to: Count III

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# RE: Supplemental Check

1 message

**Holen, Hannah** <Hannah.Holen@state.sd.us> Tue, Apr 25, 2023 at 10:13 AM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

I am glad E[redacted] has a supportive parent who is willing to do what is right for her. Please keep me updated and I will also do the same if I hear back from her!

Hannah Holen

Adoption Program Specialist

SD Department of Social Services

Division of Child Protection Services

1310 Main Ave S Ste 101 Brookings, SD 57006

Office: 605-688-4330 ext 6000232

Cell: 605-295-2817

Fax: 605-688-4339

DSS South Dakota Department of Social Services

This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.

The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Tuesday, April 25, 2023 10:01 AM
**To:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** Re: [EXT] Supplemental Check

I really appreciate your explanation; that really does help.

E[redacted] has been in inpatient treatment at Our Home in Parkston, South Dakota since Dec 2021. Anticipated discharge will be July. E[redacted] will be 17 in september, she is of age to choose where she lives, and most certainly chooses to live with me. Our doctor, placement worker, case manager will all give statements if needed the E[redacted] will be living with me.

Two years ago after she kicked R[redacted] out, she enforced the original child support order and in order for me to change it I had to have my current taxes up to date, but Brooke said she did not claim R[redacted] on her 2021 taxes, the IRS said otherwise, I finally had to give up and it was a $3,000 difference, and I continued paying child support while he was still living with me for over a year. She can be rather unscrupulous and definitely will not do what's in the child's best interest. If she finds this, I have more than enough evidence to simply have her parental rights terminated- which would be a relief to E[redacted] anyway.

Again, I appreciate your help.

Jerry

On Tue, Apr 25, 2023, 8:44 AM Holen, Hannah <Hannah.Holen@state.sd.us> wrote:

> This is a new process we put in place. It isn't a requirement to have her sign it, but it is helpful in these situations so we don't later have a parent say this was done without their consent. It can at times get messy in divorce/custody situations so this is to ensure we don't have those issues.
>
> Yes I will let you know if she contacts me, and if she doesn't contact me, I can still change this as long as I have verification that E[redacted] is going with you. Is E[redacted] already living with you or has she not transitioned yet?
>
> Hannah Holen
>
> Adoption Program Specialist
>
> SD Department of Social Services
>
> Division of Child Protection Services
>
> 1310 Main Ave S Ste 101 Brookings, SD 57006
>
> Office: 605-688-4330 ext 6000232
>
> Cell: 605-295-2817
>
> Fax: 605-688-4339
>
> This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.
>
> The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs,

activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Tuesday, April 25, 2023 9:41 AM
**To:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** Re: [EXT] Supplemental Check

I've contacted her in a separate email, odd though, she's never had me sign anything when it started going to her?

Could you possibly give me a heads up if she does contact you? I wouldn't exactly say she's an agreement, however E[redacted] entire treatment team at Our Home is in agreement that "no one should have to live in that environment, especially a child"

Brooke just said she wasn't going to fight it.

Thanks so much for your help -

Jerry

On Tue, Apr 25, 2023, 7:13 AM Holen, Hannah <Hannah.Holen@state.sd.us> wrote:

> Hello Jerry! In order to change the adoption subsidy from one parent to the other, I will need to verify that the mother is in agreement with this change. She can either complete this form that I have attached or else she can reach out to me at 605-295-2817 and let me know she is okay with this change.
>
> In the event I hear from her and she is okay with this, I have also attached the form to get the direct deposit set up.
>
> Hannah Holen
>
> Adoption Program Specialist
>
> SD Department of Social Services
>
> Division of Child Protection Services
>
> 1310 Main Ave S Ste 101 Brookings, SD 57006
>
> Office: 605-688-4330 ext 6000232
>
> Cell: 605-295-2817
>
> Fax: 605-688-4339
>
> This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.

The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Monday, April 24, 2023 8:00 PM
**To:** Reiss, Patricia <Patricia.Reiss@state.sd.us>
**Cc:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** Re: [EXT] Supplemental Check

I appreciate it, thank you both.

Jerry

On Mon, Apr 24, 2023, 5:32 PM Reiss, Patricia <Patricia.Reiss@state.sd.us> wrote:

> Jerry
>
> I am forwarding this email to Hannah Holen. I believe that she can help you with this request.
>
> Patricia Reiss
> Adoption Program Specialist
> Division of Child Protection Services
> Department of Social Services
> 700 Governors Drive
> Pierre, SD 57501
> 605-773-3227
>
> This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 ext. 231 or by reply transmission by e-mail, and delete all copies of the message.
>
> The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this

policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Monday, April 24, 2023 2:49 PM
**To:** Reiss, Patricia <Patricia.Reiss@state.sd.us>
**Subject:** [EXT] Supplemental Check

Hi Patti-

I'm not sure if you are the correct contact, if not- could you please help guide me?

My daughter E[redacted], is going to be living with me and we would like to have the address the supplemental adoption check goes to?

It was going to her mom n Yankton, but needs to start going to

Jerry Hershfeldt

[redacted]

Denver, CO. 80206

I would like to have it direct deposited if I could get that info?

Thank you-

Jerry Hershfeldt

Gmail **Jerry Hershfeldt <jerry.hershfeldt@gmail.com>**

# RE: FW: Adoption Subsidy Check

1 message

**Holen, Hannah** <Hannah.Holen@state.sd.us> Mon, Oct 23, 2023 at 7:29 AM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

I received verification from her previous placement that she was discharged to Brooke and living with her. If this changes and she lives with you please let me know and it can be switched back. As stated in the adoption subsidy, the payment is provided to the caregiver of the youth.

Hannah Holen

Adoption Program Specialist

SD Department of Social Services

Division of Child Protection Services

1310 Main Ave S Ste 101 Brookings, SD 57006

Office: 605-688-4330 ext 6000232

Cell: 605-295-2817

Fax: 605-688-4339

DSS South Dakota Department of Social Services

This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.

The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Saturday, October 21, 2023 10:00 AM
**To:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** Re: [EXT] FW: Adoption Subsidy Check

Can you confirm any communication that the check was going to be switched to Brooke? I have to get her to sign documents for me to get it, but she doesn't't? Not so much about the signing of the paperwork it's the cowardness it took to do it behind my back with no communication.

We can talk about it in court

On Tue, Aug 15, 2023, 7:35 AM Holen, Hannah <Hannah.Holen@state.sd.us> wrote:

Do you confirm that E[redacted] is living with her mother currently?

Hannah Holen

Adoption Program Specialist

SD Department of Social Services

Division of Child Protection Services

1310 Main Ave S Ste 101 Brookings, SD 57006

Office: 605-688-4330 ext 6000232

Cell: 605-295-2817

Fax: 605-688-4339

This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.

The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Brooke Hershfeldt <[redacted]
**Sent:** Monday, August 14, 2023 9:58 PM
**To:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** RE: [EXT] Adoption Subsidy Check

She was at our house July 31st.

Sent from Yahoo Mail on Android

On Mon, Aug 14, 2023 at 9:12 AM, Holen, Hannah

<Hannah.Holen@state.sd.us> wrote:

What date did she, or will she be if she isn't already, move back into your home?

Hannah Holen

Adoption Program Specialist

SD Department of Social Services

Division of Child Protection Services

1310 Main Ave S Ste 101 Brookings, SD 57006

Office: 605-688-4330 ext 6000232

Cell: 605-295-2817

Fax: 605-688-4339

This message is being sent by or on behalf of the South Dakota Department of Social Services. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, attorney-client privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by telephone at (605) 688-4330 or by reply transmission by e-mail, and delete all copies of the message.

The Department of Social Services does not exclude, deny benefits to, or otherwise discriminate against any person on the basis of actual or perceived race, color, religion, national origin, sex, age, gender identity, sexual orientation or disability in admission or access to, or treatment or employment in its programs, activities, or services. For more information about this policy or to file a Discrimination Complaint you may contact: Discrimination Coordinator, Director of DSS Division of Legal Services, 700 Governor's Drive, Pierre SD 57501, 605-773-3305.

---

**From:** Brooke Hershfeldt <[redacted]
**Sent:** Friday, August 11, 2023 6:30 PM
**To:** Holen, Hannah <Hannah.Holen@state.sd.us>
**Subject:** [EXT] Adoption Subsidy Check

Hi Hannah,

I was just checking in with you to see if you have received the authorization from Jerry Hershfeldt on the change to E[redacted] H[redacted] adoption subsidy check.

I received the receipt for the check this month, but I'm assuming the check is still being sent to Jerry.

At this time, E[redacted] is enrolled for school here in Yankton and will be living with us until at least Christmas.

Thank you for your time!

Brooke Hershfeldt

Sent from Yahoo Mail on Android

# EXHIBIT 9

---

## Boyd UIFSA Enforcement Clarification — June 4, 2025

*Written statement of Larry Boyd, South Dakota Division of Child Support, that South Dakota shares employment information with Colorado so that Colorado can enforce. (Redacted pursuant to Fed. R. Civ. P. 5.2.)*

Relevant to: Counts III, VII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

South Dakota jerry.hershfeldt@gmail.com Sign Out ?

# RE: [EXT] Subject: Follow-Up and Request for Clarification on Enforcement Authority – Hershfeldt Case

BL Boyd, Larry <Larry.Boyd@state.sd.us>
6/4/2025 1:01:31 PM
To: jerry.hershfeldt@gmail.com

Reply All

Encrypt: This message is encrypted. Recipients can't remove encryption.

Good morning Jerry.

See my responses to your questions below in red...............

Larry

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Friday, May 30, 2025 4:03 PM
**To:** Boyd, Larry <Larry.Boyd@state.sd.us>
**Subject:** [EXT] Subject: Follow-Up and Request for Clarification on Enforcement Authority – Hershfeldt Case

**Subject:** Follow-Up and Request for Clarification on Enforcement Authority – Hershfeldt Case

Thank you for your previous response confirming that South Dakota opened a child support case in February 2021 and sent it outgoing to Colorado for enforcement. I'd like to follow up for clarification on the specific enforcement role South Dakota has maintained.

Attached to this message is a letter dated **January 13, 2025**, from your office (signed by Jane Rodig), addressed directly to my Colorado employer. It requests wage and employment verification under **SDCL 25-7A-56.5**. This appears to be a **direct enforcement action initiated by South Dakota**.

Given your earlier statement that South Dakota sent the case to Colorado for enforcement, I'd appreciate your clarification on the following point:

> Is South Dakota serving only as the initiating state while Colorado enforces the order, or is South Dakota itself asserting enforcement authority, including initiating wage garnishments?

The attached document is not a wage garnishment. It is an inquiry to gain information, to see if you are working there, etc. if we gain any information, we share that with Colorado so they can enforce.

This distinction matters significantly under **UIFSA §205(c)**, which prohibits any other state from enforcing or modifying a support order when the issuing state retains continuing, exclusive jurisdiction—and I have remained a Colorado resident at all times.

To ensure I fully understand the legal basis for this enforcement, I am also formally requesting the following from your case file:

1. A copy of the *Request for Child Support Services* (DSS-SE-408) submitted by Brooke Hershfeldt that led to the February 2021 reopening.

This information may contain Personal information about others, that due to confidentiality, we cannot share. You were provided case balances, aware of the court order, etc so had all of the information that pertains to you.

Any information that is not directly your information cannot be shared.

2. Any submissions she made reporting changes in:
   - Custody or residence of R.J.H. or E.O.H. ,
   - Receipt of direct child support payments,
   - Public assistance applications, or
   - The June 2022 modified Colorado court order.

I assume that you already have a copy of this Colorado court order, but if you need a copy, I would be happy to provide that to you.

3. Any records of notice or service to me concerning registration or contest rights under UIFSA.

I look forward to your response and appreciate your assistance in providing clarity and records related to this matter.

Sincerely,
**Jerry Hershfeldt**

---

Message Encryption by Microsoft Office 365

# EXHIBIT 10

---

## South Dakota Form DSS-SE-466A — January 13, 2025

*Employment-verification demand mailed by Jane Rodig, South Dakota Division of Child Support, to Plaintiff's Colorado employer at 4704 Harlan Street, Suite 220, Denver, Colorado, invoking SDCL 25-7A-56.5.*

Relevant to: Counts III, VII; Personal Jurisdiction

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

DSS-SE-466A (06/2017)
Gerald Hershfeldt
SSN: [redacted]
DCS#: 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A

**DEPARTMENT OF SOCIAL SERVICES**
DIVISION OF CHILD SUPPORT
3113 Spruce, Suite 200
Yankton SD 57078
PHONE: (605)668-3030
FAX #: (605)668-3014

January 13, 2025

COLORADO BUILDING & CONSTRUCTION TR
4704 HARLAN ST STE 220
DENVER CO 80212-7417

Dear Employer:

Our office is attempting to locate the above individual and/or verify wages in relation to his/her child support responsibilities. I am informed that the above named individual is now, or recently has been, employed by your company.

In accordance with SDCL 25-7A-56.5, please provide this office with the information requested below as soon as possible. Your cooperation in this matter is greatly appreciated.

Last Known: SSN: ______________ Phone #: ______________
Address: ______________
City: ______________ State: ______________ Zip: ______________
Country: ______________

Check the statement that applies: ☐ Is now employed here: ☐ Full Time ☐ Part Time
☐ Has never been employed here. ☐ Was laid off (Will return on ______________).
☐ Quit on ______________ ☐ Employment was terminated ______________
☐ Other ______________

If quit or terminated, name and address of his/her current employer, if known:
______________

WAGES:

| QUARTER | YEAR | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Current Monthly Wages: ______________
If employed, is health insurance available under a group plan? ______________
Employer FEIN: ______________
Remarks: ______________

SIGNATURE: ______________ DATE: ______________
TELEPHONE #: ______________

Enclosed is a self-addressed, stamped envelope for your convenience.

