I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K   (I C O N)

Status: CLSD District Court, Larimer County
Case #: 2015 DR 000229 Div/Room: 1B Type: Dissolution of Marriage
HERSHFELDT, BROOKE ERIN and HERSHFELDT, GERALD PAUL

DV STATUS:
Case File Date: 3/04/2015 Case Close Date: 6/10/2015 Appealed: N
Confidential Intermediary.............:

| | Bar # | Name | | | | |
|---|---|---|---|---|---|---|
| Judicial Off...: | 034913 | JEFFREY MARTIN SCHWARTZ | | | | |
| Alt Jud Officer: | 000000 | | | | | |
| | Description | | Stat | Date | Time | Appear Rm/ |
| Trial..........: | | | | | 0:00 | |
| Next Schd Event: | | | | | 0:00 | |
| Last Schd Event: | Review | | IRVH | 10/21/2025 | 7:00 A | |
| Last Event.....: | Motion | | n/a | 11/12/2025 | | |

Attorney(s)....: Y +

| | | | |
|---|---|---|---|
| Decree.............: | DC Decree | Date: | 6/10/2015 |
| Child Support Order: | SUP1 Support Order -1st | Date: | 6/02/2022 |
| Maintenance Order..: | | Date: | |
| Paid Through.......: | | | |
| Mediation..........: | N | | |
| Response Filed.....: | | Date: | |
| Service............: | | Date: | |
| Waiver.............: | | Date: | |
| IV-D Case..........: | N | | |

Children...........: Y

----- PARTIES -----

| PARTY | ROL | STS | NAME | ATTORNEY | ROL |
|---|---|---|---|---|---|
| CPT | 1 | OBR | HERSHFELDT, GERALD PAUL | | |
| | | | Date of Birth...........: | | |
| | | | Cell Phone..............: | | |
| | | | Home Address............: [REDACTED] | | |
| | | | : DENVER, CO 80211 | | |
| INV | 1 | | LCDSS | SPICCIATI, ARTHUR JULIAN et | CNA |
| PET | 1 | OBE | HERSHFELDT, BROOKE ERIN | | |
| | | | Date of Birth...........: | | |
| | | | Cell Phone..............: | | |
| | | | Home Address............: [REDACTED] | | |
| | | | : YANKTON, SD 57078-2131 | | |

----- OTHER PEOPLE -----

| ROLE | | | NAME |
|---|---|---|---|
| IMP | 1 | CHI | |
| IMP | 2 | CHI | E.O.H. (Minor Child) |

FILE DATE EVENT DESCRIPTION

3/04/2015 Petn for Diss w/ Children Event ID: 000001 E-Filed: J
CPT/ HERSHFELDT, GERALD PAUL
PET/ HERSHFELDT, BROOKE ERIN
Petition - Dissolution w/Children

