**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00342-NYW-CYC

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, et al.,

Defendants.

---

**DECLARATION OF GERALD PAUL HERSHFELDT IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO LARIMER COUNTY DEFENDANTS' MOTION TO DISMISS [ECF 103]**

---

I, Gerald Paul Hershfeldt, declare as follows:

1. I am the Plaintiff in this action. I am over eighteen years of age and competent to make this declaration. I make it on personal knowledge.

2. Opposition Exhibit 1 is a true and correct copy of the Colorado profile of the Office of Child Support Enforcement Intergovernmental Reference Guide, which I retrieved from https://ocsp.acf.hhs.gov/irg/. The page I retrieved displays “Updated On: 08/25/2026” and “Certified On: 09/29/2026.” Opposition Exhibit 1-A is a true and correct copy of the same Colorado profile as I retrieved it from the same address; it displays “Updated On: 10/22/2026” and “Certified On: 10/22/2026.”

3. Opposition Exhibit 2 consists of two parts: (a) a typed transcription of the text of the Pre-Offset Notice dated September 2, 2026 (Reference CO_PreOffset_000226.1 - 2498), issued under the heading “Larimer County DSS - CSE

Unit" and addressed to me, which I received; and (b) photographs of the two pages of that letter as I received it. The transcription reproduces the text of the letter.

4. Opposition Exhibit 3 is a true and correct copy of the response dated September 10, 2026 to my Colorado Open Records Act request, CORA 2026.288, which I received from the Colorado Department of Human Services, signed by its CORA Manager.

5. I prepared a written request for administrative review of the September 2, 2026 Pre-Offset Notice, addressed to Heather O'Hayre, Director of Larimer County Human Services. Opposition Exhibit 4 is a true and correct copy of my email of September 16, 2026, at 7:38 PM, transmitting that request to counsel for the Larimer County Defendants.

6. The September 16, 2026 email was addressed to Michael Lowe and Heather Kuhlman, with copies to Rachel Ollis and Nicholas Poppe.

7. Opposition Exhibit 5 is a true and correct copy of an email I received from Defendant Jennifer Brant, dated July 7, 2025, sent in reply to my email of July 2, 2025.

8. I wrote my July 2, 2025 email before I located the June 9 and June 10, 2015 entries in the state court register of actions. I gave written notice of those entries to Defendants on October 10, 2025.

9. Opposition Exhibit 6 is a true and correct copy of an email I received from Defendant Jennifer Brant, dated March 14, 2025, sent in reply to my email of March 12, 2025.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 23, 2026, at Denver, Colorado.

s/ Gerald Paul Hershfeldt
Gerald Paul Hershfeldt
Pro Se Plaintiff

**INDEX OF OPPOSITION EXHIBITS**

| | |
|---|---|
| Opp. Ex. 1 | Colorado IRG Profile (OCSE), Updated 08/25/2026, Certified 09/29/2026 |
| Opp. Ex. 1-A | Colorado IRG Profile (OCSE), Updated and Certified 10/22/2026 |
| Opp. Ex. 2 | Larimer County DSS - CSE Unit Pre-Offset Notice, September 2, 2026 (typed transcription and photographs of the letter) |
| Opp. Ex. 3 | Colorado Department of Human Services CORA 2026.288 response, September 10, 2026 |
| Opp. Ex. 4 | Email from Plaintiff to counsel transmitting administrative review request, September 16, 2026 |
| Opp. Ex. 5 | Email from Jennifer Brant to Plaintiff, July 7, 2025 |
| Opp. Ex. 6 | Email from Jennifer Brant to Plaintiff, March 14, 2025 |