LARIMER COUNTY DSS - CSE UNIT
LARIMER COUNTY DEPARTMENT OF SOCIAL SERVICES
1501 BLUE SPRUCE DR
FORT COLLINS CO 80524-2000
County Phone: (970)-498-7600

9/2/2026

CO_PreOffset_000226.1 - 2498

XXX-XX-XXXX

GERALD P HERSHFELDT
429 E 14TH AVE APT 107
DENVER CO 80203

The Child Support Services (CSS) unit listed above has determined that you owe past-due child and/or spousal support. CSS records show that you owe at least the amount shown below. The amount may not include interest balances that have accrued.
CSS may take the enforcement actions listed below to collect the past due amount.
You have the right to request an Administrative Review. An Administrative Review may only be requested on two grounds. You may request a review if: 1) you disagree with the arrears balance owed and you are able to show that all child support payments were made when due or that the amount owed is different from what is listed on this notice, or 2) you are not the person responsible for this child support obligation and you can provide documentation that substantiates your claim. To request an Administrative Review, you must send a written request within thirty (30) days of the date of this notice to the County CSS Unit listed below. The Administrative Review is not a judicial determination.

After you have received the results of the County CSS Unit Administrative Review, you may request a subsequent review if you disagree with the county's results. Your written request must be received within thirty (30) days of the date of the County CSS Unit results letter. Your written request must be mailed to the Policy and Performance Section, Colorado Division of Child Support Services, 1575 Sherman St., Fifth Floor, Denver, Colorado, 80203.
If your support order was not issued in Colorado and Colorado is unable to resolve your complaint, you may request an Administrative Review from the CSS office in the state that issued the order. All requests for Administrative Review must begin by written contact to the CSS unit listed above. If you make a written request that an Administrative Review be conducted in the state that issued the order, CSS will contact that state within ten days after the receipt of your written request. The CSS office in the other state will notify you of the time and place of the review.
Because CSS records show that you owe at least the amount shown below, CSS will take the following actions:

This information will be referred to the United States Department of the Treasury for collection by Federal Tax Refund Offset. Under Federal Tax Refund Offset (42 U.S.C. 664; 26 U.S.C.

6402) any Federal income tax refund that you are entitled to will be intercepted to satisfy your past-due amount.

This information will be referred to the United States Department of the Treasury for collection by Administrative Offset. Under administrative Offset (31 U.S.C. 3716) certain Federal payments such as Federal retirement payments, vendor payments and miscellaneous payments (i.e. expense reimbursement payments and travel payments), and Federal salary that might otherwise be paid to you may be intercepted to satisfy your past-due amount.

This information will be referred to the Colorado Department of Revenue (DOR) for collection by State Tax Refund Offset. Under Colorado Tax Refund Offset (26-13-111 C.R.S.) any Colorado income tax refund that you are entitled to will be intercepted to satisfy your past-due amount.

If you owe arrearages of child support in an amount exceeding $2,500, your debt will be certified to the state Department pursuant to 42 USC 654(31). Once you are certified, the Secretary of State will refuse to issue a passport to you, and may revoke, restrict, or limit a passport that was previously issued.

If you are married, filing a joint income tax return, and you incurred this debt separately from your spouse, who has no legal responsibility for the debt and who has income and withholding and/or estimated tax payments, your spouse may be entitled to receive his or her portion of any joint Federal Tax Refund. If your spouse meets these criteria, he or she may receive his or her portion of the joint refund by filing a Form 8379 - Injured Spouse Claim and Allocation. Form 8379 should be attached to the top of the Form 1040 or 1040A when you file, or filed according to other instructions as indicated on the Form 8379. If Colorado income tax refund is intercepted for collection of a past-due amount, the Colorado DOR will notify taxpayers who file joint returns of the steps required to claim the share of the tax refund which may be payable to the spouse who does not owe support.

Under Federal Tax Refund Offset, Administrative Offset and Colorado DOR laws, amounts will be intercepted even if you are currently making payments toward your past due amount.
CSS may also use the following enforcement methods to collect the past due amount currently owed and any additional amounts that accrue in the future:

If you are a vendor for the State of Colorado, the State Controller may offset future vendor payments for any past-due support, as defined in 26-13-111.5 C.R.S.

If you owe past-due support and have assets in accounts in financial institutions or state entities, as defined in 26-13-128 C.R.S., such assets may be collected for the payment of child support in response to a Notice of Lien and Levy.

If you owe past-due support, your child support obligation may be reported to consumer reporting agencies, as defined in 26-13-116 C.R.S.

If you are not making satisfactory payments each month toward your past-due support, your driver's license, as defined in 26-13-123 C.R.S., and/or Professional, Occupational and Recreational Licenses, as defined in 26-13-126 C.R.S., may be suspended.

Important: If you owe current child support or child and spousal support and you fail to pay your obligation in full and on time, the amount of any payments missed may be added to the amount you owe and be subject to collection by Colorado DOR Offset, Federal Tax Refund Offset, Administrative Offset, State Vendor Offset, Notice of Lien and Levy to collect assets in financial institutions and state entities, and Passport Denial without further notice to you or your right to request an administrative review. You may call the CSS unit listed on page one to obtain the most recent total amount due that the CSS unit may submit for collection.

