COLORADO
Department of Human Services
Legal

Gerald Paul Hershfeldt
jerry.hershfeldt@gmail.com
CORA 2026.288

September 10, 2026

Dear Gerald,

Please accept this letter as the Department's response to your Colorado Open Records Act (CORA) request.

| **Request**<br>FSR Account No. 14352017<br>Colorado IV-D Case No. 35-227339-45-0A<br>Larimer County District Court Case No. 2015DR000229<br>Copies of the public records described below concerning the above-referenced cases and accounts.<br>SPECIFIC CATEGORIES OF REQUESTED RECORDS: | **Response** |
|---|---|
| Category 1: ACSES Transaction and Audit Records (June 2, 2022 Entry)<br>Existing audit-trail records, transaction histories, case notes, user-activity reports, or similar records concerning the June 2, 2022 entry associated with ICON Event ID 000031 in Case No. 2015DR000229. Please include, if maintained in an existing audit record or report and releasable: transaction date and time, transaction type, user ID or employee identifier, source application, workstation or terminal identifier, action performed, and prior and resulting value or status associated with the entry designated "Child Support Order 1st" and the user initials "TPH." | The Department estimates this portion of the request will require 2 hours to complete. |
| Category 2: Event ID 000031 Metadata and System Documentation<br>Existing records showing the metadata, linked documents, document identifiers, filing identifiers, authorizer information, filing-party information, and source system associated with ICON Event ID 000031. | The Department is seeking clarification regarding this portion of the request. Please provide additional information as to the records you are seeking. |



STATE OF COLORADO NIL SINE NUMINE 1876

| | |
|---|---|
| Also requested: existing data dictionaries, user guides, business rules, or validation documentation governing the "Authorizer," "Filing ID," and "Filing Party" fields, including records describing whether and how "N/A" values may be used, whether those fields are mandatory, optional, automatically populated, or manually entered, and any existing user guidance, validation rule, or business rule identifying conditions under which the system permits an entry to be finalized when those fields contain "N/A" or are blank. | |
| Category 3: Interstate Communications and Case Records (South Dakota–Colorado)<br>Existing correspondence, case notes, referral records, CSENet transmittals, and records of communications between Colorado and South Dakota concerning Case No. 35-227339-45-0A from May 1, 2017 through the date of the response, including records involving Jane Rodig and Larry Boyd of the South Dakota Division of Child Support and Larimer County Child Support Services personnel. This includes records concerning case status, balance, enforcement coordination, any "balance to stop" notation, and any transition to "Arrears Only" status. | The Department estimates this portion of the request will require 5 hours to complete.<br><br>Additionally, you may want to contact the county, as we are not the custodians of referral records. |
| Category 4: FSR Ledger Discrepancy Records (June 2, 2022)<br>Existing accounting records, transaction histories, audit records, reconciliation records, case notes, and communications sufficient to explain the relationship between the FSR ledger's reported arrearage balance of $6,638.00** and ICON Event ID 000031's reported arrearage figure of **$0.00 on or about June 2, 2022. | The Department has no records in response to this portion of the request.<br><br>You may want to contact the county. |
| Category 5: Historical Enforcement Activation Records (2015–2018)<br>Existing records reflecting the basis, approval, initiation, or activation of wage withholding, garnishment, registry collection, tax intercept, license-suspension referral, or other enforcement action in Case No. 35-227339-45-0A from June 2015 through December 2018. Please include records identifying the order, decree, agreement, judgment, or other instrument identified in the Department's records as the legal basis for each enforcement action, as well as case notes, approvals, notices, | The Department estimates this portion of the request will require 2.4 hours to complete. |

| | |
|---|---|
| referral records, and source-document identifiers associated with each action, including the date on which each identified instrument was received, entered, or associated with the case record. | |
| Category 6: Case Classification and IV-D Enforcement Basis (2015–2018)<br>Existing records reflecting the case's IV-D or non-IV-D classification, applications for services, public-assistance referrals, system status history, and records identifying the authority or basis asserted for use of wage withholding, license-suspension referral, credit reporting, or other Title IV-D enforcement remedies from June 2015 through December 2018. If no responsive application, referral, classification history, or record identifying the asserted basis is located, please state that no responsive record was located and identify the systems or repositories searched, to the extent permitted by law. | The Department estimates this portion of the request will require 1 hour to complete.<br><br>Additionally, you may want to contact the county, as we are not the custodians of applications. |

The Department estimates numbers 1, 3, 4, 5, & 6 will require a minimum of 10.4 hours to complete. Pursuant to the Department's CORA policy, the fee is $41.37 per hour with the first hour performed without charge. To complete this request, the cost will start at $388.88. We will charge $41.37 per hour for all additional hours spent fulfilling your request.

A $388.88 deposit is required before we produce these records. If you are interested in moving forward, we accept payment by:

- Credit card, let us know and we will send you a payment link.
- Check/money order made out to the Colorado Department of Human Services.
  Please reference your CORA Number and follow-up with an email to CORA advising payment has been sent.
  ATTN: OOA, CORA Manager, 3550 W Oxford Ave, Denver CO 80236

Sincerely,

Christine Duffy
CORA Manager