Gmail **Jerry Hershfeldt <jerry.hershfeldt@gmail.com>**

# URGENT REQUEST FOR IMMEDIATE SUSPENSION OF GARNISHMENT – Case No. 2015DR000229

**Jennifer Brant** <brantjr@co.larimer.co.us> Mon, Jul 7, 2025 at 4:29 PM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>, Cindy Lucero <luceroca@co.larimer.co.us>

Good afternoon,

We are only collecting for the arrears balance and are not charging any monthly obligation. We have lowered the monthly obligation to $100 due to the change of circumstances/UCB, this will be reviewed in 4 months for possible increase.

As previously stated any adjustments to past orders for changes of custody or arrears amount would need to be addressed through the court as our office does not address those concerns.

Thank you,

LARIMER COUNTY

**Jennifer Brant**
Senior Child Support Specialist

Department of Human Services- Benefits and Community Support Division
1501 Blue Spruce, Fort Collins, 80524
W:(970) 498-7727 |
Brantjr@larimer.org | www.larimer.org

[Quoted text hidden]