Gmail

Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

# CP

**Jennifer Brant** <brantjr@co.larimer.co.us> Fri, Mar 14, 2025 at 4:21 PM
To: Jerry Hershfeldt <jerry.hershfeldt@gmail.com>

Jerry,

I'm happy to assist where I can but you acknowledge that there are some aspects and legal assistance I'm unable to speak on.

I am able to provide the documents you submitted to us for that modification. I've included that financial affidavit, is this what you need?

As the case is for arrears only at this time (no monthly obligation is being posted on the ledger), the amount set each month to go towards that balance is at my discretion I am willing to work with you for a 6 month time period on what that looks like, what are you able to pay each month at this time? To note after the 6 month time period the amount will be reviewed and could be increased. Let me know so I can update the amount to the agreed upon amount between us.

As of 10/2025 we would not add it unless we received appropriate documentation that Emma was still in a high school/equivalency program, as 19 is the emancipation age for Colorado orders but only extended if in high school (or court order). The ages from 18-19 is a common question as the child might not be living with the CP and that is correct that does not stop emancipation prior to 19, only by military, the child passes away, court order, or marriage (with documentation )would end it prior. Emancipation is always based on the original states order who established child support.

Thank you,

LARIMER COUNTY

**Jennifer Brant**
Senior Child Support Specialist

Department of Human Services- Benefits and Community Support Division
1501 Blue Spruce, Fort Collins, 80524
W:(970) 498-7727 |
Brantjr@larimer.org | www.larimer.org

[Quoted text hidden]

**Finaff.pdf**
12918K