**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00342-NYW-CYC

GERALD PAUL HERSHFELDT,

Plaintiff,

v.

CARLEEN JOHNSTON, et al.,

Defendants.

---

**DECLARATION OF GERALD PAUL HERSHFELDT IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT MICHELLE BARNES'S MOTION TO DISMISS [ECF 101]**

---

I, Gerald Paul Hershfeldt, declare as follows:

1. I am the Plaintiff in this action. I am over eighteen years of age and competent to make this declaration. I make it on personal knowledge.

2. Opposition Exhibit 1 is a true and correct copy of the Colorado profile of the Office of Child Support Enforcement Intergovernmental Reference Guide, which I retrieved from https://ocsp.acf.hhs.gov/irg/. The page I retrieved displays "Updated On: 08/25/2026" and "Certified On: 09/29/2026." It is the same document I submitted as Opposition Exhibit 1 with my Response to the Larimer County Defendants' Motion to Dismiss [ECF 103].

3. Opposition Exhibit 2 is a true and correct copy of the response dated September 10, 2026 to my Colorado Open Records Act request, CORA 2026.288, which I received from the Colorado Department of Human Services, signed by its CORA

Manager. It is the same document I submitted as Opposition Exhibit 3 with my Response to ECF 103. In the copy filed, I have redacted the Family Support Registry account number to its last four digits.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 23, 2026, at Denver, Colorado.

s/ Gerald Paul Hershfeldt
Gerald Paul Hershfeldt
Pro Se Plaintiff

**INDEX OF OPPOSITION EXHIBITS**

| | |
|---|---|
| Opp. Ex. 1 | Colorado IRG Profile (OCSE), Updated 08/25/2026, Certified 09/29/2026 |
| Opp. Ex. 2 | Colorado Department of Human Services CORA 2026.288 response, September 10, 2026 |