Sincerely, *Jane Rodig*
Jane Rodig
Lead Child Support Specialist

# EXHIBIT 11

## Interstate Enforcement Records — South Dakota

*Documents reflecting South Dakota's interstate child support enforcement activity directed into Colorado. (Redacted pursuant to Fed. R. Civ. P. 5.2.)*

Relevant to: Counts II, III, VII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

**THE LARIMER COUNTY DEPARTMENT OF HUMAN SERVICES**
**CHILD SUPPORT ENFORCEMENT ACCOUNTING UNIT**

**HOUSEHOLD NUMBER[redacted]339-45-0A**

**DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO**
**LEDGER NUMBER[redacted]-1-2015DR[redacted]**

**OBLIGOR:**
**GERALD P. HERSHFELDT**

**OBLIGEE:**
**BROOKE HERSHFELDT**

**CHILDREN:**
**R[redacted]**
**E[redacted]**

**DATE OF BIRTH:**
**[redacted]/03**
**[redacted]/06**

**EMANCIPATION:**
**[redacted]/22**
**09/[redacted]/25**

**ORDER DATED 06/09/2015: OBLIGOR TO PAY CHILD SUPPORT OF $1128 PER MONTH, COMMENCING 07/01/2015. OBLIGOR TO PROVIDE MEDICAL INSURANCE FOR THE CHILDREN.**

**UIFSA FROM SOUTH DAKOTA TO ENFORCE OUR ORDER BEGINNING MAY 2017 FORWARD.**

*****CASE CLOSED SEPTEMBER 2019 PER SOUTH DAKOTA/OBLIGEE REQUEST*****

**UIFSA FROM SOUTH DAKATA TO ENFORCE OUR ORDER BEGINNING FEBRUARY 2021 FORWARD. EMAIL FROM SD CONFIRMING TWO DIRECT PAYMENTS OF $600 EACH MADE IN MAY 2021 THAT WERE NOT NOTED ON THE AREARS AFFIDAVIT.**

**6/2/2022 ORDER MODIFYING CHILD SUPPORT: OBLIGOR TO PAY CHILD SUPPORT OF $622.00 PER MONTH COMMENCING 6/5/22. EITHER PARTY TO PROVIDE MEDICAL INSURANCE FOR THE (CHILD)REN.**

**LAST CHILD MOVED OUT OF HOME 9/2024, CASE IS ARREARS AS OF 10/2024**

| Month Child Support Due | Child Support Due | Child Support Paid | Child Support Due to Obligee | Total Arrears Due |
|---|---|---|---|---|
| May-17 | $1,128.00 | $0.00 | $1,128.00 | $1,128.00 |
| Jun-17 | $1,128.00 | $0.00 | $1,128.00 | $2,256.00 |
| Jul-17 | $1,128.00 | $0.00 | $1,128.00 | $3,384.00 |
| Aug-17 | $1,128.00 | $0.00 | $1,128.00 | $4,512.00 |
| Sep-17 | $1,128.00 | $0.00 | $1,128.00 | $5,640.00 |
| Oct-17 | $1,128.00 | $0.00 | $1,128.00 | $6,768.00 |
| Nov-17 | $1,128.00 | $0.00 | $1,128.00 | $7,896.00 |
| Dec-17 | $1,128.00 | $0.00 | $1,128.00 | $9,024.00 |
| Jan-18 | $1,128.00 | $0.00 | $1,128.00 | $10,152.00 |

| | | | | |
|---|---|---|---|---|
| Feb-18 | $1,128.00 | $0.00 | $1,128.00 | $11,280.00 |
| Mar-18 | $1,128.00 | $0.00 | $1,128.00 | $12,408.00 |
| Apr-18 | $1,128.00 | $0.00 | $1,128.00 | $13,536.00 |
| May-18 | $1,128.00 | $0.00 | $1,128.00 | $14,664.00 |
| Jun-18 | $1,128.00 | $0.00 | $1,128.00 | $15,792.00 |
| Jul-18 | $1,128.00 | $624.93 | $503.07 | $16,295.07 |
| Aug-18 | $1,128.00 | $1,874.79 | -$746.79 | $15,548.28 |
| Sep-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,426.42 |
| Oct-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,304.56 |
| Nov-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,182.70 |
| Dec-18 | $1,128.00 | $1,249.86 | -$121.86 | $15,060.84 |

| Month Child Support Due | Child Support Due | Child Support Paid | Child Support Due to Obligee | Total Arrears Due |
|---|---|---|---|---|
| Jan-19 | $1,128.00 | $1,874.79 | -$746.79 | $14,314.05 |
| Feb-19 | $1,128.00 | $1,249.86 | -$121.86 | $14,192.19 |
| Mar-19 | $1,128.00 | $1,249.86 | -$121.86 | $14,070.33 |
| Apr-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,948.47 |
| May-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,826.61 |
| Jun-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,704.75 |
| Jul-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,582.89 |
| Aug-19 | $1,128.00 | $1,249.86 | -$121.86 | $13,461.03 |
| Sep-19 | -$13,461.03 | $0.00 | -$13,461.03 | $0.00 |
| Oct-19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nov-19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dec-19 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jan-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Feb-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mar-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Apr-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| May-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jun-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jul-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Aug-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sep-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Oct-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nov-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dec-20 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jan-21 | $0.00 | $0.00 | $0.00 | $0.00 |
| Feb-21 | $1,128.00 | $0.00 | $1,128.00 | $1,128.00 |
| Mar-21 | $1,128.00 | $0.00 | $1,128.00 | $2,256.00 |
| Apr-21 | $1,128.00 | $0.00 | $1,128.00 | $3,384.00 |
| May-21 | $1,128.00 | $1,200.00 | -$72.00 | $3,312.00 |
| Jun-21 | $1,128.00 | $0.00 | $1,128.00 | $4,440.00 |
| Jul-21 | $1,128.00 | $0.00 | $1,128.00 | $5,568.00 |
| Aug-21 | $1,128.00 | $0.00 | $1,128.00 | $6,696.00 |
| Sep-21 | $1,128.00 | $0.00 | $1,128.00 | $7,824.00 |
| Oct-21 | $1,128.00 | $1,354.00 | -$226.00 | $7,598.00 |
| Nov-21 | $1,128.00 | $1,354.00 | -$226.00 | $7,372.00 |
| Dec-21 | $1,128.00 | $1,354.00 | -$226.00 | $7,146.00 |
| Jan-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,920.00 |
| Feb-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,694.00 |
| Mar-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,468.00 |
| Apr-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,242.00 |
| May-22 | $1,128.00 | $1,354.00 | -$226.00 | $6,016.00 |
| Jun-22 | $622.00 | $1,354.00 | -$732.00 | $5,284.00 |

| | | | | |
|---|---|---|---|---|
| Jul-22 | $622.00 | $672.00 | -$50.00 | $5,234.00 |
| Aug-22 | $622.00 | $588.50 | $33.50 | $5,267.50 |
| Sep-22 | $622.00 | $672.00 | -$50.00 | $5,217.50 |
| Oct-22 | $622.00 | $0.00 | $622.00 | $5,839.50 |
| Nov-22 | $622.00 | $624.00 | -$2.00 | $5,837.50 |
| Dec-22 | $622.00 | $468.00 | $154.00 | $5,991.50 |
| Jan-23 | $622.00 | $780.00 | -$158.00 | $5,833.50 |
| Feb-23 | $622.00 | $624.00 | -$2.00 | $5,831.50 |
| Mar-23 | $622.00 | $468.00 | $154.00 | $5,985.50 |

| Month Child Support Due | Child Support Due | Child Support Paid | Child Support Due to Obligee | Total Arrears Due |
|---|---|---|---|---|
| Apr-23 | $622.00 | $780.00 | -$158.00 | $5,827.50 |
| May-23 | $622.00 | $312.00 | $310.00 | $6,137.50 |
| Jun-23 | $622.00 | $0.00 | $622.00 | $6,759.50 |
| Jul-23 | $622.00 | $0.00 | $622.00 | $7,381.50 |
| Aug-23 | $622.00 | $0.00 | $622.00 | $8,003.50 |
| Sep-23 | $622.00 | $0.00 | $622.00 | $8,625.50 |
| Oct-23 | $622.00 | $0.00 | $622.00 | $9,247.50 |
| Nov-23 | $622.00 | $0.00 | $622.00 | $9,869.50 |
| Dec-23 | $622.00 | $0.00 | $622.00 | $10,491.50 |
| Jan-24 | $622.00 | $0.00 | $622.00 | $11,113.50 |
| Feb-24 | $622.00 | $0.00 | $622.00 | $11,735.50 |
| Mar-24 | $622.00 | $0.00 | $622.00 | $12,357.50 |
| Apr-24 | $622.00 | $0.00 | $622.00 | $12,979.50 |
| May-24 | $622.00 | $0.00 | $622.00 | $13,601.50 |
| Jun-24 | $622.00 | $0.00 | $622.00 | $14,223.50 |
| Jul-24 | $622.00 | $0.00 | $622.00 | $14,845.50 |
| Aug-24 | $622.00 | $0.00 | $622.00 | $15,467.50 |
| Sep-24 | $622.00 | $0.00 | $622.00 | $16,089.50 |
| Oct-24 | $0.00 | $0.00 | $0.00 | $16,089.50 |
| Nov-24 | $0.00 | $0.00 | $0.00 | $16,089.50 |
| Dec-24 | $0.00 | $0.00 | $0.00 | $16,089.50 |
| Jan-25 | $0.00 | $156.00 | -$156.00 | $15,933.50 |
| Feb-25 | $0.00 | $0.00 | $0.00 | $15,933.50 |
| Mar-25 | $0.00 | $0.00 | $0.00 | $15,933.50 |
| Apr-25 | $0.00 | $184.60 | -$184.60 | $15,748.90 |
| May-25 | $0.00 | $184.60 | -$184.60 | $15,564.30 |
| Jun-25 | $0.00 | $138.45 | -$138.45 | $15,425.85 |
| | $53,586.97 | $38,161.12 | $15,425.85 | |
| TOTAL DUE | | | | $15,425.85 |

6/18/25
PK

# EXHIBIT 12

## Colorado Tradeline — Date Opened June 9, 2015

*Consumer-report tradeline reflecting a child support account with a Date Opened of June 9, 2015 — one day before the June 10, 2015 system entry documenting that the support order could not be entered.*

Relevant to: Count VII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

EQUIFAX®

Prepared For **GERALD P. HERSHFELDT** **Date generated:** Dec 17, 2025

**STATE OF COLORADO CH** $15,049

Unknown payment history

Balance updated **Nov 30, 2025**

**Account info**

| | | | |
|---|---|---|---|
| Account name | **STATE OF COLORADO CH** | Balance | **$15,049** |
| Account number | **143520XXXXXX** | Balance updated | **Nov 30, 2025** |
| Original creditor | - | Original balance | - |
| Company sold | - | Monthly payment | **$100** |
| Account type | **Open Account** | Last Payment Date | **Nov 01, 2025** |
| Date opened | **Jun 09, 2015** | Past due amount | **$616** |
| Open/closed | **Open** | Terms | - |
| Status | **At least 120 days or more than four payments past due** | Responsibility | **Individual Account** |
| Status updated | **Nov 2025** | Your statement | - |

**Payment history**

**No payment history available to display.**

**Contact info**

| | |
|---|---|
| Address | **SUPPORT ENF 1575 SHERMAN ST 2N 303 E 17TH AVENUE SUITE 200 DENVER, CO 80203-1702** |
| Phone number | **(303) 866-5994** |

**Comments**

EQUIFAX®

Prepared For **GERALD P. HERSHFELDT** **Date generated:** Dec 17, 2025

**OFFICE OF CHILD SUPP** **$0**

Unknown payment history Closed

**Account info**

| | | | |
|---|---|---|---|
| Account name | **OFFICE OF CHILD SUPP** | Balance | **$0** |
| Account number | **326684XXXXXX** | Balance updated | **Oct 02, 2023** |
| Original creditor | - | Original balance | **$0** |
| Company sold | - | Monthly payment | - |
| Account type | **Open Account** | Last Payment Date | **Jan 01, 2021** |
| Date opened | **May 09, 2017** | Past due amount | - |
| Open/closed | **Closed** | Terms | - |
| Status | - | Responsibility | **Individual Account** |
| Status updated | **Oct 2023** | Your statement | - |

**Payment history**

**No payment history available to display.**

**Contact info**

Address **700 GOVERNORS DR TAPE ONLY PIERRE, SD 57501-2291**

Phone number **(800) 231-8346**

**Comments**

**COLLECTION ACCOUNT**

## Your Equifax credit report

As of **February 07, 2026**

Credit Report date

Equifax - January 23, 2026

< Back

# STATE OF COLORADO CHILD

Report Date: Jan 23, 2026

If you find information in your credit report that you believe is incomplete or inaccurate, you can **file a dispute**.