3/04/2015 Info Sheet - Domestic Case Event ID: 000002 E-Filed: J

```
FILE DATE    EVENT DESCRIPTION
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
Domestic Relations Information Sheet
 3/04/2015   Order-Case Management                Event ID: 000003   E-Filed: J
Order - Case Management
 3/04/2015   Separation Agreement                 Event ID: 000004   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
Separation Agreement
 3/04/2015   Filing Other                         Event ID: 000005   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
             PET/    HERSHFELDT, BROOKE ERIN
maintenance worksheet
             Related Event  SEPR Separation Agreement                3/04/2015
 3/04/2015   Sworn Financial Statement            Event ID: 000006   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
Sworn Financial Statement
 3/04/2015   Sworn Financial Statement            Event ID: 000007   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
Sworn Financial Statement
 3/04/2015   Filing Other                         Event ID: 000009   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
child support worksheet
 3/04/2015   Cert Mandatory Fin Disclosure        Event ID: 000010   E-Filed: J
             CPT/    HERSHFELDT, GERALD PAUL
Cert of Compliance w/CRCP 16.2
 3/04/2015   Cert Mandatory Fin Disclosure        Event ID: 000011   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
Cert of Compliance w/CRCP 16.2
 3/05/2015   Notice Filed                         Event ID: 000008   E-Filed: J
Notice OF INITIAL STATUS CONFERENCE
 3/18/2015   Order                                Event ID: 000012   E-Filed: J
Order Setting DRNC
FILE DATE    SCHEDULED EVENT DESCRIPTION    SCHD DATE   TIME      ROOM  APPEAR
 3/18/2015   Initial Conference Appearance   3/20/2015  08:00 AM  5E
      Officer: ANDREA SHAHMARDIAN                   Length:  1.00 Hour(s)
      Status.: VACT-Vacated
 6/08/2015   Certificate Filed                    Event ID: 000013   E-Filed: J
             PET/    HERSHFELDT, BROOKE ERIN
Certificate of Completion of Parents Working Together Class
 6/09/2015   Minute Order (print)                 Event ID: 000014   E-Filed: N
LKC/TH                            DIGITAL 11:00                DRNC
PET APPEARING PRO SE
RSP APPEARING PRO SE
S/T OF BOTH PARTIES; COURT REVIEWS AND ADOPTS SEPARATION AGREEMENT, PARENTING
PLAN, AND CHILD SUPPORT IN THE AMOUNT OF $1,028/MO, RSP PAYING PET DIRECTLY;
COURT ENTERS DECREE OF DISSOLUTION OF MARRIAGE; PARTIES CLARIFY THE CORRECT
SPELLING OF THEIR LAST NAME: HERSHFELDT; PARTIES WILL PROVIDE SSN FOR ALL
MEMBERS OF THE FAMILY                                                     /TPH
 6/09/2015   Minute Order (print)                 Event ID: 000015   E-Filed: J
Minute Order - Print
 6/09/2015   Minute Order (print)                 Event ID: 000016   E-Filed: J
Minute Order - Print
 6/09/2015   Minute Order (print)                 Event ID: 000017   E-Filed: J
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION          SCHD DATE    TIME      ROOM  APPEAR
Minute Order - Print
 6/09/2015  Non-Contested Hearing               6/09/2015  11:00 AM  1B
     Officer: LINDA KATHLEEN CONNORS                 Length:  1.00 Hour(s)
     Status.: HELD-Hearing Held
 6/10/2015  Decree                               Event ID: 000018   E-Filed: J
Decree
 6/10/2015  Case Closed                          Event ID: 000019   E-Filed: N
 6/10/2015  Minute Order (No Print)              Event ID: 000020   E-Filed: N
UNABLE TO ENTER SUPPORT ORDERS AS WE ARE MISSING SSN FOR CHILDREN; REQUESTED
OF PARTIES IN COURT ON 6/9/15                                             /TPH
 5/11/2022  Affidavit Re Financial Affairs       Event ID: 000021   E-Filed: J
            INV/    LCDSS
Affidavit -Petitioner Financial Affairs 33CEFC884782F
 5/11/2022  Entry of Appearance                  Event ID: 000022   E-Filed: J
            INV/    LCDSS
Entry of Appearance 33CEFC884782F
 5/11/2022  Proposed Order                       Event ID: 000023   E-Filed: J
            INV/    LCDSS
Proposed Order Modifying Child Support 33CEFC884782F
 5/11/2022  Motion to Modify                     Event ID: 000024   E-Filed: J
            INV/    LCDSS
Motion to Modify Child Support 33CEFC884782F
 5/11/2022  Info Sheet - Domestic Case           Event ID: 000025   E-Filed: J
            INV/    LCDSS
Information Sheet - Domestic Case 33CEFC884782F
 5/11/2022  Exhibit-Attach to Pleading/Doc       Event ID: 000026   E-Filed: J
            INV/    LCDSS
Exhibit - Respondent Attach to Pleading/Doc 33CEFC884782F
 5/11/2022  Exhibit-Attach to Pleading/Doc       Event ID: 000027   E-Filed: J
            INV/    LCDSS
Exhibit - Petitioner Attach to Pleading/Doc 33CEFC884782F
 5/11/2022  Child Support Worksheet              Event ID: 000028   E-Filed: J
            INV/    LCDSS
Child Support Worksheet 33CEFC884782F
 5/11/2022  Affidavit Re Financial Affairs       Event ID: 000029   E-Filed: J
            INV/    LCDSS
Affidavit - Respondent Financial Affairs 33CEFC884782F
 6/02/2022  Order                                Event ID: 000030   E-Filed: J
Order Modifying Child Support
 6/02/2022  Child Support Order-1st              Event ID: 000031   E-Filed: N
            Amount ordered.....: $622.00
            Payment frequency..: M1YD
            Arrearage amount...: $0.00
            Commence date......:  6/05/2022
            FSR #..............: XXXXXX17-01
            Medical Coverage...:
            Due day............: 5
            CPT/OBR HERSHFELDT, GERALD PAUL
            IMP/CHI E.O.H. (Minor Child)
            PET/OBE HERSHFELDT, BROOKE ERIN
 9/18/2025  Ntc Electronic Filing Opt-In         Event ID: 000032   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Notice of Electronic Filing Opt-In C7668F0BAC11A
 9/29/2025  Motion                               Event ID: 000033   E-Filed: J
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION      SCHD DATE   TIME       ROOM  APPEAR
            CPT/    HERSHFELDT, GERALD PAUL
MOTION TO VOID AB INITIO 20BCC1FB85DE2
            Related Event  ORDR Order                              11/02/2025
 9/29/2025  Motion                          Event ID: 000034   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Motion to join necessary parties 20BCC1FB85DE2
 9/29/2025  Affidavit                       Event ID: 000035   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Affidavit 20BCC1FB85DE2
10/20/2025  Response                        Event ID: 000036   E-Filed: J
            INV/    LCDSS
People's Response Regarding Motions to Join Parties and to Void Order
B6FEE92CC9A64
10/21/2025  Review                        10/21/2025  07:00 AM  1B     N
     Officer: JEFFREY MARTIN SCHWARTZ           Length:  1.00 Hour(s)
     Status.: IRVH-Internal Review Held         Note..:  RESP? 9.29 JOIN
10/21/2025  Review                        10/21/2025  07:00 AM  3A     N
     Officer: SUSAN JASMINE BLANCO              Length:  1.00 Hour(s)
     Status.: IRVH-Internal Review Held         Note..:  RSP 9/29 60 MTN?
11/02/2025  Order                           Event ID: 000037   E-Filed: J
Ruling: DENIED, Document Title: Order:MOTION TO VOID AB INITIO
            Related Event  MOTN Motion                              9/29/2025
11/12/2025  Motion                          Event ID: 000038   E-Filed: J
            CPT/    HERSHFELDT, GERALD PAUL
Motion for Reconsideration of Order Denying Motion to Vid AB Initio
F34E08005A2A5
```

End of Case: 2015 DR 000229