CASE NUMBER
35227339450A
COURT CASE
08069115DR000229
CURRENT BALANCE OWED
$15,049.55
TOTAL FOR ALL ORDERS
$15,049.55

LARIMER COUNTY DSS - CSE UNIT
LARIMER COUNTY DEPARTMENT OF SOCIAL SERVICES
1501 BLUE SPRUCE DR
FORT COLLINS CO 80524-2000
County Phone: (970)-498-7600

9/2/2026

[illegible]

XXX-XX-XXXX

GERALD P HERSHFELDT
429 E 14TH AVE APT 107
DENVER CO 80203

The Child Support Services (CSS) unit listed above has determined that you owe past-due child and/or spousal support. CSS records show that you owe at least the amount shown below. The amount may not include interest balances that have accrued.

**CSS may take the enforcement actions listed below to collect the past due amount.**

You have the right to request an Administrative Review. An Administrative Review may only be requested on two grounds. You may request a review if: 1) you disagree with the arrears balance owed and you are able to show that all child support payments were made when due or that the amount owed is different from what is listed on the notice, or 2) you are not the person responsible for this child support obligation and you can provide documentation that substantiates your claim. To request an Administrative Review, you must send a **written** request within thirty (30) days of the date of this notice to the County CSS Unit listed below. The Administrative Review is not a judicial determination.

After you have **received the results** of the County CSS Unit Administrative Review, you may request a subsequent review if you disagree with the county's results. Your **written** request must be received within thirty (30) days of the date of the County CSS Unit results letter. Your **written** request must be mailed to the Policy and Performance Section, Colorado Division of Child Support Services, 1575 Sherman St., Fifth Floor, Denver, Colorado, 80203.

If your support order was not issued in Colorado and Colorado is unable to resolve your complaint, you may request an Administrative Review from the CSS office in the state that issued the order. All requests for Administrative Review must begin by **written** contact to the CSS unit listed above. If you make a **written** request that an Administrative Review be conducted in the state that issued the order, CSS will contact that state within ten days after the receipt of your **written** request. The CSS office in the other state will notify you of the time and place of the review.

Because CSS records show that you owe at least the amount shown below, CSS will take the following actions:

- This information will be referred to the United States Department of the Treasury for collection by Federal Tax Refund Offset. Under Federal Tax Refund Offset (42 U.S.C. 664; 26 U.S.C. 6402) any Federal income tax refund that you are entitled to will be intercepted to satisfy your past-due amount.
- This information will be referred to the United States Department of the Treasury for collection by Administrative Offset. Under administrative Offset (31 U.S.C. 3716) certain Federal payments such as Federal retirement payments, vendor payments and miscellaneous payments (i.e. expense reimbursement payments and travel payments), and Federal salary that might otherwise be paid to you may be intercepted to satisfy your past-due amount.
- This information will be referred to the Colorado Department of Revenue (DOR) for collection by State Tax Refund Offset. Under Colorado Tax Refund Offset (26-13-111 C.R.S.) any Colorado income tax refund that you are entitled to will be intercepted to satisfy your past-due amount.
- If you owe arrearages of child support in an amount exceeding $2,500, your debt will be certified to the state Department pursuant to 42 USC 654(31). Once you are certified, the Secretary of State will refuse to issue a passport to you, and may revoke, restrict, or limit a passport that was previously issued.

**If you are married, filing a joint income tax return**, and you incurred this debt separately from your spouse, who has no legal responsibility for the debt and who has income and withholding and/or estimated tax payments, your spouse may be entitled to receive his or her portion of any joint Federal Tax Refund. If your spouse meets these criteria, he or she may receive his or her portion of the joint refund by filing a Form 8379 - Injured Spouse Claim and Allocation. Form 8379 should be attached to the top of the Form 1040 or 1040A when you file, or filed according to other instructions as indicated on the Form 8379. If Colorado income tax refund is intercepted for collection of a past-due amount, the Colorado DOR will notify taxpayers who file joint returns of the steps required to claim the share of the tax refund which may be payable to the spouse who does not owe support.

(Continued on reverse side)

[illegible]

Under Federal Tax Refund Offset, Administrative Offset and Colorado DOR laws, amounts will be intercepted even if you are currently making payments toward your past due amount.

CSS may also use the following enforcement methods to collect the past due amount currently owed and any additional amounts that accrue in the future:

- If you are a vendor for the State of Colorado, the State Controller may offset future vendor payments for any past-due support, as defined in 26-13-111.5 C.R.S.
- If you owe past-due support and have assets in accounts in financial institutions or state entities, as defined in 26-13-128 C.R.S., such assets may be collected for the payment of child support in response to a Notice of Lien and Levy.
- If you owe past-due support, your child support obligation may be reported to consumer reporting agencies, as defined in 26-13-116 C.R.S.
- If you are not making satisfactory payments each month toward your past-due support, your driver's license, as defined in 26-13-123 C.R.S., and/or Professional, Occupational and Recreational Licenses, as defined in 26-13-128 C.R.S., may be suspended.

**Important:** If you owe current child support or child and spousal support and you fail to pay your obligation in full and on time, the amount of any payments missed may be added to the amount you owe and be subject to collection by Colorado DOR Offset, Federal Tax Refund Offset, Administrative Offset, State Vendor Offset, Notice of Lien and Levy to collect assets in financial institutions and state entities, and Passport Denial without further notice to you or your right to request an administrative review. You may call the CSS unit listed on page one to obtain the most recent total amount due that the CSS unit may submit for collection.

| CASE NUMBER | COURT CASE | CURRENT BALANCE OWED |
|---|---|---|
| 35027330450A | 08069115DR000229 | $15,049.55 |
| **TOTAL FOR ALL ORDERS** | | **$15,049.55** |