**Details** | Payments | 24 Month History

### OVERVIEW

| | |
|---|---|
| **Account Number** | xxxxxxxx 0002 |
| **Account Status** | OVER_120_DAYS_PAST_DUE |
| **Owner** | INDIVIDUAL |
| **Account Type** | OPEN |
| **Creditor Classification** | - |
| **Loan Type** | CHILD_SUPPORT |
| **Original Creditor Name** | - |

| | |
|---|---|
| **Months Reviewed** | 50 |
| **Activity Designator** | - |
| **Terms Frequency** | MONTHLY |
| **Term Duration** | - |
| **Purchased From** | - |
| **Sold To** | - |

### BALANCE AND AMOUNTS

| | |
|---|---|
| **Balance** | $15,049 |
| **Credit Limit** | - |
| **High Credit** | - |
| **Available Credit** | - |

### ACCOUNT DATES

| | |
|---|---|
| **Date Opened** | Jun 09, 2015 |
| **Date Reported** | Dec 31, 2025 |
| **Date of Last Activity** | - |
| **Date of First Delinquency** | Dec 31, 2025 |

### COMMENTS AND CONTACT

CHILD/FAMILY SUPPORT

180 DAYS OR MORE PAST DUE

## Your Equifax credit report

As of **February 07, 2026**

Credit Report date

Equifax - January 23, 2026

< Back

# STATE OF COLORADO CHILD

Report Date: Jan 23, 2026

Details | **Payments** | 24 Month History

### PAYMENT HISTORY

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2025** | | | | | | | | | | | | |
| **2024** | | | | | | | | | | | | |
| **2023** | | | | | | | | | | | | |
| **2022** | | | | | | | | | | | | |
| **2021** | | | | | | | | | | | | |
| **2020** | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| ✓ Paid on time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due |
| **120** 120 Days Past Due | **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender |
| **F** Foreclosure | **C** Collection Account | **CO** Charge Off | **B** Included in Bankruptcy |
| **R** Repossession | **TN** Too New to Rate | No Data Available | |

### PAYMENT DETAILS

| | | | |
|---|---|---|---|
| **Months Reviewed** | 50 | **Date of Last Payment** | Nov 2025 |
| **Payment Responsibility** | INDIVIDUAL | **Scheduled Payment Amount** | $100 |
| **Deferred Payment Start Date** | - | **Actual Payment Amount** | - |
| **Date Closed** | - | **Charge Off Amount** | - |

### OTHER PAYMENTS & DELINQUENCIES

| | | | |
|---|---|---|---|
| **Balloon Payment Date** | - | **Delinquency First Reported** | Dec 31, 2025 |
| **Balloon Payment Amount** | - | **Amount Past Due** | $700 |

Credit Report date

Equifax - January 23, 2026

< Back

# STATE OF COLORADO CHILD

Report Date: Jan 23, 2026

Details | Payments | **24 Month History**

## 24 MONTH HISTORY

The table below shows up to 24 months of historical data. If the table is blank, this data was not provided to Equifax.

| Date | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 12/25 | $15,049 | $100 | - | 11/21/2025 | $700 | - | - | 192,264 |
| 11/25 | $15,049 | $100 | - | 11/21/2025 | $616 | - | - | 192,264 |
| 10/25 | $15,061 | $100 | - | 09/30/2025 | $528 | - | - | 192,263 |
| 09/25 | $15,061 | $100 | - | 09/30/2025 | $428 | - | - | 192,262 |
| 08/25 | $15,190 | $100 | - | 08/26/2025 | $457 | - | - | 192 |
| 07/25 | $15,333 | $100 | - | 06/30/2025 | $500 | - | - | 192 |
| 06/25 | $15,333 | $200 | - | 06/30/2025 | $300 | - | - | 192 |
| 05/25 | $15,564 | $200 | - | 05/27/2025 | $330 | - | - | 192 |
| 04/25 | $15,748 | $200 | - | 04/28/2025 | $315 | - | - | 192 |
| 03/25 | $15,933 | $200 | - | 01/24/2025 | $922 | - | - | 192,264 |
| 02/25 | $15,933 | $100 | - | 01/24/2025 | $1,444 | - | - | 192,264 |
| 01/25 | $17,955 | $622 | - | 01/24/2025 | $3,576 | - | - | 192,264 |

< | 1 **2** | >

**Narrative code description:**

192 — Child/Family Support

262 — 120 Days Past Due

264 — 180 Days or More Past Due

263 — 150 Days Past Due

Credit Report date

Equifax - January 23, 2026

< Back

# STATE OF COLORADO CHILD

Report Date: Jan 23, 2026

Details | Payments | **24 Month History**

## 24 MONTH HISTORY

The table below shows up to 24 months of historical data. If the table is blank, this data was not provided to Equifax.

| Date | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 12/25 | $15,049 | $100 | - | 11/21/2025 | $700 | - | - | 192,264 |
| 11/25 | $15,049 | $100 | - | 11/21/2025 | $616 | - | - | 192,264 |
| 10/25 | $15,061 | $100 | - | 09/30/2025 | $528 | - | - | 192,263 |
| 09/25 | $15,061 | $100 | - | 09/30/2025 | $428 | - | - | 192,262 |
| 08/25 | $15,190 | $100 | - | 08/26/2025 | $457 | - | - | 192 |
| 07/25 | $15,333 | $100 | - | 06/30/2025 | $500 | - | - | 192 |
| 06/25 | $15,333 | $200 | - | 06/30/2025 | $300 | - | - | 192 |
| 05/25 | $15,564 | $200 | - | 05/27/2025 | $330 | - | - | 192 |
| 04/25 | $15,748 | $200 | - | 04/28/2025 | $315 | - | - | 192 |
| 03/25 | $15,933 | $200 | - | 01/24/2025 | $922 | - | - | 192,264 |
| 02/25 | $15,933 | $100 | - | 01/24/2025 | $1,444 | - | - | 192,264 |
| 01/25 | $17,955 | $622 | - | 01/24/2025 | $3,576 | - | - | 192,264 |

< | 1 2 | >

**Narrative code description:**

192 — Child/Family Support

262 — 120 Days Past Due

264 — 180 Days or More Past Due

263 — 150 Days Past Due

TransUnion

Prepared For **GERALD P. HERSHFELDT** **Date generated:** Dec 17, 2025

**CO CHILD SUP** **$15,049**

29 late payments Balance updated **Nov 30, 2025**

**Account info**

| | | | |
|---|---|---|---|
| Account name | **CO CHILD SUP** | Balance | **$15,049** |
| Account number | **143520XX** | Balance updated | **Nov 30, 2025** |
| Original creditor | - | Original balance | **$0** |
| Company sold | - | Monthly payment | - |
| Account type | **Open account** | Last Payment Date | **Nov 21, 2025** |
| Date opened | **Jun 09, 2015** | Past due amount | **$616** |
| Open/closed | **Open** | Terms | - |
| Status | **120 days past due** | Responsibility | **Individual account** |
| Status updated | **Nov 2025** | Your statement | - |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | 120 | 120 | 120 | 90 | 60 | 60 | 90 | 90 | 120 | 120 | - | - |
| 2024 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 120 | 120 | 120 |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | - | - | - | - | - | - | - | - | - | - | ✓ | ✓ |

✓ On Time　30 30 Days Late　60 60 Days Late

90 90 Days Late　120 120+ Days Late　- Data Unavailable

**Contact info**

Address　**1575 SHERMAN ST 5TH FLOOR DENVER, CO 80203**

Phone number　**(303) 866-4300**

**Comments**

-

TransUnion

Prepared For **GERALD P. HERSHFELDT** **Date generated:** Dec 17, 2025

**DEPTOFSOCSRV** **$0**

Unknown payment history Closed

**Account info**

| | | | |
|---|---|---|---|
| Account name | **DEPTOFSOCSRV** | Balance | **$0** |
| Account number | **326684XX** | Balance updated | **Aug 31, 2021** |
| Original creditor | - | Original balance | **$0** |
| Company sold | - | Monthly payment | - |
| Account type | **Open account** | Last Payment Date | **Jan 01, 2021** |
| Date opened | **May 09, 2017** | Past due amount | **$0** |
| Open/closed | **Closed** | Terms | - |
| Status | **Paid or paying as agreed** | Responsibility | **Individual account** |
| Status updated | **Aug 2021** | Your statement | - |

**Payment history**

**No payment history available to display.**

**Contact info**

| | |
|---|---|
| Address | **700 GOVERNORS DR**<br>**PIERRE,**<br>**SD 57501** |
| Phone number | (605) 773-3641 |

**Comments**

**Account closed due to transfer**

# EXHIBIT 13

---

## Experian Dispute Results — 2022 and 2025

*Experian reinvestigation results dated November 18, 2022 (Report No. 4125-0074-23, furnisher South Dakota Division of Child Support) and April 7, 2025 (Report No. 0414-6940-52, furnisher Colorado Division of Child Support), each reflecting that the furnisher certified the disputed information as accurate and that the item "Remains."*

Relevant to: Count VII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Prepared For

**Personal & Confidential**

**Date Generated** Apr 7, 2025

**Report Number** 0414-6940-52

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### CO DIVISION OF CHILD S

Account • 143520XXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

Remains

## If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you have a right to also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Know Your Rights

---

# Fair Credit Reporting Act (FCRA)

***Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.***

### A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to**

**www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
| --- | --- |

**1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.

**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau:

**a.** Bureau of Consumer Financial Protection
1700 G Street NW
Washington, DC 20552

**b.** Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue NW
Washington, DC 20580

**2.** To the extent not included in item 1 above:

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**d.** Federal Credit Unions

**a.** Office of the Comptroller of the Currency
Customer Assistance Group
P.O. Box 53570
Houston, TX 77052

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** Division of Depositor and Consumer Protection
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** National Credit Union Administration
Office of Consumer Financial Protection
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Assistant General Counsel for Office of Aviation Consumer Protection
Department of Transportation
1200 New Jersey Avenue SE

| | |
|---|---|
| | Washington, DC 20590 |
| **4.** Creditors Subject to Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| **5.** Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Division Regional Office |
| **6.** Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| **7.** Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

## Notification of Rights

- Notification of Rights for California Consumers
- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Washington Consumers

experian.

Prepared For

**Personal & Confidential**

**Date Generated** Nov 18, 2022

**Report Number** 4125-0074-23

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### SD DIV OF CHILD SUPPOR

Account • 326684XXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

Remains

## If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

experian.

Prepared For

**Personal & Confidential**

**Date Generated** Apr 7, 2025

**Report Number** 0414-6940-52

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### CO DIVISION OF CHILD S

Account • 143520XXXXXX

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

Remains

## If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

# EXHIBIT 14

---

## Equifax Credit Report

*Equifax consumer report reflecting the child support tradeline with a Date Opened of June 9, 2015, a Date of First Delinquency of June 30, 2025, a Months Reviewed value of 44, and a continuing derogatory balance active after the filing of this action.*

Relevant to: Count VII

myEquifax™

# Your Equifax credit report

As of **January 23, 2026**

Credit Report date

Equifax - July 14, 2025

Back

# STATE OF COLORADO CHILD

Report Date: Jul 14, 2025

If you find information in your credit report that you believe is incomplete or inaccurate, you can **file a dispute**.

**Details** | Payments | 24 Month History

## OVERVIEW

| | |
|---|---|
| **Account Number** | xxxxxxxx 0002 |
| **Account Status** | NOT_MORE_THAN_THREE_PAYMENT_PAST_DUE |
| **Owner** | INDIVIDUAL |
| **Account Type** | OPEN |
| **Creditor Classification** | - |
| **Loan Type** | - |
| **Original Creditor Name** | - |
| **Months Reviewed** | 44 |
| **Activity Designator** | - |
| **Terms Frequency** | MONTHLY |
| **Term Duration** | - |
| **Purchased From** | - |
| **Sold To** | - |

## BALANCE AND AMOUNTS

| | |
|---|---|
| **Balance** | $15,333 |
| **Credit Limit** | - |
| **High Credit** | - |
| **Available Credit** | - |

myEquifax™ 2

| | |
|---|---|
| **Date Opened** | Jun 09, 2015 |
| **Date Reported** | Jun 30, 2025 |
| **Date of Last Activity** | - |
| **Date of First Delinquency** | Jun 30, 2025 |

## COMMENTS AND CONTACT

CHILD/FAMILY SUPPORT

For questions regarding this account please contact:

**STATE OF COLORADO CHILD**
Support Enf 1575 Sherman St 2nd Fl
Denver, CO 80203-1702
(303) 866-5994

## Disputes

If you find information in your credit report that you believe is incomplete or inaccurate, click FILE A DISPUTE.

FILE A DISPUTE

Privacy Policy Terms of Use Ad Choices

Equifax Consumer Services LLC
Licenses and Disclosures

EFX®

Copyright 2026 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

powering the world with knowledge™

# EXHIBIT 15

---

## South Dakota Credit Alerts

*Consumer-report records reflecting account entries furnished to a consumer reporting agency by the South Dakota Defendants, reflecting changes in the reported account origin date (re-aging).*

Relevant to: Count VII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

SD DIV OF CHILD SUPPOR

experian

× 

← Back

Your credit

Experian

Experi
GERALD
As of Feb

FICO SCORE 8

604

FAIR

300

Quick actions

Pri

See and co

## Additional info

Responsibility
Individual

Company sold
-

Original creditor
-

Comments
-

Your statement
-

## Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

## SD DIV OF CHILD SUPPOR

experian

You have 2 ope

Total balance: $74

Credit cards c

Total balance: $

0% credit u

Credit used: $0

|
6%

CHIME/ST

Link card nar

Balance

Balance updated

Auto loans or

Total balance: -

Self-reported

You don't have started.

### Additional info

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**

If something doesn't look right here, check your most recent credit report to see if it's up to date.

Connect accou

## SD DIV OF CHILD SUPPOR

experian

Other accoun
Total balance: $

SD DIV OF

Balance

Balance updated

### Additional info

2 collections
Total balance: $44

WAKEFIEL

Original creditor

Balance

Balance updated

WAYPOIN

Original creditor

Balance

Balance updated

0 inquiries
If you apply for cre
regarding a credit a

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

Your Experiar
Locking your cr

## SD DIV OF CHILD SUPPOR

experian

### Additional info

0 public record
This is where publi

Personal inforr

NAME
GERALD P HERSHI

ALSO KNOWN AS
JERRY HERSHFELI

YEAR OF BIRTH
1976

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

PERSONAL STATEME
NO STATEMENT(S) P

Suggested ju:
You're -- for an oi
View your credit car

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

## SD DIV OF CHILD SUPPOR

experian

FAQs

What is a credit

What is include

What is not incl

Where does the

Will checking y

When is your E

### Additional info

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

See all 3 FIC

Your credit infor
TransUnion® FIC

Review my 3 F

## SD DIV OF CHILD SUPPOR

experian

What's a cred

Your credit report

It contains info al and how long you

### Additional info

Services

Tools

Support

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

## SD DIV OF CHILD SUPPOR

experian

Experian and the
Information Sol

### Additional info

### Contact info

Address
700 GOVERNORS DR, PIERRE SD 57501

Phone number
(605) 773-3641

**You're looking at an old report.**
If something doesn't look right here, check your most recent credit report to see if it's up to date.

## SD DIV OF CHILD SUPPOR

experian

← Back

Your credit

Experian

Experi
GERALD
As of Feb

FICO SCORE 8

604

FAIR

300

Quick actions

Pri

See and co

POTENTIALLY NEGATIVE

Paid off -

Balance updated
Nov 30, 2017

Min. monthly payment
-

Date opened
May 09, 2017

Terms
1 Month

### Account info

Account number
326684XXXX

Open/closed
Closed

Account type
Family Support

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

You have 2 ope
Total balance: $74

Credit cards c
Total balance: $

0% credit u

Credit used: $0

6%

CHIME/ST
Link card nar
Balance
Balance updated

Self-reported

You don't have started.

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

### Account info

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

Connect accou

# SD DIV OF CHILD SUPPOR

experian

Other accoun

Total balance: $

SD DIV OF

Balance

Balance updated

SD DIV OF

Balance

Balance updated

2 collections

Total balance: $44

WAKEFIEL

Original creditor

Balance

Balance updated

WAYPOIN

Original creditor

Balance

Balance updated

POTENTIALLY NEGATIVE

Paid off -

## Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

0 inquiries

If you apply for cre
regarding a credit a

Your Experiar
Locking your cr

0 public record
This is where publi

Personal inforr

NAME
GERALD P HERSHI

ALSO KNOWN AS
JERRY HERSHFELI

YEAR OF BIRTH
1976

PERSONAL STATEME
NO STATEMENT(S) P

Suggested ju:
You're -- for an of

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

## Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

View your credit card

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

FAQs

What is a credit

What is include

What is not incl

Where does the

Will checking y

When is your Ex

Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

See all 3 FIC

Your credit infor
TransUnion® FIC

Review my 3 F

What's a cred

Your credit report

It contains info al
and how long you

Services

Tools

Support

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

Experian and the
Information Sol

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | - | - | - | - | - | - | - | - | - | C | NA | - |

## SD DIV OF CHILD SUPPOR

experian

← Back

Your credit

Experian

Experi
GERALD
As of Feb

FICO SCORE 8

604

FAIR

300

Quick actions

Pri

See and co

Paid off -

Balance updated
Jan 31, 2021

Min. monthly payment
$0

Date opened
May 09, 2017

Terms
1 Month

### Account info

Account number
326684XXXX

Open/closed
Open

Account type
Family Support

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

PAYMENT HISTORY LEGEND

You have 2 ope
Total balance: $74

Credit cards c
Total balance: $

0% credit u

Credit used: $0

6%

CHIME/ST

Link card nar

Balance

Balance updated

Auto loans or
Total balance: -

Self-reported

You don't have started.

## SD DIV OF CHILD SUPPOR

experian

Paid off -

### Account info

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

PAYMENT HISTORY LEGEND

Connect accou

## SD DIV OF CHILD SUPPOR

experian

Other accoun

Total balance: $

SD DIV OF

Balance

Balance updated

SD DIV OF

Balance

Balance updated

Paid off -

2 collections

Total balance: $44

WAKEFIEL

Original creditor

Balance

Balance updated

WAYPOIN

Original creditor

Balance

Balance updated

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

### PAYMENT HISTORY LEGEND

0 inquiries

If you apply for cre
regarding a credit a

Your Experian
Locking your cr

0 public record
This is where publi

Personal inforr

NAME
GERALD P HERSHI

ALSO KNOWN AS
JERRY HERSHFELI

YEAR OF BIRTH
1976

PERSONAL STATEME
NO STATEMENT(S) P

Suggested ju
You're -- for an o

## SD DIV OF CHILD SUPPOR

experian

Paid off -

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

### PAYMENT HISTORY LEGEND

View your credit card

## SD DIV OF CHILD SUPPOR

experian

Paid off -

FAQs

What is a credit

What is include

What is not incl

Where does the

Will checking y

When is your E

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

### PAYMENT HISTORY LEGEND

See all 3 FIC(

Your credit infor
TransUnion® FIC

Review my 3 F

## SD DIV OF CHILD SUPPOR

experian

Paid off -

What's a cred

Your credit report

It contains info al
and how long you

## Account info

Services

Tools

Support

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

PAYMENT HISTORY LEGEND

## SD DIV OF CHILD SUPPOR

experian

Paid off -

Experian and the
Information Sol

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | - | - | - | - | - | - | - | - | - | - | - |

### PAYMENT HISTORY LEGEND

## SD DIV OF CHILD SUPPOR

experian

← Back

Your credit

Experian

Experi
GERALD
As of Nov

FICO SCORE 8

481

POOR

300

Pri

See and co

POTENTIALLY NEGATIVE

Paid off -

Balance updated
-

Min. monthly payment
-

Date opened
May 09, 2017

Terms
1 Month

### Account info

Account number
326684XXXXXX

Open/closed
Closed

Account type
Family Support

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

You have 1 ope
Total balance: $1,1

Credit cards c
Total balance: $

0% credit u

Credit used: $0

6%

CHIME/ST
Link card nar
Balance
Balance updated

Self-reported

You don't have
started.

Connect accou

Other accoun

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

### Account info

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

Total balance: -

SD DIV OF

Balance

Balance updated

1 collection

Total balance: $84

SECURITY

Original creditor

Balance

Balance updated

3 inquiries

These lenders have

700 CRED

Inquiry date

Removal date

NOWCOM

Inquiry date

Removal date

PREMIER

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

| Paid off | - |
|---|---|

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

Inquiry date

Removal date

Your Experiar

Locking your cr

More

0 public record

This is where publi

Personal inforr

NAME

GERALD P HERSHI

ALSO KNOWN AS

JERRY HERSHFELI

YEAR OF BIRTH

1976

PERSONAL STATEME

NO STATEMENT(S) P

Suggested ju:

You're -- for an of

View your credit car

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

### Account info

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

FAQs

What is a credit

What is include

What is not incl

Where does the

Will checking y

When is your E

See all 3 FICO

Your credit infor

TransUnion® FIC

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

### Account info

### Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

Review my 3 F

# SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Paid off -

What's a cred

Your credit report

It contains info ab and how long you

Services

Tools

Support

## Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

## SD DIV OF CHILD SUPPOR

experian

POTENTIALLY NEGATIVE

Experian and the Information Sol

Paid off -

### Account info

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | C | CLS | - | - | - | - |

## DEPTOFSOCSRV

transunion

← Back

Your credit

Experian

Your TransUni
to refresh you
Upgrade mem

Transl
GERALD
As of Dec

FICO SCORE 8

479

POOR

300

Quick actions

Pri

Paid off -

Balance updated
Aug 31, 2021

Min. monthly payment
-

Date opened
May 09, 2017

Terms
-

### Account info

Account number
326684XX

Open/closed
Closed

Account type
Open account

## Payment summary

No payment history available to display.

Status
Paid or paying as agreed

Status updated

You have 3 ope
Total balance: $19,

Credit cards c
Total balance: $

141% cred

Credit used: $500

6%

CHIME-ST
Balance
Balance updated

GREENDO
Balance
Balance updated

Late payments

Other accoun
Total balance: $

CO CHILD
Balance
Balance updated

## DEPTOFSOCSRV

transunion

Paid off -

### Account info

## Payment summary

No payment history available to display.

CANVAS (

Balance

Balance updated

CANVAS (

Balance

Balance updated

DEPTOFS(

Balance

Balance updated

**4 collections**

Total balance: $2,8

CREDIT C(

Original creditor

Balance

Balance updated

JEFFCAPS

Original creditor

Balance

Balance updated

PORTFOLI

Original creditor

Balance

**DEPTOFSOCSRV**

transunion

Paid off -

## Account info

## Payment summary

No payment history available to display.

Balance updated

SECURITY

Original creditor

Balance

Balance updated

Collections ca
typically affec

0 inquiries

If you apply for cre
regarding a credit a

0 public record

This is where publi

Personal inforr

NAME

GERALD PAUL HEF

ALSO KNOWN AS

-

YEAR OF BIRTH

1976

PERSONAL STATEME

**DEPTOFSOCSRV**

transunion

Paid off -

## Account info

## Payment summary

No payment history available to display.

NO STATEMENT(S) P

## DEPTOFSOCSRV

transunion

Suggested ju

You're -- for an o

View your credit car

Paid off -

When your ac

Verifying the d

You can ask for a copies of written

Negotiating the

Disputing the d

Account info

## Payment summary

No payment history available to display.

**DEPTOFSOCSRV**

transunion

Services

Tools

Support

Paid off -

## Account info

Experian and the
Information Solı

## Payment summary

No payment history available to display.

# OFFICE OF CHILD SUPP

equifax

× 

← Back

Your credit

Experian

Your Equifax® refresh your s

Upgrade mem

Equifa

GERALD

As of Dec

FICO SCORE 8

461

POOR

300

Quick actions

Pri

Paid off -

Balance updated
Oct 02, 2023

Min. monthly payment
-

Date opened
May 09, 2017

Terms
-

## Account info

Account number
326684XXXXXX

Open/closed
Closed

Account type
Open Account

## Payment summary

No payment history available to display.

Status
-

Status updated

You have 3 ope

Total balance: $19,

Credit cards c

Total balance: $

134% cred

Credit used: $500

6%

CHIMEFIN

Balance

Balance updated

GREEN DO

Balance

Balance updated

Other accoun

Total balance: $

STATE OF

OFFICE OF CHILD SUPP

equifax

Paid off -

Account info

## Payment summary

No payment history available to display.

Balance

Balance updated

OFFICE OI

Balance

Balance updated

## 4 collections

Total balance: $2,8

CREDIT C(

Original creditor

Balance

Balance updated

JEFFERSC

Original creditor

Balance

Balance updated

PORTFOLI

Original creditor

Balance

Balance updated

SECURITY

Original creditor

Balance

**OFFICE OF CHILD SUPP**

equifax

Paid off -

### Account info

## Payment summary

No payment history available to display.

Balance updated

Collections ca
typically affec

0 inquiries

If you apply for cre
regarding a credit a

0 public record

This is where publi

Personal inforr

NAME

GERALD P HERSHI

ALSO KNOWN AS

GERALD P HERSHI

YEAR OF BIRTH

1976

## OFFICE OF CHILD SUPP

equifax

Paid off -

## Account info

## Payment summary

No payment history available to display.

## OFFICE OF CHILD SUPP

equifax

Paid off -

PERSONAL STATEME

NO STATEMENT(S) P

Suggested ju

You're -- for an of

View your credit car

### Account info

When your ac

Verifying the de

You can ask for a copies of written

Negotiating the

## Payment summary

No payment history available to display.

Disputing the d

## OFFICE OF CHILD SUPP

equifax

Paid off -

Services

Tools

Support

### Account info

Experian and the Information Sol

## Payment summary

No payment history available to display.

OFFICE OF CHILD SUPP

equifax

Paid off -

Account info

## Payment summary

No payment history available to display.

**SD DIV OF CHILD SUPPOR**

Unknown payment history

Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **SD DIV OF CHILD SUPPOR** | Balance | - |
| Account number | **326684XXXX** | Balance updated | **Nov 30, 2017** |
| Original creditor | - | Original balance | - |
| Company sold | - | Monthly payment | - |
| Account type | **Family Support** | Past due amount | - |
| Date opened | **May 01, 2017** | Terms | **1 Month** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Account transferred to another office** | Your statement | - |
| Status updated | **Nov 2017** | | |

### Payment history

**No payment history available to display.**

### Contact info

| | |
|---|---|
| Address | **700 GOVERNORS DR<br>PIERRE,<br>SD 57501** |
| Phone number | **(605) 773-3641** |

### Comments

**Account closed due to transfer or refinance**

**Account closed due to transfer**

Your Account Dispute has been updated.

AUG 23, 2021

SD DIV OF CHILD SUPPOR has flagged your account as Collections.

AUG 07, 2021

SD DIV OF CHILD SUPPOR has flagged your account as Collections on Jul 31, 2021.

**Source:**
Experian

**Company:**
SD DIV OF CHILD SUPPOR

**Address:**
700 Governors Dr, Pierre, SD 57501-2291

**Phone:**
(605) 773-3641

**Activity:**
Grid Code G (Collections)

**Balance Date:**
Jul 31, 2021

**Balance:**
$5,568.00

**WHAT NOW?**

Negative activity can have a significant impact on your credit score and how lenders see you as a borrower, affecting your ability to get credit.

After you've resolved the negative activity, try Experian Boost™ to raise your FICO® Score.

Try Experian Boost™

Not you?

# EXHIBIT 16

---

## Formal Notice to All Defendants — October 10, 2025

*Plaintiff's written notice to all named Defendants identifying the absence of a valid judicial predicate, Plaintiff's financial hardship and imminent loss of housing, and the causal connection between the enforcement and that harm.*

Relevant to: Counts II, IV

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# Child Support

**Jerry Hershfeldt** <jerry.hershfeldt@gmail.com> Fri, Oct 10, 2025 at 8:01 AM
To: Cindy Lucero <luceroca@co.larimer.co.us>
Cc: JANE.RODIG@state.sd.us, Jennifer Brant <brantjr@co.larimer.co.us>, Carleen Johnston <johnstce@co.larimer.co.us>, "Boyd, Larry" <Larry.Boyd@state.sd.us>

The parenting plan says shared custody $1,128.

The minute order I forwarded you showed $1,028.

I started looking for the actual child support order to see what the discrepancy was, but I have a feeling you all know what I found, I found nothing, because there was never a child support order entered into this case- as is clearly stated in the minute order on July 10th 2015.

The wrong worksheet was used, the custodial did not disclose the adoption subsidy on any of her financial affidavits, Colorado law states that support orders must be capped and cannot be more than the adoption subsidy.

For any of that to really matter, you have to have a court order as I have been told 20 million times by the Colorado office- you must have a court order to do anything- and none of you have had a court order to collect child support. Every dime was collected illegally without a court order.

But you all know this. This was my first divorce. Cindy sending that separation agreement thinking I wasn't going to figure it out or the judge wasn't going to figure it out? Carlene's non-existent verification that my credit reports weren't being damaged by South dakota? All that did was add another 2 years of double state enforcement. You all knew!!! You all participated in an attempted cover-up!!!! Larry Boyd, is not the only criminal!!! You can blame a former employee all you want, but Jennifer supervised every bit of it!!!

E.H. is homeless and was homeless on her 19th birthday the day of her emancipation as Colorado law states. You are all supposed to be protecting Colorado's children. Jane and larry, I worked at the social services center in Yankton for years, there are amazing people in the state of South Dakota who are trying to protect their most vulnerable, and you too sure as hell are not two of them!!
Shame on each and every one of you!! How can you do this to children?? How do you all sleep at night? I am absolutely heartbroken for my kids, and none of you give a damn about either of them. Their life has been such a struggle already, and you have all impacted that and there are lost to stop you from doing it and you did it anyway!!! You can forward every angry email I have sent over the last few years, I don't care, let the judge see how angry I am! I did not deserve this, my kids did not deserve this! How could you???

I don't know who needs to call me I doubt it will be any of you cowards, if it's your attorney if it's whoever the hell I need to talk to I need to make sure that you are not going to suspend my license again because I miss one damn payment! I was done paying in 2016 when you do the math! I don't know how much tax for your money was spent enforcing a non-existent order, but Federal oversight needs to be demanded at every level. And no I will not call South Dakota on my own cej means exactly what it is, I have never left the state, not only did they illegally register an order, they never had a order to register legally in the first place- I'm wasting my time telling you all a story that you are are all aware of, you just hope I would never find out.

I have a busy day of speaking with legislatures and media. I don't even know how to void an order that never existed.

On Wed, Oct 8, 2025, 3:30 PM Cindy Lucero <luceroca@co.larimer.co.us> wrote:
[Quoted text hidden]

# EXHIBIT 17

---

## Spicciati State-Court Response — October 20, 2025

*Response filed by Assistant County Attorney Arthur J. Spicciati captioned "The People of the State of Colorado," stating that the local child support division represents the State of Colorado.*

Relevant to: Counts VII, VIII; State Action

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 La Porte Avenue, Suite 100<br>Fort Collins, Colorado 80521-2761<br>(970) 494-3500 | |
| THE PEOPLE OF THE STATE OF COLORADO,<br>IN THE INTEREST OF: W[redacted]R K[redacted]H-W[redacted]G,<br>CHILD,<br><br>UPON THE PETITION OF THE LARIMER COUNTY DEPARTMENT OF HUMAN SERVICES, AND<br><br>GERALD PAUL HERSHFELDT, PETITONER,<br><br>AND BROOKE ERIN HERSHFELT, RESPONDENT. | ▲ Court Use Only ▲ |
| Arthur J. Spicciati, Reg. No. 41571<br>Assistant County Attorney<br>Post Office Box 1606<br>Fort Collins, Colorado 80522<br>Telephone: (970) 498-7450<br>Fax: (970) 498-7430<br>aspicciati@larimer.org | Case Number: 2015 JV 229<br><br>Ctrm.: 2C |
| **PEOPLE'S RESPONSE REGARDING MOTIONS TO JOIN PARTIES AND TO VOID ORDER** | |

The People of the State of Colorado, through Arthur J. Spicciati, Assistant Larimer County Attorney, hereby responds to the Motions from Petitioners dated September 29, 2025. The nature of the People's response is set forth as follows:

1. Regarding the joinder of parties, the Colorado statutes and UIFSA create a clear structure of which parties are necessary for Colorado child support cases and interstate child support cases. Petitioner fails to explain through factual allegations that the status of the current child support situation cannot be determined without the proposed parties. Moreover, the proposed parties are already participating in the action through the statutory structure where the local child support division represents the State of Colorado.

2. Petitioner fails to state any clear factual basis for the original order or modified order to be invalid based on failures by the court at the time of entry, nor is there any clear uncontested factual explanation of how the child support has been satisfied in this case.

3. For the above reasons the People and Larimer County Child Support object to Petitioner's existing motions and request that they be denied or that a hearing be set to determine both.

Respectfully submitted this __20th__ day of ____October___, 2025.

LARIMER COUNTY ATTORNEY'S OFFICE

By: _____s/ Arthur J. Spicciati_____________________
Arthur J. Spicciati, Reg. No. 41571
Assistant County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **PEOPLE'S RESPONSE REGARDING MOTIONS TO JOIN PARTIES AND TO VOID ORDER** was either placed in the United States Mail, electronically mailed or faxed this 20th__ day of __October______, 2025, to the following:

Gerald Paul Hershfeldt
Brooke Erin Hershfeldt

____s/ Arthur J. Spicciati

# EXHIBIT 18

---

## Lucero Payment Demand — November 13, 2025

*Manual payment demand issued by Cindy Lucero one day after Plaintiff filed a protected motion in state court.*

Relevant to: Count V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

LARIMER COUNTY
COMMITTED TO EXCELLENCE

DEPARTMENT OF HUMAN SERVICES
Child Support Service
1501 Blue Spruce Driv
Fort Collins, Colorado 8052
(970) 498-760
Fax (970) 498-760

November 13, 2025

GERALD P HERSHFELDT
[redacted]
DENVER, CO 80211-3045

IV-D Case No.: 35-22[redacted]
Court Case No.: [redacted]
Full Monthly Payment Due: 622.00

Dear GERALD P HERSHFELDT:

**YOU MISSED A PAYMENT**

Thank you for your last payment, which was received 9/30/2025 in the amount of $14.00. To avoid enforcement remedies, a full monthly payment must be received each month. If you have questions about this account please contact me at (970) 498-7749 immediately to avoid any further collection remedy placed on this account. You must send your payment in full to the following:

**FAMILY SUPPORT REGISTRY**
**P.O. BOX 2171**
**DENVER, CO 80201-2171**
**FSR ACCOUNT NO.:** [redacted]

Thank you for your attention in this matter.

Sincerely,

Cindy Lucero

CINDY A LUCERO
LARIMER COUNTY CHILD SUPPORT SERVICES UNIT
1501 BLUE SPRUCE DR
FORT COLLINS, CO 80524-2000
(970) 498-7600

# EXHIBIT 19

---

## License Suspension Notice — March 18, 2026

*License suspension notice authorized by Cindy Lucero one day after the execution of federal service in this action.*

Relevant to: Count V

Gmail

**Jerry Hershfeldt <jerry.hershfeldt@gmail.com>**

# Child Support/Driver's License

1 message

**Cindy Lucero** <luceroca@co.larimer.co.us> Fri, Mar 20, 2026 at 5:31 PM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

Hello Jerry,

I am sending you this email regarding a notice about your driver's license. A notice went out to you on 3/18/2026. You are scheduled for suspension on 4/20/2026. We need a $300 payment by 4/15/2026 to stop the suspension.
Your FSR account # is [redacted]. I have attached the payment options available through the FSR.

Also, please provide your current address.

Thank you!

LARIMER COUNTY

**Cindy Lucero**
Child Support Specialist II

Department of Human Services - Child Support
1501 Blue Spruce Dr, Fort Collins, CO 80524
W: (970) 498-7749 | M: (970) 498-7600
clucero@larimer.org | www.larimer.org

My Work hours are Tuesday - Friday, 7:00 am - 5:30 pm

**Payment Options 2018.docx**
35K

# EXHIBIT 20

---

## Colorado Digital Identification

*Screenshot of Plaintiff's Colorado Digital ID rendered in the official application's Live View on March 10, 2026 and June 3, 2026, displaying a SUSPENDED status. The Live View timestamp reflects the date the image was rendered and does not indicate the date the suspension began.*

Relevant to: Counts I, V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

← Digital ID

Verify before accepting

Live View Tue Mar 10 09:18:04 PM




← Filtered ID Back of ID →

← Digital ID

Check this ID before accepting

Live View Wed Jun 3 09:23:09 AM




← Filtered ID Back of ID →

# EXHIBIT 21

---

## Board of County Commissioners Minutes — March 24, 2026

*Official minutes of the Larimer County Board of County Commissioners reflecting the executive session regarding this action, Deputy County Attorney David Ayraud's characterization of the matter, and the 2-0 vote to defend and indemnify the named County officials and employees.*

Relevant to: Count VIII

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Sheriff Feyen commented that the Sheriff's Office follows the National Weather Service map which determines zones based on topography and weather patterns. Sheriff Feyen provided information on various components that determine decision making including elevation, weather trend index, snow cover in the measured areas, energy release and spread components, herb curing, fuel moistures, and the Keetch Byram Drought Index (KBDI).

Commissioner Stephens was excused for the remainder of the meeting.

The Board asked if the presentation would be available on the Sheriff's website and if the Board could receive a copy of the presentation. The Board asked about fireworks as part of the ban. The Board wanted to know if other counties are putting restrictions in place. The Board inquired about the input from other fire districts regarding the ban. The Board asked if Sheriff Feyen could explain why this particular ban is being put in place and not a full ban. The Board requested Sheriff Feyen come back earlier than May 5, to discuss whether further restrictions will be in place or if the ban will be lifted. The Board inquired how wind factors into the index.

Manager Volker asked for clarification on where the ban is focused.

Sheriff Feyen answered the Board's questions. Sheriff Feyen stated that he would make the presentation available to both the Board and the public. He mentioned that fireworks are already banned in Larimer County, which is why they are not a part of this ban. Sheriff Feyen mentioned that other fire districts are in support of the ban, and he is aware that Boulder County has the same level restrictions in place currently and is not aware if Jackson or Grant Counties have restrictions in place. He stated that while wind is not factored into the index scores, wind has a factor on how the score changes including the drying of materials. Sheriff Feyen iterated that the ban is for unincorporated Larimer County below 9,000 feet in the plain and foothill regions. He mentioned that agricultural burns are not under the jurisdiction of Larimer County, they are under state jurisdiction.

The Board thanked Sheriff Feyen for his presentation.

**M O T I O N**

Commissioner Kefalas moved that the Board of County Commissioners approve the Resolution Declaring Fire Ban in Larimer County below 9,000 feet effective Wednesday, March 25, 2026, at 12:01 a.m. through Tuesday, May 5, 2026, at 11:59 p.m.

**Motion carried 2-0.**

7. **COUNTY MANAGER UPDATE:** County Manager Volker briefly detailed the events of the previous week.

8. **COMMISSIONER ACTIVITY REPORTS:** The Board detailed their attendance at events during the previous week.

9. **LEGAL MATTERS:**

1. **EXECUTIVE SESSION PURSUANT TO COLORADO REVISED STATUTE 24-6-40-(4)(b): CONFERENCE WITH AN ATTORNEY FOR THE PURPOSE OF RECEIVING LEGAL ADVICE REGARDING HERSHFELDT V. LARIMER COUNTY, ET AL. – U.S. DISTRICT COURT 26-cv-00342-NYW-CYC**

**M O T I O N**

Commissioner Kefalas moved that the Board of County Commissioners enter into Executive Session pursuant to C.R.S.24-6-402(4)(b): Conference with an attorney for the purpose of receiving legal advice regarding Hershfeldt v. Larimer County, et al. – U.S. District Court 26-cv-00342-NYW-CYC.

**Motion carried 2-0.**

The Board entered into Executive Session.

The Board returned to session.

David Ayraud, Deputy County Attorney, addressed the Board and gave an overview of the Executive Session regarding Hershfeldt v. Larimer County, et al. filed in Colorado Federal District Court. Mr. Ayraud shared that case is a civil rights lawsuit regarding a child support order that was issued against Mr. Hershfeldt and his disagreement with the enforcement action being taken. Staff are requesting the Board authorize the County Attorney's Office to defend and indemnify the Larimer County employees named in this matter.

**M O T I O N**

Commissioner Kefalas moved that the Board of County Commissioners defend and indemnify County officials and employees in U.S. District Court Case 26-cv-00342-NYW-CYC.

**Motion carried 2-0.**

2. **EXECUTIVE SESSION PURSUANT TO COLORADO REVISED STATUE 24-6-402(4)(b): CONFERENCES WITH AN ATTORNEY FOR THE PURPOSE OF RECEIVING LEGAL ADVICE AND COLORADO REVISED STATUTE 24-6-402(e)(I): DETERMINE POSITIONS RELATIVE TO MATTERS THAT MAY BE SUBJECT TO NEGOTIATIONS; DEVELOPING STRATEGY FOR NEGOTIATIONS; AND INSTRUCTING NEGOTIATORS REGARDING HARMON v. LARIMER COUNTY 24-cv-01422-DDD-TPO.**

3. **EXECUTIVE SESSION PURSUANT TO COLORDO REVISED STATUE 24-6-402(4)(b): CONFERENCES WITH AN ATTORNEY FOR THE PURPOSE OF RECEIVING LEGAL ADVICE REGARDING NATIONAL OPIOID SETTLEMENT OF SIX REMAINING DEFENDANTS.**

**M O T I O N**

# EXHIBIT 22

---

## Special Entry of Appearance and Notice of Intervention — May 11, 2022

*Filed May 11, 2022 in Case No. 2015DR000229 (signed May 5, 2022, by counsel for the Larimer County Delegate Child Support Services Unit). States that "THE PEOPLE OF THE STATE OF COLORADO" enter their appearance pursuant to § 14-10-107.5 and/or § 26-13-106(2), C.R.S., that the Larimer County Department of Human Services shall thereafter be considered a third-party intervenor, and that the prosecuting attorney represents the People of the State of Colorado. Filed three weeks before the June 2, 2022 Order Modifying Child Support.*

Relevant to: Counts II, VI; State Action

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 LAPORTE AVENUE<br>FORT COLLINS, CO 80521-2721 | DATE FILED<br>May 11, 2022 11:06 AM<br>FILING ID: 33CEFC884782F<br>CASE NUMBER: 2015DR229 |
| IN RE THE MARRIAGE OF:<br><br>PETITIONER: BROOKE ERIN HERSHFELDT,<br><br>AND<br><br>CO-PETITIONER/RESPONDENT: GERALD PAUL HERSHFELDT,<br><br>INTERVENOR: THE LARIMER COUNTY DEPARTMENT OF SOCIAL SERVICES. | **▲COURT USE ONLY▲** |
| Attorney or Party Without Attorney:<br><br>Attorney: ARTHUR J. SPICCIATI<br>Reg#: 41571<br>Phone: (970) 498-7450<br>Fax: (970) 498-7430<br>Email: SPICCIAR@CO.LARIMER.CO.US<br><br>Attorney: NICOLE J. LILEY<br>Reg#: 40522<br>Phone: (970) 498-7450<br>Fax: (970) 498-7430<br>Email: LILEYNJ@CO.LARIMER.CO.US<br><br>PO BOX 1606<br>FORT COLLINS, CO 80522 | CASE NUMBER:<br>15DR000229<br><br>DIVISION/COURTROOM:<br>2C<br><br>IV-D CASE NUMBER:<br>35-227339-45-0A |

**SPECIAL ENTRY OF APPEARANCE AND NOTICE OF INTERVENTION**

THE PEOPLE OF THE STATE OF COLORADO, by and through the attorney for the LARIMER County Delegate Child Support Services (CSS) Unit, enter their appearance pursuant to §14-10-107.5 and/or §26-13-106 (2), C.R.S., for the limited purpose of establishing, enforcing, modifying child and medical support obligations and establishing and enforcing reimbursement of public assistance payments.

The People on behalf of the LARIMER County Department of Human Services, shall hereafter be considered a third-party intervenor in this action, for the purposes stated above.

The prosecuting attorney represents the People of the State of Colorado and no attorney-client relationship exists between the prosecuting attorney and any party other than the People.

DATE: May 5, 2022

By:______________________________
Attorney for LARIMER County
Delegate CSS Unit

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Special Entry of Appearance and Notice of Intervention was placed in the United States Mail, postage pre-paid, or sent by court approved E-Filing/Service System (Rule 121, C.R.C.P.), or by facsimile to jerry.hershfeldt@gmail.com, or by hand delivery on 5/11/22 to the following:

GERALD P HERSHFELDT
2508 E 11TH AVE APT 504
DENVER, CO 80206-3236
jerry.hershfeldt@gmail.com

Salena Mendoza

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Special Entry of Appearance and Notice of Intervention was placed in the United States Mail, postage pre-paid, or sent by court approved E-Filing/Service System (Rule 121, C.R.C.P.), or by facsimile to B_STYLIST@YAHOO.COM or by hand delivery on 5/11/22 to the following:

BROOKE HERSHFELDT
1708 WALNUT ST
YANKTON, SD 57078-2131
B_STYLIST@YAHOO.COM

Salena Mendoza

# EXHIBIT 23

---

## Decree of Dissolution of Marriage

*Filed June 10, 2015 and signed by Magistrate Linda K. Connors. Incorporates the Separation Agreement and Parenting Plan and directs the parties to perform its provisions, including direct payment of support rather than payment through an income assignment.*

Relevant to: Count II

| | |
|---|---|
| District Court Larimer County, Colorado<br>Court Address:<br>201 Laporte Ave.<br>Fort Collins, CO 80521<br>(970)-494-3500 | DATE FILED<br>June 10, 2015<br>CASE NUMBER: 2015DR229 |
| In re the Marriage of:<br><br>Petitioner: BROOKE ERIN HERSHFELDT<br><br>and<br><br>Co-Petitioner/Respondent: GERALD PAUL HERSHFELDT | **COURT USE ONLY**<br>Case Number: 15DR229<br><br>Division 1B Courtroom 1B |

## DECREE OF DISSOLUTION OF MARRIAGE

This matter was reviewed by the Court on June 9, 2015.

| Petitioner | Co-Petitioner |
|---|---|
| ☒ Appeared in person | ☒ Appeared in person ☐ Did not appear |
| ☐ Signed a Non-Appearance Affidavit | ☐ Signed a Non-Appearance Affidavit |
| ☐ Was represented by an attorney<br>Attorney Name: _____ | ☐ Was represented by an attorney<br>Attorney Name: _____ |

☒ The Court has considered the testimony and evidence presented.
☒ The Court has considered any Financial Statements filed and makes the following findings and orders:

**1.** The Court has jurisdiction over the parties because:

☒ The parties filed jointly on March 4, 2015.
☐ The Respondent was served with a Summons on _____ in _____ County.
☐ The Respondent signed a waiver of service on _____.
☐ The Court has subject-matter jurisdiction based on publication on _____.
☐ Other jurisdiction _____.

**2.** At least one party was domiciled in Colorado for more than 91 days before the Petition was filed.

**3.** At least 91 days have passed since the Court acquired jurisdiction over the Respondent or Co-Petitioner or since the Court acquired jurisdiction over the subject matter based on publication.

**4.** The marriage between the parties is irretrievably broken.

**5.** ☒ The Separation Agreement between the parties is found to be not unconscionable as to support, maintenance, and division of property, and is incorporated herein.

**6.** ☒ All provisions in the parenting plan regarding the children are in the best interests of the children, including residence, allocation of parental responsibility (including decision-making responsibilities and parenting time), and any other orders necessary to effectuate the best interests of the children with the amendment that child support will be paid directly to Petitioner rather than an income assignment.

**The Court therefore orders**:

☒ The marriage is dissolved and a Decree of Dissolution of Marriage is entered.

☒ Each party shall perform all of the applicable provisions of the separation agreement or permanent orders.

☒ The Separation Agreement filed on March 4, 2015 is incorporated into this decree.

☒ The Parenting Plan filed on March 4, 2015 is incorporated into this decree as amended above.

Dated this 9th day of June, 2015.

BY THE COURT:

Linda K Connors

LINDA CONNORS
District Court Magistrate

C.R.M. 7 Notice: Any order or judgment when consent to the magistrate was not necessary must be appealed to the district court within 21 days.

# EXHIBIT 24

---

## Order Modifying Child Support — June 2, 2022

*Signed order entered by Judge Linda K. Connors, ordering child support of $622.00 per month commencing June 5, 2022. Paragraph 8 states the order addresses only current and medical support and does not address past-due support. Attached separately from the same-day ICON register entry styled "Child Support Order-1st" (Event ID 000031).*

Relevant to: Counts II, III

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>201 LAPORTE AVENUE<br>FORT COLLINS, CO 80521-2721 | DATE FILED<br>June 2, 2022 12:50 PM<br>CASE NUMBER: 2015DR229 |
| IN RE THE MARRIAGE OF:<br><br>PETITIONER: BROOKE ERIN HERSHFELDT,<br><br>AND<br><br>CO-PETITIONER/RESPONDENT: GERALD PAUL HERSHFELDT,<br><br>INTERVENOR: THE LARIMER COUNTY DEPARTMENT OF SOCIAL SERVICES. | **COURT USE ONLY** |
| | CASE NUMBER:<br>15DR000229<br><br>DIVISION/COURTROOM:<br>2C<br><br>IV-D CASE NUMBER:<br>35-227339-45-0A |

**ORDER MODIFYING CHILD SUPPORT**

The Court, having read the Motion To Modify Child Support filed by the LARIMER County Delegate CSE Unit, seeing no objection and having reviewed the court file, deems the motion confessed and enters the following ORDERS:

1. The Obligor shall pay:

   $622.00 per month as a child support obligation commencing 06/05/2022, retroactive to the filing date of this motion pursuant to §14-10-122, C.R.S.

2. The Obligor shall pay the amount as ordered until the child(ren) attain(s) the age of emancipation of the issuing state or further order. In Colorado and pursuant to §14-10-115, C.R.S., the age of emancipation is nineteen (19). However, a child support obligation may continue if the child(ren) is(are) 19 years old and still in high school, until the end of the month following high school graduation; or, until the minor child(ren) is(are) no longer in foster care; or, until the child(ren) become(s) otherwise emancipated AS DETERMINED BY THE COURT.

3. The Obligor is subject to an immediate deduction from income, pursuant to §14-14-111.5, C.R.S.

4. The Obligor shall make all support and/or reimbursement payments payable to FAMILY SUPPORT REGISTRY. The Obligor shall place the Obligor's name, court case number, 15DR000229, and the FSR account number, 14352017 on each payment. Payments shall be mailed to:

FAMILY SUPPORT REGISTRY
P.O. BOX 2171
DENVER, CO 80201-2171

Payments made directly to the Obligee may be considered a gift, and not child support.

5. Either party shall secure and maintain medical insurance coverage for the child(ren) when it is provided by his/her employer, or acquired individually, at reasonable cost. Reasonable cost is defined in §14-10-115, C.R.S. Either party has the right to have the child support order reviewed for modification based on the payment of medical insurance premiums.

6. Medical insurance premiums shall be deducted from any source of income pursuant to §14-14-112, C.R.S.

7. The parties shall advise the LARIMER County Delegate CSE Unit in writing within ten (10) days of every change in mailing and residential address by providing a new address, and every change in employment by providing the name, address, and telephone number of the new employer. Either party shall also advise, in writing, of any change in medical insurance within ten (10) days.

8. The resulting order addresses only the current support obligation and the medical support obligation. It does not address past due support. The Obligor shall contact the LARIMER County Delegate CSE Unit to make payment arrangements on any past due amounts.

9. This Order does not modify or affect the enforcement of other child support or foster care fee orders entered in other actions.

10. This Order does not preclude the LARIMER County Delegate CSE Unit from utilizing all authorized enforcement remedies to collect child support.

11. Any default of the terms of this Order may result in enforcement action against either party.

12. Any party may request in writing a review/modification of this order if there is a substantial and continuing change in circumstances that would cause an adjustment to this order.

13. Any party may contact the LARIMER County Delegate CSE Unit at any time to request that locate information be withheld, if they feel there is a risk to themselves or the child (ren) .

Dated this 2nd day of June 2022,

BY THE COURT:

Linda K Connors

LINDA CONNORS

District Court Magistrate

This is a ruling by a District Court Magistrate. Any review by a Judge must be filed within 14 days of the ruling pursuant to §19-1-108 (5.5) C.R.S.

# EXHIBIT 25

---

## Larimer County Combined Courts Records Department Response

*Correspondence reflecting Plaintiff's request for the original 2015 child support order and the Records Department's response, following a 34-day search, producing the June 2, 2022 Order Modifying Child Support and no 2015 order.*

Relevant to: Count II

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# RE: [EXTERNAL] Re: [EXTERNAL] Research Request - Larimer County

1 message

**08RecordRequest** <08RecordRequest@judicial.state.co.us> Tue, Jan 13, 2026 at 8:23 AM
To: "jerry.hershfeldt@gmail.com" <jerry.hershfeldt@gmail.com>

Apologies, Jerry,

We have a variety of duties in our department, and it appears that this has been missed in our inbox.

Attached is your Child Support Order.

Thank you,

**Brigette**

Records/Front Counter

Larimer County Combined Courts

201 Laporte Ave

Fort Collins, CO 80521

(970)-494-3509

*Judicial recognizes the need for digital document accessibility. If you experience inaccessible content and require assistance, please contact us by replying to this email.*

---

**From:** Jerry Hershfeldt <jerry.hershfeldt@gmail.com>
**Sent:** Friday, January 9, 2026 11:15 AM
**To:** 08RecordRequest <08RecordRequest@judicial.state.co.us>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Research Request - Larimer County

**EXTERNAL EMAIL:** This email originated from outside of the Judicial Department. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello!

It has been over a month since I have requested a copy of **Event ID 000031 (6/02/2022): Child Support Order-1st-**

**Can you please provide a copy of the 1st Child Support Order as listed in the ROA? Or, please provide an explanation as to why you can not?**

Thank you,

Jerry

On Thu, Dec 11, 2025 at 8:15 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

> Hi Brigette,
>
> Thank you for providing the Register of Actions for case 2015DR000229.
>
> I am requesting a copy of the following document referenced in the Register:
>
> **Event ID 000031 (6/02/2022): Child Support Order-1st**
>
> Please email the copy to jerry.hershfeldt@gmail.com.
>
> Thank you for your assistance.
>
> Sincerely,
> Gerald Hershfeldt
> (720) 378-8474
>
> On Fri, Dec 5, 2025 at 11:53 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>
>> Also- if there is no valid, legally enforceable order from 2015, it's okay to say it. I know. I have known.
>>
>> The Modified Order you sent is 'impossible'. What order did it modify? If it was the 'Child Support 1st" option - consider it, and then report the suspected felony you are now aware of. Because creating a false document in the public record, is multiple felonies.
>>
>> Thankful for your service -
>>
>> Jerry
>>
>> On Fri, Dec 5, 2025, 8:50 AM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:
>>
>>> Hi Bridgette,
>>>
>>> My apologies- I meant to request the original 2015 Support order, the one that the 2022 Order Modified.
>>>
>>> Do I need to re-submit the request?

Thanks so much!

Jerry

On Fri, Dec 5, 2025 at 8:15 AM 08RecordRequest <08RecordRequest@judicial.state.co.us> wrote:

Good morning,

Your record request has been completed. Please see the attached documents. We have waived the fee for copies, please keep in mind that you may be charged $0.25 per page for future requests.

Thank you,

**Brigette**

Records/Front Counter

Larimer County Combined Courts

201 Laporte Ave

Fort Collins, CO 80521

(970)-494-3509

*Judicial recognizes the need for digital document accessibility. If you experience inaccessible content and require assistance, please contact us by replying to this email.*

---

**From:** Colorado Judicial Branch <donotreply@judicial.state.co.us>
**Sent:** Monday, December 1, 2025 1:40 AM
**To:** 08RecordRequest <08RecordRequest@judicial.state.co.us>
**Subject:** [EXTERNAL] Research Request - Larimer County

**EXTERNAL EMAIL:** This email originated from outside of the Judicial Department. Do not click links or open attachments unless you recognize the sender and know the content is safe.

## Colorado Judicial Branch

**Submitted on:** Mon, 12/01/2025 - 01:39

You have just received a research request from Gerald Hershfeldt at jerry.hershfeldt@gmail.com

Regards,

The Judicial Branch Web Team

View Request

**Submission Data**

# Your Contact Information

**First Name**
Gerald

**Last Name**
Hershfeldt

**Email**
jerry.hershfeldt@gmail.com

**Phone Number**
(720) 378-8474

**Address Line 1 (required)**
3652 Lipan Street

**State (required)**
Colorado

**City (required)**
Denver

**Zip code (required)**
80211

# Request Information

**Case Type**
Divorce

**Year case was filed**
Thu, 01/01/2015 - 00:00

**County / location of Record(s)**
Larimer County

**Date Of Birth**
08/18/1976

**Party Information (Name(s) on case) (required)**
Gerald Hershfeldt Brooke Hershfeldt

# Family Matters (JV and DR)

**Family Matters (JV and DR)**
Support Order

**Register of Action/ROA (a brief explanation of the case including but not limited to; charges, sentences and minute orders)**
Yes

**Requested documents/information need to be certified/exemplified.**
No

*Do not reply directly to this email. If you believe you have received this email in error, please contact Judicial Customer Support.*

*Colorado Judicial Branch 1300 Broadway Ste 1200 Denver, CO 80203*

**96475665.pdf**
125K

# EXHIBIT 26

---

## Colorado Driver's License Suspension History

*Official Colorado driver record reflecting the suspension of Plaintiff's Colorado driver's license for child support nonpayment on four occasions: June 20, 2018 (reinstated December 11, 2019); July 21, 2023 (reinstated August 29, 2023); December 23, 2024 (reinstated July 3, 2025); and April 20, 2026 (ongoing). No ability-to-pay hearing preceded any suspension.*

Relevant to: Counts I, V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint

COLORADO
Department of Revenue
Division of Motor Vehicles

Driver Control Section
P.O. Box 173350
Denver, CO 80217-3350

17-Jul-2026

Letter: L0168339421

GERALD PAUL HERSHFELDT
1254 KALAMATH ST
DENVER CO 80204-3540

# OFFICIAL COLORADO FULL DRIVER RECORD

**Customer Identifier** 94-234-1835

## Driver Information

| Last Name | First Name | Middle Name | Suffix | DOB | Sex | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|---|---|
| HERSHFELDT | GERALD | PAUL | | 18-Aug-1976 | Male | 5' 10" | 190 | Blue | Bald |

| Street | City | County | State | Zip | Country |
|---|---|---|---|---|---|
| 1254 KALAMATH ST | DENVER | DENVER | CO | 80204 | USA |

## Status

**NCL:** Suspended - Child Support Nonpymnt
**CDL:** Suspended - Child Support Nonpymnt

**Interlock End:**
**SR22 End:**

## Points

**12 Month Points:** 0
**24 Month Points:** 0

## Non-Commercial Summary (NCL)

| Non-Alcohol Convictions | Accidents | Actions | Alcohol Withdrawals | Alcohol Admin Restraints |
|---|---|---|---|---|
| 1 | 0 | 4 | 0 | 0 |

## Commercial Summary (CDL)

| Non-Alcohol Convictions | Accidents | Actions | Alcohol Withdrawals | Alcohol Admin Restraints |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 |

## Credential History

| License Type | Issue Date | Endorsements | Expire Date | Status |
|---|---|---|---|---|
| Adult Regular License | 23-Aug-2024 | | 18-Aug-2029 | Not Valid |
| Adult Regular License | 11-Sep-2023 | | 18-Aug-2027 | Renew |
| Adult Regular License | 19-Nov-2022 | | 18-Aug-2027 | Not Valid |
| Adult Regular License | 07-Feb-2022 | | 18-Aug-2027 | Renew |
| Adult Regular License | 18-Feb-2021 | | 18-Aug-2026 | Renew |
| Adult Regular License | 28-Oct-2020 | | 18-Aug-2024 | Renew |
| Adult Regular License | 11-Dec-2019 | | 18-Aug-2024 | Duplicate |
| Adult Instruction Permit | 11-Dec-2019 | | 11-Dec-2022 | Completed |
| Adult Regular License | 24-Sep-2015 | | 18-Aug-2020 | Not Valid |
| Adult Regular License | 17-Jul-2014 | | 18-Aug-2019 | Renew |
| Adult Regular License | 10-Jul-2009 | | 18-Aug-2014 | Renew |


Request Date/Time: 17-Jul-2026 13:20:51
dL210

Account #: 94-234-1835
Name: GERALD PAUL HERSHFELDT

| | | | |
|---|---|---|---|
| Adult Regular License | 26-May-2009 | 18-Aug-2014 | Renew |
| Provisional License | 30-Jun-1995 | 07-Sep-1997 | Surrendered |
| Provisional License | 22-Aug-1994 | 07-Sep-1997 | Replacement |

## Reinstatement Requirements

| Reinstatement Requirement | Date Received |
|---|---|
| Child Support Compliance | |
| $95.0000 Reinstatement Fee | |

## Withdrawal of Privilege

| | Action # | Action | Withdrawal Reason | Effective | Eligibility | Reinstated | Privilege | Jurisdiction | Association |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 262905472 | Suspended | Child Support Nonpymnt | 20-Apr-2026 | 20-Apr-2026 | | ALL | | |
| 2. | 242655296 | Suspended | Child Support Nonpymnt | 23-Dec-2024 | 23-Dec-2024 | 03-Jul-2025 | ALL | | |
| 3. | 232242555 | Suspended | Child Support Nonpymnt | 21-Jul-2023 | 21-Jul-2023 | 29-Aug-2023 | ALL | | |
| 4. | 181016146 | Suspended | Child Support Nonpymnt | 20-Jun-2018 | 20-Jun-2018 | 11-Dec-2019 | ALL | | |

## Convictions

| | Type | Violation Date | Conviction Date | Issuing Agency | Court Name | Phone # |
|---|---|---|---|---|---|---|
| 1. | Conviction | 04-Sep-1995 | 29-Nov-1995 | CSP - LOGAN 3B | LOGAN COUNTY | 9705221572 |

| Citation No: | Accident | CDL | CMV | Hazmat | Jurisdiction | Charge | Pts | Association |
|---|---|---|---|---|---|---|---|---|
| 757509 | No | No | No | No | CO | 1) Speeding 10-19 over limit | 4 | |

"Accident" reflects involvement only and does not imply fault

# EXHIBIT 27

---

## November 12, 2025 State Court Filing

*Plaintiff's motion filed in Larimer County District Court, Case No. 2015DR000229, requesting that the court identify the prevailing child support order.*

Relevant to: Count V

Colorado Courts E-Filing

# Filing Information

## Filing ID Basic Information

**Case Number:**

2015DR000229

**Case Caption:**

Hershfeldt, Brooke Erin and Hershfeldt, Gerald Paul

**Court Location:**

Larimer County

**Filing ID:**

F34E08005A2A5

**Filing Date:**

11/12/2025

**Fees Assessed:**

$24.00

**Filing Party(ies):**

Gerald Paul Hershfeldt

**Filing Organization:**

N/A

**Filing Authorized By:**

Gerald Hershfeldt

## Document Information

### Motion

**Document ID:**

11284CFD7A81C

**Document Title:**

Motion for Reconsideration of Order Denying Motion to Vid AB Initio

**View Document:**

[ Original ] [ PDF ]

View Document History

Related Document

**Clerk Review Status:**

Accepted

**Clerk Review Date:**

11/12/2025

**Document Security:**

Public

**Document Filing Fee:**

$0.00

## Service Information

View E-Service Transaction History

**Total Service Fees:**

$12.00

**Party:**

Lcdss

**Party Type:**

Intervenor

**Address:**

N/A

**Attorney / Paraprofessional:**

Arthur Julian Spicciati

**Organization:**

Larimer County Attorney

**Service Method:**

E-Service

**Date Sent:**

11/12/2025

**Party:**

Lcdss

**Party Type:**

Intervenor

**Address:**

N/A

**Attorney / Paraprofessional:**

Nicole Jacqueline Liley

**Organization:**

Larimer County Attorney

**Service Method:**

E-Service

**Date Sent:**

11/12/2025

# EXHIBIT 29

---

## November 2022 Enforcement Correspondence and Obligee Arrears Waiver

*Obligee's November 1, 2022 written waiver of arrears ("I have given consent to waive all back child support"); Larimer County's November 18, 2022 Notice of Noncompliance; and the November 29, 2022 written statement of Susan Martens confirming Plaintiff was "on the list for Driver license suspension" pending posting of funds already withheld from Plaintiff's unemployment benefits. (Personal material redacted pursuant to Fed. R. Civ. P. 5.2.)*

Relevant to: Count I

Gmail **Jerry Hershfeldt <jerry.hershfeldt@gmail.com>**

# Re: Unemployment/Child Support

1 message

**Susan Martens** <martensa@co.larimer.co.us> Tue, Nov 29, 2022 at 4:10 PM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

Jerry, You are on the list for Driver license suspension, but your unemployment should kick in soon, so it will get you off the list.

***Susan Martens***

--

LARIMER COUNTY

**Susan Martens**
Child Support Technician II

Department of Human Services - Child Support
1501 Blue Spruce Drive, Fort Collins, CO 80524
W: (970) 305-1873 F: (970)498-7605
martensa@co.larimer.co.us | www.larimer.org

On Fri, Nov 25, 2022 at 6:34 PM Jerry Hershfeldt <jerry.hershfeldt@gmail.com> wrote:

> I'll let you all figure this out and pretend any of you are listening.
>
> Shame on all of you!

Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# Re: Child Support

1 message

**Brooke Hershfeldt** <b_stylist@yahoo.com> [redacted]
Reply-To: Brooke Hershfeldt <b_stylist@yahoo.com>
To: jerry.hershfeldt@gmail.com

We discussed the braces up front, and I sent you a picture of the cost sheet, and you agreed on it.

I have given consent to waive all back child support to Jane here in Yankton, so it may be hung up on your end somewhere?

I can reach out to Jane again, but I talked to here in June after you and RJ had told me that it was my fault that support was still being taken when all the paperwork was finalized a few months before that.

My caseworker Jane hadn't received any of that information from Colorado yet in June when i spoke with her... I don't think the issues are typically on this end. I think things just take longer on Colorado based on the nu.ber of cases they have??

Have you tried reaching out to your caseworker in Colorado?

Sent from Yahoo Mail on Android

On Tue, Nov 1, 2022 at 10:50 AM, Jerry Hershfeldt
<jerry.hershfeldt@gmail.com> wrote:

> I'm $5000 in arrears. I've never received anything that shows how much the braces were, there's a procedure for filing medical claims.
>
> On Tue, Nov 1, 2022 at 9:43 AM Brooke Hershfeldt <b_stylist@yahoo.com> wrote:
>
>> Not sure if this helps to clarify, but I did waive any back support that you were showing in SD. I called her a month or so ago to make sure it stopped on the SD side, and to waive anything that was showing as back child support. I also did that a few years ago too, so there shouldn't be any back support showing...
>>
>> I also just used that $3000 towards [redacted] braces payments.
>>
>> Sent from Yahoo Mail on Android
>>
>> On Tue, Nov 1, 2022 at 9:28 AM, Jerry Hershfeldt
>> <jerry.hershfeldt@gmail.com> wrote:
>>
>>> [redacted]
>>>
>>> [redacted]
>>>
>>> [redacted]

[redacted]

# EXHIBIT 30

---

## Email Transmittal of November 12, 2025 Filing to Defendant Lucero

*Email sent by Plaintiff on November 12, 2025 at 3:42 p.m. to Defendant Lucero, with Defendants Brant, Johnston, Batts, Rodig, and Boyd copied, attaching the motion filed that day in Case No. 2015DR000229. Offered solely to establish transmission and recipient notice; message body redacted, with the full text available for in camera review upon Court request.*

Relevant to: Count V

Gmail **Jerry Hershfeldt <jerry.hershfeldt@gmail.com>**

---

## Reconsideration

1 message

---

**Jerry Hershfeldt** <jerry.hershfeldt@gmail.com> Wed, Nov 12, 2025 at 3:42 PM

To: Cindy Lucero <luceroca@co.larimer.co.us>, Jennifer Brant <brantjr@co.larimer.co.us>, Carleen Johnston <johnstce@co.larimer.co.us>, JANE.RODIG@state.sd.us, "Boyd, Larry" <Larry.Boyd@state.sd.us>, Wendy Batts <battswe@co.larimer.co.us>, Salena Mendoza <mendozsa@o.larimer.co.us>, Shelley Perez <perezsj@co.larimer.co.us>

**2025-11-12 10-57-27 MOTION FOR RECONSIDERATION (1).pdf**
342K

# EXHIBIT 31

## State-Court Register of Actions — Service and Entry Record

*Register of Actions for Larimer County District Court Case No. 2015DR000229, reflecting service of the 2015 court records upon Plaintiff and the filing and entry metadata for the records described in this Complaint.*

Relevant to: Counts II, VII

# Register of Actions

| | | |
|---|---|---|
| Filed by Petitioner | **Case Number:** 2015DR000229 | **Division:** 1B |
| Filed by Co-Petitioner/Respondent | **Case Type:** Dissolution of Marriage | **Judicial Officer:** Jeffrey Martin Schwartz |
| Filed by Court | **Case Caption:** Hershfeldt, Brooke Erin and Hershfeldt, Gerald Paul | **Court Location:** Larimer County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 01/13/2026 9:20 PM | Susan Jasmine Blanco | Larimer County | N/A | Order | Order:Motion for Reconsideration of Order Denying Motion to Vid AB Initio | Public |
| F34E08005A2A5 | 11/12/2025 10:59 AM | Gerald Hershfeldt | N/A | Gerald Paul Hershfeldt | Motion | Motion for Reconsideration of Order Denying Motion to Vid AB Initio | Public |
| N/A (Details) | 11/02/2025 12:57 PM | Susan Jasmine Blanco | Larimer County | N/A | Order | Order:MOTION TO VOID AB INITIO | Public |
| B6FEE92CC9A64 | 10/20/2025 9:34 PM | Arthur Julian Spicciati | Larimer County Attorney | Lcdss | Response | People's Response Regarding Motions to Join Parties and to Void Order | Public |
| 20BCC1FB85DE2 | 09/29/2025 1:07 PM | Gerald Hershfeldt | N/A | Gerald Paul Hershfeldt | Affidavit | Affidavit | Public |
| | | | | | Motion | Motion to join necessary parties | Public |
| | | | | | Motion | MOTION TO VOID AB INITIO | Public |
| C7668F0BAC11A | 09/18/2025 7:35 AM | Gerald Hershfeldt | N/A | Gerald Paul Hershfeldt | Notice of Electronic Filing Opt-In | Notice of Electronic Filing Opt-In | Public |
| N/A (Details) | 06/02/2022 12:50 PM | Linda K Connors | Larimer County | N/A | Order | Order Modifying Child Support | Public |
| N/A | 06/02/2022 12:00 AM | N/A | N/A | N/A | Child Support Order 1st | N/A | |
| 33CEFC884782F | 05/11/2022 11:06 AM | Arthur Julian Spicciati | Larimer County CSEU | Lcdss | Affidavit - Financial Affairs | Affidavit - Respondent Financial Affairs | Suppressed |
| | | | | | Child Support Worksheet | Child Support Worksheet | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - Petitioner Attach to Pleading/Doc | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - Respondent Attach to Pleading/Doc | Protected |
| | | | | | Information Sheet - Domestic Case | Information Sheet - Domestic Case | Protected |
| | | | | | Motion to Modify | Motion to Modify Child Support | Public |
| | | | | | Proposed Order | Proposed Order Modifying Child Support | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | | Entry of Appearance | Entry of Appearance | Public |
| | | | | | Affidavit - Financial Affairs | Affidavit -Petitioner Financial Affairs | Suppressed |
| N/A | 06/10/2015 12:00 AM | N/A | N/A | N/A | Minute Order - No Print | N/A | |
| N/A | 06/10/2015 12:00 AM | N/A | N/A | N/A | Case Closed | N/A | |
| N/A (Details) | 06/10/2015 12:00 AM | Linda K Connors | Larimer County | N/A | Decree | Decree | Public |
| N/A | 06/09/2015 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 06/09/2015 12:00 AM | Linda K Connors | Larimer County | N/A | Minute Order - Print | Minute Order - Print | Public |
| N/A (Details) | 06/09/2015 12:00 AM | Linda K Connors | Larimer County | N/A | Minute Order - Print | Minute Order - Print | Public |
| N/A (Details) | 06/09/2015 12:00 AM | Linda K Connors | Larimer County | N/A | Minute Order - Print | Minute Order - Print | Public |
| N/A (Details) | 06/08/2015 12:00 AM | N/A | N/A | Brooke Erin Hershfeldt | Certificate | Certificate of Completion of Parents Working Together Class | Public |
| N/A (Details) | 03/18/2015 12:00 AM | Linda K Connors | Larimer County | N/A | Order | Order | Public |
| N/A (Details) | 03/05/2015 | Linda K Connors | Larimer County | N/A | Notice | Notice | Public |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt | Cert of Compliance Mandatory Financial Disclosures | Cert of Compliance w/CRCP 16.2 | Public |
| N/A (Details) | 03/04/2015 | N/A | N/A | Gerald Paul Hershfeldt | Cert of Compliance Mandatory Financial Disclosures | Cert of Compliance w/CRCP 16.2 | Public |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt | Filing Other | child support worksheet | Suppressed |
| N/A (Details) | 03/04/2015 | N/A | N/A | Gerald Paul Hershfeldt | Sworn Financial Statement | Sworn Financial Statement | Suppressed |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt | Sworn Financial Statement | Sworn Financial Statement | Suppressed |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt, Gerald Paul Hershfeldt | Filing Other | maintenance worksheet | Suppressed |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt, | Separation Agreement | Separation Agreement | Suppressed |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | Gerald Paul Hershfeldt | | | |
| N/A (Details) | 03/04/2015 | Linda K Connors | Larimer County | N/A | Order - Case Management | Order - Case Management | Public |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt, Gerald Paul Hershfeldt | Information Sheet - Domestic Case | Domestic Relations Information Sheet | Suppressed |
| N/A (Details) | 03/04/2015 | N/A | N/A | Brooke Erin Hershfeldt, Gerald Paul Hershfeldt | Petition - Dissolution w/Children | Petition - Dissolution w/Children | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Brooke Erin Hershfeldt | Petitioner | Active | N/A |
| Gerald Paul Hershfeldt | Co-Petitioner | Active | N/A |
| Lcdss | Intervenor | Active | ARTHUR JULIAN SPICCIATI (Larimer County Attorney)<br>NICOLE JACQUELINE LILEY (Larimer County Attorney) |
| Party Suppressed | Impartial | Active | N/A |
| Party Suppressed | Impartial | Active | N/A |

# EXHIBIT 32

---

## TransUnion Dispute Investigation Results — June 30, 2026

*TransUnion reinvestigation results dated June 30, 2026 (File Identification Number 000346223918) for the South Dakota child support tradeline (Account 32668401XXXX), reflecting that the furnisher certified the account "VERIFIED AS ACCURATE" following Plaintiff's June 11, 2026 dispute, together with the reported tradeline fields, including a "Date Opened" of May 9, 2017, a $0 balance, a "Pay Status" of "Transferred; was Paying as agreed," and a "Date Closed" of March 31, 2021. (Personal identifiers redacted pursuant to Fed. R. Civ. P. 5.2.)*

Relevant to: Count VI

TransUnion

# Your Dispute Results

Report Created On: 06/30/2026
File Identification Number: 000346223918
Provided by TransUnion Consumer Relations

## Your Investigation Results

INVESTIGATION RESULTS - VERIFIED AS ACCURATE: The disputed item was verified as accurate.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE. Here is how this item appears on your credit report following our investigation.

DEPT OF CHILD SUPPORT
3113 SPRUCE ST STE 200
YANKTON, SD 57078-5320

Feedback

Account Details

| | |
|---|---|
| Account Number | 32668401**** |
| Name | DEPT OF SOCIAL SVCS<br>3113 SPRUCE ST STE 200 YANKTON, SD 57078-5320<br>(605) 773-5189 |
| Date Opened | 05/09/2017 |
| Responsibility | Individual Account |
| Account Type | open |
| Loan Type | FAMILY SUPPORT |

Chat Now

| | |
|---|---|
| Balance | $0 |
| Last Payment Amount | $0 |
| Original Amount | $0 |
| Pay Status | Transferred; was Paying as agreed |
| Terms | Paid Monthly |
| Date Closed | 03/31/2021 |
| Last Payment Date | 01/01/2021 |

## Payment History

| Rating | |
|---|---|
| Jul 2021 | Unknown |
| Jun 2021 | Unknown |
| May 2021 | Unknown |
| Apr 2021 | Unknown |
| Mar 2021 | Unknown |
| Feb 2021 | Unknown |
| Jan 2021 | Unknown |
| Dec 2020 | Unknown |
| Nov 2020 | Unknown |
| Oct 2020 | Unknown |
| Sep 2020 | Unknown |
| Aug 2020 | Unknown |
| Jul 2020 | Unknown |

Chat Now

| | |
|---|---|
| Jun 2020 | Not Reported |
| May 2020 | Not Reported |
| Apr 2020 | Not Reported |
| Mar 2020 | Not Reported |
| Feb 2020 | Not Reported |
| Jan 2020 | Not Reported |
| Dec 2019 | Not Reported |
| Nov 2019 | Not Reported |
| Oct 2019 | Not Reported |
| Sep 2019 | Not Reported |
| Aug 2019 | Not Reported |
| Jul 2019 | Not Reported |
| Jun 2019 | Not Reported |
| May 2019 | Not Reported |
| Apr 2019 | Not Reported |
| Mar 2019 | Not Reported |
| Feb 2019 | Not Reported |
| Jan 2019 | Not Reported |
| Dec 2018 | Not Reported |
| Nov 2018 | Not Reported |
| Oct 2018 | Not Reported |
| Sep 2018 | Not Reported |
| Aug 2018 | Not Reported |

Chat Now

| | |
|---|---|
| Jul 2018 | Not Reported |
| Jun 2018 | Not Reported |
| May 2018 | Not Reported |
| Apr 2018 | Not Reported |
| Mar 2018 | Not Reported |
| Feb 2018 | Not Reported |
| Jan 2018 | Not Reported |
| Dec 2017 | Not Reported |
| Nov 2017 | Not Reported |

We understand that recently something on your credit report did not seem right to you. We take this matter seriously and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documents, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed does not appear on your credit file or already shows the requested status; OR
3. Determined that the lender had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the lender's contact information; OR
4. Asked the lender reporting the information you disputed to do all of the following:

- Review relevant information we sent them, including any provided documents
- Investigate your dispute and verify whether the information they report is accurate
- Provide us a response to your dispute and update any other information
- Update their records and systems, if necessary

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Chat Now

Your dispute is important. You will see your detailed investigation results above, including the business name and contact details of the source of the information. Please review the results carefully. To review a full copy of your current credit report, please go to transunion.com/fullreport and login using the same username and password you use on this site. Then follow the order process to request a free disclosure of your full credit report.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation is shown above it, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of your investigation results.

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section above will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicat that a change was made to that field. If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand Your Investigation Results.

### For ACCOUNTS:

**Balance:** The balance owed as of the date the account was verified or reported

**Credit Limit:** The maximum amount of credit approved by the creditor on the account

**Date Opened:** The date the account was opened

**High Balance:** The highest amount ever owed on an account

**Original Charge Off:** If applicable, the amount charged off due to non-payment of the account

**Past Due:** The amount past due as of the date the account was verified or reported

**Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold or transferred, it represents the last reported status of the account.

**Remarks:** If applicable, the creditor may provide additional information here related t

Chat Now

**Last Payment Made:** The date the creditor received the last payment on the account

**Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account

**Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account

**Terms:** The monthly payment amount or monthly minimum payment due on the account

## Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months. On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data: Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance, and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratin describe the payments that may be reported by your creditors and will help you understand any updates to your **Payment History**, if applicable to **YOUR INVESTIGATION RESULTS**. Any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

**If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a consumer statement to your credit report.** A consumer statement is your explanation of why you disagree with a certain item on your credit report. Any lender who pulls your credit report will be able to see your consumer statement. Please note, if you include medical information in your consumer statement, you are allowing TransUnion to include that in any credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report, you can dispute with the company that reported it using the contact information listed for that lender on the Credit Report tab.
- **Provide us other information or documents about your dispute.** If you have new information about the change you requested (for example, documents that directly relate to the information you are disputing), please visit www.transunion.com/dispute and let us know you are filing a repeat dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau (https://www.consumerfinance.gov/complaint/ ) or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report to those who have received your report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicable) for any other purpose.**

Chat Now

## A Note on Inquiries

An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Important Information About Your Rights Under the Law

To see your rights under federal law, visit https://www.transunion.com/legal/bill-of-rights/CO. This page provides important details about your rights under the Fair Credit Reporting Act and applicable state laws that relate to the dispute process. Consumers who believe they may be possible victims of fraudulent activity may also visit www.transunion.com/fraud-alerts.

## Should You Wish to Contact TransUnion

Please have your TransUnion FILE IDENTIFICATION NUMBER available. Your unique FILE IDENTIFICATION NUMBER is **000346223918** and is also located at the top of this page.

### Online:

To dispute information contained in your credit report, please visit the Dispute Center or go to www.transunion.com/disputeonline

For more information please visit our main dispute FAQ on TransUnion.com or go to https://www.transunion.com/credit-disputes/credit-disputes-faq

### By Mail:

TransUnion
P. O. Box 2000
Chester, PA 19016-2000

### By Phone:

(800) 916-8800

Chat Now

You may contact us Monday - Friday 8 AM - 11 PM Eastern Time and Saturday - Sunday 8 AM - 5 PM Eastern Time, except on major holidays.

Want to review your credit report? Go to the Credit Report tab to see your credit report information as it appeared at the time we completed your dispute. Or visit transunion.com/fullreport and login using the same username and password you use on this website. Then follow the order process to request a free disclosure of your full credit report.

Chat Now

# EXHIBIT 28

---

## U.S. Marshals Returns of Service — March 17, 2026

*Returns of service reflecting execution of the federal summonses upon Defendants in this civil rights action by the United States Marshals Service on March 17, 2026.*

Relevant to: Count V

Hershfeldt v. Johnston et al., No. 1:26-cv-00342-NYW-CYC
Second Amended Complaint